Paul R. Kiesel, State Bar No. 119854
  *kiesel@kiesel.law*
Jeffrey A. Koncius, State Bar No. 189803
  *koncius@kiesel.law*
Nicole Ramirez, State Bar No. 279017
  *ramirez@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812

Michael W. Sobol (SBN 194857)
  *msobol@lchb.com*
Melissa Gardner (SBN 289096)
  *mgardner@lchb.com*
Jallé H. Dafa (SBN 290637)
  *jdafa@lchb.com*
**LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415 956-1000
Fax; 415-956-1008

Jason 'Jay' Barnes (admitted *pro hac vice*)
  *jaybarnes@simmonsfirm.com*
Eric Johnson (admitted *pro hac vice*)
  *ejohnson@simmonsfirm.com*
An Truong (admitted *pro hac vice*)
  *atruong@simmonsfirm.com*
**SIMMONS HANLY CONROY LLC**
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-784-6400
Fax: 212-213-5949

Douglas Cuthbertson (*pro hac vice pending*)
  *dcuthbertson@lchb.com*
**LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212 355-9500
Fax: 212-355-9592

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN DOE I, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:23-cv-02431-BLF<br><br>**NOTICE OF APPEARANCE FOR MICHAEL W. SOBOL** |

2807792.1

- 1 -

NOTICE OF APPEARANCE FOR MICHAEL W. SOBOL
CASE NO. 5:23-CV-02431-BLF

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Michael W. Sobol of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111, telephone (415) 956-1000, facsimile (415) 956-1008, e-mail msobol@lchb.com, hereby appears as an additional attorney of record for Plaintiffs and the Proposed Class.

Dated:  June 13, 2023

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By:   /s/ *Michael W. Sobol*
         Michael W. Sobol

Michael W. Sobol (SBN 194857)
  *msobol@lchb.com*
Melissa Gardner (SBN 289096)
  *mgardner@lchb.com*
Jallé H. Dafa (SBN 290637)
  *jdafa@lchb.com*
**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415 956-1000
Fax; 415-956-1008

Douglas Cuthbertson (*pro hac vice pending*)
  *dcuthbertson@lchb.com*
**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212 355-9500
Fax: 212-355-9592

*Attorneys for Plaintiffs and the Proposed Class*