| | |
|---|---|
| Paul R. Kiesel, State Bar No. 119854<br> *kiesel@kiesel.law*<br>Jeffrey A. Koncius, State Bar No. 189803<br> *koncius@kiesel.law*<br>Nicole Ramirez, State Bar No. 279017<br> *ramirez@kiesel.law*<br>**KIESEL LAW LLP**<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>Tel: 310-854-4444<br>Fax: 310-854-0812 | Jason 'Jay' Barnes (admitted *pro hac vice*)<br> *jaybarnes@simmonsfirm.com*<br>Eric Johnson (admitted *pro hac vice*)<br> *ejohnson@simmonsfirm.com*<br>An Truong (admitted *pro hac vice*)<br> *atruong@simmonsfirm.com*<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Tel.: 212-784-6400<br>Fax: 212-213-5949 |
| Michael W. Sobol (SBN 194857)<br> *msobol@lchb.com*<br>Melissa Gardner (SBN 289096)<br> *mgardner@lchb.com*<br>Jallé H. Dafa (SBN 290637)<br> *jdafa@lchb.com*<br>**LIEFF CABRASER HEIMANN**<br> **& BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415 956-1000<br>Fax; 415-956-1008 | Douglas Cuthbertson (*pro hac vice pending*)<br> *dcuthbertson@lchb.com*<br>**LIEFF CABRASER HEIMANN**<br> **& BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Tel: 212 355-9500<br>Fax: 212-355-9592 |

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN DOE I, et al. on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br> GOOGLE LLC,<br><br>    Defendant. | Case No. 5:23-cv-02431-BLF<br><br>**NOTICE OF APPEARANCE FOR MELISSA GARDNER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Melissa Gardner of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111, telephone (415) 956-1000, facsimile (415) 956-1008, e-mail mgardner@lchb.com, hereby appears as an additional attorney of record for Plaintiffs and the Proposed Class.

Dated:  June 13, 2023

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By:  /s/ *Melissa Gardner*
      Melissa Gardner

Michael W. Sobol (SBN 194857)
 *msobol@lchb.com*
Melissa Gardner (SBN 289096)
 *mgardner@lchb.com*
Jallé H. Dafa (SBN 290637)
 *jdafa@lchb.com*
**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415 956-1000
Fax; 415-956-1008

Douglas Cuthbertson (*pro hac vice pending*)
 *dcuthbertson@lchb.com*
**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212 355-9500
Fax: 212-355-9592

*Attorneys for Plaintiffs and the Proposed Class*