**DECLARATION OF RICHARD M. SMITH**

# Contents

Introduction .................................................................................................................................. 2

Web Technologies ......................................................................................................................... 2

The Fiddler Web Debugging Proxy for Observing the Communications Between a Web Browser and Web Servers .......................................................................................................................................... 12

Browser Cookies ......................................................................................................................... 12

Google Tracking Pixels that Kaiser Permanente Uses on Its Web Property ............................... 17

Google Tracking Pixels that Kaiser Permanente Uses in Its Patient Portal ................................ 36

Cookie Syncing in Google Tracking Pixels .................................................................................. 50

Google Tracking Pixels on Other Health Care Provider Web Properties .................................... 57

    Google Tracking Pixels on the MedStar Health Web Property .................................................. 58

    Google Tracking Pixels on the Mercy Medical Center Web Property ........................................ 66

    Google Tracking Pixels on the Gundersen Health System Web Property .................................. 86

    Google Tracking Pixels on the Mercy Hospital Web Property ................................................... 93

    Google Tracking Pixels on the UnitedHealthcare Web Property .............................................. 122

    Google Tracking Pixels on the Planned Parenthood Web Property .......................................... 132

    Google Tracking Pixels on the Keck Medicine Web Property ................................................... 140

    Google Tracking Pixels on the MemorialCare Web Property .................................................... 155

    Google Tracking Pixels on the OSF HealthCare Web Property ................................................. 174

    Google Tracking Pixels on the Alton Memorial Web Property .................................................. 196

Examples of How Communications Between a User and Health Care Provider Web Properties Are Stored ................................................................................................................................................... 201

IP Addresses ............................................................................................................................... 201

Server Logs ................................................................................................................................. 213

Tracking Pixels and HIPAA .......................................................................................................... 214

Google's Position on the Use of Tracking Pixels on Health Care Provider Web Properties: ................... 216

Summary ..................................................................................................................................... 219

## Introduction

1. My name is Richard M. Smith, I am of sound mind, over the age of eighteen years old, capable of making this Declaration, and personally acquainted with the facts stated herein.

2. I am currently the owner of and a consultant with Boston Software Forensics LLC of Boston, Massachusetts.  For approximately the last 18 years, I have been providing consulting services to the legal industry.  These consulting services primarily involve the analysis of software systems to understand how they operate.  My consulting services have been employed in areas such as IP-related litigation and privacy and security reviews.  Previously I have worked at the Privacy Foundation as the chief technology officer (CTO) and I was a founder and CEO of Phar Lap Software, Inc.  I have a Bachelor of Science degree in Computer Science from North Carolina State University, class of 1974.  I began working in the computer software field in 1972.

3. In this declaration, I have analyzed Google's tracking of communications between patients and healthcare provider[1] Web properties.

4. Much of the declaration focuses on the Google tracking at the Kaiser Permanente Web property. However, I have tested other health care provider Web properties and I have found consistent Google tracking at them which I summarize below.

## Web Technologies

5. Internet users use Web browsers to send, receive, and view electronic communications on the Internet.  Web browsers are software applications which run on computing devices such as laptop computers, desktop computers, smartphones, and tablet computers.

6. Examples of popular Web browsers include Chrome, Safari, Firefox, and Edge.

7. A Web property is hosted by one or more computer servers through which the Web property sends and receives communications with Internet users via their Web browsers to display Web pages on users' monitors and screens of their chosen computing devices.

8. For example, Kaiser Permanente operates the healthy.kaiserpermanente.org Web property to communicate with patients.  The following screen shot shows the home page of the Kaiser Permanente Web property from May 2023:

---

[1] "Health care provider" means "all health care providers, covered entities, and business associates whose information is protected by HIPAA or the California Confidentiality of Medical Information Act ("CMIA"). See 45 C.F.R. § 160.103; Cal. Civ. Code § 56. This includes doctors, clinics, psychologists, dentists, chiropractors, nursing homes, pharmacies, health insurance companies, pharmaceutical companies, and business associates such as vendors Cerner and Epic that operate online patient portals." Dkt. 1 at 1 n 1.



Source: https://healthy.kaiserpermanente.org/front-door

9. On the menu bar of the Kaiser Permanente home page, there is a "Sign In" button which allows a patient to sign into the Kaiser Permanente patient portal:



Source: https://healthy.kaiserpermanente.org/front-door

10. Examples of services provided in the Kaiser Permanente patient portal include:

- Medical records
- Messaging with doctors and medical personnel at Kaiser Permanente
- Appointments
- Prescriptions
- Billing

11. The communications between a patient and Kaiser Permanente begin when the patient enters the Kaiser Permanente Web property. The communications continue as the patient clicks on links to

Web pages at the Web property or enters information into Web forms. The communications end when the patient closes their browser or leaves the Kaiser Permanente Web property.

12. Web pages and component files of Web pages are identified by Uniform Resource Locators (URLs). The URL of a Web page is typically shown in the address bar of a browser.[2]

13. An example of a URL used at the Kaiser Permanente Web property is https://healthy.kaiserpermanente.org/health-wellness/diabetes.  This URL contains the following fields:

| | |
|---|---|
| Protocol – https: | The protocol field specifies that the URL is accessed by a browser using the Hypertext Transfer Protocol (HTTP). Browsers and Web servers typically use HTTP to transfer files and other resources.  They may also use the HTTPS protocol which is an extension of HTTP that uses encryption to provide secure communications between browsers and Web servers. The HTTP protocol is specified in the document RFC7231, *Hypertext Transfer Protocol (HTTP/1.1): Semantics and Content* which is available at https://tools.ietf.org/html/rfc7231. |
| Host name – healthy.kaiserpermanente.org | The host name identifies a Web server where a file or resource can be found.  In this case, the host name is healthy.kaiserpermanente.org which identifies the Web server for the Kaiser Permanente Web property. |
| Path - /health-wellness/diabetes. | The path identifies where a file or resource can be found on a Web server.  It is typical practice for Web properties to include a plain-language description of the contents of a Web page in the path.  In this example, the path identifies a Web page which provides information on diabetes. |
| Query string | A query string provides a list of parameters which a Web server can use for a variety of purposes such as:<br><br>1. Retrieve information from a database based on the query string parameters.<br>2. Save information provided by a Web form; or<br>3. Save information provided by a Web page or another Web server<br><br>A query string is optional in a URL.  If a query string is present, it starts with a question mark ("?") character.  The question |

[2] The syntax of URLs is described in the document RFC3986, *Uniform Resource Identifier (URI): Generic Syntax*, which is available at https://tools.ietf.org/html/rfc3986.

| | mark character is followed by a list of one or more name/value pairs which are separated by ampersand ("&") characters. Each name/value pair includes an equal sign ("=").  The name of the parameter appears on the left side of the equal sign while the string on the right side of the equal sign is the associated value.<br><br>In the example URL above, no query string is present.<br><br>An example of a URL which contains a query string is https://healthy.kaiserpermanente.org/pages/search?query=diabetes<br><br>For this second URL, the query string parameter indicates that a search was done at the Kaiser Permanente Web property for information about diabetes.  The name of the search string is "query" and the value of the search string is "diabetes".<br><br>The meaning of parameter names and values of a query string are determined by the software which generates a URL and the software at a Web server which processes the URL.<br><br>In a query string, spaces can be represented as the string "%20" or as a plus sign ("+").  See *HTML URL Encoding Reference* at https://www.w3schools.com/tags/ref_urlencode.asp. |
|---|---|

14. The path and query string fields of a URL are part of the communications between patients and other visitors and the Kaiser Permanente Web property.

15. In the HTTP and HTTPS protocols, a GET request is used by a Web browser to retrieve a file or resource identified by a URL.  The following shows an HTTP GET request used by the Google Chrome browser to fetch the example URL https://healthy.kaiserpermanente.org/health-wellness/diabetes:

```
Request #288

GET https://healthy.kaiserpermanente.org/health-wellness/diabetes HTTP/1.1
Host: healthy.kaiserpermanente.org
Connection: keep-alive
sec-ch-ua: "Google Chrome";v="113", "Chromium";v="113", "Not-A.Brand";v="24"
sec-ch-ua-mobile: ?0
sec-ch-ua-platform: "Windows"
Upgrade-Insecure-Requests: 1
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
```



Accept:
text/html,application/xhtml+xml,application/xml;q=0.9,image/avif,image/webp,image/apng,*/
*;q=0.8,application/signed-exchange;v=b3;q=0.7
Sec-Fetch-Site: same-origin
Sec-Fetch-Mode: navigate
Sec-Fetch-User: ?1
Sec-Fetch-Dest: document
Referer: https://healthy.kaiserpermanente.org/front-door
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie:
SSID=███████████████████████████████████████
███████; SSSC=███████████████████████████████████; ImpSessionRoP=;
███████████████████████████████████████████;
███████████████████████████████████████=-
███████████████████████████████████████████
█████████████████████████████████████; kp-visitor-
id=███████████████████████████████; S-██; ███
KPSessionId=█████████████████████████████████;
HSESSIONID=███████████████████████████████████;
TS01cc593e=███████████████████████████████████
███████████████████████████████████; v17Prev=; s_cc=true;
_uetsid=██████████████████████████████;
_uetvid=██████████████████████████; _ga=██████████████████████;
SSRT=████████; _gcl_au=███████████████████████; at_check=true; kpLanguage=en-US;
rxVisitor=███████████████████████████████████;
mbox=██████████████████████████████████████████
██████████████████████;
QSI_HistorySession=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Ffront-
door^████████████; QuantumMetricSessionID=██████████████████████████;
QuantumMetricUserID=██████████████████████████████████;
QuantumMetricReplayLink=https://kp.quantummetric.com/#/users/search?autoreplay=true&q
msessioncookie=████████████████████████&ts=███████████████;
dtLatC=██; rxvt=██████████████████████; dtPC=████████████████████;
██████████████████████████████████████████;
dtCookie=██████████████████████████████████████
██████████████████████████████████;
█████████████████████████████████████████████████
█████████████████████████████████████████████████
█████████████████████████████████████████████████
███████████████████████████████████████;
_ga_█████████████████████████████; v74Prev=front door|diabetes|kp-
header::autocomplete search||quick link|; dtSa=true%7CC%7C-1%7CDiabetes%7C-
%7C1684515009324%7C314965585_724%7Chttps%3A%2F%2Fhealthy.kaiserpermanente.org%
2Ffront-door%7C%7C%7C%7C

16. Unless otherwise noted, the HTTP requests and responses that are shown in this declaration for the Kaiser Permanente Web property were excerpted from the Fiddler capture file named "kaiserpermanente.org-2023-05-19.saz".  The HTTP requests and responses that are shown in this declaration for inside of the Kaiser Permanente patient portal were excerpted from the Fiddler capture file named "Kaiser-patient-portal-2023-05-25.saz". Fiddler capture files are described in more detail in the next section of this declaration entitled "The Fiddler Web Debugging Proxy for Observing the Communications Between a Web Browser and Web Servers".

17. The HTTP requests and responses that have been excerpted from Fiddler capture files have been reformatted ("pretty printed") in many cases for improved readability.

18. An HTTP GET request includes user communications to a Web property in the form of URLs, file paths, query strings, cookies, and information including identifiers appended to the end of a request as I will describe.

19. The HTTP GET request consists of a series of text lines.  The first text line specifies that a GET request is being made and includes the URL of the Web page being requested without the protocol and host name fields.

20. The remaining text lines of the request are known as HTTP headers.  These headers specify additional information for the request.  For example, the "Host" header indicates that a request is directed to the Kaiser Permanente Web property at "healthy.kaiserpermanente.org".

21. The "User-Agent" HTTP header identifies the browser making the request which is Chrome version 113.  It also indicates that the Chrome browser is running on a Windows 10 PC.

22. Other HTTP headers, such as "Accept", "Accept-Encoding", and "Accept-Language" tell a Web server the format of a Web page to be returned by the server to the browser.

23. Other HTTP headers, such as "Connection" and "Upgrade-Insecure-Requests" are used to control the network connection between a browser and Web server.

24. The "Referer"[3] header specifies the URL of the Web page that contained the clicked link to the diabetes Web page.  In this case, the link was on the Web page https://healthy.kaiserpermanente.org/front-door.  The "Referer" header may also contain the URL of a Web page or IFRAME that an HTTP request is made from.  The URL in the "Referer" header is called the referrer or referring URL.[4]

25. The "Cookie" HTTP header is described below.

26. A Web server sends an HTTP response for each HTTP request it receives.

---

[3] Note that in the HTTP protocol, the "referer" header is misspelled.  The correct spelling is "referrer".
[4] The referrer URL may sometimes be shortened so that it does not include the full URL, such that the content of the communication after the .com or .org is not present in the referrer header.

27. An HTTP response includes communications from a Web property to a user in the response file as described in this section.  The communications may also include the setting of one or more cookies as described in the section *Browser Cookies*.

28.  An HTTP response consists of a series of lines of text similar to an HTTP request.  The first line of the HTTP response is called a status line which indicates if a file has been successfully fetched by a Web server or not, and if not, what kind of error has occurred.

29. A status code of 200 indicates that a Web page exists and was successfully returned in the HTTP GET response.

30.  The status line is followed by HTTP header lines which provide information about the file being returned in the HTTP response such as the type of file and its size.

31. After the final HTTP header, the response includes a blank line followed by the contents of the returned file.  In this example, the following file is returned for the Kaiser Permanente diabetes Web page in request #288:

```
<!DOCTYPE HTML>

<html lang="en-US">

<head><script>(function(){ window.SS = window.SS || {}; SS.Require = function (callback){ if
(typeof callback === 'function') { if (window.SS && SS.EventTrack) { callback(); } else { var
siteSpect = document.getElementById('siteSpectLibraries'); var head =
document.getElementsByTagName('head')[0]; if (siteSpect === null && typeof head !==
'undefined') { siteSpect = document.createElement('script'); siteSpect.type = 'text/javascript';
siteSpect.setAttribute("ssobj", "/__ssobj/"); siteSpect.src =
'/__ssobj/core.js+ssdomvar.js+generic-adapter.js';siteSpect.async = true; siteSpect.id =
'siteSpectLibraries'; head.appendChild(siteSpect); } if (window.addEventListener){
siteSpect.addEventListener('load', callback, false); } else { siteSpect.attachEvent('onload',
callback, false); } } } };})(); </script>

<meta charset="UTF-8"/>
<meta http-equiv="X-UA-Compatible" content="IE=edge, chrome=1"/>
<meta name="viewport" content="width=device-width, initial-scale=1.0"/>

<!-- Meta tags Override for SEO purposes-->

<title>Diabetes | Kaiser Permanente</title>

<meta name="description" content="Live well with diabetes. Learn how to manage your blood
sugar through a healthy diet, medications, exercise, and reducing stress."/>

<link rel="canonical" href="https://healthy.kaiserpermanente.org/health-wellness/diabetes"/>
```

```
<meta name="kp:region" content="National"/>

<meta name="kp:kp-category" content="Health Topics"/>

<meta name="kp:publication-type" content="page"/>

<meta name="kp:health-topic"/>

<meta name="kp:health-topic" content="Diabetes"/>

<meta http-equiv="content-type" content="text/html; charset=UTF-8"/>

…

<link rel="stylesheet" href="/etc.clientlibs/settings/wcm/designs/kporg/kp-
foundation/clientlib-modules/styleguide.ACSHASHb7b77c8121348220751b1395009613a9.css"
type="text/css">

<link rel="stylesheet" href="/etc.clientlibs/settings/wcm/designs/kporg/kp-
foundation/clientlib-utilities/ds1-header.ACSHASH09a1570eb8d1abc85883060391aa5505.css"
type="text/css">

<link rel="stylesheet" href="/etc.clientlibs/settings/wcm/designs/kporg/kp-
foundation/clientlib-all.ACSHASHcfa88cca3187b4012d2e89c9491297d8.css" type="text/css">

<script src="/etc.clientlibs/settings/wcm/designs/kporg/kp-foundation/clientlib-
external.ACSHASHc31b0727f2df99e4579d902e43fb9ce0.js"></script>

<script src="/etc.clientlibs/settings/wcm/designs/kporg/kp-foundation/clientlib-
all.ACSHASHa7cdf5c55f4e83f7273d316058aeac40.js"></script>

<link rel="stylesheet" href="/etc.clientlibs/settings/wcm/designs/kporg/my-health-care/topic-
page/clientlib-modules/topic-page-
template.ACSHASH444ff2208b25544fe3241d08a84bd81d.css" type="text/css">

<link rel="stylesheet" href="/etc.clientlibs/settings/wcm/designs/kporg/my-health-care/topic-
page/topic-components/clientlib-all.ACSHASH5b9d933f8ee6c1271bb3c41450e82698.css"
type="text/css">

<script src="/etc.clientlibs/settings/wcm/designs/kporg/my-health-care/topic-page/topic-
components/clientlib-all.ACSHASH30376da540ceb2e991834632a4bdd809.js"></script>

…

</head>

<body class="kp-theme-ds1 sg-spacing" data-node-name="diabetes">
```

```
…

                <div class="welcome-story__content-description">
                    <p><span class="styling-3 -medium">Welcome to your home base for
success!</span></p>

<p><span style="color: rgb(103,112,131);"><span class="styling-5 -book">Live well with
diabetes. Learn how to manage your blood sugar through diet, medications, and
exercise.</span></span></p>

                </div>
                <div class="welcome-story__content-action">

…

</body>

</html>
```

32. Note that the entire HTML file is not shown above.  Only the beginning, ending, and some body text of the HTML file have been excerpted here because the entire HTML file is approximately 3,330 lines of text in length.

33. HTML ("Hypertext Markup Language") is a standard markup language which tells a Web browser what content is to be displayed for a Web page and how to format the content on the screen.

34. An HTML file consists of a series of HTML tags which are denoted by angle brackets ("<>") which enclose text or other HTML tags.  The following table shows examples of HTML tags from the HTML file for the Kaiser Permanente diabetes Web page:

| | |
|---|---|
| `<!DOCTYPE HTML>`<br><br>`<html lang="en-US">`<br>…<br>`</html>` | Marks the beginning and end of the HTML. |
| `<head>`<br>…<br>`</head>` | Marks the beginning and end of the head section of the HTML.  An HTML head section typically contains information about |

| | a Web page and formatting information. |
|---|---|
| <title>Diabetes \| Kaiser Permanente</title> | Specifies the title of the Web page which is "Diabetes \| Kaiser Permanente" |
| <link rel="stylesheet" href="/etc.clientlibs/settings/wcm/designs/kporg/kp-foundation/clientlib-modules/styleguide.ACSHASHb7b77c8121348220751b1395009613a9.css" type="text/css"><br><link rel="stylesheet" href="/etc.clientlibs/settings/wcm/designs/kporg/kp-foundation/clientlib-utilities/ds1-header.ACSHASH09a1570eb8d1abc85883060391aa5505.css" type="text/css"><br><link rel="stylesheet" href="/etc.clientlibs/settings/wcm/designs/kporg/kp-foundation/clientlib-all.ACSHASHcfa88cca3187b4012d2e89c9491297d8.css" type="text/css"> | Specifies links to formatting information |
| <body class="kp-theme-ds1 sg-spacing" data-node-name="diabetes"><br>…<br><br></body> | Marks the beginning and ending of the HTML body of the Web page. |
| <p><br>…<br><br></p> | Marks the beginning and end of a paragraph within the body that contains text. |
| <a><br>…<br><br></a> | Used to create a link to another Web page. |

35. JavaScript code can also be used in a Web page to provide additional functionality in a Web page. For example, JavaScript code may be used to:

    a.  Format a Web page based on the characteristics of the device displaying the Web page,

    b.  Validate form data before it is sent to a Web server,

    c.  Provide user-interface elements such as menus, animated buttons, etc., or

       d.   Provide tracking of user activity as described in the following sections of this declaration.

36.  HTTP requests may also be used to disclose hidden tracking information to third parties, such as Google, as described in the tracking pixel sections below.  The tracking information typically is disclosed to third parties via JavaScript code hidden in a Web page.  The tracking information can be sent while a Web page is being loaded and while a user interacts with a Web page such as scrolling the Web page or clicking on a link on the Web page.

37.  In addition to GET requests, the HTTP protocol also supports HTTP POST requests.  A HTTP POST request is used on a Web page to send information to a Web property or other third-parties such as Google.  This information can come from a form on a Web page which has been filled out by a user or from information collected by JavaScript code running on a Web page.  The destination on the Web property where the information is to be sent is identified in a HTTP POST request as a URL.  The information to be submitted to the Web property is placed after the final HTTP header line of a POST request.  A blank text line is used to separate the HTTP header and the submitted information.

## The Fiddler Web Debugging Proxy for Observing the Communications Between a Web Browser and Web Servers

38.  HTTP requests made by Web browsers and HTTP responses received by Web browsers are typically not visible to a user.

39.  However, there are a variety of developer tools available to computer professionals to capture and save HTTP requests and responses as a user's Web browser communicates with Web servers. One such tool is the Fiddler Web debugging proxy.  Fiddler is available for download and documented at the Web property:  [https://www.telerik.com/fiddler](https://www.telerik.com/fiddler).  Fiddler can save HTTP requests and responses in a variety of file formats for later analysis.  One such format for saving HTTP request and responses is the SAZ file format.

40.  The HTTP requests and responses shown in this declaration were captured by Fiddler.

## Browser Cookies

41.  A feature of the HTTP protocol called cookies is implemented in Web browsers and used by many Web properties.  The cookie feature allows a Web property to save small pieces of text, known as cookies, in a user's Web browser and in the file system of a user's computer.  Once set, cookies are returned to a Web property in future HTTP requests.  The purpose of a cookie is to allow a Web property to remember information specific to a returning user to the Web property.

42.  To set a cookie, a Web property includes a Set-Cookie HTTP response header in an HTTP response. In its simplest form, the Set-Cookie HTTP response includes a cookie name and cookie value separated by an equal sign ("=") character.  For example:

Set-Cookie: id=█████████

This example instructs a browser to save a cookie named "id" with a value of "█████████".  In future HTTP requests to the Web property that set the "id" cookie, the cookie name and value will be returned to the Web property using a Cookie HTTP request header:

Cookie: id=█████████

43. Some of the uses of cookies by a Web property include:

   a.  Track login status of a user at a Web property,
   b.  Track the state of a shopping cart at a Web property,
   c.  Gather statistics about how an individual user is using a Web property,
   d.  Gather statistics about how multiple users are using a Web property,
   e.  Customize the content of Web pages for individual users based on their past usage of a Web property, or
   f.  Provide user-specific information held by a Web property to Web pages.  Such information might include account information, doctor appointments, test results, email messages, and so on.

44. Cookies also have options associated with them which a Web property can set when a cookie is created.  These options include:

| Expires=*date* | Specifies a time and date when a cookie expires and is to be deleted by a Web browser |
| Max-age=*seconds* | An alternative to "Expires" which specifies the maximum number of seconds a cookie exists before it expires and is to be deleted by a Web browser. |
| Secure | Indicates that a cookie is only to be transmitted in a secure HTTPS request |
| HttpOnly | Indicates that a cookie is not available from JavaScript.  Used to mitigate cross-site scripting attacks. |
| Domain=domain | Specifies the domains that a cookie can be sent to. |
| Path=path | Limits the sending of a cookie to a particular URL path of a Web property |

45. Documentation for the Set-Cookie header can be found at the Mozilla Web property: https://developer.mozilla.org/en-US/docs/Web/HTTP/Headers/Set-Cookie.

46. JavaScript code can also create, read, update, and delete cookies associated with the domain of the Web page in which the JavaScript is executing. See *Document: cookie property* at https://developer.mozilla.org/en-US/docs/Web/API/Document/cookie.

47. If neither an Expires or Max-age option is specified for a cookie, then the cookie is called a session cookie.  A session cookie automatically expires when a browser is closed or if someone leaves a Web

property and does not return in a short time.

48. Unlike a session cookie, a persistent cookie is designed to stay around for some time even if a user exits their browser or turns off their computer.  A persistent cookie is specified using the Expires and/or Max-age options.

49. A persistent cookie allows a user to be tracked over a period of time beyond a single session.

50. The following is an example of a cookie being set at Kaiser Permanente by a Set-Cookie HTTP response header for request #38:

```
Set-Cookie: ███████████████████████████████████████████████ ;
path=/; domain=.kaiserpermanente.org; expires=Sat, 18-May-2024 16:49:21 GMT
```

51. The following parameters are set for the cookie by the Set-Cookie response header:

| SSID | Name of the cookie |
|---|---|
| ████████████████████ | Value of the cookie |
| expires=Sat, 18-May-2024 16:49:21 GMT | When the cookie is to expire which is approximately one year after it was set |
| path=/ | Indicates that the cookie is to be used on all Web pages at the Kaiser Permanente Web property |
| domain=.kaiserpermanente.org | Indicates that the cookie can be used with any host ending in ".kaiserpermanente.org" |

52. A Web browser can hold cookies from many different Web properties.  Each Web property can set multiple cookies, each identified by a unique name.

53. A Web browser will only send back a cookie in an HTTP header to a Web property that set the cookie or to a related Web property.  For example, a Kaiser Permanente cookie will only be sent in an HTTP request to a Kaiser Permanente server. The Kaiser Permanente cookie will not be sent to other Web properties such as www.youtube.com and www.google.com. However, as explained below, some third-party JavaScript files placed in a Web property's source code may be able to extract and send first-party cookie data to third parties such as Google.

54. When additional content of a Web page or other Web pages are fetched from the same server as the Web page that set the cookie, the HTTP GET requests for the additional content or Web pages will include the same cookies as the Web page that set the cookies.  These cookies are called "first-party cookies".

55. When a user's communication with a first party is redirected to a third-party by source code on the Web page, the disclosure to the third-party may include the cookies for the third-party. These cookies are called "third-party cookies".

56. For example, at the Kaiser Permanente Web property, third-party DSID and IDE cookies are sent in an HTTP POST request to a Google DoubleClick server googleads.g.doubleclick.net:

---

**Request #154**

**GET**
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=1684514964773&cv=11&fst=1684514964773&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Ffront-door&hn=www.googleadservices.com&frm=0&tiba=Custom%20Care%20%26%20Coverage%20Just%20For%20You%20%7C%20Kaiser%20Permanente&auid=530620511.1684514965&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127%7CNot-A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config&rfmt=3&fmt=4 HTTP/1.1
Host: googleads.g.doubleclick.net
Connection: keep-alive
sec-ch-ua: "Google Chrome";v="113", "Chromium";v="113", "Not-A.Brand";v="24"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/113.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
X-Client-Data: ███████████████████████
Sec-Fetch-Site: cross-site
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: script
Referer: https://healthy.kaiserpermanente.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9
Cookie: ████████████████████████
████████████████████████████
███████████████
███████████████████████████
██████████████
████████████████████

---

57. In addition, JavaScript code from a third-party which runs inside of a Web page is able to access the first-party cookies associated with the domain of the Web page that have not been marked as "httponly".

58. Third-party JavaScript code can also create, read, and update its own first-party cookies associated with the domain of the Web page. These first-party cookies can be used as a replacement for third-party cookies if a user has configured their Web browser to block third-party cookies as a privacy measure.

59. For example, at the Kaiser Permanente Web property, Google Analytics JavaScript code will also command patients' browsers to make redirected HTTP GET and POST requests to multiple Google servers. These redirected HTTP requests will include Google Analytic cookies as query string parameters. A cookie named _ga is stored in a browser as a Kaiser Permanente first party cookie. A _ga cookie value is sent to Google servers as the cid query string value as shown in these HTTP requests below:





60. The HTTP requests sent to Google servers and the cookies that they include will be explained in more detail in the following sections on tracking pixels.

## Google Tracking Pixels that Kaiser Permanente Uses on Its Web Property

61. The URL of the Kaiser Permanente Web property home page is https://healthy.kaiserpermanente.org/front-door.

62. The Kaiser Permanente home page includes JavaScript code for Google Analytics.  The Google-supplied JavaScript code then executes inside a patient's Web browser in the context of Kaiser Permanente Web pages, without any action or knowledge of the patient.

63. The Google-supplied JavaScript code for Google Analytics is downloaded from a Google server named www.googletagmanager.com as shown in the following excerpts from HTTP GET request #125:

```
Request #125

GET https://www.googletagmanager.com/gtag/js?id=G-ENXTD8TZ70 HTTP/1.1
Host: www.googletagmanager.com
Connection: keep-alive
sec-ch-ua: "Google Chrome";v="113", "Chromium";v="113", "Not-A.Brand";v="24"
sec-ch-ua-mobile: ?0
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like
Gecko) Chrome/113.0.0.0 Safari/537.36
sec-ch-ua-platform: "Windows"
Accept: */*
Sec-Fetch-Site: cross-site
```

```
Sec-Fetch-Mode: no-cors
Sec-Fetch-Dest: script
Referer: https://healthy.kaiserpermanente.org/
Accept-Encoding: gzip, deflate, br
Accept-Language: en-US,en;q=0.9

HTTP/1.1 200 OK
Content-Type: application/javascript; charset=UTF-8
Access-Control-Allow-Origin: *
Access-Control-Allow-Credentials: true
Access-Control-Allow-Headers: Cache-Control
Vary: Accept-Encoding
Date: Fri, 19 May 2023 16:49:22 GMT
Expires: Fri, 19 May 2023 16:49:22 GMT
Cache-Control: private, max-age=900
Strict-Transport-Security: max-age=31536000; includeSubDomains
Cross-Origin-Resource-Policy: cross-origin
Server: Google Tag Manager
Content-Length: 250597
X-XSS-Protection: 0
Alt-Svc: h3=":443"; ma=2592000,h3-29=":443"; ma=2592000

Pretty-printed JavaScript

// Copyright 2012 Google Inc. All rights reserved.
…

   var CB = {};
  CB[P.g.fb] = "cid";
  CB[P.g.ff] = "_fid";
  CB[P.g.xg] = "_geo";
  CB[P.g.Ab] = "gdid";
  CB[P.g.Rd] = "ir";
  CB[P.g.Aa] = "ul";
  CB[P.g.ad] = "_rdi";
  CB[P.g.Db] = "sr";
  CB[P.g.Ni] = "tid";
  CB[P.g.uf] = "tt";
  CB[P.g.vf] = "ec_mode";
  CB[P.g.Vi] = "gtm_up";
  CB[P.g.Xd] = "uaa", CB[P.g.Yd] = "uab", CB[P.g.Zd] = "uafvl", CB[P.g.ae] = "uamb", CB[P.g.be] =
"uam", CB[P.g.ce] = "uap", CB[P.g.de] = "uapv", CB[P.g.ee] = "uaw";
  var DB = {};
  DB[P.g.Mc] = "cc";
  DB[P.g.Nc] = "ci";
  DB[P.g.Oc] = "cm";
  DB[P.g.Pc] =
      "cn";
```

```
DB[P.g.Rc] = "cs";
DB[P.g.Sc] = "ck";
DB[P.g.xa] = "cu"
DB[P.g.ka] = "dl";
DB[P.g.Ga] = "dr";
DB[P.g.Cb] = "dt";
DB[P.g.Ud] = "seg";
DB[P.g.nb] = "sid";
DB[P.g.Vd] = "sct";
DB[P.g.Ca] = "uid";
R(80) && (DB[P.g.Rb] = "dp");
var EB = {};
EB[P.g.Id] = "_et";
EB[P.g.zb] = "edid";
var FB = {};
FB[P.g.Mc] = "cc";
FB[P.g.Nc] = "ci";
FB[P.g.Oc] = "cm";
FB[P.g.Pc] = "cn";
FB[P.g.Rc] = "cs";
FB[P.g.Sc] = "ck";
var GB = {},
    HB = Object.freeze((GB[P.g.qa] = 1, GB)),
    zB = function() {
        var a = "www";
        BB && Ii() && (a = Ii());
        return "https://" + a + ".google-analytics.com/g/collect"
    },
    yB = function() {
        var a;
        BB && "" !== Ii() && (a = Ii());
        return "https://" + (a ? a + "." : "") + "analytics.google.com/g/collect"
    },
```

64. The  Google JavaScript code on the Kaiser Permanente Web property is deployed using the Google Tag Manager tool:

# About Google Tag Manager 🔖 ▾

Send feedback

Google Tag Manager is a tag management system that has the same functionality as the Google tag and lets you configure and instantly deploy tags on your website or mobile app from an easy-to-use web-based interface. In addition, Tag Manager features support for tag organization and version control, 3rd party and community-developed tag templates, and enterprise collaboration and security features. Tag Manager helps to optimize tag deployment, reduce tag configuration errors and allows you to modify and deploy tags on your site instantly from a web-based interface.

Launch Tag Manager

## Deploy for web pages

Use Tag Manager to manage tags (such as measurement and marketing optimization JavaScript tags) on your site. Without editing your site code, use Tag Manager to add and update Google Ads, Google Analytics, Floodlight, and third-party tags.

Get started for web sites

Source: https://developers.google.com/tag-platform/tag-manager

65. From the execution of the Google JavaScript code, a patient's Web browser is further redirected to fetch an invisible tracking pixel[5].  The following is an example of an HTTP POST request to fetch a Google Analytics tracking pixel on the Kaiser Permanente home page:

```
Request #171

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
ENXTD8TZ70&gtm=45je35h0&_p=2041688152&cid=431098482.1684514965&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChro
mium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=1&sid=16
84514964&sct=1&seg=0&dl=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Ffront-
door&dt=Custom%20Care%20%26%20Coverage%20Just%20For%20You%20%7C%20Kaiser%20Per
manente&en=page_view&_fv=1&_nsi=1&_ss=1&_ee=1 HTTP/1.1

Decoded URL Parameters

    v=2
    tid=G-ENXTD8TZ70
    gtm=45je35h0
    _p=2041688152
    cid=███████████████████
    ul=en-us
    sr=1920x1080
    uaa=x86
    uab=64
    uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-
A.Brand;24.0.0.0
```

---

[5] Tracking pixels go under different names including "Web bugs," "Web beacons," "spotlight tags," "tags," etc.

```
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
_s=1
sid=1684514964
sct=1
seg=0
dl=https://healthy.kaiserpermanente.org/front-door
dt=Custom Care & Coverage Just For You | Kaiser Permanente
en=page_view
_fv=1
_nsi=1
_ss=1
_ee=1
```

66. The purpose of a tracking pixel is typically to provide tracking information about a Web property and a visitor to a third-party, in this case, Google Analytics. The tracking information is provided to the third-party server in the HTTP GET or POST request for the tracking pixel.

67. The following information is provided for tracking purposes to a third-party server when a Web browser is redirected to fetch a tracking pixel:

   a. The IP address associated with a user's browser. IP addresses are described in the section entitled "IP Addresses";

   b. A URL which typically contains coded information about the Web page being visited, a user's browser, and/or the user of the Web property;

   c. The referring URL which is typically the URL containing the host name of the Web page being tracked;

   d. Identification of the browser being used by the visitor in the "user-agent" HTTP header;

   e. The host name of the Web property being tracked in the HTTP referer header;

   f. HTTP POST data (optional);

   g. Some first party cookies which are sent as query string parameters (optional); and

   h. Any browser cookies which have been set previously by the third-party server (optional).

68. In the URL for the Google Analytics tracking pixel, examples of parameters sent in the query string of the URL include:

```
https://www.google-analytics.com/g/collect?v=2&tid=G-
ENXTD8TZ70&gtm=45je35h0&_p=2041688152&cid=██████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromiu
m%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=1&sid=16845
14964&sct=1&seg=0&dl=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Ffront-
door&dt=Custom%20Care%20%26%20Coverage%20Just%20For%20You%20%7C%20Kaiser%20Perman
ente&en=page_view&_fv=1&_nsi=1&_ss=1&_ee=1
```

| Parameter name | Value |
|---|---|
| en=page_view | Event type is page_view. |
| dl=https://healthy.kaiserpermanente.org/front-door | URL of the Kaiser Permanente "front door" home page. |
| sr=1920x1080 | Screen resolution |
| dt=Custom Care & Coverage Just For You \| Kaiser Permanente | Title of the Web page. |
| cid=███████████████ | Client Id which is the first-party _ga cookie as described above.  Identifies a user and can be synced with other Google cookies as described below in the section on cookie syncing. |
| tid=G-ENXTD8TZ70 | The Google Analytics tracking id for Kaiser Permanente. |

69. The _ga cookie is listed on the Google Web page entitled *Our advertising and measurement cookies:*

| _ga | Analytics | Google Analytics | 2 years | Set from partner domain |
|---|---|---|---|---|

Source: https://business.safety.google/adscookies/

70. The Google support page *How users are identified for user metrics* states that the _ga cookie is "a unique identifier associated with each user":

# How users are identified for user metrics

The Users and Active Users metrics show how many users engaged with your site or app.

In order for Google Analytics to determine which traffic belongs to which user, a unique identifier associated with each user is sent with each hit. This identifier can be a single, first-party cookie named _ga that stores a Google Analytics client ID, or you can use the User-ID feature in conjunction with the client ID to more accurately identify users across all the devices they use to access your site or app. For more information on identifiers, read about cookies and user identification in our developer documentation.

Source: https://support.google.com/analytics/answer/2992042?hl=en

71. The Google developer page *Cookies and User Identification* provides a similar description of the _ga cookie:

## Cookies and User Identification  ▾

In order for Google Analytics to determine that two distinct hits belong to the same user, a unique identifier, associated with that particular user, must be sent with each hit.

The analytics.js library accomplishes this via the Client ID field, a unique, randomly generated string that gets stored in the browsers cookies, so subsequent visits to the same site can be associated with the same user.

By default, analytics.js uses a single, first-party cookie named `_ga` to store the Client ID, but the cookie's name, domain, and expiration time can all be customized. Other cookies created by analytics.js include `_gid`, `AMP_TOKEN` and `_gac_<property-id>`. These cookies store other randomly generated ids and campaign information about the user.

Source: https://developers.google.com/analytics/devguides/collection/analyticsjs/cookies-user-id?sjid=1144849114055345070-NA

72. See also the Google support page *[GA4] Cookie usage on websites:*

# [GA4] Cookie usage on websites

*This article is about cookies usage for Google Analytics 4 properties. To learn about cookies for Universal Analytics, see this article instead.*

The gtag.js JavaScript library uses first-party cookies to distinguish unique users as well as unique sessions from a single user. The library does not require you to set cookies to transmit data to Google Analytics.

💡 Browsers enforce limitations on the lifespan of first-party cookies if a user does not make a return visit (maximum of 400 days for Chrome and 7 days for Safari).

## gtag.js cookies

The following table describes each cookie set by gtag.js. To learn more about the data that Analytics collects, see Safeguarding your data.

| Cookie name | Default expiration time | Description |
|---|---|---|
| _ga | 2 years | Used to distinguish users. |
| _ga_<container-id> | 2 years | Used to persist session state. |

Source: https://support.google.com/analytics/answer/11397207?hl=en

73. Other Google-supplied JavaScript source code referenced on the home page also triggers the sending of a tracking pixel to a Google DoubleClick server as shown in the following HTTP request:

**Request #154**

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=16845
14964773&cv=11&fst=1684514964773&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Ffront-
door&hn=www.googleadservices.com&frm=0&tiba=Custom%20Care%20%26%20Coverage%20Ju
st%20For%20You%20%7C%20Kaiser%20Permanente&auid=530620511.1684514965&uaa=x86&u
ab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127%7CNo
t-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

**Decoded URL Parameters**

```
random=1684514964773
cv=11
fst=1684514964773
bg=ffffff
guid=ON
async=1
gtm=45be35h0
u_w=1920
u_h=1080
url=https://healthy.kaiserpermanente.org/front-door
hn=www.googleadservices.com
frm=0
tiba=Custom Care & Coverage Just For You | Kaiser Permanente
auid=530620511.1684514965
uaa=x86
uab=64
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
uamb=0
uap=Windows
uapv=10.0.0
uaw=0
data=event=gtag.config
rfmt=3
fmt=4
```

**Decoded Request Cookies**

DSID=

IDE=

74. The DoubleClick tracking pixel includes the URL of the Kaiser Permanente home page.  The URL is highlighted in ==yellow==.

75. The tracking pixel also includes Google DoubleClick third-party cookies which are named DSID and IDE and shown in ==green== above.  The values of the DSID and IDE cookies are ID numbers which allow tracking of a user for advertising purposes as explained by Google:

### Advertising

Google uses cookies for advertising, including serving and rendering ads, personalizing ads (depending on your settings at myadcenter.google.com 🗗 and adssettings.google.com/partnerads 🗗), limiting the number of times an ad is shown to a user, muting ads you have chosen to stop seeing, and measuring the effectiveness of ads.

The 'NID' cookie is used to show Google ads in Google services for signed-out users, while the 'ANID' and 'IDE' cookies are used to show Google ads on non-Google sites. If you have personalized ads enabled, the 'ANID' cookie is used to remember this setting and lasts for 13 months in the European Economic Area (EEA), Switzerland, and the United Kingdom (UK), and 24 months everywhere else. If you have turned off personalized ads, the 'ANID' cookie is used to store that setting until 2030. The 'NID' cookie expires 6 months after a user's last use. The 'IDE' cookie lasts for 13 months in the European Economic Area (EEA), Switzerland, and the United Kingdom (UK), and 24 months everywhere else.

Some cookies and other technologies used for advertising are for users who sign in to use Google services. For example, the 'DSID' cookie is used to identify a signed-in user on non-Google sites and to remember whether the user has agreed to ad personalization. It lasts for 2 weeks.

Source: https://policies.google.com/technologies/cookies

| Cookie Name | Purpose(s) | Product(s) | Cookie Lifespan | Domain(s) |
|---|---|---|---|---|
| IDE | Advertising | Campaign Manager, Display & Video 360, Google Ad Manager, Google Analytics, Search Ads 360 | 13 months EEA UK / 24 months elsewhere | doubleclick.net |
| DSID | Security, Functionality, Advertising | AdSense, Campaign Manager, Google Ad Manager, Google Analytics, Display & Video 360, Search Ads 360 | 2 weeks | doubleclick.net |

Source: https://business.safety.google/adscookies/

76. Other Google-supplied JavaScript source code referenced on the Kaiser Permanente home page also triggers the sending of a tracking pixel to a Google Ads server as shown in the following HTTP request:

---

Request #176

GET https://www.google.com/pagead/1p-user-list/881418786/?random=1684514964773&cv=11&fst=1684512000000&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Ffront-door&frm=0&tiba=Custom%20Care%20%26%20Coverage%20Just%20For%20You%20%7C%20Kaiser%20Permanente&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=2160679698&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

  random=1684514964773
  cv=11
  fst=1684512000000
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35h0
  u_w=1920
  u_h=1080
  url=https://healthy.kaiserpermanente.org/front-door
  frm=0
  tiba=Custom Care & Coverage Just For You | Kaiser Permanente
  data=event=gtag.config
  fmt=3
  is_vtc=1
  random=2160679698
  rmt_tld=0
  ipr=y

---

77. The Google Ads tracking pixel also includes the following collection of third-party cookies:





78. The value of the Google Ads third-party NID cookie is an ID number which allows tracking of a user for advertising purposes as explained by Google:

### Advertising

Google uses cookies for advertising, including serving and rendering ads, personalizing ads (depending on your settings at myadcenter.google.com ⧉ and adssettings.google.com/partnerads ⧉), limiting the number of times an ad is shown to a user, muting ads you have chosen to stop seeing, and measuring the effectiveness of ads.

The 'NID' cookie is used to show Google ads in Google services for signed-out users, while the 'ANID' and 'IDE' cookies are used to show Google ads on non-Google sites. If you have personalized ads enabled, the 'ANID' cookie is used to remember this setting and lasts for 13 months in the European Economic Area (EEA), Switzerland, and the United Kingdom (UK), and 24 months everywhere else. If you have turned off personalized ads, the 'ANID' cookie is used to store that setting until 2030. The 'NID' cookie expires 6 months after a user's last use. The 'IDE' cookie lasts for 13 months in the European Economic Area (EEA), Switzerland, and the United Kingdom (UK), and 24 months everywhere else.

Source: https://policies.google.com/technologies/cookies

| Cookie Name | Purpose(s) | Product(s) | Cookie Lifespan | Domain(s) |
|---|---|---|---|---|
| NID | Security, Analytics, Functionality, Advertising | AdSense for Search, Google Ads | 6 months | google.com and local variations, e.g. google.de |

Source: https://business.safety.google/adscookies/

79. The Google cookies __Secure-3PAPISID, __Secure-3PSID, and __Secure-3PSIDCC are 3rd-party cookies associated with a Google account.  They are set while logged into a Google account and deleted when logging out of a Google account.

80. Examples of additional Google tracking pixels being employed inside of the Kaiser Permanente Web property which I found during my testing include:

Request #351

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=1684515013215&cv=11&fst=1684515013215&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=192

0&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fhealth-
wellness%2Fdiabetes&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Ffront-
door&hn=www.googleadservices.com&frm=0&tiba=Diabetes%20%7C%20Kaiser%20Permanente
&auid=530620511.1684514965&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.1
27%7CChromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

   random=1684515013215
   cv=11
   fst=1684515013215
   bg=ffffff
   guid=ON
   async=1
   gtm=45be35h0
   u_w=1920
   u_h=1080
   url=<mark>https://healthy.kaiserpermanente.org/health-wellness/diabetes</mark>
   ref=https://healthy.kaiserpermanente.org/front-door
   hn=www.googleadservices.com
   frm=0
   tiba=Diabetes | Kaiser Permanente
   auid=530620511.1684514965
   uaa=x86
   uab=64
   uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
   uamb=0
   uap=Windows
   uapv=10.0.0
   uaw=0
   data=event=gtag.config
   rfmt=3
   fmt=4

Decoded Request Cookies

   DSID=███████████████████████████

   █████████████████████████████████████████████████████
   █████████████████████
   ██████████████████████████████████████████████████████
   █████████████████████████
   IDE=██████████████████████████████████

Request #367

GET https://www.google.com/pagead/1p-user-list/881418786/?random=1684515013215&cv=11&fst=1684512000000&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fhealth-wellness%2Fdiabetes&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Ffront-door&frm=0&tiba=Diabetes%20%7C%20Kaiser%20Permanente&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=1829128111&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

   random=1684515013215
   cv=11
   fst=1684512000000
   bg=ffffff
   guid=ON
   async=1
   gtm=45be35h0
   u_w=1920
   u_h=1080
   url=https://healthy.kaiserpermanente.org/health-wellness/diabetes
   ref=https://healthy.kaiserpermanente.org/front-door
   frm=0
   tiba=Diabetes | Kaiser Permanente
   data=event=gtag.config
   fmt=3
   is_vtc=1
   random=1829128111
   rmt_tld=0
   ipr=y

Decoded Request Cookies

   __Secure-3PAPISID=███████████████████████
   __Secure-3PSID=█████████████
████████████████████████████████

   1P_JAR=██████████

NID=511=█████████████████████████████████████
████████████████████████████████
█████████████████████████
██████████████
███████████████████████

   __Secure-
3PSIDCC=███████████████████████████████

Request #405

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=16845
15017839&cv=11&fst=1684515017839&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fhealth-wellness%2Fhealtharticle.what-is-type-2-
diabetes&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fhealth-
wellness%2Fdiabetes&hn=www.googleadservices.com&frm=0&tiba=What%20is%20Type%202%2
0diabetes%3F%20%7C%20Kaiser%20Permanente&auid=530620511.1684514965&uaa=x86&uab=
64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

**Decoded URL Parameters**

    random=1684515017839
    cv=11
    fst=1684515017839
    bg=ffffff
    guid=ON
    async=1
    gtm=45be35h0
    u_w=1920
    u_h=1080
    url=https://healthy.kaiserpermanente.org/southern-california/health-
    wellness/healtharticle.what-is-type-2-diabetes
    ref=https://healthy.kaiserpermanente.org/health-wellness/diabetes
    hn=www.googleadservices.com
    frm=0
    tiba=What is Type 2 diabetes? | Kaiser Permanente
    auid=530620511.1684514965
    uaa=x86
    uab=64
    uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
    uamb=0
    uap=Windows
    uapv=10.0.0
    uaw=0
    data=event=gtag.config
    rfmt=3
    fmt=4

**Decoded Request Cookies**

    DSID=███████████████████████████
    ████████████████████████████████████████
    ████████████████████████
    ██████████████████████████

IDE=██████████████████████████████████████

Request #417

GET https://www.google.com/pagead/1p-user-
list/881418786/?random=1684515017839&cv=11&fst=1684512000000&bg=ffffff&guid=ON&asy
nc=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.o
rg%2Fsouthern-california%2Fhealth-wellness%2Fhealtharticle.what-is-type-2-
diabetes&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fhealth-
wellness%2Fdiabetes&frm=0&tiba=What%20is%20Type%202%20diabetes%3F%20%7C%20Kaiser
%20Permanente&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=2468914058&rmt_tld=0
&ipr=y HTTP/1.1

Decoded URL Parameters

  random=1684515017839
  cv=11
  fst=1684512000000
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35h0
  u_w=1920
  u_h=1080
  url=<mark>https://healthy.kaiserpermanente.org/southern-california/health-wellness/healtharticle.what-is-type-2-diabetes</mark>
  ref=https://healthy.kaiserpermanente.org/health-wellness/diabetes
  frm=0
  tiba=What is Type 2 diabetes? | Kaiser Permanente
  data=event=gtag.config
  fmt=3
  is_vtc=1
  random=2468914058
  rmt_tld=0
  ipr=y

Decoded Request Cookies

  __Secure-3PAPISID=███████████████████████
  __Secure-3PSID=██████████████
████████████████████████████████
████████████████

NID=511=████████████████████████████████
████████████████████████████████
███████████████████████████
██████████████████
██████████████████████████████

__Secure-3PSIDCC=██████████████████████████████
████████████████

Request #875

GET https://www.google.com/pagead/1p-user-
list/881418786/?random=1684515119775&cv=11&fst=1684512000000&bg=ffffff&guid=ON&asy
nc=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.o
rg%2Fsouthern-
california%2Fbillpay&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Ffront-
door&frm=0&tiba=Pay%20Bills%20%7C%20Kaiser%20Permanente&data=event%3Dgtag.config&f
mt=3&is_vtc=1&random=2996810171&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

    random=1684515119775
    cv=11
    fst=1684512000000
    bg=ffffff
    guid=ON
    async=1
    gtm=45be35h0
    u_w=1920
    u_h=1080
    url=https://healthy.kaiserpermanente.org/southern-california/billpay
    ref=https://healthy.kaiserpermanente.org/southern-california/front-door
    frm=0
    tiba=Pay Bills | Kaiser Permanente
    data=event=gtag.config
    fmt=3
    is_vtc=1
    random=2996810171
    rmt_tld=0
    ipr=y

Decoded Request Cookies

    __Secure-3PAPISID=████████████████████████████
    __Secure-3PSID=██████████████████
    ████████████████████████████████████
    ██████████████████

NID=████████████████████████████████████████████
████████████████████████████████████
███████████████████████████████

█████████████████████

████ __Secure-3PSIDCC=████████████████████████

███████████████

Request #1955

GET https://www.google.com/pagead/1p-user-
list/881418786/?random=1684515305085&cv=11&fst=1684512000000&bg=ffffff&guid=ON&asy
nc=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.o
rg%2Fnorthern-california%2Fconsumer-sign-
on&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fnorthern-california%2Ffront-
door&frm=0&tiba=Sign%20in&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=420294113
5&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

   random=1684515305085
   cv=11
   fst=1684512000000
   bg=ffffff
   guid=ON
   async=1
   gtm=45be35h0
   u_w=1920
   u_h=1080
   url==https://healthy.kaiserpermanente.org/northern-california/consumer-sign-on==
   ref=https://healthy.kaiserpermanente.org/northern-california/front-door
   frm=0
   tiba=Sign in
   data=event=gtag.config
   fmt=3
   is_vtc=1
   random=4202941135
   rmt_tld=0
   ipr=y

Decoded Request Cookies

   __Secure-3PAPISID=████████████████
   __Secure-3PSID=████████████
   ████████████████████

   1P_JAR=██████████

NID=511=██████████████████████
████████████████████████
██████████████████████

███████████

███████████████

__Secure-
3PSIDCC=████████████████████

██

Request #2085

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=16845
15320751&cv=11&fst=1684515320751&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fnorthern-
california%2Fshop-plans%2Fready-for-
medicare&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fnorthern-california%2Fshop-
plans&hn=www.googleadservices.com&frm=0&tiba=Medicare%3A%20Know%20the%20Basics%2
0%26%20Prepare%20to%20Enroll%20%7C%20Kaiser%20Permanente&auid=530620511.1684514
965&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.
5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1684515320751
  cv=11
  fst=1684515320751
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35h0
  u_w=1920
  u_h=1080
  url=<mark>https://healthy.kaiserpermanente.org/northern-california/shop-plans/ready-for-medicare</mark>
  ref=https://healthy.kaiserpermanente.org/northern-california/shop-plans
  hn=www.googleadservices.com
  frm=0
  tiba=Medicare: Know the Basics & Prepare to Enroll | Kaiser Permanente
  auid=530620511.1684514965
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  data=event=gtag.config
  rfmt=3
  fmt=4

Decoded Request Cookies

   DSID=███████████████████████████████
████████████████████████████████████████████
████████████████████████████████
████████████████████████████████████████████
████████████████████████████████
   IDE=█████████████████████████████

Request #2241

GET https://www.google.com/pagead/1p-user-
list/881418786/?random=1684515336259&cv=11&fst=1684512000000&bg=ffffff&guid=ON&asy
nc=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.o
rg%2Fnorthern-california%2Fshop-plans%2Fready-for-medicare%2Fvideos-
individual&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fnorthern-california%2Fshop-
plans%2Fready-for-
medicare&frm=0&tiba=Videos%20for%20Individual%20Medicare%20Members%20%7C%20Kaise
r%20Permanente&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=4155644467&rmt_tld=
0&ipr=y HTTP/1.1

Decoded URL Parameters

   random=1684515336259
   cv=11
   fst=1684512000000
   bg=ffffff
   guid=ON
   async=1
   gtm=45be35h0
   u_w=1920
   u_h=1080
   url=<mark>https://healthy.kaiserpermanente.org/northern-california/shop-plans/ready-for-medicare/videos-individual</mark>
   ref=https://healthy.kaiserpermanente.org/northern-california/shop-plans/ready-for-medicare
   frm=0
   tiba=Videos for Individual Medicare Members | Kaiser Permanente
   data=event=gtag.config
   fmt=3
   is_vtc=1
   random=4155644467
   rmt_tld=0
   ipr=y

Decoded Request Cookies

   __Secure-3PAPISID=████████████████████████



81. Highlighted in <mark>yellow</mark> are URLs of Kaiser Permanente Web property Web pages which were reported to Google via Google tracking pixels.

## Google Tracking Pixels that Kaiser Permanente Uses in Its Patient Portal

82. To access the Kaiser Permanente Patient Portal, a patient first goes to the sign-in page for the portal at the Kaiser Permanente Web property where they enter their user id and password as shown in the following screen shot:



Source: https://healthy.kaiserpermanente.org/consumer-sign-on

83. After their user id and password have been accepted by the Kaiser Permanente Web property, a patient is taken to an "inner door" page of the patient portal:



Source: https://healthy.kaiserpermanente.org/southern-california/secure/inner-door

84. The Kaiser Permanente Web property includes JavaScript code for Google Analytics.

85. From the execution of the Google JavaScript code, a patient's Web browser is further redirected to fetch an invisible tracking pixel. The following is an example of an HTTP POST request to fetch a Google Analytics tracking pixel on the inner door patient portal Web page:

```
Request #545

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
ENXTD8TZ70&gtm=45je35m0&_p=1907341664&cid=▮▮▮▮▮▮▮▮▮&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChro
mium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=1&sid=16
85029114&sct=2&seg=1&dl=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Finner-
door&dr=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fconsumer-sign-
on&dt=My%20Health%20%7C%20Kaiser%20Permanente&en=page_view&_ee=1 HTTP/1.1

Decoded URL Parameters

    v=2
    tid=G-ENXTD8TZ70
```

```
     gtm=45je35m0
     _p=1907341664
     cid=███████████████
     ul=en-us
     sr=1920x1080
     uaa=x86
     uab=64
     uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-
A.Brand;24.0.0.0
     uamb=0
     uam=
     uap=Windows
     uapv=10.0.0
     uaw=0
     ngs=1
     _s=1
     sid=1685029114
     sct=2
     seg=1
     dl=https://healthy.kaiserpermanente.org/southern-california/secure/inner-
door
     dr=https://healthy.kaiserpermanente.org/consumer-sign-on
     dt=My Health | Kaiser Permanente
     en=page_view
     _ee=1
```

86. In the URL for the Google Analytics tracking pixel, examples of parameters sent in the query string of the URL include:

```
https://www.google-analytics.com/g/collect?v=2&tid=G-
ENXTD8TZ70&gtm=45je35m0&_p=1907341664&cid=██████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromiu
m%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=1&sid=16850
29114&sct=2&seg=1&dl=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Finner-
door&dr=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fconsumer-sign-
on&dt=My%20Health%20%7C%20Kaiser%20Permanente&en=page_view&_ee=1
```

| Parameter name | Value |
|---|---|
| en=page_view | Event type is page_view. |
| dl=https://healthy.kaiserpermanente.org/southern-california/secure/inner-door | URL of the Kaiser Permanente "inner door" page of the patient portal. |
| dr=https://healthy.kaiserpermanente.org/consumer-sign-on | Referring URL which is the sign-on page. |
| sr=1920x1080 | Screen resolution |
| dt=My Health \| Kaiser Permanente | Title of the Web page. |
| cid=███████████████ | Client Id which is the first-party _ga cookie as described above.  Identifies a user and |

| | |
|---|---|
| | can be synced with other Google cookies as described below in the section on cookie syncing. |
| `tid= G-ENXTD8TZ70` | The Google Analytics tracking id for `Kaiser Permanente`. |

87. Other Google-supplied JavaScript source code referenced on the inner door page also triggers the sending of a tracking pixel to a Google DoubleClick server from inside of the Kaiser Permanente Patient Portal as shown in the following HTTP request:

```
Request #462

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=16850
29162554&cv=11&fst=1685029162554&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Finner-
door&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fconsumer-sign-
on&label=Ump9CM7hr3IQosSlpAM&hn=www.googleadservices.com&frm=0&tiba=My%20Health
%20%7C%20Kaiser%20Permanente&auid=530620511.1684514965&uaa=x86&uab=64&uafvl=Go
ogle%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dconversion
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1685029162554
  cv=11
  fst=1685029162554
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35m0
  u_w=1920
  u_h=1080
  url=https://healthy.kaiserpermanente.org/southern-california/secure/inner-door
  ref=https://healthy.kaiserpermanente.org/consumer-sign-on
  label=Ump9CM7hr3IQosSlpAM
  hn=www.googleadservices.com
  frm=0
  tiba=My Health | Kaiser Permanente
  auid=530620511.1684514965
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not.A.Brand;24.0.0.0
  uamb=0
  uap=Windows
```



88. The DoubleClick tracking pixel includes the URL of the inner door page indicating that a patient has successfully logged into the patient portal.

89. The DoubleClick tracking pixel also includes the Google DoubleClick third-party cookies named DSID and IDE as described above.

90. Other Google-supplied JavaScript source code on the inner door page also triggers the sending of a tracking pixel to a Google Ads server from inside of the Kaiser Permanente Patient Portal as shown in the following HTTP request:

Request #470

GET https://www.google.com/pagead/1p-user-list/881418786/?random=1685029162536&cv=11&fst=1685026800000&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-california%2Fsecure%2Finner-door&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fconsumer-sign-on&frm=0&tiba=My%20Health%20%7C%20Kaiser%20Permanente&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=3680323835&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

  random=1685029162536
  cv=11
  fst=1685026800000
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35m0
  u_w=1920

```
u_h=1080
url=https://healthy.kaiserpermanente.org/southern-california/secure/inner-door
ref=https://healthy.kaiserpermanente.org/consumer-sign-on
frm=0
tiba=My Health | Kaiser Permanente
data=event=gtag.config
fmt=3
is_vtc=1
random=3680323835
rmt_tld=0
ipr=y
```

91. The Google Ads tracking pixel includes the URL of the inner door page indicating that a patient has successfully logged into the patient portal.

92. The Google Ads tracking pixel also includes the following collection of third-party cookies:



93. Examples of additional Google tracking pixels being employed inside of the Kaiser Permanente Patient Portal which I found during my testing include:

```
Request #809

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
ENXTD8TZ70&gtm=45je35m0&_p=1751590935&cid=███████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChrom
```

ium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=2&sid=1
685029114&sct=2&seg=1&dl=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Finner-
door&dr=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fphysicians%2Fpatrick-avanessian-
2798798&dt=My%20Health%20%7C%20Kaiser%20Permanente&en=user_engagement&_et=1021
8 HTTP/1.1


Decoded URL Parameters

  v=2
  tid=G-ENXTD8TZ70
  gtm=45je35m0
  _p=1751590935
  cid=███████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  ngs=1
  _s=2
  sid=1685029114
  sct=2
  seg=1
  dl=<mark>https://healthy.kaiserpermanente.org/southern-california/secure/inner-door</mark>
  dr=https://healthy.kaiserpermanente.org/southern-california/physicians/patrick-avanessian-
2798798
  dt=My Health | Kaiser Permanente
  en=user_engagement
  _et=10218


Request #834

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=16850
29201656&cv=11&fst=1685029201656&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Fappointments%2Fstart&ref=https%3A%2F%2Fhealthy.kaiserpermanente.
org%2Fsouthern-california%2Fsecure%2Finner-
door&hn=www.googleadservices.com&frm=0&tiba=Choose%20Appointment%20Type%20%7C%

20Appointment%20%7C%20Kaiser%20Permanente%20%7C%20Kaiser%20Permanente&auid=530
620511.1684514965&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChr
omium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1


Decoded URL Parameters

   random=1685029201656
   cv=11
   fst=1685029201656
   bg=ffffff
   guid=ON
   async=1
   gtm=45be35m0
   u_w=1920
   u_h=1080
   url=https://healthy.kaiserpermanente.org/southern-california/secure/appointments/start
   ref=https://healthy.kaiserpermanente.org/southern-california/secure/inner-door
   hn=www.googleadservices.com
   frm=0
   tiba=Choose Appointment Type | Appointment | Kaiser Permanente | Kaiser Permanente
   auid=530620511.1684514965
   uaa=x86
   uab=64
   uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
   uamb=0
   uap=Windows
   uapv=10.0.0
   uaw=0
   data=event=gtag.config
   rfmt=3
   fmt=4


Decoded Request Cookies


DSID=███████████████████████████████
███████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████
   IDE=███████████████████████████

Request #843

GET https://www.google.com/pagead/1p-user-list/881418786/?random=1685029201677&cv=11&fst=1685026800000&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=1920&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-california%2Fsecure%2Fappointments%2Fstart&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-california%2Fsecure%2Finner-door&label=Ump9CM7hr3IQosSlpAM&frm=0&tiba=Choose%20Appointment%20Type%20%7C%20Appointment%20%7C%20Kaiser%20Permanente%20%7C%20Kaiser%20Permanente&data=event%3Dconversion&fmt=3&is_vtc=1&random=236900732&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

   random=1685029201677
   cv=11
   fst=1685026800000
   bg=ffffff
   guid=ON
   async=1
   gtm=45be35m0
   u_w=1920
   u_h=1080
   url=https://healthy.kaiserpermanente.org/southern-california/secure/appointments/start
   ref=https://healthy.kaiserpermanente.org/southern-california/secure/inner-door
   label=Ump9CM7hr3IQosSlpAM
   frm=0
   tiba=Choose Appointment Type | Appointment | Kaiser Permanente | Kaiser Permanente
   data=event=conversion
   fmt=3
   is_vtc=1
   random=236900732
   rmt_tld=0
   ipr=y

Decoded Request Cookies

   __Secure-3PAPISID=█████████████████
   __Secure-3PSID=██████████████
██████████████████████████████████
   __Secure-3PSIDTS=████████████
████████████████████████████████
   1P_JAR=████████

  NID=███████████████████████████
███████████████████████
███████████████████████████
██████████████████████████████████
████████████

__Secure-3PSIDCC=███████████████████████████████

███████████████

Request #1003

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=16850
29216349&cv=11&fst=1685029216349&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Fmedical-
record&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Fappointments&hn=www.googleadservices.com&frm=0&tiba=Medical%2
0Record%20%7C%20Kaiser%20Permanente&auid=530620511.1684514965&uaa=x86&uab=64&u
afvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1685029216349
  cv=11
  fst=1685029216349
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35m0
  u_w=1920
  u_h=1080
  url=https://healthy.kaiserpermanente.org/southern-california/secure/medical-record
  ref=https://healthy.kaiserpermanente.org/southern-california/secure/appointments
  hn=www.googleadservices.com
  frm=0
  tiba=Medical Record | Kaiser Permanente
  auid=530620511.1684514965
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  data=event=gtag.config
  rfmt=3
  fmt=4

Decoded Request Cookies

DSID= ██████████████████████████████████
██████████████████████████
██████████████████████████████████
██████████████████████████████████
IDE= ██████████████████████████████

Request #1067

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/881418786/?random=16850
29223402&cv=11&fst=1685029223402&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Fmedical-record%2Ftest-
results&ref=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Fmedical-
record&hn=www.googleadservices.com&frm=0&tiba=Test%20Results%20%7C%20Medical%20Re
cord%20%7C%20Kaiser%20Permanente&auid=530620511.1684514965&uaa=x86&uab=64&uafvl
=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1685029223402
  cv=11
  fst=1685029223402
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35m0
  u_w=1920
  u_h=1080
  url=<mark>https://healthy.kaiserpermanente.org/southern-california/secure/medical-record/test-results</mark>
  ref=https://healthy.kaiserpermanente.org/southern-california/secure/medical-record
  hn=www.googleadservices.com
  frm=0
  tiba=Test Results | Medical Record | Kaiser Permanente
  auid=530620511.1684514965
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0

data=event=gtag.config
rfmt=3
fmt=4

Decoded Request Cookies

DSID=███████████████████████████████████████████
███████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████████
█████████████████████████████
 IDE=█████████████████████████████████████████

Request #1265

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
ENXTD8TZ70&gtm=45je35m0&_p=501108467&cid=█████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChrom
ium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=1&sid=1
685029114&sct=2&seg=1&dl=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Fappointments%2Fpast-
visits&dr=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Fmedical-
record&dt=Past%20Visits%20%7C%20Kaiser%20Permanente&en=page_view&_ee=1 HTTP/1.1

Decoded URL Parameters

 v=2
 tid=G-ENXTD8TZ70
 gtm=45je35m0
 _p=501108467
 cid=██████████████
 ul=en-us
 sr=1920x1080
 uaa=x86
 uab=64
 uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
 uamb=0
 uam=
 uap=Windows
 uapv=10.0.0
 uaw=0
 ngs=1
 _s=1
 sid=1685029114
 sct=2

seg=1
dl=https://healthy.kaiserpermanente.org/southern-california/secure/appointments/past-visits
dr=https://healthy.kaiserpermanente.org/southern-california/secure/medical-record
dt=Past Visits | Kaiser Permanente
en=page_view
_ee=1


Request #1541

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
ENXTD8TZ70&gtm=45je35m0&_p=1072236385&cid=██████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChrom
ium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=1&sid=1
685029114&sct=2&seg=1&dl=https%3A%2F%2Fhealthy.kaiserpermanente.org%2Fsouthern-
california%2Fsecure%2Fpharmacy%2FlandingPage&dr=https%3A%2F%2Fhealthy.kaiserpermanen
te.org%2Fsouthern-california%2Fsecure%2Fmedical-record%2Ftest-
results&dt=Pharmacy%20%7C%20Kaiser%20Permanente%20%7C%20Kaiser%20Permanente&en=
page_view&_ee=1 HTTP/1.1


Decoded URL Parameters

v=2
tid=G-ENXTD8TZ70
gtm=45je35m0
_p=1072236385
cid=██████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
_s=1
sid=1685029114
sct=2
seg=1
dl=https://healthy.kaiserpermanente.org/southern-california/secure/pharmacy/landingPage
dr=https://healthy.kaiserpermanente.org/southern-california/secure/medical-record/test-
results
dt=Pharmacy | Kaiser Permanente | Kaiser Permanente
en=page_view
_ee=1

94. Highlighted in <mark>yellow</mark> are URLs of Kaiser Permanente Patient Portal Web pages which I visited in my testing of the patient portal.

95. The same kind of tracking information provided with tracking pixels can also be included in other kinds of HTTP requests such as:

    a.   HTTP GET requests used for invisible images;

    b.   HTTP GET requests for JavaScript files;

    c.   HTTP GET requests for hidden IFRAMEs;

    d.   HTTP GET requests for visible IFRAMEs; or

    e.   HTTP GET requests for visible images

## Cookie Syncing in Google Tracking Pixels

96. Based on a security policy known as same-origin policy, Web browsers prevent one Web property from accessing the cookies of another Web property.  For example, Google is prevented from receiving Facebook cookies in the HTTP headers of an HTTP request.

97. See for example, *Same-origin policy*:

# Cross-origin data storage access &#128279;

Access to data stored in the browser such as localStorage and IndexedDB are separated by origin. Each origin gets its own separate storage, and JavaScript in one origin cannot read from or write to the storage belonging to another origin.

Cookies use a separate definition of origins. A page can set a cookie for its own domain or any parent domain, as long as the parent domain is not a public suffix. Firefox and Chrome use the ⬈ Public Suffix List to determine if a domain is a public suffix. Internet Explorer uses its own internal method to determine if a domain is a public suffix. The browser will make a cookie available to the given domain including any sub-domains, no matter which protocol (HTTP/HTTPS) or port is used. When you set a cookie, you can limit its availability using the Domain, Path, Secure and Http-Only flags. When you read a cookie, you cannot see from where it was set. Even if you use only secure https connections, any cookie you see may have been set using an insecure connection.

Source: https://developer.mozilla.org/en-US/docs/Web/Security/Same-origin_policy

98. However, JavaScript code running in a Web page can bypass the same-origin policy to send a first-party cookie value in a tracking pixel to an unrelated Web server.  This technique is known in the Internet advertising business as "cookie syncing" or "cookie matching."  The technique allows two

cooperating Web properties to learn each other's cookie id numbers for the same user or to share a common cookie id number for the same user.  Once the cookie syncing operation is completed, the two Web properties can exchange information that they have collected and hold about a user and that is associated with a cookie id number either using the user's browser or in the background using server-to-server communications.

99. The cookie syncing technique can also be used to track an individual if third-party cookies are being blocked by a browser.

100.    Cookie syncing is used sometimes to share cookie values between a health care provider Web property and Google with multiple Google tracking pixels.  For example, the first-party "_ga" and "_gid" cookies of the Gundersen Health Web property[6] are shared with various Google servers as query string parameters to tracking pixel URLs[7]:

---

**Request #517**

GET
https://providers.gundersenhealth.org/search?alias_term=Urology&specialty_strict=Urology.%2A&sort=relevance%2Cnetworks%2Cavailability_density_best HTTP/1.1
Host: providers.gundersenhealth.org
Connection: keep-alive
Cookie: tc_ptidexpiry=███████████; tc_ptid=████████████████;
tc_ttid=█████████████;
__cf_bm=██████████████████████████████████████

████████████████████████████████████████████████;
_gcl_au=█████████████████; _gid=████████████████████;
_ga_2ZN06XE2SJ=████████████████████;
_ga=████████████████████;
_ga_3XQ14S88EP=█████████████████

**Request #354**

GET https://www.gundersenhealth.org/search?term=colitis HTTP/1.1
Host: www.gundersenhealth.org
Cookie: tc_ptidexpiry=███████████; tc_ptid=████████████;
tc_ttid=█████████████;
__cf_bm=██████████████████████████████████████

████████████████████████████████████████████████;
_gcl_au=█████████████████; _gid=██████████████████; _gat=1;
_ga_2ZN06XE2SJ=████████████████████;

---

[6] The SAZ capture file for the Gundersen Health Web property is named Gundersen-2023-05-17.saz.
[7] The _gid cookie value is not shared with the Google Ads server. Only the _ga cookie value is.

_ga=███████████████████;
_ga_3XQ14S88EP=███████████████████████

Request #567

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=1845372578&t=pageview&_s=1&dl=https%3A%2F%2
Fproviders.gundersenhealth.org%2Fsearch%3Falias_term%3DUrology%26specialty_strict%3DU
rology.%252A%26sort%3Drelevance%252Cnetworks%252Cavailability_density_best&dr=https
%3A%2F%2Fwww.gundersenhealth.org%2F&ul=en-us&de=UTF-8&dt=Urology%20-
%20Find%20a%20Doctor%20%7C%20Gundersen%20Health%20System&sd=24-
bit&sr=1920x1080&vp=1158x708&je=0&_u=AACAAEABAAAAACAAI~&jid=█████████&gjid=█
█████████&cid=█████████████████████&tid=UA-31344009-
7&_gid=█████████████████████&_slc=1&z=2123524339 HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  a=1845372578
  t=pageview
  _s=1

dl=https://providers.gundersenhealth.org/search?alias_term=Urology&specialty_strict=Urolog
y.%2A&sort=relevance%2Cnetworks%2Cavailability_density_best
  dr=https://www.gundersenhealth.org/
  ul=en-us
  de=UTF-8
  dt=Urology - Find a Doctor | Gundersen Health System
  sd=24-bit
  sr=1920x1080
  vp=1158x708
  je=0
  _u=AACAAEABAAAAACAAI~
  jid=████████
  gjid=█████████
  cid=█████████████
  tid=UA-31344009-7
  _gid=█████████████████
  _r=1
  _slc=1
  z=2123524339

Request #574

POST https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j100&tid=UA-
31344009-



7&cid=████████████&jid=████████&gjid=████████&_gid=████████
████&_u=AACAAEAAAAAAACAAI~&z=1280265299 HTTP/1.1
Referer: https://providers.gundersenhealth.org/

**Decoded URL Parameters**

t=dc
aip=1
_r=3
v=1
_v=j100
tid=UA-31344009-7
cid=████████████
jid=████████
gjid=████████
_gid=████████████
_u=AACAAEAAAAAAACAAI~
z=1280265299

**Decoded Request Cookies**

IDE=████████████████████████

**Request #587**

GET https://www.google.com/ads/ga-
audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j100&tid=UA-31344009-
7&cid=████████████&jid=████████&_u=AACAAEAAAAAAACAAI~&z=1914105830
HTTP/1.1

**Decoded URL Parameters**

t=sr
aip=1
_r=4
slf_rd=1
v=1
_v=j100
tid=UA-31344009-7
cid=████████████
jid=████████
_u=AACAAEAAAAAAACAAI~
z=1914105830

**Decoded Request Cookies**

AID=████████████████████████
████████████████████



101.    Shown above in gray are first-party cookies of the Gundersen Health Web server.

102.    Shown above in blue are Google third-party cookies which are available to be matched with the _ga and _gid cookies.

103.    Also part of the syncing process are the tid, jid, and gjid query string parameters of the Google tracking pixel URLs.

104.    Some of these Google query string parameters used for cookie syncing are described in the
article *How Google Analytics Collects Data*:

### Parameter Analysis

Getting back to the /collect request, let's take a look at each of the query parameters:

| Name | Description | Example Value |
|------|-------------|---------------|
| v | Protocol version | v=1 |
| _v | SDK Version number | _v=j68 |
| a | AdSense linking number | a=753537405 |
| t | Hit Type.  e.g. pageview, event, item, timing, etc. | t=pageview |
| _s | Hit sequence number? (unsure) | _s=1 |
| dl | Document Location (full URL) | dl=https%3A%2F %2Fwww.analyticsmarket.com%2F |
| ul | User Language | ul=en-us |
| de | Document Encoding | de=UTF-8 |
| dt | Document Title (Page Title) | dt=Resources%20for%20Google%20Analytics |
| sd | Screen Depth (color) | sd=24-bit |
| sr | Screen Resolution | sr=1600×900 |
| vp | View Port | vp=1583×418 |
| je | Java Enabled (0 = no, 1 = yes) | je=0 |
| _u | Usage info: tells Google which features are used | _u=AACAAEAB~ |
| jid | Join ID for DoubleClick beacon | jid=1528408694 |
| gjid | Tracking code version | gjid=192180985 |
| cid | Client ID: random-number.timestamp | cid=1602946763.1549335544 |
| tid | Tracking ID / Web Property ID | tid=UA-23423231144-1 |
| _gid | User ID, used to distinguish users | _gid=1845815927.1549335544 |
| _r | No idea, currently undocumented | _r=1 |
| z | Random Number Cache Buster | z=549945300 |

Source: https://www.analyticsmarket.com/blog/how-google-analytics-collects-data/

105.    Google describes at a high level the cookie matching (syncing) process at the Google Ads Data
Hub:

## Cookie matching  🔖 ▾                                              Send feedback

At a high-level, cookie matching is the process by which an advertiser or vendor associates cookies in their domain with cookies in Google's domain. Matching these cookies allows you to connect first-party data that you own with Google ad data (tracked via Display & Video 360 and Campaign Manager 360) on that same user, allowing you to incorporate CRM data and better understand user behavior. By combining this data via privacy-centric joins, you can:

- Target audiences based on specific items abandoned in shopping carts, if those users have interacted with your ads and domain.

- Determine which ads lead to longer sessions on your domain.

- Analyze purchase history joined to post-campaign data.

Source: https://developers.google.com/ads-data-hub/guides/cookie-matching

106.    See also, *What is Cookie Syncing and How Does it Work?* and *The CIA, MI6, and the Cookie Syncing Process [Comic]*:



Source: https://clearcode.cc/blog/cookie-syncing/



Source: https://clearcode.cc/blog/the-cia-mi6-and-the-cookie-syncing-process-comic/

## Google Tracking Pixels on Other Health Care Provider Web Properties

107.    In addition to testing the Kaiser Permanente Web property, I also tested the following additional health care provider Web properties:

    a.   MedStar Health
    b.   Mercy Medical Center (Baltimore, MD)
    c.   Gundersen Health System
    d.   Mercy Hospital
    e.   United Healthcare
    f.   Planned Parenthood
    g.   Keck Medicine of USC
    h.   MemorialCare
    i.   OSF HealthCare
    j.   Alton Memorial

108.    I found that all of these health care provider Web properties deployed Google-supplied JavaScript code which can trigger the sending of Google tracking pixels.

109.    The following sections provide example tracking pixels used at these health care provider Web properties.

110. URLs being tracked by the Google tracking pixels are highlighted in <mark>yellow</mark>.

111. These URLs and associated Web page titles typically indicate medical conditions, names of doctors, or activities that patients would perform at a Web property.

## Google Tracking Pixels on the MedStar Health Web Property

112. MedStar Health operates the https://www.medstarhealth.org Web property.

113. The Fiddler capture file medstarhealth.org-2023-05-24.saz contains the results of my testing of this Web property.

114. Examples of Google tracking pixels found on this Web property include:

---

Request #641

GET https://www.google-analytics.com/collect?v=1&_v=j100&aip=1&a=419633268&t=pageview&_s=1&dl=https%3A%2F%2Fwww.medstarhealth.org%2Flocations%2Fgeriatrics-and-senior-services-washington-hospital-center&dp=%2Flocations%2Fgeriatrics-and-senior-services-washington-hospital-center&ul=en-us&de=UTF-8&dt=Geriatrics%20and%20Senior%20Services%20at%20MedStar%20Washington%20Hospital%20Center%20%7C%2020010%20%7C%20MedStar%20Health&sd=24-bit&sr=1920x1080&vp=1158x842&je=0&_u=QCCAiEABBAAAAAEK~&jid=&gjid=&cid=█████████████████████████&tid=UA-43394204-1&_gid=██████████████████████&gtm=45He35m0n81W37347S&cd21=unqualified%20user&cd37=no%20tags%20found&cd8=████████████████&cd1=██████████████████&cd2=pageview&z=313725753&cd3=676 HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  aip=1
  a=419633268
  t=pageview
  _s=1
  dl=<mark>https://www.medstarhealth.org/locations/geriatrics-and-senior-services-washington-hospital-center</mark>
  dp=/locations/geriatrics-and-senior-services-washington-hospital-center
  ul=en-us
  de=UTF-8
  dt=Geriatrics and Senior Services at MedStar Washington Hospital Center | 20010 | MedStar Health
  sd=24-bit
  sr=1920x1080

---

vp=1158x842
je=0
_u=QCCAiEABBAAAAAAEK~
jid=
gjid=
cid=██████████████
tid:UA-43394204-1
_gid=██████████████
gtm=45He35m0n81W37347S
cd21=unqualified user
cd37=no tags found
cd8=█████████████
cd1=████████████
cd2=pageview
z=313725753
cd3=676

Request #1229

GET https://www.google-
analytics.com/collect?v=1&_v=j100&aip=1&a=574058878&t=pageview&_s=1&dl=https%3A%2F%
2Fwww.medstarhealth.org%2Fmymedstar-patient-portal&dp=%2Fmymedstar-patient-
portal&ul=en-us&de=UTF-
8&dt=myMedStar%20%7C%20Your%20Patient%20Portal%20%7C%20MedStar%20Health&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=QCCAiEABBAAAAAAEK~&jid=&gjid=&cid=███████████
██████&tid:UA-43394204-
1&_gid███████████████&gtm=45He35m0n81W37347S&cd21=unqualified%20user&cd3
7=no%20tags%20found&cd8=█████████████&cd1=███████████████&cd2=pag
eview&z=169261266&cd3=529 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=574058878
t=pageview
_s=1
dl=https://www.medstarhealth.org/mymedstar-patient-portal
dp=/mymedstar-patient-portal
ul=en-us
de=UTF-8
dt=myMedStar | Your Patient Portal | MedStar Health
sd=24-bit
sr=1920x1080
vp=1158x842
je=0
_u=QCCAiEABBAAAAAAEK~

```
jid=
gjid=
cid=███████████████
tid=UA-43394204-1
_gid=███████████████
gtm=45He35m0n81W37347S
cd21=unqualified user
cd37=no tags found
cd8=███████████████
cd1=███████████████
cd2=pageview
z=169261266
cd3=529
```

Request #1400

GET https://www.google-
analytics.com/collect?v=1&_v=j100&aip=1&a=524572147&t=pageview&_s=1&dl=https%3A%2F%
2Fwww.medstarhealth.org%2Fdoctors&dp=%2Fdoctors&ul=en-us&de=UTF-
8&dt=Find%20a%20Doctor%20%7C%20MedStar%20Health&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=QCCAiEABBAAAAAAEK~&jid=&gjid=&cid=███████████
██████████&tid=UA-43394204-
1&_gid=███████████████&gtm=45He35m0n81W37347S&cd21=unqualified%20user&cd3
7=no%20tags%20found&cd8=███████████████&cd1=███████████████&cd2=pag
eview&z=497947869&cd3=471 HTTP/1.1

Decoded URL Parameters

```
 v=1
 _v=j100
 aip=1
 a=524572147
 t=pageview
 _s=1
 dl=https://www.medstarhealth.org/doctors
 dp=/doctors
 ul=en-us
 de=UTF-8
 dt=Find a Doctor | MedStar Health
 sd=24-bit
 sr=1920x1080
 vp=1158x842
 je=0
 _u=QCCAiEABBAAAAAAEK~
 jid=
 gjid=
 cid=███████████████
 tid=UA-43394204-1
```

_gid=█████████████
gtm=45He35m0n81W37347S
cd21=unqualified user
cd37=no tags found
cd8=██████████████
cd1=█████████████
cd2=pageview
z=497947869
cd3=471

Request #1496

GET https://www.google-
analytics.com/collect?v=1&_v=j100&aip=1&a=321312259&t=pageview&_s=1&dl=https%3A%2F%
2Fwww.medstarhealth.org%2Fdoctors%2Fvandhna-sharma-md&dp=%2Fdoctors%2Fvandhna-
sharma-md&ul=en-us&de=UTF-
8&dt=Vandhna%20Sharma%2C%20MD%7C%20Endocrinology%2C%20Diabetes%20%7C%20MedS
tar%20Health&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=QCCAiEABBAAAAAAEK~&jid=&gjid=&cid=███████████
███████████&tid=undefined&_gid=████████████████&gtm=45He35m0n81W37347S&cd
21=unqualified%20user&cd37=no%20tags%20found&cd8=██████████████&cd1=████████
███████████&cd2=pageview&z=311518993&cd3=551 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=321312259
t=pageview
_s=1
dl=https://www.medstarhealth.org/doctors/vandhna-sharma-md
dp=/doctors/vandhna-sharma-md
ul=en-us
de=UTF-8
dt=Vandhna Sharma, MD| Endocrinology, Diabetes | MedStar Health
sd=24-bit
sr=1920x1080
vp=1158x842
je=0
_u=QCCAiEABBAAAAAAEK~
jid=
gjid=
cid=██████████████
tid=undefined
_gid=█████████████
gtm=45He35m0n81W37347S
cd21=unqualified user

cd37=no tags found
cd8=█████████████████
cd1=█████████████████
cd2=pageview
z=311518993
cd3=551


Request #1712

GET https://adservice.google.com/ddm/fls/z/dc_pre=CI-
jk9XVjv8CFU3HhwodZPsLOQ;src=8166114;type=aware0;cat=medst0;ord=1;num=8111862425404
;gtm=45He35m0;auiddc=*;uaa=x86;uab=64;uafvl=Google%2520Chrome%3B113.0.5672.127%7CC
hromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0;uam=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fw
ww.medstarhealth.org%2Fmymedstar-patient-portal%2Frequest-an-id HTTP/1.1

Decoded URL Parameters

  dc_pre=CI-jk9XVjv8CFU3HhwodZPsLOQ
  src=8166114
  type=aware0
  cat=medst0
  ord=1
  num=8111862425404
  gtm=45He35m0
  auiddc=*
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
  uam=
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  ~oref=<mark>https://www.medstarhealth.org/mymedstar-patient-portal/request-an-id</mark>

Decoded Request Cookies

  __Secure-3PAPISID=█████████████████████████████
  __Secure-3PSID=████████████████
  ████████████████████████████████████████████
  __Secure-3PSIDTS=███████████████
  ███████████████████████████████████
  1P_JAR=████████████

NID=████████████████████████████████████████████
████████████████████████████████
████████████████████████████████████



__Secure-
3PSIDCC=

Request #2344

POST https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j100&tid=UA-
43394204-
1&cid=&jid=&gjid=&_
&_u=WiCAiEFBFAAAAEAEK~&z=1620186221 HTTP/1.1

Decoded URL Parameters

t=dc
aip=1
_r=3
v=1
_v=j100
tid=UA-43394204-1
cid=
jid=
gjid=
_gid=
_u=WiCAiEFBFAAAAEAEK~
z=1620186221

Decoded Request Cookies

DSID=

IDE

Request #2345

GET https://www.google-
analytics.com/collect?v=1&_v=j100&aip=1&a=938492146&t=event&ni=1&_s=1&dl=https%3A%2
F%2Faccess.medstarhealth.org%2F&ul=en-us&de=UTF-
8&dt=MedStar%20Health%20Urgent%20Care%20in%20Adams%20Morgan%20%7C%20MedStar
%20Health&sd=24-bit&sr=1920x1080&vp=1158x842&je=0&ec=Non-
Interaction%3A%20Page%20Visibility&ea=visibleTab&el=From%20page%3A%20access.medstarhe
alth.org%2F&_u=WiCAiEFBFAAAAEAEK~&jid=&gjid=&cid=

63

███████████████████████
|&_gid=███████████████████&gtm=45He35m0n71MMGHPG&cm3=0&z=516042665
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=938492146
t=event
ni=1
_s=1
dl=<mark>https://access.medstarhealth.org/</mark>
ul=en-us
de=UTF-8
dt=MedStar Health Urgent Care in Adams Morgan | MedStar Health
sd=24-bit
sr=1920x1080
vp=1158x842
je=0
ec=Non-Interaction: Page Visibility
ea=visibleTab
el=From page: access.medstarhealth.org/
_u=WiCAiEFBFAAAAEAEK~
jid=███████████████
gjid=███████████████
cid=██████████████████
tid=UA-43394204-1
_gid=████████████████████
gtm=45He35m0n71MMGHPG
cm3=0
z=516042665

Request #2293

GET https://www.google.com/pagead/1p-
conversion/1051380788/?random=752132961&cv=11&fst=1684955938689&bg=ffffff&guid=ON&
async=1&gtm=45He35m0&u_w=1920&u_h=1080&url=https%3A%2F%2Faccess.medstarhealth.or
g%2F&ref=https%3A%2F%2Faccess.medstarhealth.org%2F%3F%26_ga%3D2.75203154.15073018
71.1684881483-
1100260888.1680210792%26_gl%3D1*104ja2j*_ga*█████████████████████████*_ga_
███████████████████████████████████&label=TzXwCOL4g90DE
LSYq_UD&hn=www.googleadservices.com&frm=0&tiba=MedStar%20Health%20Urgent%20Care
%20in%20Adams%20Morgan%20%7C%20MedStar%20Health&value=0&auid=928523690.168021
0791&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.
0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&fmt=3&ctc_id=CAIVAgAAA



B0CAAAA&ct_cookie_present=false&sscte=1&crd=&pscrd= ███████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████ &is_v
tc=1&ocp_id=█████████████████         &cid=████████████████
█████████████████ &random=3196545854 HTTP/1.1

Decoded URL Parameters

    random=752132961
    cv=11
    fst=1684955938689
    bg=ffffff
    guid=ON
    async=1
    gtm=45He35m0
    u_w=1920
    u_h=1080
    url=https://access.medstarhealth.org/
    ref=https://access.medstarhealth.org/?&_ga=██████████████████
████████████        &_gl=█████████_ga*█████████████████_ga██████
███████████████████████████████.
    label=TzXwCOL4g90DELSYq_UD
    hn=www.googleadservices.com
    frm=0
    tiba=MedStar Health Urgent Care in Adams Morgan | MedStar Health
    value=0
    auid=928523690.1680210791
    uaa=x86
    uab=64
    uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
    uamb=0
    uap=Windows
    uapv=10.0.0
    uaw=0
    fmt=3
    ctc_id=CAIVAgAAAB0CAAAA
    ct_cookie_present=false
    sscte=1
    crd=

pscrd=████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████

    is_vtc=1
    ocp_id=███████████████████



## Google Tracking Pixels on the Mercy Medical Center Web Property

115.    Mercy Medical Center of Baltimore, Maryland operates the https://mdmercy.com/ Web Property.

116.    The Fiddler capture file mdmercy.com-2023-06-07.saz contains the results of my testing of this Web property.

117.    Examples of Google tracking pixels found on this Web property include:

---

Request #128

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je3650&_p=656947071&cid=████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&_s=1&dl=https%3A%2F%2Fmdmercy.com%2F&sid=1686158583&sct=2&
seg=0&dt=Mercy%20Medical%20Center%20-
%20A%20Top%20Hospital%20in%20Baltimore%2C%20Maryland%20-
%20Sponsored%20by%20the%20Sisters%20of%20Mercy&en=page_view&_ss=1&ep.TimeStamp=
2023-06-07T13%3A23%3A02.631-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2F&ep.ProductId=%7B4CC0F1F5-8EB6-
42FC-93D5-

---

FD99218E69BD%7D&ep.Referrer=page%20referrer%20is%20empty&ep.PageType=Home%20Pag
es&ep.EventType=page_view&ep.EventClassificationLevel1=page_view HTTP/1.1


Decoded URL Parameters

  v=2
  tid=G-R0R94NYB7E
  gtm=45je3650
  _p=656947071
  cid=███████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  ngs=1
  _s=1
  dl=https://mdmercy.com/
  sid=1686158583
  sct=2
  seg=0
  dt=Mercy Medical Center - A Top Hospital in Baltimore, Maryland - Sponsored by the Sisters of
Mercy
  en=page_view
  _ss=1
  ep.TimeStamp=2023-06-07T13:23:02.631-04:00
  ep.fullURL=https://mdmercy.com/
  ep.ProductId={4CC0F1F5-8EB6-42FC-93D5-FD99218E69BD}
  ep.Referrer=page referrer is empty
  ep.PageType=Home Pages
  ep.EventType=page_view
  ep.EventClassificationLevel1=page_view


Request #162

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
T1NTVXF42P&gtm=45je3650&_p=1386494889&cid=███████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&_s=1&dl=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2F&dt=Institute%
20for%20Cancer%20Care%20at%20Mercy%20-%20Baltimore%2C%20MD%20-
%20Mercy%20Hospital&_s=1 HTTP/1.1

Request Body

en=page_view&ep.TimeStamp=2023-06-07T13%3A23%3A13.692-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute&ep.ProductId=%7B0779096E-8054-40D7-A3BD-
94A0CA86EF41%7D&ep.Referrer=https%3A%2F%2Fmdmercy.com%2F&ep.PageType=COE&ep.Ev
entType=page_view&ep.EventClassificationLevel1=page_view
en=view_item&pr1=id0779096E-8054-40D7-A3BD-
94A0CA86EF41~nmCancer%20Institute~qt1~caCenter%20of%20Excellence%20-
%20Mercy%20Service~c2Cancer%20Institute~c3Cancer%20Institute&ep.TimeStamp=2023-06-
07T13%3A23%3A13.776-04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute&ep.ProductId=%7B0779096E-8054-40D7-A3BD-
94A0CA86EF41%7D&ep.Referrer=mdmercy.com%2F&ep.PageType=COE&ep.EventType=page_vie
w&ep.EventClassificationLevel1=ecommerce&epn.value=0&ep.EventClassificationLevel2=product
%20page%20view&ep.EventClassificationLevel3=Center%20of%20Excellence%20%2F%20Mercy%
20Service&ep.EventClassificationLevel4=Cancer%20Institute&_et=3&cu=USD

Decoded URL Parameters

v=2
tid=G-T1NTVXF42P
gtm=45je3650
_p=1386494889
cid=███████████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
dl=<mark>https://mdmercy.com/mercy-services/cancer-institute</mark>
sid=1686158583
sct=2
seg=1
dr=https://mdmercy.com/
dt=Institute for Cancer Care at Mercy - Baltimore, MD - Mercy Hospital
_s=1

Request #181

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
T1NTVXF42P&gtm=45je3650&_p=1848834085&cid=████████████████&ul=en-

us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&dl=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-
oncology&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-
institute&dt=Radiation%20Oncology%20at%20Mercy%20Medical%20Center%20in%20Baltimore
&_s=1 HTTP/1.1

Request Body

en=page_view&ep.TimeStamp=2023-06-07T13%3A23%3A20.495-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology&ep.ProductId=%7B3601F58D-A002-4BC9-A483-
CC55F9D2986B%7D&ep.Referrer=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute&ep.PageType=COE&ep.COE=Radiation%20Oncology&ep.EventType=page_view&ep.Eve
ntClassificationLevel1=page_view
en=view_item&pr1=id3601F58D-A002-4BC9-A483-
CC55F9D2986B~nmRadiation%20Oncology~qt1~caCenter%20of%20Excellence%20-
%20Mercy%20Service~c2Radiation%20Oncology~c3Radiation%20Oncology&ep.TimeStamp=2023
-06-07T13%3A23%3A20.518-04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute%2Fradiation-oncology&ep.ProductId=%7B3601F58D-A002-4BC9-
A483-CC55F9D2986B%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute&ep.PageType=COE&ep.COE=Radiation%20Oncology&ep.EventType=page_view&ep.Eve
ntClassificationLevel1=ecommerce&epn.value=30182.62&ep.EventClassificationLevel2=product%
20page%20view&ep.EventClassificationLevel3=Center%20of%20Excellence%20%2F%20Mercy%2
0Service&ep.EventClassificationLevel4=Radiation%20Oncology&_et=2&cu=USD

Decoded URL Parameters

v=2
tid=G-T1NTVXF42P
gtm=45je3650
_p=1848834085
cid=██████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
dl=https://mdmercy.com/mercy-services/cancer-institute/radiation-oncology

sid=1686158583
sct=2
seg=1
dr=https://mdmercy.com/mercy-services/cancer-institute
dt=Radiation Oncology at Mercy Medical Center in Baltimore
_s=1


Request #196

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je3650&_p=1882284744&cid=███████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&dl=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fabout-the-
center&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute%2Fradiation-
oncology&dt=Radiation%20Oncology%20Offers%20Advanced%20Cancer%20Treatment%20in%2
0Baltimore%20-%20Mercy&_s=1 HTTP/1.1


Request Body


en=page_view&ep.TimeStamp=2023-06-07T13%3A23%3A28.56-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fabout-the-center&ep.ProductId=%7B3601F58D-A002-4BC9-
A483-CC55F9D2986B%7D&ep.Referrer=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute%2Fradiation-
oncology&ep.PageType=COE&ep.COE=Radiation%20Oncology&ep.EventType=page_view&ep.Eve
ntClassificationLevel1=page_view
en=view_item&pr1=id3601F58D-A002-4BC9-A483-
CC55F9D2986B~nmRadiation%20Oncology~qt1~caCenter%20of%20Excellence%20-
%20Mercy%20Service~c2Radiation%20Oncology~c3Radiation%20Oncology&ep.TimeStamp=2023
-06-07T13%3A23%3A28.81-04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute%2Fradiation-oncology%2Fabout-the-
center&ep.ProductId=%7B3601F58D-A002-4BC9-A483-
CC55F9D2986B%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-
oncology&ep.PageType=COE&ep.COE=Radiation%20Oncology&ep.EventType=page_view&ep.Eve
ntClassificationLevel1=ecommerce&epn.value=30182.62&ep.EventClassificationLevel2=product%
20page%20view&ep.EventClassificationLevel3=Center%20of%20Excellence%20%2F%20Mercy%2
0Service&ep.EventClassificationLevel4=Radiation%20Oncology&_et=2&cu=USD


Decoded URL Parameters

v=2
tid=G-R0R94NYB7E
gtm=45je3650

```
_p=1882284744
cid=████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
dl=https://mdmercy.com/mercy-services/cancer-institute/radiation-oncology/about-the-center
sid=1686158583
sct=2
seg=1
dr=https://mdmercy.com/mercy-services/cancer-institute/radiation-oncology
dt=Radiation Oncology Offers Advanced Cancer Treatment in Baltimore - Mercy
_s=1
```

Request #228

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
T1NTVXF42P&gtm=45je3650&_p=1934501756&cid=████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&dl=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fconditions%2Fmelanoma-skin-
cancer&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute%2Fradiation-oncology%2Fabout-the-
center&dt=Melanoma%20Diagnosed%20and%20Treated%20by%20Cancer%20Doctors%20in%20
Baltimore%20-%20Mercy&_s=1 HTTP/1.1

Request Body

en=page_view&ep.TimeStamp=2023-06-07T13%3A23%3A38.294-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fconditions%2Fmelanoma-skin-cancer&ep.ProductId=%7B4483546E-8BF0-4BEA-AC9E-
E7E9B5BFCDE4%7D&ep.Referrer=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fabout-the-
center&ep.PageType=Conditions&ep.EventType=page_view&ep.EventClassificationLevel1=page_
view
en=view_item&pr1=id4483546E-8BF0-4BEA-AC9E-
E7E9B5BFCDE4~nmMelanoma%20(Skin%20Cancer)~qt1~caCondition~c2Melanoma%20(Skin%20
Cancer)&ep.TimeStamp=2023-06-07T13%3A23%3A38.368-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-

services%2Fconditions%2Fmelanoma-skin-cancer&ep.ProductId=%7B4483546E-8BF0-4BEA-AC9E-
E7E9B5BFCDE4%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fabout-the-
center&ep.PageType=Conditions&ep.EventType=page_view&ep.EventClassificationLevel1=ecom
merce&epn.value=0&ep.EventClassificationLevel2=product%20page%20view&ep.EventClassificat
ionLevel3=Condition&ep.EventClassificationLevel4=Melanoma%20(Skin%20Cancer)&_et=3&cu=U
SD

Decoded URL Parameters

  v=2
  tid=G-T1NTVXF42P
  gtm=45je3650
  _p=1934501756
  cid=███████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  ngs=1
  dl=<mark>https://mdmercy.com/mercy-services/conditions/melanoma-skin-cancer</mark>
  sid=1686158583
  sct=2
  seg=1
  dr=https://mdmercy.com/mercy-services/cancer-institute/radiation-oncology/about-the-
center
  dt=Melanoma Diagnosed and Treated by Cancer Doctors in Baltimore - Mercy
  _s=1

Request #401

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je3650&_p=727512739&cid=███████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&dl=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Four-doctors%3FlistPage%3D1%26search-cat%3Ddoctors-
within-mercy-
services&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute%2Fradiation-oncology%2Four-
doctors&dt=Baltimore%20Radiation%20Oncologists%20-%20Cancer%20Treatment%20-
%20Mercy&_s=3 HTTP/1.1

Request Body

en=view_item_list&pr1=id%7B526530D6-F355-4FF8-A367-
C4092AFD1A14%7D~nmChristian%20Okoye%2C%20M.D.~lnRadiation%20Oncologists%20at%20
Mercy%20-
%20Radiation%20Oncology~caSpecialist%20Doctor~c2Christian%20Okoye%2C%20M.D.~c3radiati
on-oncology~lp2&ep.TimeStamp=2023-06-07T13%3A24%3A04.426-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Four-doctors%3FlistPage%3D1&ep.ProductId=%7B3601F58D-
A002-4BC9-A483-CC55F9D2986B%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fabout-the-
center&ep.PageType=COE.COE=Radiation%20Oncology&ep.EventType=impression&ep.Event
ClassificationLevel1=ecommerce&epn.SearchResultCount=2&ep.EventClassificationLevel2=produ
ct%20impression%20in%20a%20list&ep.EventClassificationLevel3=Specialist%20Doctor&ep.Event
ClassificationLevel4=Christian%20Okoye%2C%20M.D.&_et=555
en=CoreWebVitals&ep.TimeStamp=2023-06-07T13%3A24%3A09.245-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Four-doctors%3FlistPage%3D1&ep.ProductId=%7B3601F58D-
A002-4BC9-A483-CC55F9D2986B%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fabout-the-
center&ep.PageType=COE.COE=Radiation%20Oncology&ep.EventType=CoreWebVitals&ep.E
ventClassificationLevel1=LCP&ep.EventClassificationLevel2=v3-1686158641975-
8957124703149&epn.EventClassificationLevel3=1070.7999999523163&epn.event_value=1070.7
999999523163&_et=4791
en=select_item&pr1=lnRadiation%20Oncologists%20at%20Mercy%20-
%20Radiation%20Oncology~id%7B526530D6-F355-4FF8-A367-
C4092AFD1A14%7D~nmChristian%20Okoye%2C%20M.D.~caSpecialist%20Doctor~c2Christian%20
Okoye%2C%20M.D.~c3radiation-oncology~lp2~qt1&ep.TimeStamp=2023-06-
07T13%3A24%3A09.291-04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute%2Fradiation-oncology%2Four-
doctors%3FlistPage%3D1&ep.ProductId=%7B3601F58D-A002-4BC9-A483-
CC55F9D2986B%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fabout-the-
center&ep.PageType=COE.COE=Radiation%20Oncology&ep.EventType=behavior&ep.EventCl
assificationLevel1=ecommerce&epn.SearchResultCount=2&ep.EventClassificationLevel2=click%20
on%20a%20product%20in%20a%20list&ep.EventClassificationLevel3=Specialist%20Doctor&ep.Ev
entClassificationLevel4=Christian%20Okoye%2C%20M.D.&_et=63
en=CoreWebVitals&ep.TimeStamp=2023-06-07T13%3A24%3A09.358-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Four-doctors%3FlistPage%3D1&ep.ProductId=%7B3601F58D-
A002-4BC9-A483-CC55F9D2986B%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fabout-the-
center&ep.PageType=COE.COE=Radiation%20Oncology&ep.EventType=CoreWebVitals&ep.E
ventClassificationLevel1=FID&ep.EventClassificationLevel2=v3-1686158641975-
8597798270182&epn.EventClassificationLevel3=1.2000000476837158&epn.event_value=1.2000
000476837158&_et=41

Decoded URL Parameters

v=2
tid=G-R0R94NYB7E
gtm=45je3650
_p=727512739
cid=█████████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
dl==https://mdmercy.com/mercy-services/cancer-institute/radiation-oncology/our-doctors?listPage=1&search-cat=doctors-within-mercy-services
sid=1686158583
sct=2
seg=1
dr=https://mdmercy.com/mercy-services/cancer-institute/radiation-oncology/our-doctors
dt=Baltimore Radiation Oncologists - Cancer Treatment - Mercy
_s=3

Request #496

POST https://www.google-analytics.com/g/collect?v=2&tid=G-R0R94NYB7E&gtm=45je3650&_p=1306307487&cid=█████████████████&ul=en-us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&dl=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-institute%2Fradiation-oncology%2Fappointments-and-contact%2Frequest-appointment%3Fpid%3D526530d6-f355-4ff8-a367-c4092afd1a14&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2Ffind-a-doctor%2Fchristian-okoye-md&dt=Online%20Appointment%20Request%20-%20Radiation%20Oncology%20at%20Mercy&_s=1 HTTP/1.1

Request Body

en=page_view&ep.TimeStamp=2023-06-07T13%3A24%3A18.322-04%3A00&ep.DocId=%7B526530D6-F355-4FF8-A367-C4092AFD1A14%7D&ep.DocName=Christian%20Okoye%2C%20M.D.&ep.DocSpecialty=Radiation%20Oncology%20Center%20Of%20Excellency&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-institute%2Fradiation-oncology%2Fappointments-and-

contact%2Frequest-appointment%3Fpid%3D526530d6-f355-4ff8-a367-
c4092afd1a14&ep.ProductId=%7B526530D6-F355-4FF8-A367-
C4092AFD1A14%7D&ep.Referrer=https%3A%2F%2Fmdmercy.com%2Ffind-a-doctor%2Fchristian-
okoye-
md&ep.PageType=COE&ep.COE=Radiation%20Oncology&ep.EventType=page_view&ep.EventCla
ssificationLevel1=page_view
en=begin_checkout&pr1=id526530D6-F355-4FF8-A367-
C4092AFD1A14~nmRadiation%20Oncology%20Center%20Of%20Excellency~pr30182.62~qt1~caP
rovider~c2Christian%20Okoye%20MD~c4in-office&ep.TimeStamp=2023-06-
07T13%3A24%3A18.332-04%3A00&ep.DocId=%7B526530D6-F355-4FF8-A367-
C4092AFD1A14%7D&ep.DocName=Christian%20Okoye%2C%20M.D.&ep.DocSpecialty=Radiation
%20Oncology%20Center%20Of%20Excellency&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fm
ercy-services%2Fcancer-institute%2Fradiation-oncology%2Fappointments-and-
contact%2Frequest-appointment%3Fpid%3D526530d6-f355-4ff8-a367-
c4092afd1a14&ep.ProductId=%7B526530D6-F355-4FF8-A367-
C4092AFD1A14%7D&ep.Referrer=mdmercy.com%2Ffind-a-doctor%2Fchristian-okoye-
md&ep.PageType=COE&ep.COE=Radiation%20Oncology&ep.EventType=page_view&ep.EventCla
ssificationLevel1=ecommerce&epn.value=30182.62&ep.EventClassificationLevel2=begin_checkou
t&ep.EventClassificationLevel3=Provider&ep.EventClassificationLevel4=Christian%20Okoye%2C%
20M.D.&_et=1&cu=USD


Decoded URL Parameters

  v=2
  tid=G-R0R94NYB7E
  gtm=45je3650
  _p=1306307487
  cid=███████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  ngs=1
  dl=https://mdmercy.com/mercy-services/cancer-institute/radiation-oncology/appointments-
and-contact/request-appointment?pid=526530d6-f355-4ff8-a367-c4092afd1a14
  sid=1686158583
  sct=2
  seg=1
  dr=https://mdmercy.com/find-a-doctor/christian-okoye-md
  dt=Online Appointment Request - Radiation Oncology at Mercy
  _s=1

Request #549

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je3650&_p=2069306664&cid=███████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&dl=https%3A%2F%2Fmdmercy.com%2Fpatients-and-visitors%2Fbilling-
and-insurance%2Fpay-your-
bill&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fcancer-institute%2Fradiation-oncology%2Fappointments-and-contact%2Frequest-
appointment%3Fpid%3D526530d6-f355-4ff8-a367-
c4092afd1a14&dt=Pay%20Your%20Hospital%20and%20Doctor%27s%20Bill%20Online%20-
%20Mercy%20Medical%20Center&_s=1 HTTP/1.1


Request Body


en=page_view&ep.TimeStamp=2023-06-07T13%3A24%3A49.326-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fpatients-and-visitors%2Fbilling-and-
insurance%2Fpay-your-bill&ep.ProductId=%7BA58DF6DD-F12F-4A9A-8A8C-
D506057A9F67%7D&ep.Referrer=https%3A%2F%2Fmdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fappointments-and-contact%2Frequest-
appointment%3Fpid%3D526530d6-f355-4ff8-a367-
c4092afd1a14&ep.PageType=other&ep.EventType=page_view&ep.EventClassificationLevel1=pag
e_view
en=CoreWebVitals&ep.TimeStamp=2023-06-07T13%3A24%3A53.437-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fpatients-and-visitors%2Fbilling-and-
insurance%2Fpay-your-bill&ep.ProductId=%7BA58DF6DD-F12F-4A9A-8A8C-
D506057A9F67%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fappointments-and-contact%2Frequest-
appointment%3Fpid%3D526530d6-f355-4ff8-a367-
c4092afd1a14&ep.PageType=other&ep.EventType=CoreWebVitals&ep.EventClassificationLevel1=
LCP&ep.EventClassificationLevel2=v3-1686158689532-
3560586919143&epn.EventClassificationLevel3=18849.300000071526&epn.event_value=18849.
300000071526&_et=3947
en=CoreWebVitals&ep.TimeStamp=2023-06-07T13%3A24%3A53.527-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fpatients-and-visitors%2Fbilling-and-
insurance%2Fpay-your-bill&ep.ProductId=%7BA58DF6DD-F12F-4A9A-8A8C-
D506057A9F67%7D&ep.Referrer=mdmercy.com%2Fmercy-services%2Fcancer-
institute%2Fradiation-oncology%2Fappointments-and-contact%2Frequest-
appointment%3Fpid%3D526530d6-f355-4ff8-a367-
c4092afd1a14&ep.PageType=other&ep.EventType=CoreWebVitals&ep.EventClassificationLevel1=
FID&ep.EventClassificationLevel2=v3-1686158689532-
2229153369473&epn.EventClassificationLevel3=2.100000023841858&epn.event_value=2.10000
0023841858&_et=82

Decoded URL Parameters

```
v=2
tid=G-R0R94NYB7E
gtm=45je3650
_p=2069306664
cid=███████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
dl=https://mdmercy.com/patients-and-visitors/billing-and-insurance/pay-your-bill
sid=1686158583
sct=2
seg=1
dr=https://mdmercy.com/mercy-services/cancer-institute/radiation-oncology/appointments-
and-contact/request-appointment?pid=526530d6-f355-4ff8-a367-c4092afd1a14
dt=Pay Your Hospital and Doctor's Bill Online - Mercy Medical Center
_s=1
```

Request #658

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
T1NTVXF42P&gtm=45je3650&_p=37614365&cid=███████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&dl=https%3A%2F%2Fmdmercy.com%2Fsearch%3Fq%3Ddiabetes%26sear
ch-
cat%3Dsitewide&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2F&dt=Gl
obal%20Search&_s=2 HTTP/1.1

Request Body

en=CoreWebVitals&ep.TimeStamp=2023-06-07T13%3A26%3A46.469-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fsearch%3Fq%3Ddiabetes&ep.ProductI
d=%7B23871815-CE4C-4E79-A305-
6826E4CDBA58%7D&ep.Referrer=mdmercy.com%2F&ep.PageType=General%20Search%20Result
s&ep.EventType=CoreWebVitals&ep.EventClassificationLevel1=LCP&ep.EventClassificationLevel2
=v3-1686158797826-
4117600040329&epn.EventClassificationLevel3=789&epn.event_value=789&_et=8660
en=CoreWebVitals&ep.TimeStamp=2023-06-07T13%3A26%3A46.532-
04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fsearch%3Fq%3Ddiabetes&ep.ProductI
```

d=%7B23871815-CE4C-4E79-A305-
6826E4CDBA58%7D&ep.Referrer=mdmercy.com%2F&ep.PageType=General%20Search%20Result
s&ep.EventType=CoreWebVitals&ep.EventClassificationLevel1=FID&ep.EventClassificationLevel2=
v3-1686158797826-
1293915344652&epn.EventClassificationLevel3=2.5&epn.event_value=2.5&_et=58


Decoded URL Parameters

  v=2
  tid=G-T1NTVXF42P
  gtm=45je3650
  _p=37614365
  cid=███████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  ngs=1
  dl=https://mdmercy.com/search?q=diabetes&search-cat=sitewide
  sid=1686158583
  sct=2
  seg=1
  dr=https://mdmercy.com/
  dt=Global Search
  _s=2


Request #677

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
T1NTVXF42P&gtm=45je3650&_p=720961446&cid=███████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&_eu=AEA&ngs=1&_s=3&dl=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fconditions%2Ftype-2-
diabetes&sid=1686158583&sct=2&seg=1&dr=https%3A%2F%2Fmdmercy.com%2Fsearch%3Fq%3
Ddiabetes&dt=Type%202%20Diabetes%20Diagnosis%20%26%20Treatment%20-
%20Baltimore%2C%20MD%20-%20Mercy&en=scroll&ep.TimeStamp=2023-06-
07T13%3A26%3A46.934-04%3A00&ep.fullURL=https%3A%2F%2Fmdmercy.com%2Fmercy-
services%2Fconditions%2Ftype-2-diabetes&ep.ProductId=%7B6FCA8376-E0CE-4A57-A54C-
41DDC4846DA4%7D&ep.Referrer=https%3A%2F%2Fmdmercy.com%2Fsearch%3Fq%3Ddiabetes&
ep.PageType=Conditions&ep.EventType=page_view&ep.EventClassificationLevel1=page_view&ep
n.percent_scrolled=90&_et=3891 HTTP/1.1

Decoded URL Parameters

v=2
tid=G-T1NTVXF42P
gtm=45je3650
_p=720961446
cid=██████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
_eu=AEA
ngs=1
_s=3
dl=https://mdmercy.com/mercy-services/conditions/type-2-diabetes
sid=1686158583
sct=2
seg=1
dr=https://mdmercy.com/search?q=diabetes
dt=Type 2 Diabetes Diagnosis & Treatment - Baltimore, MD - Mercy
en=scroll
ep.TimeStamp=2023-06-07T13:26:46.934-04:00
ep.fullURL=https://mdmercy.com/mercy-services/conditions/type-2-diabetes
ep.ProductId={6FCA8376-E0CE-4A57-A54C-41DDC4846DA4}
ep.Referrer=https://mdmercy.com/search?q=diabetes
ep.PageType=Conditions
ep.EventType=page_view
ep.EventClassificationLevel1=page_view
epn.percent_scrolled=90
_et=3891

118.    Mercy Medical Center also operates a MyChart patient portal at the host
mychart.mdmercy.com.

119.    I tested the Mercy Medical Center Patient Portal and found extensive use of Google Analytics
tracking pixels inside of the portal on authenticated Web pages.

120.    The Fiddler capture file mychart.mdmercy.com-2023-06-05.saz contains the results of my
        testing of the Mercy Medical Center Patient Portal.

121.    Examples of Google Analytics tracking pixels found in the patient portal include:

---

Request #354

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je35v0&_p=995598956&cid=███████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.90%7CGoogle%2520Chrome%3B114.0.5735.90&uamb=0&uam=&uap=Windows&uapv=1
0.0.0&uaw=0&ngs=1&_s=1&dl=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FHome%
2F&sid=1685999496&sct=1&seg=1&dr=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2
FAuthentication%2FSecondaryValidation&dt=MyChart%20-
%20Home&en=page_view&ep.TimeStamp=2023-06-05T17%3A18%3A12.191-
04%3A00&ep.fullURL=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FHome%2F&ep.R
eferrer=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FAuthentication%2FSecondaryV
alidation&ep.PageType=other&ep.EventType=page_view&ep.EventClassificationLevel1=page_vie
w HTTP/1.1

Decoded URL Parameters

  v=2
  tid=G-R0R94NYB7E
  gtm=45je35v0
  _p=995598956
  cid=███████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  ngs=1
  _s=1
  dl=https://mychart.mdmercy.com/MyChart/Home/
  sid=1685999496
  sct=1
  seg=1
  dr=https://mychart.mdmercy.com/MyChart/Authentication/SecondaryValidation
  dt=MyChart - Home
  en=page_view

---

```
ep.TimeStamp=2023-06-05T17:18:12.191-04:00
ep.fullURL=https://mychart.mdmercy.com/MyChart/Home/
ep.Referrer=https://mychart.mdmercy.com/MyChart/Authentication/SecondaryValidation
ep.PageType=other
ep.EventType=page_view
ep.EventClassificationLevel1=page_view
```

Request #538

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je35v0&_p=825898230&cid=████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.90%7CGoogle%2520Chrome%3B114.0.5735.90&uamb=0&uam=&uap=Windows&uapv=1
0.0.0&uaw=0&ngs=1&_s=1&dl=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FVisits&s
id=1685999496&sct=1&seg=1&dr=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FHeal
thAdvisories&dt=MyChart%20-
%20Appointments%20and%20Visits&en=page_view&ep.TimeStamp=2023-06-
05T17%3A18%3A52.451-
04%3A00&ep.fullURL=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FVisits&ep.Referr
er=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FHealthAdvisories&ep.PageType=oth
er&ep.EventType=page_view&ep.EventClassificationLevel1=page_view HTTP/1.1

Decoded URL Parameters

  v=2
  tid=G-R0R94NYB7E
  gtm=45je35v0
  _p=825898230
  cid=████████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  ngs=1
  _s=1
  dl=https://mychart.mdmercy.com/MyChart/Visits
  sid=1685999496
  sct=1
  seg=1
  dr=https://mychart.mdmercy.com/MyChart/HealthAdvisories
  dt=MyChart - Appointments and Visits
  en=page_view

ep.TimeStamp=2023-06-05T17:18:52.451-04:00
ep.fullURL=https://mychart.mdmercy.com/MyChart/Visits
ep.Referrer=https://mychart.mdmercy.com/MyChart/HealthAdvisories
ep.PageType=other
ep.EventType=page_view
ep.EventClassificationLevel1=page_view

Request #744

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je35v0&_p=819033757&cid=████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.90%7CGoogle%2520Chrome%3B114.0.5735.90&uamb=0&uam=&uap=Windows&uapv=1
0.0.0&uaw=0&ngs=1&_s=1&dl=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FClinical
%2FTestResults&sid=1685999496&sct=1&seg=1&dr=https%3A%2F%2Fmychart.mdmercy.com%2
FMyChart%2FHealthAdvisories&dt=MyChart%20-
%20Test%20Results&en=page_view&ep.TimeStamp=2023-06-05T17%3A19%3A09.273-
04%3A00&ep.fullURL=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FClinical%2FTestR
esults&ep.Referrer=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FHealthAdvisories&e
p.PageType=other&ep.EventType=page_view&ep.EventClassificationLevel1=page_view HTTP/1.1

Decoded URL Parameters

v=2
tid=G-R0R94NYB7E
gtm=45je35v0
_p=819033757
cid=████████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
_s=1
dl=https://mychart.mdmercy.com/MyChart/Clinical/TestResults
sid=1685999496
sct=1
seg=1
dr=https://mychart.mdmercy.com/MyChart/HealthAdvisories
dt=MyChart - Test Results
en=page_view
ep.TimeStamp=2023-06-05T17:19:09.273-04:00

ep.fullURL=https://mychart.mdmercy.com/MyChart/Clinical/TestResults
ep.Referrer=https://mychart.mdmercy.com/MyChart/HealthAdvisories
ep.PageType=other
ep.EventType=page_view
ep.EventClassificationLevel1=page_view


Request #1125

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
T1NTVXF42P&gtm=45je35v0&_p=1538236511&cid=███████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.90%7CGoogle%2520Chrome%3B114.0.5735.90&uamb=0&uam=&uap=Windows&uapv=1
0.0.0&uaw=0&ngs=1&_s=1&dl=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FClinical
%2FMedications&sid=1685999496&sct=1&seg=1&dr=https%3A%2F%2Fmychart.mdmercy.com%
2FMyChart%2FHealthAdvisories&dt=MyChart%20-
%20Medications&en=CoreWebVitals&ep.TimeStamp=2023-06-05T17%3A19%3A55.63-
04%3A00&ep.fullURL=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FClinical%2FMedi
cations&ep.Referrer=mychart.mdmercy.com%2Fmychart%2Fhealthadvisories&ep.PageType=othe
r&ep.EventType=CoreWebVitals&ep.EventClassificationLevel1=LCP&ep.EventClassificationLevel2
=v3-1685999984485-
2393040298880&epn.EventClassificationLevel3=2376.5&epn.event_value=2376.5 HTTP/1.1


Decoded URL Parameters

v=2
tid=G-T1NTVXF42P
gtm=45je35v0
_p=1538236511
cid=███████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
_s=1
dl=https://mychart.mdmercy.com/MyChart/Clinical/Medications
sid=1685999496
sct=1
seg=1
dr=https://mychart.mdmercy.com/MyChart/HealthAdvisories
dt=MyChart - Medications
en=CoreWebVitals

ep.TimeStamp=2023-06-05T17:19:55.63-04:00
ep.fullURL=https://mychart.mdmercy.com/MyChart/Clinical/Medications
ep.Referrer=mychart.mdmercy.com/mychart/healthadvisories
ep.PageType=other
ep.EventType=CoreWebVitals
ep.EventClassificationLevel1=LCP
ep.EventClassificationLevel2=v3-1685999984485-2393040298880
epn.EventClassificationLevel3=2376.5
epn.event_value=2376.5

Request #1188

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je35v0&_p=1649080088&cid=███████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.90%7CGoogle%2520Chrome%3B114.0.5735.90&uamb=0&uam=&uap=Windows&uapv=1
0.0.0&uaw=0&_eu=AEA&ngs=1&_s=2&dl=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart
%2FScheduling&sid=1685999496&sct=1&seg=1&dr=https%3A%2F%2Fmychart.mdmercy.com%2F
MyChart%2FClinical%2FMedications&dt=MyChart%20-
%20Schedule%20an%20Appointment&en=scroll&ep.TimeStamp=2023-06-
05T17%3A20%3A00&ep.fullURL=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FScheduling&ep.R
eferrer=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FClinical%2FMedications&ep.Pa
geType=other&ep.EventType=page_view&ep.EventClassificationLevel1=page_view&epn.percent
_scrolled=90&_et=8 HTTP/1.1

Decoded URL Parameters

v=2
tid=G-R0R94NYB7E
gtm=45je35v0
_p=1649080088
cid=███████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
_eu=AEA
ngs=1
_s=2
dl=<mark>https://mychart.mdmercy.com/MyChart/Scheduling</mark>
sid=1685999496

sct=1
seg=1
dr=https://mychart.mdmercy.com/MyChart/Clinical/Medications
dt=MyChart - Schedule an Appointment
en=scroll
ep.TimeStamp=2023-06-05T17:20:03.993-04:00
ep.fullURL=https://mychart.mdmercy.com/MyChart/Scheduling
ep.Referrer=https://mychart.mdmercy.com/MyChart/Clinical/Medications
ep.PageType=other
ep.EventType=page_view
ep.EventClassificationLevel1=page_view
epn.percent_scrolled=90
_et=8


Request #1223

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
R0R94NYB7E&gtm=45je35v0&_p=1368152229&cid=███████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.90%7CGoogle%2520Chrome%3B114.0.5735.90&uamb=0&uam=&uap=Windows&uapv=1
0.0.0&uaw=0&ngs=1&_s=1&dl=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FAuthen
tication%2FLogin%3Faction%3Dlogout&sid=1685999496&sct=1&seg=1&dr=https%3A%2F%2Fmyc
hart.mdmercy.com%2FMyChart%2FScheduling&dt=MyChart%20-
%20Login%20Page&en=page_view&ep.TimeStamp=2023-06-05T17%3A20%3A26.96-
04%3A00&ep.fullURL=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart%2FAuthentication%
2FLogin%3Faction%3Dlogout&ep.Referrer=https%3A%2F%2Fmychart.mdmercy.com%2FMyChart
%2FScheduling&ep.PageType=other&ep.EventType=page_view&ep.EventClassificationLevel1=pa
ge_view HTTP/1.1


Decoded URL Parameters

v=2
tid=G-R0R94NYB7E
gtm=45je35v0
_p=1368152229
cid=███████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
_s=1

```
dl=https://mychart.mdmercy.com/MyChart/Authentication/Login?action=logout
sid=1685999496
sct=1
seg=1
dr=https://mychart.mdmercy.com/MyChart/Scheduling
dt=MyChart - Login Page
en=page_view
ep.TimeStamp=2023-06-05T17:20:26.96-04:00
ep.fullURL=https://mychart.mdmercy.com/MyChart/Authentication/Login?action=logout
ep.Referrer=https://mychart.mdmercy.com/MyChart/Scheduling
ep.PageType=other
ep.EventType=page_view
ep.EventClassificationLevel1=page_view
```

## Google Tracking Pixels on the Gundersen Health System Web Property

122.    Gundersen Health System operates the https://www.gundersenhealth.org/ Web property.

123.    The Fiddler capture file Gundersen-2023-05-17.saz contains the results of my testing of this Web property.

124.    Examples of Google tracking pixels found on this Web property include:

```
Request #415

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
3XQ14S88EP&gtm=45je35a0&_p=1097331901&cid=▮▮▮▮▮▮▮▮▮▮&ul=en-
us&_geo=1&_rdi=1&ngs=1&sid=1684349681&sct=1&seg=1&dl=https%3A%2F%2Fwww.gunderse
nhealth.org%2Fsearch%3Fterm%3Dcolitis&dr=https%3A%2F%2Fwww.gundersenhealth.org%2F&
dt=Search%20%7C%20Gundersen%20Health%20System&_s=2 HTTP/1.1

Request Body

en=core_web_vitals&ep.web_vitals_measurement_name=LCP&ep.web_vitals_measurement_id=
v3-1684349702929-
1267509768215&epn.web_vitals_measurement_valueRounded=1795&epn.web_vitals_measure
ment_value=1794.5999999996275&epn.web_vitals_measurement_delta=1794.5999999996275&
epn.web_vitals_measurement_deltaRounded=1795&epn.value=1795&_et=22128&dp=%2Fsearc
h
en=core_web_vitals&ep.web_vitals_measurement_name=FID&ep.web_vitals_measurement_id=
v3-1684349702929-
9385003195753&epn.web_vitals_measurement_valueRounded=2&epn.web_vitals_measuremen
t_value=1.599999999627471&epn.web_vitals_measurement_delta=1.599999999627471&epn.w
eb_vitals_measurement_deltaRounded=2&epn.value=2&_et=38
```

en=core_web_vitals&ep.web_vitals_measurement_name=LCP&ep.web_vitals_measurement_id=
v3-1684349702929-
1267509768215&epn.web_vitals_measurement_valueRounded=1795&epn.web_vitals_measure
ment_value=1794.5999999996275&epn.web_vitals_measurement_delta=1794.5999999996275&
epn.web_vitals_measurement_deltaRounded=1795&epn.value=1795&_et=1&dp=%2Fsearch

Decoded URL Parameters

v=2
tid=G-3XQ14S88EP
gtm=45je35a0
_p=1097331901
cid=████████████████
ul=en-us
_geo=1
_rdi=1
ngs=1
sid=1684349681
sct=1
seg=1
dl=<mark>https://www.gundersenhealth.org/search?term=colitis</mark>
dr=https://www.gundersenhealth.org/
dt=Search | Gundersen Health System
_s=2

Request #461

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
3XQ14S88EP&gtm=45je35a0&_p=1881558405&cid=████████████████&ul=en-
us&_geo=1&_rdi=1&ngs=1&sid=1684349681&sct=1&seg=1&dl=https%3A%2F%2Fwww.gunderse
nhealth.org%2Fsearch%3Fterm%3Dbph&dr=https%3A%2F%2Fwww.gundersenhealth.org%2Fsear
ch%3Fterm%3Dcolitis&dt=Search%20%7C%20Gundersen%20Health%20System&_s=1 HTTP/1.1

Request Body

en=page_view
en=view_search_results&ep.search_term=bph&_et=1
en=scroll&ep.percent_scrolled=25%25&_et=122&dp=%2Fsearch
en=scroll&ep.percent_scrolled=50%25&_et=1531&dp=%2Fsearch
en=core_web_vitals&ep.web_vitals_measurement_name=LCP&ep.web_vitals_measurement_id=
v3-1684349734517-
2469609541249&epn.web_vitals_measurement_valueRounded=1678&epn.web_vitals_measure
ment_value=1678.2000000001863&epn.web_vitals_measurement_delta=1678.2000000001863&
epn.web_vitals_measurement_deltaRounded=1678&epn.value=1678&_et=3031&dp=%2Fsearch
en=core_web_vitals&ep.web_vitals_measurement_name=FID&ep.web_vitals_measurement_id=
v3-1684349734517-
5495563206346&epn.web_vitals_measurement_valueRounded=1&epn.web_vitals_measuremen

t_value=1.300000000745058&epn.web_vitals_measurement_delta=1.300000000745058&epn.w
eb_vitals_measurement_deltaRounded=1&epn.value=1&_et=10
en=core_web_vitals&ep.web_vitals_measurement_name=LCP&ep.web_vitals_measurement_id=
v3-1684349734517-
2469609541249&epn.web_vitals_measurement_valueRounded=1678&epn.web_vitals_measure
ment_value=1678.2000000001863&epn.web_vitals_measurement_delta=1678.2000000001863&
epn.web_vitals_measurement_deltaRounded=1678&epn.value=1678&_et=2&dp=%2Fsearch

Decoded URL Parameters

  v=2
  tid=G-3XQ14S88EP
  gtm=45je35a0
  _p=1881558405
  cid=███████████████
  ul=en-us
  _geo=1
  _rdi=1
  ngs=1
  sid=1684349681
  sct=1
  seg=1
  dl=<mark>https://www.gundersenhealth.org/search?term=bph</mark>
  dr=https://www.gundersenhealth.org/search?term=colitis
  dt=Search | Gundersen Health System
  _s=1

Request #519

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
3XQ14S88EP&gtm=45je35a0&_p=290898098&cid=███████████████&ul=en-
us&_geo=1&_rdi=1&ngs=1&sid=1684349681&sct=1&seg=1&dl=https%3A%2F%2Fwww.gunderse
nhealth.org%2Fservices%2Furology&dr=https%3A%2F%2Fwww.gundersenhealth.org%2Fsearch%
3Fterm%3Dbph&dt=Urology%20%7C%20Gundersen%20Health%20System&_s=2 HTTP/1.1

Request Body

en=scroll&ep.percent_scrolled=75%25&_et=8923&dp=%2Fservices%2Furology
en=core_web_vitals&ep.web_vitals_measurement_name=LCP&ep.web_vitals_measurement_id=
v3-1684349741609-
1661530026359&epn.web_vitals_measurement_valueRounded=2374&epn.web_vitals_measure
ment_value=2373.5&epn.web_vitals_measurement_delta=2373.5&epn.web_vitals_measuremen
t_deltaRounded=2374&epn.value=2374&_et=3173&dp=%2Fservices%2Furology
en=click&ep.click_text=Schedule%20a%20consultation&ep.link_url=https%3A%2F%2Fproviders.g
undersenhealth.org%2Fsearch%3Falias_term%3DUrology%26specialty_strict%3DUrology.%252A
%26sort%3Drelevance%252Cnetworks%252Cavailability_density_best&ep.outbound=true&ep.cli
ck_url=https%3A%2F%2Fproviders.gundersenhealth.org%2Fsearch%3Falias_term%3DUrology%2

6specialty_strict%3DUrology.%252A%26sort%3Drelevance%252Cnetworks%252Cavailability_den
sity_best&_et=5&dp=%2Fservices_%2Furology

en=core_web_vitals&ep.web_vitals_measurement_name=FID&ep.web_vitals_measurement_id=
v3-1684349741609-
5358885383124&epn.web_vitals_measurement_valueRounded=2&epn.web_vitals_measuremen
t_value=1.7999999998137355&epn.web_vitals_measurement_delta=1.7999999998137355&epn.
web_vitals_measurement_deltaRounded=2&epn.value=2&_et=5

en=core_web_vitals&ep.web_vitals_measurement_name=LCP&ep.web_vitals_measurement_id=
v3-1684349741609-
1661530026359&epn.web_vitals_measurement_valueRounded=2374&epn.web_vitals_measure
ment_value=2373.5&epn.web_vitals_measurement_delta=2373.5&epn.web_vitals_measuremen
t_deltaRounded=2374&epn.value=2374&_et=1&dp=%2Fservices_%2Furology

Decoded URL Parameters

  v=2
  tid=G-3XQ14S88EP
  gtm=45je35a0
  _p=290898098
  cid=█████████████████
  ul=en-us
  _geo=1
  _rdi=1
  ngs=1
  sid=1684349681
  sct=1
  seg=1
  dl=https://www.gundersenhealth.org/services/urology
  dr=https://www.gundersenhealth.org/search?term=bph
  dt=Urology | Gundersen Health System
  _s=2

Request #693

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
MH6W26MTLZ&gtm=45je35a0&_p=42092674&cid=███████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.93%7CChromi
um%3B113.0.5672.93%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=2&sid=1
684349759&sct=1&seg=1&dl=https%3A%2F%2Fproviders.gundersenhealth.org%2Fprovider%2FJ
oseph%2BM.%2BEndrizzi%2F2091914%3Falias_term%3DUrology%26specialty_strict%3DUrology.
*%26sort%3Drelevance%252Cnetworks%252Cavailability_density_best%26from%3Dsearch-
list&dr=https%3A%2F%2Fproviders.gundersenhealth.org%2Fsearch%3Falias_term%3DUrology%2
6specialty_strict%3DUrology.%252A%26sort%3Drelevance%252Cnetworks%252Cavailability_den
sity_best&dt=Dr.%20Joseph%20M.%20Endrizzi%2C%20MD%20-%20La%20Crosse%2C%20WI%20-
%20Urology%20-
%20Book%20Appointment&en=click_request_or_book_appointment_button&_c=1&ep.gtm_con
tainer_id=GTM-

P8QWW8F&ep.gtm_container_version=528&ep.debug_mode=true&ep.event_category=Engage
ment&ep.event_action=Click%20Request%20or%20Book%20Appointment&ep.event_label=Dr.%
20Joseph%20M.%20Endrizzi%2C%20MD%20-%20La%20Crosse%2C%20WI%20-%20Urology%20-
%20Book%20Appointment&ep.gtm_tag_name=K%20-%20GA4%20-
%20Book%20Appointment&ep.value=250&_et=8302 HTTP/1.1

Decoded URL Parameters

  v=2
  tid=G-MH6W26MTLZ
  gtm=45je35a0
  _p=42092674
  cid=███████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.93|Chromium;113.0.5672.93|Not-A.Brand;24.0.0.0
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  ngs=1
  _s=2
  sid=1684349759
  sct=1
  seg=1

dl=https://providers.gundersenhealth.org/provider/Joseph+M.+Endrizzi/2091914?alias_term=Ur
ology&specialty_strict=Urology.*&sort=relevance%2Cnetworks%2Cavailability_density_best&fro
m=search-list

dr=https://providers.gundersenhealth.org/search?alias_term=Urology&specialty_strict=Urology.
%2A&sort=relevance%2Cnetworks%2Cavailability_density_best
  dt=Dr. Joseph M. Endrizzi, MD - La Crosse, WI - Urology - Book Appointment
  en=click_request_or_book_appointment_button
  _c=1
  ep.gtm_container_id=GTM-P8QWW8F
  ep.gtm_container_version=528
  ep.debug_mode=true
  ep.event_category=Engagement
  ep.event_action=Click Request or Book Appointment
  ep.event_label=Dr. Joseph M. Endrizzi, MD - La Crosse, WI - Urology - Book Appointment
  ep.gtm_tag_name=K - GA4 - Book Appointment
  ep.value=250
  _et=8302

Request #719

GET
https://false.fls.doubleclick.net/activityi;src=false;type=undefined;cat=undefined;ord=41060452
64463;gtm=45He35a0;auiddc=1040266979.1684349681;~oref=https%3A%2F%2Fproviders.gunder
senhealth.org%2Fprovider%2FJoseph%2BM.%2BEndrizzi%2F2091914%3Falias_term%3DUrology
%26specialty_strict%3DUrology.*%26sort%3Drelevance%252Cnetworks%252Cavailability_densit
y_best%26from%3Dsearch-list? HTTP/1.1

Decoded URL Parameters

  src=false
  type=undefined
  cat=undefined
  ord=4106045264463
  gtm=45He35a0
  auiddc=1040266979.1684349681

==~oref=https://providers.gundersenhealth.org/provider/Joseph+M.+Endrizzi/2091914?alias_term=
Urology&specialty_strict=Urology.*&sort=relevance%2Cnetworks%2Cavailability_density_best&fr
om=search-list==

Decoded Request Cookies

  IDE=███████████████████████████████████

Request #722

GET https://adservice.google.com/ddm/fls/z/dc_pre=CL_n3e-
D_f4CFVnyhwodyqUI5w;src=false;type=undefined;cat=undefined;ord=4106045264463;gtm=45He
35a0;auiddc=*;~oref=https%3A%2F%2Fproviders.gundersenhealth.org%2Fprovider%2FJoseph%2
BM.%2BEndrizzi%2F2091914%3Falias_term%3DUrology%26specialty_strict%3DUrology.*%26sort
%3Drelevance%252Cnetworks%252Cavailability_density_best%26from%3Dsearch-list HTTP/1.1

Decoded URL Parameters

  dc_pre=CL_n3e-D_f4CFVnyhwodyqUI5w
  src=false
  type=undefined
  cat=undefined
  ord=4106045264463
  gtm=45He35a0
  auiddc=*

~oref===https://providers.gundersenhealth.org/provider/Joseph+M.+Endrizzi/2091914?alias_term=
Urology&specialty_strict=Urology.*&sort=relevance%2Cnetworks%2Cavailability_density_best&fr
om=search-list==



Decoded Request Cookies

__Secure-3PAPISID=███████████████████████

__Secure-3PSID=████████████

1P_JAR=███████████

NID=511=██████████████████████████████████
████████████████████████████████████████
██████████████████
████████████████████████████████
__Secure-3PSIDCC=███████████████████
██████████████████

Request #830

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=131596852&t=pageview&_s=1&dl=https%3A%2F%2Fww
w.gundersenhealth.org%2Fpatients-visitors%2Fscheduled-for-an-upcoming-procedure&ul=en-
us&de=UTF-
8&dt=Scheduled%20for%20an%20upcoming%20procedure%3F%20I%20Gundersen%20Health&s
d=24-
bit&sr=1920x1080&vp=1158x708&je=0&_u=AACAAEABAAAAACAAI~&jid=&gjid=&cid=███████
█████████&tid=UA-85701388-2&_gid=██████████████&_slc=1&z=216894680
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
a=131596852
t=pageview
_s=1
dl=https://www.gundersenhealth.org/patients-visitors/scheduled-for-an-upcoming-procedure
ul=en-us
de=UTF-8
dt=Scheduled for an upcoming procedure? I Gundersen Health
sd=24-bit
sr=1920x1080
vp=1158x708
je=0
_u=AACAAEABAAAAACAAI~
jid=
gjid=
cid=██████████████
tid=UA-85701388-2
_gid=███████████████

```
_slc=1
z=216894680
```

## Google Tracking Pixels on the Mercy Hospital Web Property

125.    Mercy Hospital operates the https://www.mercy.net Web property.

126.    The Fiddler capture file mercy.net-2023-04-25.saz contains the results of my testing of this Web property.

127.    Examples of Google tracking pixels found on this Web property include:

```
Request #103

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=923106525&t=pageview&_s=1&dl=https%3A%2F%2Fww
w.mercy.net%2F&dp=https%3A%2F%2Fwww.mercy.net%2F&ul=en-us&de=UTF-
8&dt=your%20life%20is%20our%20life%27s%20work&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=KEBAAAABAAAAACAC~&jid=██████&gjid=
██████&cid=██████████&tid=UA-5428947-
44&_gid=████████&_r=1&_slc=1&z=701004528 HTTP/1.1


Decoded URL Parameters

  v=1
  _v=j100
  a=923106525
  t=pageview
  _s=1
  dl=https://www.mercy.net/
  dp=https://www.mercy.net/
  ul=en-us
  de=UTF-8
  dt=your life is our life's work
  sd=24-bit
  sr=1920x1080
  vp=1158x842
  je=0
  _u=KEBAAAABAAAAACAC~
  jid=██████
  gjid=██████
  cid=██████████
  tid=UA-5428947-44
  _gid=████████
  _r=1
  _slc=1
  z=701004528
```

Request #108

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/1017665492/?random=1684
952719849&cv=11&fst=1684952719849&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=19
20&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2F&hn=www.googleadservices.com&frm=
0&tiba=Mercy%20%7C%20Doctors%2C%20Hospitals%20%26%20Clinics%20in%20MO%2C%20AR
%2C%20OK%20%26%20KS&auid=1421398218.1684952720&data=event%3Dgtag.config&rfmt=3
&fmt=4 HTTP/1.1

Decoded URL Parameters

    random=1684952719849
    cv=11
    fst=1684952719849
    bg=ffffff
    guid=ON
    async=1
    gtm=45be35m0
    u_w=1920
    u_h=1080
    url=https://www.mercy.net/
    hn=www.googleadservices.com
    frm=0
    tiba=Mercy | Doctors, Hospitals & Clinics in MO, AR, OK & KS
    auid=1421398218.1684952720
    data=event=gtag.config
    rfmt=3
    fmt=4

Decoded Request Cookies


DSID= ███████████████████████████████████████████
██████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████
    IDE= ███████████████████████████████████

Request #120

POST https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j100&tid=UA-5428947-
44&cid=██████████████&jid=█████████&gjid=██████████&_gid=███████████████
██&_u=KEBAAAAAAAAAACAC~&z=458862540 HTTP/1.1

Decoded URL Parameters

t=dc
aip=1
_r=3
v=1
_v=j100
tid=UA-5428947-44
cid=█████████████
jid=████████
gjid=█████████
_gid=█████████████
_u=KEBAAAAAAAAAACAC~
z=458862540

Decoded Request Cookies


DSID=█████████████████████████████████████
██████████████████████
█████████████████████████████████████
███████████████████████████████████████
IDE=█████████████████████████████

Request #130

GET https://www.google.com/pagead/1p-user-
list/1017665492/?random=1684952719849&cv=11&fst=1684951200000&bg=ffffff&guid=ON&as
ync=1&gtm=45be35m0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2F&frm=
0&tiba=Mercy%20%7C%20Doctors%2C%20Hospitals%20%26%20Clinics%20in%20MO%2C%20AR
%2C%20OK%20%26%20KS&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=1583609714&
rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

  random=1684952719849
  cv=11
  fst=1684951200000
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35m0
  u_w=1920
  u_h=1080
  url=https://www.mercy.net/
  frm=0
  tiba=Mercy | Doctors, Hospitals & Clinics in MO, AR, OK & KS
  data=event=gtag.config

```
fmt=3
is_vtc=1
random=1583609714
rmt_tld=0
ipr=y
```

Decoded Request Cookies

   __Secure-3PAPISID=███████████████████

   __Secure-3PSID=██████████

██████████████████████████

   __Secure-3PSIDTS=██████████

████████████████████████

   1P_JAR=███████

NID=████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████████

████████████

   __Secure-
3PSIDCC=████████████████████████

████

Request #199

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=2024628100&t=pageview&_s=1&dl=https%3A%2F%2Fw
ww.mercy.net%2Fpractice%2Fmercy-pharmacy-dierbergs-green-mount-
crossing%2F&dp=https%3A%2F%2Fwww.mercy.net%2Fpractice%2Fmercy-pharmacy-dierbergs-
green-mount-crossing%2F&ul=en-us&de=UTF-8&dt=mercy%20pharmacy%20-
%20dierbergs%20green%20mount%20crossing&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=CACAAAABAAAAACAC~&jid=&gjid=&cid███████████████
███████&tid=UA-5428947-44&_gid=███████████████&_slc=1&z=1278046426
HTTP/1.1

Decoded URL Parameters

   v=1
   _v=j100
   a=2024628100
   t=pageview
   _s=1
   dl=<mark>https://www.mercy.net/practice/mercy-pharmacy-dierbergs-green-mount-crossing/</mark>
   dp=https://www.mercy.net/practice/mercy-pharmacy-dierbergs-green-mount-crossing/
   ul=en-us
   de=UTF-8
   dt=mercy pharmacy - dierbergs green mount crossing

sd=24-bit
sr=1920x1080
vp=1158x842
je=0
_u=CACAAAABAAAAACAC~
jid=
gjid=
cid=█████████████
tid=UA-5428947-44
_gid=█████████████
_slc=1
z=1278046426

Request #266

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=667278215&t=pageview&_s=1&dl=https%3A%2F%2Fww
w.mercy.net%2Fapp%2Flogin&dp=%2Flogin&ul=en-us&de=windows-1252&dt=MyMercy%20-
%20Login&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=QACAAEABAAAAACAAI~&jid=&gjid=&cid=█████████
████████&tid=UA-5428947-3&_gid=█████████████&_slc=1&z=304406371
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
a=667278215
t=pageview
_s=1
dl=https://www.mercy.net/app/login
dp=/login
ul=en-us
de=windows-1252
dt=MyMercy - Login
sd=24-bit
sr=1920x1080
vp=1158x842
je=0
_u=QACAAEABAAAAACAAI~
jid=
gjid=
cid=█████████████
tid=UA-5428947-3
_gid=█████████████
_slc=1
z=304406371

Request #358

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=122304099&t=pageview&_s=1&dl=https%3A%2F%2Fww
w.mercy.net%2Fpatients-visitors%2F&dp=https%3A%2F%2Fwww.mercy.net%2Fpatients-
visitors%2F&ul=en-us&de=UTF-8&dt=patient%20%26%20visitor%20resources&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=CACAAAABAAAAACAC~&jid=&gjid=&cid=▮▮▮▮▮▮▮
▮▮▮▮▮&tid=UA-5428947-44&_gid=▮▮▮▮▮▮▮▮▮▮▮▮&_slc=1&z=1381063851
HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  a=122304099
  t=pageview
  _s=1
  dl=<mark>https://www.mercy.net/patients-visitors/</mark>
  dp=https://www.mercy.net/patients-visitors/
  ul=en-us
  de=UTF-8
  dt=patient & visitor resources
  sd=24-bit
  sr=1920x1080
  vp=1158x842
  je=0
  _u=CACAAAABAAAAACAC~
  jid=
  gjid=
  cid=▮▮▮▮▮▮▮▮▮▮▮
  tid=UA-5428947-44
  _gid=▮▮▮▮▮▮▮▮▮▮▮
  _slc=1
  z=1381063851

Request #362

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/1017665492/?random=1684
952777759&cv=11&fst=1684952777759&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=19
20&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fpatients-
visitors%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fabout%2Flegal-
notices%2Fprivacy%2F&hn=www.googleadservices.com&frm=0&tiba=Patient%20%26%20Visitor
%20Resources%20%7C%20Information%20%7C%20Mercy&auid=1421398218.1684952720&data
=event%3Dgtag.config&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

```
random=1684952777759
cv=11
fst=1684952777759
bg=ffffff
guid=ON
async=1
gtm=45be35m0
u_w=1920
u_h=1080
url=https://www.mercy.net/patients-visitors/
ref=https://www.mercy.net/about/legal-notices/privacy/
hn=www.googleadservices.com
frm=0
tiba=Patient & Visitor Resources | Information | Mercy
auid=1421398218.1684952720
data=event=gtag.config
rfmt=3
fmt=4
```

Decoded Request Cookies


DSID=██████████████████████████████████████
████████████████████████████
████████████████████████████████████████████
████████████████████████████████
IDE=██████████████████████████████████

Request #365

GET https://www.google.com/pagead/1p-user-
list/1017665492/?random=1684952777759&cv=11&fst=1684951200000&bg=ffffff&guid=ON&as
ync=1&gtm=45be35m0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fpatien
ts-visitors%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fabout%2Flegal-
notices%2Fprivacy%2F&frm=0&tiba=Patient%20%26%20Visitor%20Resources%20%7C%20Inform
ation%20%7C%20Mercy&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=164069780&rmt
_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

```
random=1684952777759
cv=11
fst=1684951200000
bg=ffffff
guid=ON
async=1
gtm=45be35m0
```

u_w=1920
u_h=1080
url=https://www.mercy.net/patients-visitors/
ref=https://www.mercy.net/about/legal-notices/privacy/
frm=0
tiba=Patient & Visitor Resources | Information | Mercy
data=event=gtag.config
fmt=3
is_vtc=1
random=164069780
rmt_tld=0
ipr=y

Decoded Request Cookies

__Secure-3PAPISID=███████████████████
__Secure-3PSID=████████████
████████████████████████████████
__Secure-3PSIDTS=█████████████
██████████████████████████████
1P_JAR=███████████

NID=511=█████████████████████████████████
█████████████████████████
██████████████████████████████████
██████████████████████████████████████████
████████████
__Secure-3PSIDCC=█████████████████████████
███████████

Request #398

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=595097731&t=pageview&_s=1&dl=https%3A%2F%2Fww
w.mercy.net%2Fforms%2Fpatient-
feedback%2F&dp=https%3A%2F%2Fwww.mercy.net%2Fforms%2Fpatient-feedback%2F&ul=en-
us&de=UTF-8&dt=patient%20feedback&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=CACAAAABAAAAACAC~&jid=████████████&████████
██&cid=██████████████████&tid=UA-5428947-
44&_gid=████████████████&_r=1&_slc=1&z=604108294 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
a=595097731
t=pageview
_s=1

dl=https://www.mercy.net/forms/patient-feedback/
dp=https://www.mercy.net/forms/patient-feedback/
ul=en-us
de=UTF-8
dt=patient feedback
sd=24-bit
sr=1920x1080
vp=1158x842
je=0
_u=CACAAAABAAAAACAC~
jid=███████████
gjid=███████████
cid=██████████████████
tid=UA-5428947-44
_gid=████████████████████
_r=1
_slc=1
z=604108294

Request #402

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/1017665492/?random=1684
952782003&cv=11&fst=1684952782003&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=19
20&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fforms%2Fpatient-
feedback%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fpatients-
visitors%2F&hn=www.googleadservices.com&frm=0&tiba=Submit%20Patient%20Feedback%20%
7C%20Mercy&auid=1421398218.1684952720&data=event%3Dgtag.config&rfmt=3&fmt=4
HTTP/1.1

Decoded URL Parameters

  random=1684952782003
  cv=11
  fst=1684952782003
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35m0
  u_w=1920
  u_h=1080
  url=https://www.mercy.net/forms/patient-feedback/
  ref=https://www.mercy.net/patients-visitors/
  hn=www.googleadservices.com
  frm=0
  tiba=Submit Patient Feedback | Mercy
  auid=1421398218.1684952720
  data=event=gtag.config

rfmt=3
fmt=4

Decoded Request Cookies

DSID=█████████████████████████████████████████
████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████
IDE=████████████████████████████████████████

Request #403

POST https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j100&tid=UA-5428947-
44&cid=█████████████&jid=█████████&gjid=████████&_gid=█████████████
███&_u=CACAAAAAAAAAACAC~&z=275270736 HTTP/1.1

Decoded URL Parameters

t=dc
aip=1
_r=3
v=1
_v=j100
tid=UA-5428947-44
cid=████████████████
jid=███████████
gjid=██████████
_gid=███████████████
_u=CACAAAAAAAAAACAC~
z=275270736

Decoded Request Cookies

DSID=█████████████████████████████████████████
████████████████████████████
████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████
IDE=████████████████████████████████████████

Request #471

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/1017665492/?random=1684

952793851&cv=11&fst=1684952793851&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=19
20&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fpatients-
visitors%2Fmymercy%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fforms%2Fpatient-
feedback%2F&hn=www.googleadservices.com&frm=0&tiba=Connect%20with%20Your%20Health
%20Online%20%7C%20MyMercy%20%7C%20Mercy&auid=1421398218.1684952720&data=even
t%3Dgtag.config&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1684952793851
  cv=11
  fst=1684952793851
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35m0
  u_w=1920
  u_h=1080
  url=<mark>https://www.mercy.net/patients-visitors/mymercy/</mark>
  ref=https://www.mercy.net/forms/patient-feedback/
  hn=www.googleadservices.com
  frm=0
  tiba=Connect with Your Health Online | MyMercy | Mercy
  auid=1421398218.1684952720
  data=event=gtag.config
  rfmt=3
  fmt=4

Decoded Request Cookies

DSID=███████████████████████████████████
██████████████████████████
███████████████████████████████████████
█████████████████████████████████████████
  IDE=██████████████████████████████████

Request #472

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=1216265762&t=pageview&_s=1&dl=https%3A%2F%2Fw
ww.mercy.net%2Fpatients-
visitors%2Fmymercy%2F&dp=https%3A%2F%2Fwww.mercy.net%2Fpatients-
visitors%2Fmymercy%2F&ul=en-us&de=UTF-8&dt=mymercy&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=CACAAAABAAAAACAC~&jid=&gjid=&cid=███████
████████&tid=UA-5428947-44&_gid=1138550062.1684952719&_slc=1&z=2017049643
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
a=1216265762
t=pageview
_s=1
dl=https://www.mercy.net/patients-visitors/mymercy/
dp=https://www.mercy.net/patients-visitors/mymercy/
ul=en-us
de=UTF-8
dt=mymercy
sd=24-bit
sr=1920x1080
vp=1158x842
je=0
_u=CACAAAABAAAAACAC~
jid=
gjid=
cid=██████████████████
tid=UA-5428947-44
_gid=████████████████
_slc=1
z=2017049643

Request #478

GET https://www.google.com/pagead/1p-
conversion/1017665492/?random=1445626178&cv=9&fst=1684952793911&num=1&label=dkS4
CMWo5L8BENSvoeUD&guid=ON&resp=GooglemKTybQhCsO&eid=466465925&u_h=1080&u_w=
1920&u_ah=1040&u_aw=1920&u_cd=24&u_his=7&u_tz=-
240&u_java=false&u_nplug=5&u_nmime=2&sendb=1&ig=1&frm=0&url=https%3A%2F%2Fwww.
mercy.net%2Fpatients-
visitors%2Fmymercy%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fforms%2Fpatient-
feedback%2F&tiba=Connect%20with%20Your%20Health%20Online%20%7C%20MyMercy%20%7
C%20Mercy&hn=www.googleadservices.com&uaa=x86&uab=64&uam=&uap=Windows&uapv=1
0.0.0.0&uaw=0&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127
%7CNot-
A.Brand%3B24.0.0.0&async=1&fmt=3&ctc_id=CAIVAgAAAB0CAAAA&ct_cookie_present=false&ss
cte=1&crd=&pscrd=IhMI78y2psqO_wIVqAloCB1Z6g8Y&is_vtc=1&ocp_id=2lZuZO_3NqiToPMP2dS
_wAE&cid=██████████████████████████████ HTTP/1.1

Decoded URL Parameters

random=1445626178
cv=9

fst=1684952793911
num=1
label=dkS4CMWo5L8BENSvoeUD
guid=ON
resp=GooglemKTybQhCsO
eid=466465925
u_h=1080
u_w=1920
u_ah=1040
u_aw=1920
u_cd=24
u_his=7
u_tz=-240
u_java=false
u_nplug=5
u_nmime=2
sendb=1
ig=1
frm=0
url=<mark>https://www.mercy.net/patients-visitors/mymercy/</mark>
ref=https://www.mercy.net/forms/patient-feedback/
tiba=Connect with Your Health Online | MyMercy | Mercy
hn=www.googleadservices.com
uaa=x86
uab=64
uam=
uap=Windows
uapv=10.0.0
uaw=0
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
async=1
fmt=3
ctc_id=CAIVAgAAAB0CAAAA
ct_cookie_present=false
sscte=1
crd=
pscrd=IhMI78y2psqO_wIVqAloCB1Z6g8Y
is_vtc=1
ocp_id=2lZuZO_3NqiToPMP2dS_wAE
cid=████████████████████████████████████
████████████████████
resp=GooglemKTybQhCsO

Decoded Request Cookies

    __Secure-3PAPISID=███████████████████████
    __Secure-3PSID=██████████████
████████████████████████████████████

__Secure-3PSIDTS=███████████████

████████████████████████

1P_JAR=██████████████

NID=511=███████████████████████████

███████████████████████████

███████████████████████████████

__Secure-3PSIDCC=███████████████████

█████████████████

Request #552

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=1486622472&t=pageview&_s=1&dl=https%3A%2F%2Fw
ww.mercy.net%2Fdoctor%2Fkaren-h-platt-
pa%2F&dp=https%3A%2F%2Fwww.mercy.net%2Fdoctor%2Fkaren-h-platt-pa%2F&ul=en-
us&de=UTF-
8&dt=karen%20h.%20platt%2C%20pa%20%7C%20gastroenterology%20%7C%20st.%20louis%2C
%20mo%20%7C%20mercy&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=CACAAAABAAAAACAC~&jid=&gjid=&cid=███████████
████████&tid=UA-5428947-44&_gid=██████████████████&_slc=1&z=151628881
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
a=1486622472
t=pageview
_s=1
dl=https://www.mercy.net/doctor/karen-h-platt-pa/
dp=https://www.mercy.net/doctor/karen-h-platt-pa/
ul=en-us
de=UTF-8
dt=karen h. platt, pa | gastroenterology | st. louis, mo | mercy
sd=24-bit
sr=1920x1080
vp=1158x842
je=0
_u=CACAAAABAAAAACAC~
jid=
gjid=
cid=███████████████
tid=UA-5428947-44
_gid=███████████████████
_slc=1

z=151628881

Request #556

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/1017665492/?random=1684
952808028&cv=11&fst=1684952808028&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=19
20&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fdoctor%2Fkaren-h-platt-
pa%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fsearch%2Fdoctor%2F&hn=www.googleadservi
ces.com&frm=0&tiba=Karen%20H.%20Platt%2C%20PA%20%7C%20Gastroenterology%20%7C%2
0St.%20Louis%2C%20MO%20%7C%20Mercy&auid=1421398218.1684952720&data=event%3Dgt
ag.config&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

    random=1684952808028
    cv=11
    fst=1684952808028
    bg=ffffff
    guid=ON
    async=1
    gtm=45be35m0
    u_w=1920
    u_h=1080
    url=<mark>https://www.mercy.net/doctor/karen-h-platt-pa/</mark>
    ref=https://www.mercy.net/search/doctor/
    hn=www.googleadservices.com
    frm=0
    tiba=Karen H. Platt, PA | Gastroenterology | St. Louis, MO | Mercy
    auid=1421398218.1684952720
    data=event=gtag.config
    rfmt=3
    fmt=4

Decoded Request Cookies


DSID=██████████████████████████████████████
████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████
    IDE=████████████████████████████████

Request #754

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=344498280&t=pageview&_s=1&dl=https%3A%2F%2Fww

w.mercy.net%2Fsearch%2Fsite%2F%3Fq%3Ddiabetes&dp=https%3A%2F%2Fwww.mercy.net%2F
search%2Fsite%2F%3Fq%3Ddiabetes&ul=en-us&de=UTF-8&dt=search&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=CACAAAABAAAAACAC~&jid=&gjid=&cid=███████
████&tid=UA-5428947-44&_gid=████████████&_slc=1&z=2093521453
HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  a=344498280
  t=pageview
  _s=1
  dl=https://www.mercy.net/search/site/?q=diabetes
  dp=https://www.mercy.net/search/site/?q=diabetes
  ul=en-us
  de=UTF-8
  dt=search
  sd=24-bit
  sr=1920x1080
  vp=1158x842
  je=0
  _u=CACAAAABAAAAACAC~
  jid=
  gjid=
  cid=█████████████
  tid=UA-5428947-44
  _gid=████████████
  _slc=1
  z=2093521453

equest #757

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/1017665492/?random=1684
952835549&cv=11&fst=1684952835549&bg=ffffff&guid=ON&async=1&gtm=45be35m0&u_w=19
20&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fsearch%2Fsite%2F%3Fq%3Ddiabetes&r
ef=https%3A%2F%2Fwww.mercy.net%2Fdoctor%2Frajiv-r-handa-
md%2F&hn=www.googleadservices.com&frm=0&tiba=Search%20%7C%20Mercy&auid=1421398
218.1684952720&data=event%3Dgtag.config&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1684952835549
  cv=11
  fst=1684952835549
  bg=ffffff
  guid=ON

```
async=1
gtm=45be35m0
u_w=1920
u_h=1080
url=https://www.mercy.net/search/site/?q=diabetes
ref=https://www.mercy.net/doctor/rajiv-r-handa-md/
hn=www.googleadservices.com
frm=0
tiba=Search | Mercy
auid=1421398218.1684952720
data=event=gtag.config
rfmt=3
fmt=4
```

Decoded Request Cookies

DSID=████████████████████████████████████████
████████████████████████

████████████████████████████████████████████
████████████████████████████████████████████
IDE=█████████████████████████████████

Request #767

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/1017665492/?random=1708
940727&cv=9&fst=1684952835591&num=1&label=dkS4CMWo5L8BENSvoeUD&guid=ON&resp=
GooglemKTybQhCsO&eid=466465925&u_h=1080&u_w=1920&u_ah=1040&u_aw=1920&u_cd=2
4&u_his=10&u_tz=-
240&u_java=false&u_nplug=5&u_nmime=2&sendb=1&ig=1&frm=0&url=https%3A%2F%2Fwww.
mercy.net%2Fsearch%2Fsite%2F%3Fq%3Ddiabetes&ref=https%3A%2F%2Fwww.mercy.net%2Fdo
ctor%2Frajiv-r-handa-
md%2F&tiba=Search%20%7C%20Mercy&hn=www.googleadservices.com&uaa=x86&uab=64&ua
m=&uap=Windows&uapv=10.0.0&uaw=0&uafvl=Google%2520Chrome%3B113.0.5672.127%7CCh
romium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&async=1&fmt=3&ctc_id=CAIVAgAAAB0CAAAA&ct_cookie_present=false&oc
p_id=BFduZJjAI6iToPMP2dS_wAE&sscte=1&crd=&pscrd=IhMImNKmusqO_wIVqAIoCB1Z6g8Y
HTTP/1.1

Decoded URL Parameters

```
random=1708940727
cv=9
fst=1684952835591
num=1
label=dkS4CMWo5L8BENSvoeUD
```

guid=ON
resp=GooglemKTybQhCsO
eid=466465925
u_h=1080
u_w=1920
u_ah=1040
u_aw=1920
u_cd=24
u_his=10
u_tz=-240
u_java=false
u_nplug=5
u_nmime=2
sendb=1
ig=1
frm=0
url=https://www.mercy.net/search/site/?q=diabetes
ref=https://www.mercy.net/doctor/rajiv-r-handa-md/
tiba=Search | Mercy
hn=www.googleadservices.com
uaa=x86
uab=64
uam=
uap=Windows
uapv=10.0.0
uaw=0
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
async=1
fmt=3
ctc_id=CAIVAgAAAB0CAAAA
ct_cookie_present=false
ocp_id=BFduZJjAI6iToPMP2dS_wAE
sscte=1
crd=
pscrd=IhMImNKmusqO_wIVqAIoCB1Z6g8Y

Decoded Request Cookies


DSID=███████████████████████████████████
████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
████████████████████████
IDE=████████████████████████████████████

Request #768

GET https://www.google.com/pagead/1p-user-
list/1017665492/?random=1684952835549&cv=11&fst=1684951200000&bg=ffffff&guid=ON&as
ync=1&gtm=45be35m0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fsearch
%2Fsite%2F%3Fq%3Ddiabetes&ref=https%3A%2F%2Fwww.mercy.net%2Fdoctor%2Frajiv-r-
handa-
md%2F&frm=0&tiba=Search%20%7C%20Mercy&data=event%3Dgtag.config&fmt=3&is_vtc=1&ra
ndom=3688233033&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

   random=1684952835549
   cv=11
   fst=1684951200000
   bg=ffffff
   guid=ON
   async=1
   gtm=45be35m0
   u_w=1920
   u_h=1080
   url=https://www.mercy.net/search/site/?q=diabetes
   ref=https://www.mercy.net/doctor/rajiv-r-handa-md/
   frm=0
   tiba=Search | Mercy
   data=event=gtag.config
   fmt=3
   is_vtc=1
   random=3688233033
   rmt_tld=0
   ipr=y

Decoded Request Cookies

   __Secure-3PAPISID=███████████████████████
   __Secure-3PSID=████████████
████████████████████████████
   __Secure-3PSIDTS=█████████████████
██████████████████████████
   1P_JAR=████████████

NID=511=███████████████████████████
█████████████████████████
████████████████████
██████████████████████████████████
███████
   __Secure-3PSIDCC=█████████████████████
██████████████

Request #814





128.   Mercy Hospital operates a patient portal with a login page at the URL
https://www.mercy.net/mercystl/Authentication/Login.

129.   I tested the Mercy Hospital Patient Portal and found extensive use of Google tracking pixels inside of the portal on authenticated Web pages.

130.   The Fiddler capture file MyMercy-2023-06-06.saz contains the results of my testing of the Mercy Hospital Patient Portal.

131.   Examples of Google tracking pixels found in the patient portal include:

Request #747

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&aip=1&a=1135558361&t=pageview&_s=1&dl=https%3A%2F%2Fwww.mercy.net%2Fmercystl%2Finside.asp%3Fmode%3Dlabdetail%26eorderid%3DWP-24sMtONzmMUZiqGPVO-2FM5CqPkSp5h6gb7-2FaR2zO7ld8n4-3D-24GRAK-2FbvFTrMQeX9wx4G737v0cr7E6cWhSllvAGb3Dqc-3D&ul=en-us&de=UTF-8&dt=MyMercy%20-%20Test%20Details&sd=24-bit&sr=1920x1080&vp=1019x746&je=0&_u=QACAAEABAAAAACAAI~&jid=██████&gjid=██████&cid=██████████&tid=UA-5428947-3&_gid=████████&_r=1&_slc=1&z=246018533 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=1135558361
t=pageview
_s=1
dl=<mark>https://www.mercy.net/mercystl/inside.asp?mode=labdetail&eorderid=WP-24sMtONzmMUZiqGPVO-2FM5CqPkSp5h6gb7-2FaR2zO7ld8n4-3D-24GRAK-2FbvFTrMQeX9wx4G737v0cr7E6cWhSllvAGb3Dqc-3D</mark>
ul=en-us
de=UTF-8
dt=MyMercy - Test Details
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=QACAAEABAAAAACAAI~
jid=██████
gjid=██████
cid=██████████
tid=UA-5428947-3
_gid=████████
_r=1
_slc=1
z=246018533

Request #750

POST https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j100&tid=UA-5428947-3&cid=██████████&jid=██████&gjid=██████&_gid=██████████&_u=QACAAEAAAAAAACAAI~&z=1899088748 HTTP/1.1

Decoded URL Parameters

t=dc
aip=1
_r=3
v=1
_v=j100
tid=UA-5428947-3
cid=██████████████
jid=█████████
gjid=██████
_gid=████████████████
_u=QACAAEAAAAAAACAAI~
z=1899088748

Decoded Request Cookies

IDE=████████████████████████████████

DSID=██████████████████████████████████
██████████████████████████████████
██████████████████████████████████████
███
████████████████████████████████████
█

Request #774

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=1163899567&t=pageview&_s=1&dl=https%3A%2
F%2Fwww.mercy.net%2Fmercystl%2FVisits&ul=en-us&de=UTF-8&dt=MyMercy%20
%20Appointments%20and%20Visits&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=QACAAEABAAAAACAAI~&jid=&gjid=&cid██████████
████████&tid=UA-5428947-3&_gid=████████████████&_slc=1&z=1214980785
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=1163899567
t=pageview
_s=1
dl=https://www.mercy.net/mercystl/Visits
ul=en-us
de=UTF-8
dt=MyMercy - Appointments and Visits
sd=24-bit

```
sr=1920x1080
vp=1019x746
je=0
_u=QACAAEABAAAAACAAI~
jid=
gjid=
cid=████████████
tid=UA-5428947-3
_gid=██████████████
_slc=1
z=1214980785
```

Request #915

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=1311318567&t=pageview&_s=1&dl=https%3A%2
F%2Fwww.mercy.net%2Fmercystl%2FClinical%2FMedications&ul=en-us&de=UTF-
8&dt=MyMercy%20-%20Medications&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=QACAAEABAAAAACAAI~&jid=&gjid=&cid=████████████
████████████       &tid=UA-5428947-3&_gid=██████████████&_slc=1&z=767390578
HTTP/1.1

Decoded URL Parameters

```
v=1
_v=j100
aip=1
a=1311318567
t=pageview
_s=1
dl=https://www.mercy.net/mercystl/Clinical/Medications
ul=en-us
de=UTF-8
dt=MyMercy - Medications
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=QACAAEABAAAAACAAI~
jid=
gjid=
cid=████████████
tid=UA-5428947-3
_gid=██████████████
_slc=1
z=767390578
```

Request #979

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=1737950825&t=pageview&_s=1&dl=https%3A%2F%2Fw
ww.mercy.net%2Fprofile%2Fappointments%2F&dp=https%3A%2F%2Fwww.mercy.net%2Fprofile
%2Fappointments%2F&ul=en-us&de=UTF-8&dt=appointments&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=CACAAAABAAAAACAC~&jid=&gjid=&cid=███████████
████████8&tid=UA-5428947-44&_gid=██████████████████████&_slc=1&z=622306079
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
a=1737950825
t=pageview
_s=1
dl=<mark>https://www.mercy.net/profile/appointments/</mark>
dp=https://www.mercy.net/profile/appointments/
ul=en-us
de=UTF-8
dt=appointments
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=CACAAAABAAAAACAC~
jid=
gjid=
cid=████████████████████
tid=UA-5428947-44
_gid=1221121128.1686086421
_slc=1
z=622306079

Request #983

GET https://www.google.com/pagead/1p-user-
list/1017665492/?random=1686087209855&cv=11&fst=1686085200000&bg=ffffff&guid=ON&as
ync=1&gtm=45be3650&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fprofile
%2Fappointments%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fprofile%2Ftest-
results%2F&frm=0&tiba=Appointments%20%7C%20Mercy&data=event%3Dgtag.config&fmt=3&i
s_vtc=1&random=324119602&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

random=1686087209855
cv=11
fst=1686085200000



bg=ffffff
guid=ON
async=1
gtm=45be3650
u_w=1920
u_h=1080
url=https://www.mercy.net/profile/appointments/
ref=https://www.mercy.net/profile/test-results/
frm=0
tiba=Appointments | Mercy
data=event=gtag.config
fmt=3
is_vtc=1
random=324119602
rmt_tld=0
ipr=y


Decoded Request Cookies


___Secure-3PSID=

___Secure-3PAPISID=
1P_JAR=
NID=511=




___Secure-3PSIDTS=


___Secure-
3PSIDCC=


Request #984

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/1017665492/?random=1934
509248&cv=9&fst=1686087209946&num=1&label=dkS4CMWo5L8BENSvoeUD&guid=ON&resp=
GooglemKTybQhCsO&eid=466465925&u_h=1080&u_w=1920&u_ah=1040&u_aw=1920&u_cd=2
4&u_his=8&u_tz=-
240&u_java=false&u_nplug=5&u_nmime=2&sendb=1&ig=1&frm=0&url=https%3A%2F%2Fwww.
mercy.net%2Fprofile%2Fappointments%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fprofile%2F
test-
results%2F&tiba=Appointments%20%7C%20Mercy&hn=www.googleadservices.com&uaa=x86&u
ab=64&uam=&uap=Windows&uapv=10.0.0&uaw=0&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChr
omium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&async=1&fmt=3&ctc_i

```
d=CAIVAgAAAB0CAAAA&ct_cookie_present=false&ocp_id=KqZ_ZJ3pEY6YoPMPsJCf6AE&sscte=1
&crd=&pscrd=IhMInabrqcyv_wIVDgxoCB0wyAcd HTTP/1.1


Decoded URL Parameters

    random=1934509248
    cv=9
    fst=1686087209946
    num=1
    label=dkS4CMWo5L8BENSvoeUD
    guid=ON
    resp=GooglemKTybQhCsO
    eid=466465925
    u_h=1080
    u_w=1920
    u_ah=1040
    u_aw=1920
    u_cd=24
    u_his=8
    u_tz=-240
    u_java=false
    u_nplug=5
    u_nmime=2
    sendb=1
    ig=1
    frm=0
    url=https://www.mercy.net/profile/appointments/
    ref=https://www.mercy.net/profile/test-results/
    tiba=Appointments | Mercy
    hn=www.googleadservices.com
    uaa=x86
    uab=64
    uam=
    uap=Windows
    uapv=10.0.0
    uaw=0
    uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
    async=1
    fmt=3
    ctc_id=CAIVAgAAAB0CAAAA
    ct_cookie_present=false
    ocp_id=KqZ_ZJ3pEY6YoPMPsJCf6AE
    sscte=1
    crd=
    pscrd=IhMInabrqcyv_wIVDgxoCB0wyAcd


Decoded Request Cookies
```



IDE=█████████████████████████████████

DSID=██████████████████████████████████████
████████████████████████████████
██████████████████████████████████████
██

Request #985

GET https://www.google.com/pagead/1p-
conversion/1017665492/?random=1934509248&cv=9&fst=1686087209946&num=1&label=dkS4
CMWo5L8BENSvoeUD&guid=ON&resp=GooglemKTybQhCsO&eid=466465925&u_h=1080&u_w=
1920&u_ah=1040&u_aw=1920&u_cd=24&u_his=8&u_tz=-
240&u_java=false&u_nplug=5&u_nmime=2&sendb=1&ig=1&frm=0&url=https%3A%2F%2Fwww.
mercy.net%2Fprofile%2Fappointments%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fprofile%2F
test-
results%2F&tiba=Appointments%20%7C%20Mercy&hn=www.googleadservices.com&uaa=x86&u
ab=64&uam=&uap=Windows&uapv=10.0.0&uaw=0&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChr
omium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&async=1&fmt=3&ctc_i
d=CAIVAgAAAB0CAAAA&ct_cookie_present=false&sscte=1&crd=&pscrd=IhMInabrqcyv_wIVDgxo
CB0wyAcd&is_vtc=1&ocp_id=KqZ_ZJ3pEY6YoPMPsJCf6AE&cid=████████████
██████████████████████&random=3437765334&resp=GooglemKTybQhCsO
HTTP/1.1

Decoded URL Parameters

  random=1934509248
  cv=9
  fst=1686087209946
  num=1
  label=dkS4CMWo5L8BENSvoeUD
  guid=ON
  resp=GooglemKTybQhCsO
  eid=466465925
  u_h=1080
  u_w=1920
  u_ah=1040
  u_aw=1920
  u_cd=24
  u_his=8
  u_tz=-240
  u_java=false
  u_nplug=5
  u_nmime=2
  sendb=1
  ig=1

frm=0
url=https://www.mercy.net/profile/appointments/
ref=https://www.mercy.net/profile/test-results/
tiba=Appointments | Mercy
hn=www.googleadservices.com
uaa=x86
uab=64
uam=
uap=Windows
uapv=10.0.0
uaw=0
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
async=1
fmt=3
ctc_id=CAIVAgAAAB0CAAAA
ct_cookie_present=false
sscte=1
crd=
pscrd=IhMInabrqcyv_wIVDgxoCB0wyAcd
is_vtc=1
ocp_id=KqZ_ZJ3pEY6YoPMPsJCf6AE
cid=███████████████████████████
random=3437765334
resp=GooglemKTybQhCsO

Decoded Request Cookies

    __Secure-3PSID=████████████████████
    ████████████████████
    __Secure-3PAPISID=█████████████████████
1P_JAR=████████████
NID=511=██████████████████
███████████████████████████████████
████████████████████████
███████████████████████████████████
████████████████
    __Secure-3PSIDTS=████████
    ███████████████████████████
    __Secure-3PSIDCC=██████████████████
████████████████████

Request #1011

GET https://www.google.com/pagead/1p-user-
list/1017665492/?random=1686087224160&cv=11&fst=1686085200000&bg=ffffff&guid=ON&as
ync=1&gtm=45be3650&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.mercy.net%2Fprofile
%2Fbilling-
statements%2F&ref=https%3A%2F%2Fwww.mercy.net%2Fprofile%2Fappointments%2F&frm=0&

tiba=Billing%20Summary%20%7C%20Mercy&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=281482012&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

  random=1686087224160
  cv=11
  fst=1686085200000
  bg=ffffff
  guid=ON
  async=1
  gtm=45be3650
  u_w=1920
  u_h=1080
  url=<mark>https://www.mercy.net/profile/billing-statements/</mark>
  ref=https://www.mercy.net/profile/appointments/
  frm=0
  tiba=Billing Summary | Mercy
  data=event=gtag.config
  fmt=3
  is_vtc=1
  random=281482012
  rmt_tld=0
  ipr=y

Decoded Request Cookies

  ___Secure-3PSID=██████████████████

  ___Secure-3PAPISID=██████████████
  1P_JAR=████████████
  NID=511=██████████
████████████████████████████████
█████████████████████████
███████████████████████████████████
██████████████
  ___Secure-3PSIDTS=████
██████████████████████████
  ___Secure-
3PSIDCC=██████████████████████████

Request #1098

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=755404341&t=pageview&_s=1&dl=https%3A%2F
%2Fwww.mercy.net%2Fmercystl%2FBilling%2FSummary&ul=en-us&de=UTF-8&dt=MyMercy%20-
%20Billing%20Summary&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=QACAAEABAAAAACAAI~&jid=&gjid=&cid=████████



## Google Tracking Pixels on the UnitedHealthcare Web Property

132.  UnitedHealthcare operates the https://www.uhc.com Web property.

133.  The Fiddler capture file uhc.com-2023-05-19.saz contains the results of my testing of this Web property.

134.  Examples of Google tracking pixels found on this Web property include:

> Request #218
>
> GET
> https://11690551.fls.doubleclick.net/activityi;dc_pre=CNC_9ZeNgv8CFUTrhwodyCEMPw;src=116
> 90551;type=optmbz;cat=globa0;ord=7475061018163;gtm=45fe35h0;auiddc=1652268592.168452
> 4066;~oref=https%3A%2F%2Fwww.uhc.com%2F? HTTP/1.1

Decoded URL Parameters

dc_pre=CNC_9ZeNgv8CFUTrhwodyCEMPw
src=11690551
type=optmbz
cat=globa0
ord=7475061018163
gtm=45fe35h0
auiddc=1652268592.1684524066
~oref=<mark>https://www.uhc.com/</mark>

Decoded Request Cookies

DSID=██████████████████████████

██████████████████████████████████████████████

██████████████████████████

██████████████████████████████████

IDE=█████████████████████████████████████

Request #221

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
HZQWR2GYM4&gtm=45je35h0&_p=1594592089&cid=████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChrom
ium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&_s=1&sid=16845240
68&sct=1&seg=0&dl=https%3A%2F%2Fwww.uhc.com%2F&dt=Health%20insurance%20plans%20
for%20individuals%20%26%20families%2C%20employers%2C%20medicare%20%7C%20UnitedHe
althcare&en=page_view&_fv=1&_nsi=1&_ss=1&_ee=1 HTTP/1.1

Decoded URL Parameters

v=2
tid=G-HZQWR2GYM4
gtm=45je35h0
_p=1594592089
cid=██████████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
uamb=0
uam=
uap=Windows
uapv=10.0.0

```
uaw=0
_s=1
sid=1684524068
sct=1
seg=0
dl=https://www.uhc.com/
dt=Health insurance plans for individuals & families, employers, medicare | UnitedHealthcare
en=page_view
_fv=1
_nsi=1
_ss=1
_ee=1
```

Request #222

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/801669703/?random=16845
24067578&cv=11&fst=1684524067578&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fwww.uhc.com%2F&hn=www.googleadservices.com&frm=0&
tiba=Health%20insurance%20plans%20for%20individuals%20%26%20families%2C%20employers
%2C%20medicare%20%7C%20UnitedHealthcare&auid=1652268592.1684524066&uaa=x86&uab=
64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

```
random=1684524067578
cv=11
fst=1684524067578
bg=ffffff
guid=ON
async=1
gtm=45be35h0
u_w=1920
u_h=1080
url=https://www.uhc.com/
hn=www.googleadservices.com
frm=0
tiba=Health insurance plans for individuals & families, employers, medicare | UnitedHealthcare
auid=1652268592.1684524066
uaa=x86
uab=64
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
uamb=0
uap=Windows
uapv=10.0.0
uaw=0
```



data=event=gtag.config
rfmt=3
fmt=4

Decoded Request Cookies

DSID=█████████████████████

███████████████████████████████

███████████████████████

███████████████████████████████

IDE=█████████████████████████

Request #239

GET https://www.google.com/pagead/1p-user-
list/1002783284/?random=1684524067212&cv=11&fst=1684522800000&bg=ffffff&guid=ON&as
ync=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.uhc.com%2F&frm=0
&tiba=Health%20insurance%20plans%20for%20individuals%20%26%20families%2C%20employer
s%2C%20medicare%20%7C%20UnitedHealthcare&data=event%3Dgtag.config&fmt=3&is_vtc=1&r
andom=2180552652&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

random=1684524067212
cv=11
fst=1684522800000
bg=ffffff
guid=ON
async=1
gtm=45be35h0
u_w=1920
u_h=1080
url=https://www.uhc.com/
frm=0
tiba=Health insurance plans for individuals & families, employers, medicare | UnitedHealthcare
data=event=gtag.config
fmt=3
is_vtc=1
random=2180552652
rmt_tld=0
ipr=y

Decoded Request Cookies

__Secure-3PAPISID=████████████████

__Secure-3PSID=██████████

██████████████████████████

1P_JAR=██████████
NID=511=████████████████
████████████████████████
████████████████
████████████████████
__Secure-3PSIDCC=████████████████
████████████████████

Request #372

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/845491994/?random=16845
24087335&cv=11&fst=1684524087335&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fwww.uhc.com%2Fsign-
in&ref=https%3A%2F%2Fwww.uhc.com%2F&hn=www.googleadservices.com&frm=0&tiba=Sign%
20in%20and%20registration%20%7C%20UnitedHealthcare&auid=1652268592.1684524066&uaa=
x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127
%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1684524087335
  cv=11
  fst=1684524087335
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35h0
  u_w=1920
  u_h=1080
  url=<mark>https://www.uhc.com/sign-in</mark>
  ref=https://www.uhc.com/
  hn=www.googleadservices.com
  frm=0
  tiba=Sign in and registration | UnitedHealthcare
  auid=1652268592.1684524066
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  data=event=gtag.config
  rfmt=3

fmt=4

Decoded Request Cookies

DSID=███████████████████████████████
████████████████████████████████████████
████████████████████████████
████████████████████████████████████████
IDE=████████████████████████████████

Request #390

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/801664645/?random=16845
24087530&cv=11&fst=1684524087530&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fwww.uhc.com%2Fsign-
in&ref=https%3A%2F%2Fwww.uhc.com%2F&hn=www.googleadservices.com&frm=0&tiba=Sign%
20in%20and%20registration%20%7C%20UnitedHealthcare&auid=1652268592.1684524066&uaa=
x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChromium%3B113.0.5672.127
%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1684524087530
  cv=11
  fst=1684524087530
  bg=ffffff
  guid=ON
  async=1
  gtm=45be35h0
  u_w=1920
  u_h=1080
  url=<mark>https://www.uhc.com/sign-in</mark>
  ref=https://www.uhc.com/
  hn=www.googleadservices.com
  frm=0
  tiba=Sign in and registration | UnitedHealthcare
  auid=1652268592.1684524066
  uaa=x86
  uab=64
  uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0

data=event=gtag.config
rfmt=3
fmt=4

Decoded Request Cookies

DSID=███████████████████████████████
████████████████████████████████████████████
██████████████████████████████
████████████████████████████████████████████
IDE=███████████████████████████████████

Request #401

GET https://www.google.com/pagead/1p-user-
list/845491994/?random=1684524087335&cv=11&fst=1684522800000&bg=ffffff&guid=ON&asy
nc=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.uhc.com%2Fsign-
in&ref=https%3A%2F%2Fwww.uhc.com%2F&frm=0&tiba=Sign%20in%20and%20registration%20
%7C%20UnitedHealthcare&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=1616309368&
rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

random=1684524087335
cv=11
fst=1684522800000
bg=ffffff
guid=ON
async=1
gtm=45be35h0
u_w=1920
u_h=1080
url=https://www.uhc.com/sign-in
ref=https://www.uhc.com/
frm=0
tiba=Sign in and registration | UnitedHealthcare
data=event=gtag.config
fmt=3
is_vtc=1
random=1616309368
rmt_tld=0
ipr=y

Decoded Request Cookies

__Secure-3PAPISID=███████████████████



__Secure-
3PSIDCC=AP8dLtx_2Y64Ux3Wzpd9wBVB0kzFiUmoiMGa2sROqIT7BFWLSlB480UfhRPrlavNBaVq_t
UWUQ

Request #824

GET
https://11690551.fls.doubleclick.net/activityi;dc_pre=CK7Uy7eNgv8CFfWLgwgdgXABkQ;src=1169
0551;type=optmbz;cat=globa0;ord=9603096794192;gtm=45fe35h0;auiddc=1652268592.1684524
066;~oref=https%3A%2F%2Fwww.uhc.com%2Fcontact-us? HTTP/1.1

Decoded URL Parameters

   dc_pre=CK7Uy7eNgv8CFfWLgwgdgXABkQ
   src=11690551
   type=optmbz
   cat=globa0
   ord=9603096794192
   gtm=45fe35h0
   auiddc=1652268592.1684524066
   ~oref=<mark>https://www.uhc.com/contact-us</mark>

Request #931

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/845491994/?random=16845
24167135&cv=11&fst=1684524167135&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fwww.uhc.com%2Fsearchresult%3Fq%3Ddiabetes&ref=https
%3A%2F%2Fwww.uhc.com%2Fcontact-
us&hn=www.googleadservices.com&frm=0&tiba=Search%20Results%20%7C%20UnitedHealthcar
e&auid=1652268592.1684524066&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.567
2.127%7CChromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config
&rfmt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

   random=1684524167135
   cv=11
   fst=1684524167135

bg=ffffff
guid=ON
async=1
gtm=45be35h0
u_w=1920
u_h=1080
url=https://www.uhc.com/searchresult?q=diabetes
ref=https://www.uhc.com/contact-us
hn=www.googleadservices.com
frm=0
tiba=Search Results | UnitedHealthcare
auid=1652268592.1684524066
uaa=x86
uab=64
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
uamb=0
uap=Windows
uapv=10.0.0
uaw=0
data=event=gtag.config
rfmt=3
fmt=4

Decoded Request Cookies

DSID=████████████████████████
████████████████████████████████████████
███████████████████████████
████████████████████████████████████████
IDE=█████████████████████████████████

Request #1071

GET https://www.google.com/pagead/1p-user-list/801669703/?random=1684524172420&cv=11&fst=1684522800000&bg=ffffff&guid=ON&async=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.uhc.com%2Fhealth-and-wellness%2Fhealth-topics%2Fdiabetes&ref=https%3A%2F%2Fwww.uhc.com%2Fsearchresult%3Fq%3Ddiabetes%26start%3D0%26rows%3D20%26fq%3Dlang%3Aen&frm=0&tiba=What%20is%20Diabetes%20%7C%20UnitedHealthcare&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=3861116332&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

random=1684524172420
cv=11
fst=1684522800000

bg=ffffff
guid=ON
async=1
gtm=45be35h0
u_w=1920
u_h=1080
url=https://www.uhc.com/health-and-wellness/health-topics/diabetes
ref=https://www.uhc.com/searchresult?q=diabetes&start=0&rows=20&fq=lang:en
frm=0
tiba=What is Diabetes | UnitedHealthcare
data=event=gtag.config
fmt=3
is_vtc=1
random=3861116332
rmt_tld=0
ipr=y

Decoded Request Cookies

  __Secure-3PAPISID=███████████████████
  __Secure-3PSID=███████████
████████████████████████████
1P_JAR=████████
NID=███████████████████████
████████████████████████████████████████
███████████████████
███████████████████
██████████████████████████████████████
  __Secure-3PSIDCC=██████████████████████████
██████████

Request #1213

GET https://www.google.com/pagead/1p-user-
list/1067173439/?random=1684524202192&cv=11&fst=1684522800000&bg=ffffff&guid=ON&as
ync=1&gtm=45be35h0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.uhc.com%2Fhealth-
and-wellness%2Fhealth-topics%2Fdiabetes%2Funderstanding-type-2-
diabetes&ref=https%3A%2F%2Fwww.uhc.com%2Fhealth-and-wellness%2Fhealth-
topics%2Fdiabetes&frm=0&tiba=Type%202%20diabetes%20symptoms%20and%20treatment%20
%7C%20UnitedHealthcare&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=4040333419&
rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

  random=1684524202192
  cv=11
  fst=1684522800000
  bg=ffffff



Google Tracking Pixels on the Planned Parenthood Web Property

135.    Planned Parenthood operates the https://www.plannedparenthood.org/ Web property.

136.    The Fiddler capture file plannedparenthood.org-2023-06-05.saz contains the results of my testing of this Web property.

137.    Examples of Google tracking pixels found on this Web property include:

Request #120

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/792381940/?random=16860
01509072&cv=11&fst=1686001509072&bg=ffffff&guid=ON&async=1&gtm=45He35v0&u_w=192
0&u_h=1080&url=https%3A%2F%2Fwww.plannedparenthood.org%2F&hn=www.googleadservice
s.com&frm=0&tiba=Planned%20Parenthood%20%7C%20Official%20Site&auid=306840393.16860
01509&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.90
%7CGoogle%2520Chrome%3B114.0.5735.90&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&rf
mt=3&fmt=4 HTTP/1.1

Decoded URL Parameters

    random=1686001509072
    cv=11
    fst=1686001509072
    bg=ffffff
    guid=ON
    async=1
    gtm=45He35v0
    u_w=1920
    u_h=1080
    url=https://www.plannedparenthood.org/
    hn=www.googleadservices.com
    frm=0
    tiba=Planned Parenthood | Official Site
    auid=306840393.1686001509
    uaa=x86
    uab=64
    uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
    uamb=0
    uap=Windows
    uapv=10.0.0
    uaw=0
    rfmt=3
    fmt=4

Decoded Request Cookies

    IDE=██████████████████████████████████

Request #129

GET
https://4558437.fls.doubleclick.net/activityi;src=4558437;type=plann0;cat=ppfahome;ord=14095
56844596;gtm=45He35v0;auiddc=306840393.1686001509;u20=%2F;uaa=x86;uab=64;uafvl=Not.
A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.90%7CGoogle%2520Chrome%3B114.0.57
35.90;uam=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fwww.plannedpa
renthood.org%2F? HTTP/1.1

Decoded URL Parameters

  src=4558437
  type=plann0
  cat=ppfahome
  ord=1409556844596
  gtm=45He35v0
  auiddc=306840393.1686001509
  u20=/
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
  uam=
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  ~oref=https://www.plannedparenthood.org/

Decoded Request Cookies

  IDE=███████████████████████████████████████████

Request #166

GET https://www.google.com/pagead/1p-user-
list/792381940/?random=1686001509072&cv=11&fst=1685998800000&bg=ffffff&guid=ON&asy
nc=1&gtm=45He35v0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.plannedparenthood.or
g%2F&frm=0&tiba=Planned%20Parenthood%20%7C%20Official%20Site&fmt=3&is_vtc=1&rando
m=1459058365&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

  random=1686001509072
  cv=11
  fst=1685998800000
  bg=ffffff
  guid=ON
  async=1
  gtm=45He35v0
  u_w=1920
  u_h=1080
  url=https://www.plannedparenthood.org/
  frm=0
  tiba=Planned Parenthood | Official Site
  fmt=3
  is_vtc=1
  random=1459058365

rmt_tld=0
ipr=y

Decoded Request Cookies



__Secure-3PSID=

__Secure-3PAPISID=

NID=511=

__Secure-3PSIDTS=

__Secure-3PSIDCC=

Request #171

GET https://www.google.com/ads/ga-
audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j100&tid=UA-8867852-
1&cid=⬛⬛⬛⬛&jid=⬛⬛⬛&_u=YCDAgUABAAAAAEAEKK~&z=1850750126
HTTP/1.1

Decoded URL Parameters

t=sr
aip=1
_r=4
slf_rd=1
v=1
_v=j100
tid=UA-8867852-1
cid=
jid=
_u=YCDAgUABAAAAAEAEKK~
z=1850750126

Decoded Request Cookies

AID=
__Secure-3PSID=

__Secure-3PAPISID=
1P_JAR=
NID=



138.    It also appears that a server named ppfa.plannedparenthood.org is acting as a Google Analytics server as shown in the following tracking pixel:

Request #638

POST https://ppfa.plannedparenthood.org/g/collect?v=2&tid=G-ENXC8KHJL8&gtm=45je35v0&_p=1297572673&cid=█████████████████&ul=en-us&sr=1920x1080&_fplc=0&ir=1&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.90%7CGoogle%2520Chrome%3B114.0.5735.90&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&_eu=EA&sst.uc=US&_s=4&sid=1686001510&sct=1&seg=1&dl=https%3A%2F%2Fwww.plannedparenthood.org%2Fabortion-access%3Fage%3D25%26noDate%3DTrue%26location%3DBoston%252C%2520MA%252002118%26entryForm%3D&dr=https%3A%2F%2Fwww.plannedparenthood.org%2F&dt=Where%20to%20Get%20an%20Abortion%20%7C%20Find%20Abortion%20Services%20Near%20You&richsstsse HTTP/1.1

Request Body

en=Searched%20for%20Health%20Centers&_c=1&ep.gtm_container_id=GTM-TQCVD6D&ep.gtm_container_version=87&ep.gtm_environment_name=&ep.affiliate_name=(not%20set)&ep.is_debug_mode=false&ep.page_in_iframe=Not%20Iframe&ep.page_language=English&ep.page_type=Home%20Page&ep.page_tier=0&ep.page_category_level_1=Home&ep.page_category_level_2=&ep.page_category_level_3=&ep.page_category_level_4=&ep.page_category_level_5=&ep.page_category_level_6=&ep.cms_template_type=Home%20Page&ep.affiliate_id=(not%20set)&ep.health_center_name=(not%20set)&ep.health_center_facility_id=(not%20set)&ep.health_center_service_page=&ep.page_topic=&ep.page_subtopic=&ep.search_results_type=city&ep.number_of_search_results=&ep.site_environment=PROD&epn.page_load_id=1686001550911&epn.gtm_unique_event_id=2483&ep.gtm_event=hc%20search%20results&ep.document_referrer=https%3A%2F%2Fwww.plannedparenthood.org%2F&ep.hit_timestamp=Mon%20Jun%2005%202023%2017%3A46%3A13%20GMT-0400%20(Eastern%20Daylight%20Time)&ep.browser_timestamp=2023-06-05T17%3A46%3A13.966-04%3A00&ep.gtm_tag_name=GA4%20-%20ASL%20-%20Searched%20for%20Health%20Centers&ep.count_searched_for_health_center=1&ep.count_asl_searched_for_health_center=1&ep.event_context=User%20Searched%20for%20Health%20Centers%20and%20were%20Presented%20with%20Results%20in%20ASL&ep.asl_app_section=search%20results&ep.age=25&ep.address=Boston%2C%20MA%2002118&ep.lp_mmdd=(not%20set)(not%20set)&ep.lp_weeks=(not%20set)&ep.is_notsure_lmp_checked=empty&epn.count_availabl

e_pp_health_centers=4&epn.count_all_pp_health_centers=7&epn.count_available_indie_health_centers=0&epn.count_all_indie_health_centers=0&epn.closest_pp_health_center_distance=3&ep.closest_indie_health_center_distance=&ep.business_entity=Abortion%20Search%20Locator&ep.ga3_tag_match=UA%20-%20Event%20-%20ASL%20-%20Loaded%20Search%20Results&ep.form_type=asl%20health%20center%20search&ep.facility_type=(not%20set)&_et=283

Decoded URL Parameters

v=2
tid=G-ENXC8KHJL8
gtm=45je35v0
_p=1297572673
cid=████████████████
ul=en-us
sr=1920x1080
_fplc=0
ir=1
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.90|Google%20Chrome;114.0.5735.90
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
_eu=EA
sst.uc=US
_s=4
sid=1686001510
sct=1
seg=1
dl=https://www.plannedparenthood.org/abortion-access?age=25&noDate=True&location=Boston%2C%20MA%2002118&entryForm=
dr=https://www.plannedparenthood.org/
dt=Where to Get an Abortion | Find Abortion Services Near You
richsstsse

Decoded Request Cookies

_gcl_au=██████████████████
_gid=████████████████████
_uetsid=████████████████████████
_uetvid=████████████████████████
_scid=███████████████████████
_scid_r=██████████████████████████
_hjFirstSeen=█
_hjIncludedInSessionSample_1436451=



_hjSession_1436451=[redacted]
__qca=[redacted]
_sctr=[redacted]
_fbp=[redacted]
_tt_enable_cookie=[redacted]
_ttp=[redacted]

_hjSessionUser_1436451=[redacted]
_ga=[redacted]
_dc_gtm_UA-8867852-1=[redacted]
_ga_ENXC8KHJL8=[redacted]

139. Tracking pixels from ppfa.plannedparenthood.org are also cookie syncing with Google DoubleClick and Google Ads tracking pixels using the _ga cookie and jid parameter as shown in the following tracking pixels:

Request #136

POST https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j100&tid=UA-8867852-1&cid=[redacted]&jid=[redacted]&gjid=[redacted]&_gid=[redacted]&_u=YCDAgUABAAAAAEAEKK~&z=1970273303 HTTP/1.1

Decoded URL Parameters

t=dc
aip=1
_r=3
v=1
_v=j100
tid=UA-8867852-1
cid=[redacted]
jid=[redacted]
gjid=[redacted]
_gid=[redacted]
_u=YCDAgUABAAAAAEAEKK~
z=1970273303

Decoded Request Cookies





IDE= ███████████████████████████

**Request #171**

GET https://www.google.com/ads/ga-
audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j100&tid=UA-8867852-
1&cid=████████████&jid=████████&_u=YCDAgUABAAAAAEAEKK~&z=1850750126
HTTP/1.1

**Decoded URL Parameters**

t=sr
aip=1
_r=4
slf_rd=1
v=1
_v=j100
tid=UA-8867852-1
cid=██████████████
jid=██████████
_u=YCDAgUABAAAAAEAEKK~
z=1850750126

**Decoded Request Cookies**

AID=███████████████████
██████████████████
███████████████
___Secure-3PAPISID=███████████████
1P_JAR=███████
NID=██████████████████████████
███████████████████████████████
███████████████████████
___Secure-3PSIDTS=██████████████
████████████
___Secure-3PSIDCC=████████████████
██████████

**Request #197**

POST https://ppfa.plannedparenthood.org/collect HTTP/1.1

**Request Body**



v=1&_v=j100&a=1240403713&t=pageview&ds=81%3B%20&_s=1&dl=https%3A%2F%2Fwww.plannedparenthood.org%2F&ul=en-us&de=UTF-8&dt=Planned%20Parenthood%20%7C%20Official%20Site&sd=24-bit&sr=1920x1080&vp=1036x746&je=0&_u=YCDAgUABAAAAAAAEKK~&jid=[redacted]&gjid=[redacted]&cid=[redacted]&tid=UA-8867852-1&_gid=[redacted]&_fplc=0&gtm=45He35v0n71MZJZ59&cg1=Home%20Page&cg2=Home&cg5=English&cd7=Home&cd15=(not%20set)&cd17=Home%20Page&cd18=0&cd23=&cd24=Mon%20Jun%2005%202023%2017%3A45%3A08%20GMT-0400%20(Eastern%20Daylight%20Time)&cd25=English&cd26=PROD&cd27=782&cd28=&cd29=90610&cd30=Massachusetts&cd38=484%3AUA%20-%20Pageview%20-%20All%20Pages%20-%20Global%20--%20Main&cd40=02642&cd56=gtm.js&cd57=Not%20Iframe&cd62=%2F&cd64=1686001501240&cd65=(not%20set)&cd66=None&cd67=(not%20set)&cd81=G[redacted]&cd82=23&cd84=(not%20set)&cd86=(not%20set)&cd87=(not%20set)&cd88=One-Time&cd89=(not%20set)&cd90=0&cd114=484&cd117=Home%20Page&cd120=(not%20set)&cd121=(not%20set)&cd122=%2F&cd123=Present&cd124=(not%20set)%3B%20(not%20set)&cd125=(not%20set)%3B%20(not%20set)&cd134=[redacted]&cd138=(not%20set)&cd1=[redacted]&cd3=[redacted]

Decoded Request Cookies

ABTastySession=[redacted]
ABTasty=[redacted]
_gcl_au=[redacted]
_ga_ENXC8KHJL8=[redacted]
_ga=[redacted]
_gid=[redacted]
_dc_gtm_UA-8867852-1=[redacted]
_uetsid=[redacted]
_uetvid=[redacted]
_scid=[redacted]
_scid_r=[redacted]

_hjSessionUser_1436451=[redacted]
_hjFirstSeen=[redacted]
_hjIncludedInSessionSample_1436451=[redacted]

_hjSession_1436451=[redacted]

## Google Tracking Pixels on the Keck Medicine Web Property

140.  Keck Medicine operates the https://www.keckmedicine.org/ Web property.

141.  The Fiddler capture file Keck-2023-06-06.saz contains the results of my testing of this Web property.

142.  Examples of Google tracking pixels found on this Web property include:

---

Request #412

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&a=137795584&t=pageview&_s=1&dl=https%3A%2F%2Fwww.keckmedicine.org%2Ftreatments%2Fbreast-screening-and-diagnostic-imaging%2F&ul=en-us&de=UTF-8&dt=Breast%20Cancer%20Screening%20-%20Keck%20Medicine%20of%20USC&sd=24-bit&sr=1920x1080&vp=1019x729&je=0&_utma=122545425.1899393699.1686063515.1686063515.1686063515.1&_utmz=122545425.1686063515.1.1.utmcsr%3D(direct)%7Cutmccn%3D(direct)%7Cutmcmd%3D(none)&_utmht=1686063532989&_u=QACCAEABAAAAACAAI~&jid=&gjid=&cid=██████████████████&tid=UA-43469629-51&_gid=1238032607.1686063516&_slc=1&gtm=45He35v0n81NG4N49F&z=1494434111 HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  a=137795584
  t=pageview
  _s=1
  dl=https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/
  ul=en-us
  de=UTF-8
  dt=Breast Cancer Screening - Keck Medicine of USC
  sd=24-bit
  sr=1920x1080
  vp=1019x729
  je=0
  _utma=122545425.1899393699.1686063515.1686063515.1686063515.1
  _utmz=122545425.1686063515.1.1.utmcsr=(direct)|utmccn=(direct)|utmcmd=(none)
  _utmht=1686063532989
  _u=QACCAEABAAAAACAAI~
  jid=
  gjid=
  cid=████████████████
  tid=UA-43469629-51
  _gid=████████████████
  _slc=1

---

gtm=45He35v0n81NG4N49F
z=1494434111


Request #413

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/880647210/?random=16860
63532850&cv=11&fst=1686063532850&bg=ffffff&guid=ON&async=1&gtm=45be3650h2&u_w=1
920&u_h=1080&url=https%3A%2F%2Fwww.keckmedicine.org%2Ftreatments%2Fbreast-
screening-and-diagnostic-
imaging%2F&ref=https%3A%2F%2Fwww.keckmedicine.org%2F&hn=www.googleadservices.com
&frm=0&tiba=Breast%20Cancer%20Screening%20-
%20Keck%20Medicine%20of%20USC&auid=926523826.1686063514&uaa=x86&uab=64&uafvl=N
ot.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.
0.5735.110&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config&rfmt=3
&fmt=4 HTTP/1.1


Decoded URL Parameters

  random=1686063532850
  cv=11
  fst=1686063532850
  bg=ffffff
  guid=ON
  async=1
  gtm=45be3650h2
  u_w=1920
  u_h=1080
  url=<mark>https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/</mark>
  ref=https://www.keckmedicine.org/
  hn=www.googleadservices.com
  frm=0
  tiba=Breast Cancer Screening - Keck Medicine of USC
  auid=926523826.1686063514
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  data=event=gtag.config
  rfmt=3
  fmt=4


Decoded Request Cookies

  IDE=██████████████████████████████████████████



DSID=█████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████
██ ██████████████████████████████████████
█

GET
https://5129500.fls.doubleclick.net/activityi;src=5129500;type=breas0;cat=breas003;ord=670009
4050303;gtm=45He35v0;auiddc=926523826.1686063514;uaa=x86;uab=64;uafvl=Not.A%252FBra
nd%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110;ua
m=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fwww.keckmedicine.org%
2Ftreatments%2Fbreast-screening-and-diagnostic-imaging%2F? HTTP/1.1

Decoded URL Parameters

  src=5129500
  type=breas0
  cat=breas003
  ord=6700094050303
  gtm=45He35v0
  auiddc=926523826.1686063514
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uam=
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  ~oref=https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/

Decoded Request Cookies

  IDE=█████████████████████████████████
  DSID=███████████████████████████████████████
  ██████████████████████████████████
  ████████████████████████████████████████
  ██ ██████████████████████████████████████
  █

GET https://adservice.google.com/ddm/fls/z/dc_pre=CPrRlZD0rv8CFTKKgwgdf-
QE_g;src=5129500;type=breas0;cat=breas003;ord=6700094050303;gtm=45He35v0;auiddc=*;uaa
=x86;uab=64;uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%
2520Chrome%3B114.0.5735.110;uam=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%

3A%2F%2Fwww.keckmedicine.org%2Ftreatments%2Fbreast-screening-and-diagnostic-
imaging%2F HTTP/1.1

Decoded URL Parameters

   dc_pre=CPrRlZD0rv8CFTKKgwgdf-QE_g
   src=5129500
   type=breas0
   cat=breas003
   ord=6700094050303
   gtm=45He35v0
   auiddc=*
   uaa=x86
   uab=64
   uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
   uam=
   uamb=0
   uap=Windows
   uapv=10.0.0
   uaw=0
   ~oref=https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/

Decoded Request Cookies

   __Secure-3PSID=

   __Secure-3PAPISID=
   1P_JAR=

NID=

   __Secure-3PSIDTS=

   __Secure-
3PSIDCC=

Request #457

GET https://www.google.com/pagead/1p-user-
list/880647210/?random=1686063532850&cv=11&fst=1686060000000&bg=ffffff&guid=ON&asy
nc=1&gtm=45be3650h2&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.keckmedicine.org%2
Ftreatments%2Fbreast-screening-and-diagnostic-
imaging%2F&ref=https%3A%2F%2Fwww.keckmedicine.org%2F&frm=0&tiba=Breast%20Cancer%
20Screening%20-



%20Keck%20Medicine%20of%20USC&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=423
509158&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

    random=1686063532850
    cv=11
    fst=1686060000000
    bg=ffffff
    guid=ON
    async=1
    gtm=45be3650h2
    u_w=1920
    u_h=1080
    url=https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/
    ref=https://www.keckmedicine.org/
    frm=0
    tiba=Breast Cancer Screening - Keck Medicine of USC
    data=event=gtag.config
    fmt=3
    is_vtc=1
    random=423509158
    rmt_tld=0
    ipr=y

Decoded Request Cookies

    __Secure-3PSID=███████████████████████
    __Secure-3PAPISID=██████████████████████
    1P_JAR=████████████
    NID=███████████████████████████████████
    ███████████████████████████████████████
    ████████████████████████████████
    __Secure-3PSIDTS=█████████
    ████████████████████████████████
    __Secure-
3PSIDCC=███████████████████████
██

Request #458

GET
https://adservice.google.com/ddm/fls/z/dc_pre=CLGJlpD0rv8CFczRhwodSHYMVw;src=5129500;t
ype=breas0;cat=fy22b0;ord=9734555187666;gtm=45He35v0;auiddc=*;uaa=x86;uab=64;uafvl=No
t.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0

.5735.110;uam=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fwww.keckm
edicine.org%2Ftreatments%2Fbreast-screening-and-diagnostic-imaging%2F HTTP/1.1

Decoded URL Parameters

   dc_pre=CLGJlpD0rv8CFczRhwodSHYMVw
   src=5129500
   type=breas0
   cat=fy22b0
   ord=9734555187666
   gtm=45He35v0
   auiddc=*
   uaa=x86
   uab=64
   uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
   uam=
   uamb=0
   uap=Windows
   uapv=10.0.0
   uaw=0
   ~oref=https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/

Decoded Request Cookies

   __Secure-3PSID=███████████████████████

   __Secure-3PAPISID=███████████████████████
   ████████████████

NID=███████████████████████████████████████████
██████████████████████████████████████████████████
███████████████████████████████████████

   __Secure-3PSIDTS=█████████
███████████████████████████████████████

   __Secure-
3PSIDCC=███████████████████████████████████████
██

Request #602

POST https://analytics.google.com/g/collect?v=2&tid=G-
YLGRLTTPC5&gtm=45je35v0&_p=1310623925&cid=██████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&_eu=AAg&_s=2&sid=1686063514&sct=1&seg=1&dl=https%3A%2F%2Fwww.kec
kmedicine.org%2Frequest-an-
appointment%2F%3FserviceLine%3Dcancer&dr=https%3A%2F%2Fwww.keckmedicine.org%2Ftre

atments%2Fbreast-screening-and-diagnostic-
imaging%2F&dt=Request%20an%20Appointment%20-
%20Keck%20Medicine%20of%20USC&en=req_appt_cancer&_c=1&ep.content_group=%2Freques
t-an-appointmentBrand&_et=2 HTTP/1.1

Decoded URL Parameters

  v=2
  tid=G-YLGRLTTPC5
  gtm=45je35v0
  _p=1310623925
  cid=███████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  _eu=AAg
  _s=2
  sid=1686063514
  sct=1
  seg=1
  dl=https://www.keckmedicine.org/request-an-appointment/?serviceLine=cancer
  dr=https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/
  dt=Request an Appointment - Keck Medicine of USC
  en=req_appt_cancer
  _c=1
  ep.content_group=/request-an-appointmentBrand
  _et=2

Decoded Request Cookies

  __Secure-3PSID=████████████████
████████████████
  __Secure-3PAPISID=███████████████
  1P_JAR=███████

NID=█████████████████████████
███████████████████
████████████████████████████
████████████████████
  __Secure-3PSIDTS=█████
████████████████████

__Secure-
3PSIDCC= ███████████████████████████████████
███

Request #620

GET
https://adservice.google.com/ddm/fls/z/dc_pre=CLKaqJP0rv8CFdbjhwodIoUNPQ;src=5129500;ty
pe=brand0;cat=fy22r0;ord=3326582426221;gtm=45He35v0;auiddc=*;uaa=x86;uab=64;uafvl=Not.
A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5
735.110;uam=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fwww.keckme
dicine.org%2Frequest-an-appointment%2F%3FserviceLine%3Dcancer HTTP/1.1

Decoded URL Parameters

  dc_pre=CLKaqJP0rv8CFdbjhwodIoUNPQ
  src=5129500
  type=brand0
  cat=fy22r0
  ord=3326582426221
  gtm=45He35v0
  auiddc=*
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uam=
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  ~oref=https://www.keckmedicine.org/request-an-appointment/?serviceLine=cancer

Decoded Request Cookies

  __Secure-3PSID= ████████████████████████
████████████████████████

  __Secure-3PAPISID= ██████████████████████
1P_JAR= █████████████

NID= ████████████████████████████████████
████████████████████████████
███████████████████████████████████████
████████████████████████████

  __Secure-3PSIDTS= ███████
████████████████████████████████████

  __Secure-
3PSIDCC= ████████████████████████████████
███

Request #637

GET https://www.google.com/pagead/1p-user-
list/880647210/?random=1686063539561&cv=11&fst=1686060000000&bg=ffffff&guid=ON&asy
nc=1&gtm=45be3650h2&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.keckmedicine.org%2
Frequest-an-
appointment%2F%3FserviceLine%3Dcancer&ref=https%3A%2F%2Fwww.keckmedicine.org%2Ftre
atments%2Fbreast-screening-and-diagnostic-
imaging%2F&frm=0&tiba=Request%20an%20Appointment%20-
%20Keck%20Medicine%20of%20USC&data=event%3Dgtag.config&fmt=3&is_vtc=1&random=176
9090777&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

  random=1686063539561
  cv=11
  fst=1686060000000
  bg=ffffff
  guid=ON
  async=1
  gtm=45be3650h2
  u_w=1920
  u_h=1080
  url=https://www.keckmedicine.org/request-an-appointment/?serviceLine=cancer
  ref=https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/
  frm=0
  tiba=Request an Appointment - Keck Medicine of USC
  data=event=gtag.config
  fmt=3
  is_vtc=1
  random=1769090777
  rmt_tld=0
  ipr=y

Decoded Request Cookies

  __Secure-3PSID=█████████████████████████
████████████████████

  __Secure-3PAPISID=█████████████████████████████
  1P_JAR=████████████████

NID=██████████████████████████████████████
████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████
  __Secure-3PSIDTS=█████████
████████████████████████████████████████

__Secure-
3PSIDCC=████████████████████████████████████████

████

Request #689

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/880647210/?random=16860
63552170&cv=11&fst=1686063552170&bg=ffffff&guid=ON&async=1&gtm=45be3650h2&u_w=1
920&u_h=1080&url=https%3A%2F%2Fwww.keckmedicine.org%2Ftreatments%2Fbreast-
screening-and-diagnostic-
imaging%2F&ref=https%3A%2F%2Fwww.keckmedicine.org%2F&hn=www.googleadservices.com
&frm=0&tiba=Breast%20Cancer%20Screening%20-
%20Keck%20Medicine%20of%20USC&auid=926523826.1686063514&uaa=x86&uab=64&uafvl=N
ot.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.
0.5735.110&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&data=event%3Dgtag.config&rfmt=3
&fmt=4 HTTP/1.1

Decoded URL Parameters

  random=1686063552170
  cv=11
  fst=1686063552170
  bg=ffffff
  guid=ON
  async=1
  gtm=45be3650h2
  u_w=1920
  u_h=1080
  url=<mark>https://www.keckmedicine.org/treatments/breast-screening-and-diagnostic-imaging/</mark>
  ref=https://www.keckmedicine.org/
  hn=www.googleadservices.com
  frm=0
  tiba=Breast Cancer Screening - Keck Medicine of USC
  auid=926523826.1686063514
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  data=event=gtag.config
  rfmt=3
  fmt=4

Decoded Request Cookies

IDE= ███████████████████████████████

DSID= ██████████████████████████████████
████████████████████████████████████
███████████████████████████████████████
███
█

Request #951

GET https://www.google-
analytics.com/collect?v=1&_v=j100&a=1147001755&t=event&_s=2&dl=https%3A%2F%2Fprovide
rs.keckmedicine.org%2Fsearch%3FsearchTerm%3Ddiabetes%26resultCategory%3D%26termValue
%3Ddiabetes&ul=en-us&de=UTF-8&dt=diabetes%20-
%20Keck%20Medicine%20of%20USC%20%E2%80%93%20Find%20a%20doctor%20or%20care%20
provider&sd=24-
bit&sr=1920x1080&vp=1036x746&je=0&ec=Provider%20Info&ea=Search%20Results%20Page%2
0Click&el=Provider%20Card%20Selection&_utma=122545425.1899393699.1686063515.1686063
515.1686063515.1&_utmz=122545425.1686063515.1.1.utmcsr%3D(direct)%7Cutmccn%3D(direc
t)%7Cutmcmd%3D(none)&_utmht=1686063611422&_u=CACCAEABAAAAACAAI~&jid=&gjid=&cid
=████████████████████████████████
█ &_gid=████████████████████████  HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  a=1147001755
  t=event
  _s=2

dl=<mark>https://providers.keckmedicine.org/search?searchTerm=diabetes&resultCategory=&termValu
e=diabetes</mark>
  ul=en-us
  de=UTF-8
  dt=diabetes - Keck Medicine of USC <E2><80><93> Find a doctor or care provider
  sd=24-bit
  sr=1920x1080
  vp=1036x746
  je=0
  ec=Provider Info
  ea=Search Results Page Click
  el=Provider Card Selection
  _utma=122545425.1899393699.1686063515.1686063515.1686063515.1
  _utmz=122545425.1686063515.1.1.utmcsr=(direct)|utmccn=(direct)|utmcmd=(none)
  _utmht=1686063611422
  _u=CACCAEABAAAAACAAI~

jid=
gjid=
cid=██████████████
tid=UA-43469629-42
_gid=████████████████
z=2029265383

Request #1055

POST https://analytics.google.com/g/collect?v=2&tid=G-
YLGRLTTPC5&gtm=45je35v0&_p=1491656225&_gaz=1&cid=█████████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&_s=1&sid=1686063514&sct=1&seg=1&dl=https%3A%2F%2Fwww.keckmedicine.
org%2Fmy-usc-
chart%2F&dr=https%3A%2F%2Fproviders.keckmedicine.org%2F&dt=My%20USC%20Chart%20-
%20Keck%20Medicine%20of%20USC&en=page_view&ep.content_group=%2Fmy-usc-chartBrand
HTTP/1.1

Decoded URL Parameters

  v=2
  tid=G-YLGRLTTPC5
  gtm=45je35v0
  _p=1491656225
  _gaz=1
  cid=██████████████
  ul=en-us
  sr=1920x1080
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0
  uam=
  uap=Windows
  uapv=10.0.0
  uaw=0
  _s=1
  sid=1686063514
  sct=1
  seg=1
  dl=https://www.keckmedicine.org/my-usc-chart/
  dr=https://providers.keckmedicine.org/
  dt=My USC Chart - Keck Medicine of USC
  en=page_view
  ep.content_group=/my-usc-chartBrand

Decoded Request Cookies



__Secure-3PSID=

__Secure-3PAPISID=

1P_JAR=

NID=

__Secure-3PSIDTS=

__Secure-3PSIDCC=

Request #1270

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&a=1074206611&t=pageview&_s=1&dl=https%3A%2F%2Fproviders.keckmedicine.org%2Fsearch%2Fprovider%2FHaig%2BHovan%2BAharonian%2F205232%3FresultCategory%3D%26searchTerm%3Ddiabetes%26termValue%3Ddiabetes&dp=%2Fsearch%2Fprovider%2FHaig%2BHovan%2BAharonian%2F205232%3FresultCategory%3D%26searchTerm%3Ddiabetes%26termValue%3Ddiabetes&ul=en-us&de=UTF-8&dt=Keck%20Medicine%20of%20USC&sd=24-bit&sr=1920x1080&vp=1036x746&je=0&_utma=122545425.1899393699.1686063515.1686063515.1686063515.1&_utmz=122545425.1686063515.1.1.utmcsr%3D(direct)%7Cutmccn%3D(direct)%7Cutmcmd%3D(none)&_utmht=1686063687103&_u=AACCAEABAAAAACAAI~&jid=1563469747&gjid=            &cid=                        &tid=UA-43469629-42&_gid=                     &_r=1&_slc=1&z=1887571063 HTTP/1.1

Decoded URL Parameters

 v=1
 _v=j100
 a=1074206611
 t=pageview
 _s=1

dl=https://providers.keckmedicine.org/search/provider/Haig+Hovan+Aharonian/205232?resultCategory=&searchTerm=diabetes&termValue=diabetes

dp=/search/provider/Haig+Hovan+Aharonian/205232?resultCategory=&searchTerm=diabetes&termValue=diabetes
 ul=en-us
 de=UTF-8
 dt=Keck Medicine of USC
 sd=24-bit
 sr=1920x1080

vp=1036x746
je=0
_utma=122545425.1899393699.1686063515.1686063515.1686063515.1
_utmz=122545425.1686063515.1.1.utmcsr=(direct)|utmccn=(direct)|utmcmd=(none)
_utmht=1686063687103
_u=AACCAEABAAAAACAAI~
jid=███████
gjid=███████
cid=██████████
tid=UA-43469629-42
_gid=███████████
_r=1
_slc=1
z=1887571063

Request #1691

POST https://analytics.google.com/g/collect?v=2&tid=G-
YLGRLTTPC5&gtm=45je35v0&_p=1280805303&cid██████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&sid=1686063514&sct=1&seg=1&dl=https%3A%2F%2Fwww.keckmedicine.org%2
Fprivacy-policy%2F&dr=https%3A%2F%2Fwww.keckmedicine.org%2F&dt=Privacy%20Policy%20-
%20Keck%20Medicine%20of%20USC&_s=3 HTTP/1.1

Request Body

en=core_web_vitals&ep.content_group=%2Fprivacy-
policyBrand&ep.web_vitals_measurement_name=LCP&ep.web_vitals_measurement_id=v3-
1686063732002-
1919377227100&epn.web_vitals_measurenment_value=2670.3000000715256&epn.value=2670.
3000000715256&_et=16730
en=core_web_vitals&ep.content_group=%2Fprivacy-
policyBrand&ep.web_vitals_measurement_name=CLS&ep.web_vitals_measurement_id=v3-
1686063732021-5068137423647&epn.web_vitals_measurenment_value=0&epn.value=0

Decoded URL Parameters

v=2
tid=G-YLGRLTTPC5
gtm=45je35v0
_p=1280805303
cid=██████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64



uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
sid=1686063514
sct=1
seg=1
dl=https://www.keckmedicine.org/privacy-policy/
dr=https://www.keckmedicine.org/
dt=Privacy Policy - Keck Medicine of USC
_s=3

Decoded Request Cookies

___Secure-3PSID=

___Secure-3PAPISID=

NID=

___Secure-3PSIDTS=

## Google Tracking Pixels on the MemorialCare Web Property

143.     MemorialCare operates the https://www.memorialcare.org Web property.

144.     The Fiddler capture file memorialcare.org-2023-06-06.saz contains the results of my testing of this Web property.

145.     Examples of Google tracking pixels found on this Web property include:

Request #121

GET https://10171549.fls.doubleclick.net/activityi;src=10171549;type=irvin0;cat=fy21-
0;ord=1;num=4986070196038;gtm=45He35v0;auiddc=612665648.1686063883;uaa=x86;uab=64;
uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome

%3B114.0.5735.110;uam=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fw
ww.memorialcare.org%2Flocations%2Flong-beach-medical-center? HTTP/1.1

Decoded URL Parameters

  src=10171549
  type=irvin0
  cat=fy21-0
  ord=1
  num=4986070196038
  gtm=45He35v0
  auiddc=612665648.1686063883
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uam=
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  ~oref=https://www.memorialcare.org/locations/long-beach-medical-center

Decoded Request Cookies

  IDE=█████████████████████████████

  DSID=█████████████████████████████████████
████████████████████████████████
█████████████████████████████████████
█████
██████████████████████████████████████
██

Request #122

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=1732952392&t=pageview&_s=1&dl=https%3A%2F%2Fw
ww.memorialcare.org%2Flocations%2Flong-beach-medical-center&ul=en-us&de=UTF-
8&dt=Long%20Beach%20Medical%20Center%20%7C%20Hospital%20%7C%20MemorialCare&sd=
24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=YEBAAEABAAAAACAEK~&jid=████████&gjid=██████
████&cid=████████████████████&tid=UA-487185-
4&_gid=████████████████&_r=1&_slc=1&gtm=45He35v0n81W8ZDM8G&cd1=████████
██████████&cd2=███████████████████████████████HTTP/1.1

Decoded URL Parameters

  v=1

_v=j100
a=1732952392
t=pageview
_s=1
dl=https://www.memorialcare.org/locations/long-beach-medical-center
ul=en-us
de=UTF-8
dt=Long Beach Medical Center | Hospital | MemorialCare
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=YEBAAEABAAAAACAEK~
jid=█████████████
gjid=███████████
cid=███████████████
tid=UA-487185-4
_gid=█████████████████
_r=1
_slc=1
gtm=45He35v0n81W8ZDM8G
cd1=████████████████
cd2=███████████████████████
z=2054395107

Request #146

GET https://adservice.google.com/ddm/fls/z/dc_pre=CMf7irf1rv8CFdXJhgod-
pUBow;src=10171549;type=irvin0;cat=fy21-
0;ord=1;num=4986070196038;gtm=45He35v0;auiddc=*;uaa=x86;uab=64;uafvl=Not.A%252FBran
d%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110;ua
m=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fwww.memorialcare.org%
2Flocations%2Flong-beach-medical-center HTTP/1.1

Decoded URL Parameters

  dc_pre=CMf7irf1rv8CFdXJhgod-pUBow
  src=10171549
  type=irvin0
  cat=fy21-0
  ord=1
  num=4986070196038
  gtm=45He35v0
  auiddc=*
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uam=

uamb=0
uap=Windows
uapv=10.0.0
uaw=0
~oref=<mark>https://www.memorialcare.org/locations/long-beach-medical-center</mark>

Decoded Request Cookies

    __Secure-3PSID=███████████████████████
████████████████████████

    __Secure-3PAPISID=███████████████████████████
    1P_JAR=██████████████

NID=████████████████████████████████████████████
███████████████████████████
████████████████████████████████████████████
███████████████████████████████

    __Secure-3PSIDTS=█████████
████████████████████████████████████

    __Secure-
3PSIDCC=████████████████████████████████████████
█████

Request #147

GET https://www.google.com/ads/ga-
audiences?t=sr&aip=1&_r=4&slf_rd=1&v=1&_v=j100&tid=UA-487185-
4&cid=███████████████████&jid=███████████&_u=YEBAAEAAAAAAACAEK~&z=11829370
HTTP/1.1

Decoded URL Parameters

    t=sr
    aip=1
    _r=4
    slf_rd=1
    v=1
    _v=j100
    tid=UA-487185-4
    cid=████████████████████
    jid=████████████
    _u=YEBAAEAAAAAAACAEK~
    z=11829370

Decoded Request Cookies

    AID=█████████████████████████████████████████

__Secure-3PSID=██████████████████████████████████
██████████████████████████

__Secure-3PAPISID=████████████████████████████

1P_JAR=███████████

NID=██████████████████████████████████████████████████

███████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████

__Secure-3PSIDTS=███████

██████████████████████████████████████████████

__Secure-
3PSIDCC=███████████████████████████████████████████

███████

Request #151

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/787867117/?random=13087
95755&cv=11&fst=1686063882983&bg=ffffff&guid=ON&async=1&gtm=45He35v0&u_w=1920&u
_h=1080&url=https%3A%2F%2Fwww.memorialcare.org%2Flocations%2Flong-beach-medical-
center&label=Saddleback-
SEM&hn=www.googleadservices.com&frm=0&tiba=Long%20Beach%20Medical%20Center%20%7
C%20Hospital%20%7C%20MemorialCare&value=0&auid=612665648.1686063883&uaa=x86&uab
=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chr
ome%3B114.0.5735.110&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&fmt=3&ctc_id=CAIVAgA
AAB0CAAAA&ct_cookie_present=false&ocp_id=DEt_ZO6mCYmw_gS0gqaYBQ&sscte=1&crd=&eit
ems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2zur3GRYYvuZL7FQ9_7P8g-
IrcEiZxYLGo&pscrd=██████████████████████████████████████████████

██████████████████████████████████████████████████████████

███████████████████████████████████HTTP/1.1

Decoded URL Parameters

  random=1308795755
  cv=11
  fst=1686063882983
  bg=ffffff
  guid=ON
  async=1
  gtm=45He35v0
  u_w=1920
  u_h=1080
  url=https://www.memorialcare.org/locations/long-beach-medical-center
  label=Saddleback-SEM
  hn=www.googleadservices.com
  frm=0

tiba=Long Beach Medical Center | Hospital | MemorialCare
value=0
auid=612665648.1686063883
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uap=Windows
uapv=10.0.0
uaw=0
fmt=3
ctc_id=CAIVAgAAAB0CAAAA
ct_cookie_present=false
ocp_id=DEt_ZO6mCYmw_gS0gqaYBQ
sscte=1
crd=
eitems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2zur3GRYYvuZL7FQ9_7P8g-IrcEiZxYLGo

pscrd=█████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████████

Decoded Request Cookies

IDE=██████████████████████████████████████████████

DSID=███████████████████████████████████████████████
████████████████████████████████████████████████
███████
███████████████████████████████████████████████████
█

Request #159

GET https://www.google.com/pagead/1p-
conversion/787867117/?random=1308795755&cv=11&fst=1686063882983&bg=ffffff&guid=ON&
async=1&gtm=45He35v0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.memorialcare.org%
2Flocations%2Flong-beach-medical-center&label=Saddleback-
SEM&hn=www.googleadservices.com&frm=0&tiba=Long%20Beach%20Medical%20Center%20%7
C%20Hospital%20%7C%20MemorialCare&value=0&auid=612665648.1686063883&uaa=x86&uab
=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chr
ome%3B114.0.5735.110&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&fmt=3&ctc_id=CAIVAgA
AAB0CAAAA&ct_cookie_present=false&sscte=1&crd=&pscrd=█████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████████████████&is

_vtc=1&ocp_id=DEt_ZO6mCYmw_gS0gqaYBQ&cid=███████████████████

████████████████████████████████████

████████████████████████ HTTP/1.1

Decoded URL Parameters

 random=1308795755
 cv=11
 fst=1686063882983
 bg=ffffff
 guid=ON
 async=1
 gtm=45He35v0
 u_w=1920
 u_h=1080
 url=https://www.memorialcare.org/locations/long-beach-medical-center
 label=Saddleback-SEM
 hn=www.googleadservices.com
 frm=0
 tiba=Long Beach Medical Center | Hospital | MemorialCare
 value=0
 auid=612665648.1686063883
 uaa=x86
 uab=64
 uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
 uamb=0
 uap=Windows
 uapv=10.0.0
 uaw=0
 fmt=3
 ctc_id=CAIVAgAAAB0CAAAA
 ct_cookie_present=false
 sscte=1
 crd=

pscrd=████████████████████████████████
████████████████████████████████████
████████████████████████████████████
 ████████████████████████
 is_vtc=1
 ocp_id=DEt_ZO6mCYmw_gS0gqaYBQ
 cid=████████████████████
 ████████████████████████████
 ████████████████████

Decoded Request Cookies



__Secure-3PSID=

__Secure-3PAPISID=
1P_JAR=

NID=

__Secure-3PSIDTS=

__Secure-
3PSIDCC=

Request #210

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&a=277322343&t=pageview&_s=1&dl=https%3A%2F%2Fwww.memorialcare.org%2Fpatients-visitors%2Fmychart-online-health-connection&ul=en-us&de=UTF-8&dt=myChart%E2%80%94Online%20Health%20Connection%20%7C%20MemorialCare&sd=24-bit&sr=1920x1080&vp=1019x746&je=0&_u=QACAAEABAAAAACAEK~&jid=&gjid=&cid=&tid=UA-487185-4&_gid=&_slc=1&gtm=45He35v0n81W8ZDM8G&&cd2=                                      HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
a=277322343
t=pageview
_s=1
dl=https://www.memorialcare.org/patients-visitors/mychart-online-health-connection
ul=en-us
de=UTF-8
dt=myChart<E2><80><94>Online Health Connection | MemorialCare
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=QACAAEABAAAAACAEK~
jid=
gjid=
cid=
tid=UA-487185-4
_gid=

162

_slc=1
gtm=45He35v0n81W8ZDM8G
cd1=█████████
cd2=███████████████████
z=2005312349

Request #221

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/787867117/?random=12533
2352&cv=11&fst=1686063897178&bg=ffffff&guid=ON&async=1&gtm=45He35v0&u_w=1920&u_
h=1080&url=https%3A%2F%2Fwww.memorialcare.org%2Fpatients-visitors%2Fmychart-online-
health-connection&ref=https%3A%2F%2Fwww.memorialcare.org%2Flocations%2Flong-beach-
medical-center&label=Saddleback-
SEM&hn=www.googleadservices.com&frm=0&tiba=myChart%E2%80%94Online%20Health%20Co
nnection%20%7C%20MemorialCare&value=0&auid=612665648.1686063883&uaa=x86&uab=64&
uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome
%3B114.0.5735.110&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&fmt=3&ctc_id=CAIVAgAAAB
0CAAAA&ct_cookie_present=false&ocp_id=Gkt_ZJ20DJCXoPMP6aiusA4&sscte=1&crd=&eitems=
ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2xYkfV5dXc5g6cq14iQBj8NFVpjxCPhK-
0&███████████████████████████████
█████████████████████████████████████
██████████████████████ HTTP/1.1

Decoded URL Parameters

  random=125332352
  cv=11
  fst=1686063897178
  bg=ffffff
  guid=ON
  async=1
  gtm=45He35v0
  u_w=1920
  u_h=1080
  url=<mark>https://www.memorialcare.org/patients-visitors/mychart-online-health-connection</mark>
  ref=https://www.memorialcare.org/locations/long-beach-medical-center
  label=Saddleback-SEM
  hn=www.googleadservices.com
  frm=0
  tiba=myChart<E2><80><94>Online Health Connection | MemorialCare
  value=0
  auid=612665648.1686063883
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uamb=0

uap=Windows
uapv=10.0.0
uaw=0
fmt=3
ctc_id=CAIVAgAAAB0CAAAA
ct_cookie_present=false
ocp_id=Gkt_ZJ20DJCXoPMP6aiusA4
sscte=1
crd=
eitems=ChEI8LL7owYQj62Q1KHHKt9mOARIdACGFE2xYkfV5dXc5g6cq14iQBj8NFVpjxCPhK-0

pscrd=████████████████████████████
████████████████████████████
███████████████████████████████
█████████████████████

Decoded Request Cookies

IDE=██████████████████████████

DSID=███████████████████████████
██████████████████████████████
█████████████████████████████████
███
█

Request #1079

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
HQFDFGHXNM&gtm=45je35v0&_p=357751744&cid=██████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&_eu=BA&ngs=1&_s=1&dp=%2Fproviders&dt=doctors%20%7C%20physicians%2
0%7C%20surgeons%20%7C%20orange%20%26%20la%20county%20%7C%20memorialcare&sid=1
686063883&sct=1&seg=1&dl=https%3A%2F%2Fwww.memorialcare.org%2Fproviders%3Fquery%
3Ddiabetes&dr=https%3A%2F%2Fwww.memorialcare.org%2Fproviders&en=page_view&ep.page
_previous=%2Fproviders&ep.page_type=(not%20set)&ep.finding_method=(not%20set)&epn.pag
e_view_ct=1&_et=39 HTTP/1.1

Decoded URL Parameters

v=2
tid=G-HQFDFGHXNM
gtm=45je35v0
_p=357751744
cid=█████████████
ul=en-us

sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
_eu=BA
ngs=1
_s=1
dp=/providers
dt=doctors | physicians | surgeons | orange & la county | memorialcare
sid=1686063883
sct=1
seg=1
dl=<mark>https://www.memorialcare.org/providers?query=diabetes</mark>
dr=https://www.memorialcare.org/providers
en=page_view
ep.page_previous=/providers
ep.page_type=(not set)
ep.finding_method=(not set)
epn.page_view_ct=1
_et=39

Request #1081

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/787867117/?random=19298
29778&cv=11&fst=1686064019615&bg=ffffff&guid=ON&async=1&gtm=45He35v0&u_w=1920&u
_h=1080&url=https%3A%2F%2Fwww.memorialcare.org%2Fproviders%3Fquery%3Ddiabetes&ref
=https%3A%2F%2Fwww.memorialcare.org%2Fproviders&label=Saddleback-
SEM&hn=www.googleadservices.com&frm=0&tiba=Doctors%20%7C%20Physicians%20%7C%20S
urgeons%20%7C%20Orange%20%26%20LA%20County%20%7C%20MemorialCare&value=0&auid
=612665648.1686063883&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium
%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uap=Windows&uap
v=10.0.0&uaw=0&fmt=3&ctc_id=CAIVAgAAAB0CAAAA&ct_cookie_present=false&ocp_id=lEt_ZM
yoJpWVoPMPooi7uA4&sscte=1&crd=&eitems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2ywrja5
ukMendgf2aHrNQ6oSW0x6s075Bc&pscrd=██████████████████
████████████████████████████████████████████
██████████████████████████████████████HTTP/1.1

Decoded URL Parameters

  random=1929829778
  cv=11

fst=1686064019615
bg=ffffff
guid=ON
async=1
gtm=45He35v0
u_w=1920
u_h=1080
url=https://www.memorialcare.org/providers?query=diabetes
ref=https://www.memorialcare.org/providers
label=Saddleback-SEM
hn=www.googleadservices.com
frm=0
tiba=Doctors | Physicians | Surgeons | Orange & LA County | MemorialCare
value=0
auid=612665648.1686063883
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uap=Windows
uapv=10.0.0
uaw=0
fmt=3
ctc_id=CAIVAgAAAB0CAAAA
ct_cookie_present=false
ocp_id=lEt_ZMyoJpWVoPMPooi7uA4
sscte=1
crd=
eitems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2ywrja5ukMendgf2aHrNQ6oSW0x6s075Bc

pscrd=██████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████

Decoded Request Cookies

IDE=████████████████████████████████████████████████

DSID=██████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████
███████████████████████████████████████████████████████
██

Request #1082

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/619952941/?random=74328
8275&cv=11&fst=1686064019663&bg=ffffff&guid=ON&async=1&gtm=45He35v0&u_w=1920&u_
h=1080&url=https%3A%2F%2Fwww.memorialcare.org%2Fproviders%3Fquery%3Ddiabetes&ref=
https%3A%2F%2Fwww.memorialcare.org%2Fproviders&label=9PWjCJzF0dUBEK32zqcC&hn=ww
w.googleadservices.com&frm=0&tiba=Doctors%20%7C%20Physicians%20%7C%20Surgeons%20
%7C%20Orange%20%26%20LA%20County%20%7C%20MemorialCare&value=0&auid=612665648.1
686063883&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.573
5.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uap=Windows&uapv=10.0.0&uaw
=0&fmt=3&ctc_id=CAIVAgAAAB0CAAAA&ct_cookie_present=false&ocp_id=lEt_ZLXHKfKSoPMP96
CaoA8&sscte=1&crd=&eitems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2wHSVnUFOfMjXBUhCS
S6HZ9oKclnJMk2JQ&pscrd=█████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████ HTTP/1.1

Decoded URL Parameters

   random=743288275
   cv=11
   fst=1686064019663
   bg=ffffff
   guid=ON
   async=1
   gtm=45He35v0
   u_w=1920
   u_h=1080
   url=`https://www.memorialcare.org/providers?query=diabetes`
   ref=https://www.memorialcare.org/providers
   label=9PWjCJzF0dUBEK32zqcC
   hn=www.googleadservices.com
   frm=0
   tiba=Doctors | Physicians | Surgeons | Orange & LA County | MemorialCare
   value=0
   auid=612665648.1686063883
   uaa=x86
   uab=64
   uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
   uamb=0
   uap=Windows
   uapv=10.0.0
   uaw=0
   fmt=3
   ctc_id=CAIVAgAAAB0CAAAA
   ct_cookie_present=false
   ocp_id=lEt_ZLXHKfKSoPMP96CaoA8
   sscte=1
   crd=

eitems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2wHSVnUFOfMjXBUhCSS6HZ9oKclnJMk2JQ

pscrd=██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████

Decoded Request Cookies

IDE=████████████████████████████████████████

DSID=██████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████████

███

██████████████████████████████████████████████

█

Request #1083

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/619952941/?random=1238730092&cv=11&fst=1686064019668&bg=ffffff&guid=ON&async=1&gtm=45He35v0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.memorialcare.org%2Fproviders%3Fquery%3Ddiabetes&ref=https%3A%2F%2Fwww.memorialcare.org%2Fproviders&label=h5SlCMXY3tUBEK32zqcC&hn=www.googleadservices.com&frm=0&tiba=Doctors%20%7C%20Physicians%20%7C%20Surgeons%20%7C%20Orange%20%26%20LA%20County%20%7C%20MemorialCare&value=0&auid=612665648.1686063883&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uap=Windows&uapv=10.0.0&uaw=0&fmt=3&ctc_id=CAIVAgAAAB0CAAAA&ct_cookie_present=false&ocp_id=lEt_ZNDVKcOdoPMP_v-ZkAQ&sscte=1&crd=&eitems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2xYhUIxUXzkELIlldKoOEC62QbVrlBzZ0o&pscrd=██████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████

Decoded URL Parameters

  random=1238730092
  cv=11
  fst=1686064019668
  bg=ffffff
  guid=ON
  async=1
  gtm=45He35v0
  u_w=1920
  u_h=1080

url=https://www.memorialcare.org/providers?query=diabetes
ref=https://www.memorialcare.org/providers
label=h5SlCMXY3tUBEK32zqcC
hn=www.googleadservices.com
frm=0
tiba=Doctors | Physicians | Surgeons | Orange & LA County | MemorialCare
value=0
auid=612665648.1686063883
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uap=Windows
uapv=10.0.0
uaw=0
fmt=3
ctc_id=CAlVAgAAAB0CAAAA
ct_cookie_present=false
ocp_id=lEt_ZNDVKcOdoPMP_v-ZkAQ
sscte=1
crd=
eitems=ChEI8LL7owYQj62Q1KHHKt9mOARIdACGFE2xYhUIxUXzkELIlldKoOEC62QbVrlBzZ0o

pscrd=███████████████████████████████████
██████████████████████████████████████
███████████████████████████

Decoded Request Cookies

    IDE=██████████████████████████████

DSID=██████████████████████████████████
███████████████████████████████████
████████████████████████████████████
███
█

Request #1083

GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/619952941/?random=1238730092&cv=11&fst=1686064019668&bg=ffffff&guid=ON&async=1&gtm=45He35v0&u_w=1920&u_h=1080&url=https%3A%2F%2Fwww.memorialcare.org%2Fproviders%3Fquery%3Ddiabetes&ref=https%3A%2F%2Fwww.memorialcare.org%2Fproviders&label=h5SlCMXY3tUBEK32zqcC&hn=www.googleadservices.com&frm=0&tiba=Doctors%20%7C%20Physicians%20%7C%20Surgeons%20%7C%20Orange%20%26%20LA%20County%20%7C%20MemorialCare&value=0&auid=612665648.1

686063883&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.573
5.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uap=Windows&uapv=10.0.0&uaw
=0&fmt=3&ctc_id=CAIVAgAAAB0CAAAA&ct_cookie_present=false&ocp_id=lEt_ZNDVKcOdoPMP_
v-
ZkAQ&sscte=1&crd=&eitems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2xYhUIxUXzkELIlldKoOEC
62QbVrlBzZ0o&pscrd= ███████████████████████████████████

███████████████████████████████████████

█████████████████████████████████ HTTP/1.1

Decoded URL Parameters

    random=1238730092
    cv=11
    fst=1686064019668
    bg=ffffff
    guid=ON
    async=1
    gtm=45He35v0
    u_w=1920
    u_h=1080
    url=<mark>https://www.memorialcare.org/providers?query=diabetes</mark>
    ref=https://www.memorialcare.org/providers
    label=h5SlCMXY3tUBEK32zqcC
    hn=www.googleadservices.com
    frm=0
    tiba=Doctors | Physicians | Surgeons | Orange & LA County | MemorialCare
    value=0
    auid=612665648.1686063883
    uaa=x86
    uab=64
    uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
    uamb=0
    uap=Windows
    uapv=10.0.0
    uaw=0
    fmt=3
    ctc_id=CAIVAgAAAB0CAAAA
    ct_cookie_present=false
    ocp_id=lEt_ZNDVKcOdoPMP_v-ZkAQ
    sscte=1
    crd=
    eitems=ChEI8LL7owYQj62Q1KHKt9mOARIdACGFE2xYhUIxUXzkELIlldKoOEC62QbVrlBzZ0o

pscrd=█████████████████████████████████

███████████████████████████████████████

██████████████████████████████

Decoded Request Cookies

IDE=█████████████████████████

DSID=███████████████████████████
█████████████████████████████████
██
████████████████████████████████
█

Request #1100

GET
https://adservice.google.com/ddm/fls/z/dc_pre=COWz8Pj1rv8CFQ08hgodYCEIfA;src=10171549;t
ype=fy22g0;cat=fy22g0;ord=1;num=4785218002328;gtm=45He35v0;auiddc=*;uaa=x86;uab=64;u
afvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%
3B114.0.5735.110;uam=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fww
w.memorialcare.org%2Fproviders%3Fquery%3Ddiabetes HTTP/1.1

Decoded URL Parameters

   dc_pre=COWz8Pj1rv8CFQ08hgodYCEIfA
   src=10171549
   type=fy22g0
   cat=fy22g0
   ord=1
   num=4785218002328
   gtm=45He35v0
   auiddc=*
   uaa=x86
   uab=64
   uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
   uam=
   uamb=0
   uap=Windows
   uapv=10.0.0
   uaw=0
   ~oref=https://www.memorialcare.org/providers?query=diabetes

Decoded Request Cookies

   __Secure-3PSID=███████████████████████

   __Secure-3PAPISID=███████████████████████
█████████████████

NID=█████████████████████████████████████████

████████████████████████████

█████████████████████████████████████████████

████████████████████████████████████████

__Secure-3PSIDTS=█████

__Secure-3PSIDCC=████████████████████████████████████████

██████████████████████

Request #1277

GET https://www.google-analytics.com/collect?v=1&_v=j100&a=1365814603&t=event&ni=0&_s=1&dl=https%3A%2F%2Fwww.memorialcare.org%2Fproviders%2Fyasaman-mohtasebi&ul=en-us&de=UTF-8&dt=Yasaman%20Mohtasebi%20%7C%20MemorialCare&sd=24-bit&sr=1920x1080&vp=1036x746&je=0&ec=provider%20view&ea=undefined&_u=QACAAEABAAAAACAEK~&jid=&gjid=&cid=████████████████████&tid=UA-487185-4&_gid=1901994822.1686063883&gtm=45He35v0n81W8ZDM8G&cd1=█████████████████████████&cd2=████████████████████████████████HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  a=1365814603
  t=event
  ni=0
  _s=1
  dl=<mark>https://www.memorialcare.org/providers/yasaman-mohtasebi</mark>
  ul=en-us
  de=UTF-8
  dt=Yasaman Mohtasebi | MemorialCare
  sd=24-bit
  sr=1920x1080
  vp=1036x746
  je=0
  ec=provider view
  ea=undefined
  _u=QACAAEABAAAAACAEK~
  jid=
  gjid=
  cid=████████████████
  tid=UA-487185-4
  _gid=████████████████
  gtm=45He35v0n81W8ZDM8G
  cd1=█████████████████
  cd2=███████████████████████████

z=28506478

Request #1694

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
HQFDFGHXNM&gtm=45je35v0&_p=635146750&cid=██████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114
.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110&uamb=0&uam=&uap=Windows&uapv
=10.0.0&uaw=0&ngs=1&_s=2&dp=%2Flocations%2Fmemorialcare-medical-group%2Fschedule-
appointment-
today&dt=schedule%20an%20appointment%20today%20%7C%20memorialcare&sid=168606388
3&sct=1&seg=1&dl=https%3A%2F%2Fwww.memorialcare.org%2Flocations%2Fmemorialcare-
medical-group%2Fschedule-appointment-
today&dr=https%3A%2F%2Fwww.memorialcare.org%2Fpolicies-legal-notices%2Fprivacy-
policy&en=user_engagement&ep.page_previous=%2Fpolicies-legal-notices%2Fprivacy-
policy&ep.page_type=(not%20set)&ep.finding_method=(not%20set)&_et=6336 HTTP/1.1

Decoded URL Parameters

v=2
tid=G-HQFDFGHXNM
gtm=45je35v0
_p=635146750
cid=██████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
_s=2
dp=/locations/memorialcare-medical-group/schedule-appointment-today
dt=schedule an appointment today | memorialcare
sid=1686063883
sct=1
seg=1
dl=https://www.memorialcare.org/locations/memorialcare-medical-group/schedule-
appointment-today
dr=https://www.memorialcare.org/policies-legal-notices/privacy-policy
en=user_engagement
ep.page_previous=/policies-legal-notices/privacy-policy
ep.page_type=(not set)
ep.finding_method=(not set)



_et=6336

Request #2047

GET https://10171549.fls.doubleclick.net/activityi;src=10171549;type=fy22-00;cat=fy22-0;ord=1;num=7748803115351;gtm=45He35v0;auiddc=612665648.1686063883;uaa=x86;uab=64;uafvl=Not.A%252FBrand%3B8.0.0.0%7CChromium%3B114.0.5735.110%7CGoogle%2520Chrome%3B114.0.5735.110;uam=;uamb=0;uap=Windows;uapv=10.0.0;uaw=0;~oref=https%3A%2F%2Fwww.memorialcare.org%2Fproviders%2Fgary-r-duckwiler? HTTP/1.1

Decoded URL Parameters

  src=10171549
  type=fy22-00
  cat=fy22-0
  ord=1
  num=7748803115351
  gtm=45He35v0
  auiddc=612665648.1686063883
  uaa=x86
  uab=64
  uafvl=Not.A%2FBrand;8.0.0.0|Chromium;114.0.5735.110|Google%20Chrome;114.0.5735.110
  uam=
  uamb=0
  uap=Windows
  uapv=10.0.0
  uaw=0
  ~oref=https://www.memorialcare.org/providers/gary-r-duckwiler

Decoded Request Cookies

  IDE=███████████████████████████████

  DSID=████████████████████████████████
  ███████████████████████████████
  ███████████████████████████████████
  ██████
  ███████████████████████████████████████
  █

## Google Tracking Pixels on the OSF HealthCare Web Property

146.    OSF HealthCare operates the https://www.osfhealthcare.org/ Web property.

147.   The Fiddler capture file osfhealthcare.org-2023-05-18.saz contains the results of my testing of this Web property.

148.   Examples of Google tracking pixels found on this Web property include:



Request #98

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&aip=1&a=745084353&t=pageview&_s=1&dl=https%3A%2F%2Fwww.osfhealthcare.org%2F&ul=en-us&de=UTF-8&dt=OSF%20HealthCare%20%7C%20OSF%20HealthCare&sd=24-bit&sr=1920x1080&vp=1158x738&je=0&_u=aGBACEAjBAAAACAAI~&jid=█████████&gjid=██████████&cid=█████████████&tid=UA-7084042-19&_gid=█████████████&_r=1&_slc=1&gtm=45He35h0n81KHGKWQN&z=721166329 HTTP/1.1

Decoded URL Parameters

   v=1
   _v=j100
   aip=1
   a=745084353
   t=pageview
   _s=1
   dl=<mark>https://www.osfhealthcare.org/</mark>
   ul=en-us
   de=UTF-8
   dt=OSF HealthCare | OSF HealthCare
   sd=24-bit
   sr=1920x1080
   vp=1158x738
   je=0
   _u=aGBACEAjBAAAACAAI~
   jid=██████████
   gjid=██████████
   cid=█████████████
   tid=UA-7084042-19
   _gid=█████████████
   _r=1
   _slc=1
   gtm=45He35h0n81KHGKWQN
   z=721166329

Request #104

POST https://stats.g.doubleclick.net/j/collect?t=dc&aip=1&_r=3&v=1&_v=j100&tid=UA-7084042-19&cid=█████████████&jid=███████&gjid=████████&_gid=████████████████&_u=aGBACEAiBAAAACAAI~&z=1384275692 HTTP/1.1

Decoded URL Parameters

t=dc
aip=1
_r=3
v=1
_v=j100
tid=UA-7084042-19
cid=████████████
jid=████████
gjid=████████
_gid=██████████████
_u=aGBACEAiBAAAACAAI~
z=1384275692

Decoded Request Cookies

DSID=███████████████████
███████████████████████████████████
████████████████████████
███████████████████████████████████
IDE=███████████████████████

Request #380

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&aip=1&a=1680509142&t=pageview&_s=1&dl=https%3A%2F%2Fwww.osfhealthcare.org%2Fbilling%2F&ul=en-us&de=UTF-8&dt=Billing%20%26%20Insurance%20%7C%20OSF%20HealthCare&sd=24-bit&sr=1920x1080&vp=1158x738&je=0&_u=SCCACEAjBAAAACAAI~&jid=&gjid=&cid=██████████████&tid=UA-7084042-54&_gid=████████████████&_slc=1&gtm=45He35h0n81KHGKWQN&z=1002834342 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=1680509142
t=pageview
_s=1

```
dl=https://www.osfhealthcare.org/billing/
ul=en-us
de=UTF-8
dt=Billing & Insurance | OSF HealthCare
sd=24-bit
sr=1920x1080
vp=1158x738
je=0
_u=SCCACEAjBAAAACAAI~
jid=
gjid=
cid=███████████
tid=UA-7084042-54
_gid=█████████
_slc=1
gtm=45He35h0n81KHGKWQN
z=1002834342
```

Request #383

```
GET https://www.google.com/pagead/1p-user-
list/847896044/?random=1684447282544&cv=9&fst=1684447200000&num=1&guid=ON&eid=37
5603260%2C466465925%2C512247838&u_h=1080&u_w=1920&u_ah=1040&u_aw=1920&u_cd=
24&u_his=3&u_tz=-
240&u_java=false&u_nplug=5&u_nmime=2&sendb=1&frm=0&url=https%3A%2F%2Fwww.osfhea
lthcare.org%2Fbilling%2F&ref=https%3A%2F%2Fwww.osfhealthcare.org%2F&tiba=Billing%20%26
%20Insurance%20%7C%20OSF%20HealthCare&fmt=3&is_vtc=1&random=4242893198&resp=Go
oglemKTybQhCsO&rmt_tld=0&ipr=y HTTP/1.1
```

Decoded URL Parameters

```
  random=1684447282544
  cv=9
  fst=1684447200000
  num=1
  guid=ON
  eid=375603260,466465925,512247838
  u_h=1080
  u_w=1920
  u_ah=1040
  u_aw=1920
  u_cd=24
  u_his=3
  u_tz=-240
  u_java=false
  u_nplug=5
  u_nmime=2
  sendb=1
```

frm=0
url=https://www.osfhealthcare.org/billing/
ref=https://www.osfhealthcare.org/
tiba=Billing & Insurance | OSF HealthCare
fmt=3
is_vtc=1
random=4242893198
resp=GooglemKTybQhCsO
rmt_tld=0
ipr=y

Decoded Request Cookies

___Secure-3PAPISID=███████████████████
___Secure-3PSID=███████████
███████████████████████████████.
NID=███████████████████████
███████████████████
███████████████████████████████████
████████████████████████████████████████
1P_JAR=███████████
___Secure-
3PSIDCC=█████████████████████████████████

Request #779

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=1801172065&t=pageview&_s=1&dl=https%3A%2
F%2Fwww2.osfhealthcare.org%2Fproviders%2Fthomas-kelly-1462005&ul=en-us&de=UTF-
8&dt=Thomas%20C.%20Kelly%2C%20MD%20%7C%20OSF%20Healthcare&sd=24-
bit&sr=1920x1080&vp=1158x738&je=0&_u=SCCACEAjBAAAACAAI~&jid=&gjid=&cid=███████████
███████████&tid=UA-7084042-
19&_gid=████████████████████&_slc=1&gtm=45He35h0n81KHGKWQN&z=393855545
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=1801172065
t=pageview
_s=1
dl=https://www2.osfhealthcare.org/providers/thomas-kelly-1462005
ul=en-us
de=UTF-8
dt=Thomas C. Kelly, MD | OSF Healthcare

sd=24-bit
sr=1920x1080
vp=1158x738
je=0
_u=SCCACEAjBAAAACAAI~
jid=
gjid=
cid=█████████████
tid=UA-7084042-19
_gid=538076512.1684447245
_slc=1
gtm=45He35h0n81KHGKWQN
z=393855545

Request #962

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=168756475&t=pageview&_s=1&dl=https%3A%2F
%2Fwww.osfhealthcare.org%2Fsearch%2F%3Fq%3Ddiabetes&ul=en-us&de=UTF-
8&dt=Search%20Results%20%7C%20OSF%20HealthCare&sd=24-
bit&sr=1920x1080&vp=1158x738&je=0&_u=SCCACEAjBAAAACAAI~&jid=&gjid=&cid=██████████
█████████&tid=UA-7084042-
19&_gid=████████████&_slc=1&gtm=45He35h0n81KHGKWQN&linkid=search-
form&z=714945936 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=168756475
t=pageview
_s=1
dl=https://www.osfhealthcare.org/search/?q=diabetes
ul=en-us
de=UTF-8
dt=Search Results | OSF HealthCare
sd=24-bit
sr=1920x1080
vp=1158x738
je=0
_u=SCCACEAjBAAAACAAI~
jid=
gjid=
cid=█████████████
tid=UA-7084042-19
_gid=█████████████
_slc=1

gtm=45He35h0n81KHGKWQN
linkid=search-form
z=714945936

Request #967

GET https://www.google.com/pagead/1p-user-list/847896044/?random=1684447355603&cv=9&fst=1684447200000&num=1&guid=ON&eid=375603261%2C466465926%2C512247838&u_h=1080&u_w=1920&u_ah=1040&u_aw=1920&u_cd=24&u_his=14&u_tz=-240&u_java=false&u_nplug=5&u_nmime=2&sendb=1&frm=0&url=https%3A%2F%2Fwww.osfhealthcare.org%2Fsearch%2F%3Fq%3Ddiabetes&ref=https%3A%2F%2Fwww.osfhealthcare.org%2Fsearch%2F%3F_gl%3D1*uile2i*_ga*█████████████████████████████████████████████████████

████████                     &tiba=Search%20Results%20%7C%20OSF%20HealthCare&fmt=3&is_vtc=1&random=1543180651&resp=GooglemKTybQhCsO&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

random=1684447355603
cv=9
fst=1684447200000
num=1
guid=ON
eid=375603261,466465926,512247838
u_h=1080
u_w=1920
u_ah=1040
u_aw=1920
u_cd=24
u_his=14
u_tz=-240
u_java=false
u_nplug=5
u_nmime=2
sendb=1
frm=0
url=https://www.osfhealthcare.org/search/?q=diabetes

ref=https://www.osfhealthcare.org/search/?_gl=1*uile2i*_ga██████████████████████
█_ga█████████████████████████████████████&_ga=████████
██████████████████████████
tiba=Search Results | OSF HealthCare
fmt=3
is_vtc=1
random=1543180651
resp=GooglemKTybQhCsO

rmt_tld=0
ipr=y

Decoded Request Cookies

__Secure-3PAPISID=███████████████████
__Secure-3PSID=██████████
███████████████████████████
NID=████████████████████████
██████████████████
████████████████████████████████████
████████████████████████████████████████████
1P_JAR=████████████
__Secure-
3PSIDCC=█████████████████████████████████
██████

Request #992

GET https://www.google-
analytics.com/collect?v=1&_v=j100&aip=1&a=168756475&t=event&ni=0&_s=5&dl=https%3A%2
F%2Fwww.osfhealthcare.org%2Fsearch%2F%3Fq%3Ddiabetes&ul=en-us&de=UTF-
8&dt=Search%20Results%20%7C%20OSF%20HealthCare&sd=24-
bit&sr=1920x1080&vp=1158x738&je=0&ec=Link%20Click&ea=https%3A%2F%2Fwww.osfhealthc
are.org%2Flocations%2Fmedical-
group%2Fservices%2Fdiabetes%2F&el=Diabetes%20%7C%20OSF%20HealthCare&_u=SCCACEAjB
AAAACAAI~&jid=&gjid=&cid=█████████████████████&tid=UA-7084042-
19&_gid=███████████████████&gtm=45He35h0n81KHGKWQN&linkid=search-
form&z=1651250414 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=168756475
t=event
ni=0
_s=5
dl=https://www.osfhealthcare.org/search/?q=diabetes
ul=en-us
de=UTF-8
dt=Search Results | OSF HealthCare
sd=24-bit
sr=1920x1080
vp=1158x738
je=0

ec=Link Click
ea=https://www.osfhealthcare.org/locations/medical-group/services/diabetes/
el=Diabetes | OSF HealthCare
_u=SCCACEAjBAAAACAAI~
jid=
gjid=
cid=████████████████
tid=UA-7084042-19
_gid=538076512.1684447245
gtm=45He35h0n81KHGKWQN
linkid=search-form
z=1651250414


Request #1013


GET
https://googleads.g.doubleclick.net/pagead/viewthroughconversion/847896044/?random=16844
47360581&cv=9&fst=1684447360581&num=1&guid=ON&resp=GooglemKTybQhCsO&eid=37560
3260%2C466465926%2C512247838&u_h=1080&u_w=1920&u_ah=1040&u_aw=1920&u_cd=24&
u_his=15&u_tz=-
240&u_java=false&u_nplug=5&u_nmime=2&sendb=1&ig=1&frm=0&url=https%3A%2F%2Fwww.
osfhealthcare.org%2Flocations%2Fmedical-
group%2Fservices%2Fdiabetes%2F&ref=https%3A%2F%2Fwww.osfhealthcare.org%2Fsearch%2F
%3Fq%3Ddiabetes&tiba=Diabetes%20%7C%20OSF%20HealthCare&hn=www.googleadservices.co
m&uaa=x86&uab=64&uam=64&uap=Windows&uapv=10.0.0&uaw=0&uafvl=Google%2520Chrome
%3B113.0.5672.127%7CChromium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&rfmt=3&fmt=4 HTTP/1.1


Decoded URL Parameters

  random=1684447360581
  cv=9
  fst=1684447360581
  num=1
  guid=ON
  resp=GooglemKTybQhCsO
  eid=375603260,466465926,512247838
  u_h=1080
  u_w=1920
  u_ah=1040
  u_aw=1920
  u_cd=24
  u_his=15
  u_tz=-240
  u_java=false
  u_nplug=5
  u_nmime=2
  sendb=1

```
ig=1
frm=0
url=https://www.osfhealthcare.org/locations/medical-group/services/diabetes/
ref=https://www.osfhealthcare.org/search/?q=diabetes
tiba=Diabetes | OSF HealthCare
hn=www.googleadservices.com
uaa=x86
uab=64
uam=
uap=Windows
uapv=10.0.0
uaw=0
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
rfmt=3
fmt=4
```

Decoded Request Cookies

DSID=███████████████████████████
███████████████████████████████████
███████████████████████
███████████████████████████████████
IDE=███████████████████████████████

Request #1016

GET https://www.google.com/pagead/1p-user-
list/847896044/?random=1684447360581&cv=9&fst=1684447200000&num=1&guid=ON&eid=37
5603260%2C466465926%2C512247838&u_h=1080&u_w=1920&u_ah=1040&u_aw=1920&u_cd=
24&u_his=15&u_tz=-
240&u_java=false&u_nplug=5&u_nmime=2&sendb=1&frm=0&url=https%3A%2F%2Fwww.osfhea
lthcare.org%2Flocations%2Fmedical-
group%2Fservices%2Fdiabetes%2F&ref=https%3A%2F%2Fwww.osfhealthcare.org%2Fsearch%2F
%3Fq%3Ddiabetes&tiba=Diabetes%20%7C%20OSF%20HealthCare&fmt=3&is_vtc=1&random=21
81074986&resp=GooglemKTybQhCsO&rmt_tld=0&ipr=y HTTP/1.1

Decoded URL Parameters

   random=1684447360581
   cv=9
   fst=1684447200000
   num=1
   guid=ON
   eid=375603260,466465926,512247838
   u_h=1080
   u_w=1920
   u_ah=1040
```

u_aw=1920
u_cd=24
u_his=15
u_tz=-240
u_java=false
u_nplug=5
u_nmime=2
sendb=1
frm=0
url=https://www.osfhealthcare.org/locations/medical-group/services/diabetes/
ref=https://www.osfhealthcare.org/search/?q=diabetes
tiba=Diabetes | OSF HealthCare
fmt=3
is_vtc=1
random=2181074986
resp=GooglemKTybQhCsO
rmt_tld=0
ipr=y

Decoded Request Cookies

___Secure-3PAPISID=███████████████████████
___Secure-3PSID=█████████████
███████████████████████████
NID=████████████████████
█████████████████
█████████████████████████████████
████████████████████████████████████
1P_JAR=█████████
___Secure-
3PSIDCC=████████████████████████████████
███████

Request #1240

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=1102023298&t=pageview&_s=1&dl=https%3A%2
F%2Fhealthlibrary.osfhealthcare.org%2F85%2CP00335&ul=en-us&de=UTF-
8&dt=Facts%20About%20Diabetes%20%7C%20OSF%20HealthCare&sd=24-
bit&sr=1920x1080&vp=1158x738&je=0&_u=SCCACEAjBAAAACAAI~&jid=███████&gjid=
███████&cid=████████████████&tid=UA-7084042-
54&_gid=██████████████████&_r=1&_slc=1&gtm=45He35h0n81KHGKWQN&z=1488733877
HTTP/1.1

Decoded URL Parameters

v=1

```
_v=j100
aip=1
a=1102023298
t=pageview
_s=1
dl=https://healthlibrary.osfhealthcare.org/85,P00335
ul=en-us
de=UTF-8
dt=Facts About Diabetes | OSF HealthCare
sd=24-bit
sr=1920x1080
vp=1158x738
je=0
_u=SCCACEAjBAAAACAAI~
jid=█████████
gjid=█████████
cid=█████████████
tid=UA-7084042-54
_gid=██████████
_r=1
_slc=1
gtm=45He35h0n81KHGKWQN
z=1488733877
```

Request #1354

GET https://www.google-
analytics.com/collect?v=1&_v=j100&aip=1&a=2089218055&t=pageview&_s=4&dl=https%3A%2F
%2Fx.osfhealthcare.org%2Fcare%3F_gl%3D1*1x1ja5o*_ga*████████████████████
*_ga_███████████████████████████
████████████&dr=https%3A%2F%2Fhealthlibrary.osfhealthcare.org%2F&ul=en-
us&de=UTF-8&dt=Get%20Care%20Now%20%7C%20OSF%20HealthCare&sd=24-
bit&sr=1920x1080&vp=1158x738&je=0&_u=WiCICEFjBAAAACAAI~&jid=&gjid=&cid=████████
████████&tid=UA-7084042-
19&_gid=███████████████&gtm=45He35h0n81KHGKWQN&z=1359973651 HTTP/1.1

Decoded URL Parameters

```
v=1
_v=j100
aip=1
a=2089218055
t=pageview
_s=4
```

dl=https://x.osfhealthcare.org/care?_gl=1*1x1ja5o*_ga*██████████████*_g

a_██████████████████████████████████████████████&_ga=████████
dr=https://healthlibrary.osfhealthcare.org/
ul=en-us
de=UTF-8
dt=Get Care Now | OSF HealthCare
sd=24-bit
sr=1920x1080
vp=1158x738
je=0
_u=WiCICEFjBAAAACAAI~
jid=
gjid=
cid=██████████████████
tid=UA-7084042-19
_gid=██████████████████
gtm=45He35h0n81KHGKWQN
z=1359973651

Request #1714

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=431793721&t=pageview&_s=1&dl=https%3A%2F
%2Fwww2.osfhealthcare.org%2Fproviders%2Fbrian-moshier-1462513&ul=en-us&de=UTF-
8&dt=Brian%20J.%20Moshier%2C%20DO%20%7C%20OSF%20Healthcare&sd=24-
bit&sr=1920x1080&vp=1158x738&je=0&_u=SCCACEAjBAAAACAAI~&jid=&gjid=&cid=████████
████████&tid=UA-7084042-
19&_gid=██████████████████&_slc=1&gtm=45He35h0n81KHGKWQN&z=1301987886
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=431793721
t=pageview
_s=1
dl=https://www2.osfhealthcare.org/providers/brian-moshier-1462513
ul=en-us
de=UTF-8
dt=Brian J. Moshier, DO | OSF Healthcare
sd=24-bit
sr=1920x1080
vp=1158x738
je=0
_u=SCCACEAjBAAAACAAI~
jid=

gjid=
cid=█████████████
tid=UA-7084042-19
_gid=████████████
_slc=1
gtm=45He35h0n81KHGKWQN
z=1301987886

Request #2134

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=58093560&t=pageview&_s=1&dl=https%3A%2F%
2Fhealthlibrary.osfhealthcare.org%2FLibrary%2FDiseasesConditions%2FAdult%2FProstate%2F&ul
=en-us&de=UTF-8&dt=Prostate%20Health%20%7C%20OSF%20HealthCare&sd=24-
bit&sr=1920x1080&vp=1158x738&je=0&_u=SCCACEAjBAAAACAAI~&jid=&gjid=&cid=█████████
████████&tid=UA-7084042-
19&_gid=████████████&_slc=1&gtm=45He35h0n81KHGKWQN&z=1796166462
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=58093560
t=pageview
_s=1
dl=https://healthlibrary.osfhealthcare.org/Library/DiseasesConditions/Adult/Prostate/
ul=en-us
de=UTF-8
dt=Prostate Health | OSF HealthCare
sd=24-bit
sr=1920x1080
vp=1158x738
je=0
_u=SCCACEAjBAAAACAAI~
jid=
gjid=
cid=█████████████
tid=UA-7084042-19
_gid=████████████
_slc=1
gtm=45He35h0n81KHGKWQN
z=1796166462

Request #2493

POST https://www.google-analytics.com/g/collect?v=2&tid=G-
DXJYWYVTRD&gtm=45je35h0&_p=498947249&cid=█████████████&ul=en-
us&sr=1920x1080&uaa=x86&uab=64&uafvl=Google%2520Chrome%3B113.0.5672.127%7CChrom
ium%3B113.0.5672.127%7CNot-
A.Brand%3B24.0.0.0&uamb=0&uam=&uap=Windows&uapv=10.0.0&uaw=0&ngs=1&_s=1&sid=1
684447375&sct=1&seg=1&dl=https%3A%2F%2Fhealthlibrary.osfhealthcare.org%2FLibrary%2FDis
easesConditions%2FAdult%2FLiver%2F134%2C178&dr=https%3A%2F%2Fhealthlibrary.osfhealthc
are.org%2FLibrary%2FDiseasesConditions%2FAdult%2FLiver%2F&dt=Nonalcoholic%20Fatty%20Li
ver%20Disease%20%7C%20OSF%20HealthCare&en=page_view&_ee=1 HTTP/1.1


Decoded URL Parameters

v=2
tid=G-DXJYWYVTRD
gtm=45je35h0
_p=498947249
cid=████████████
ul=en-us
sr=1920x1080
uaa=x86
uab=64
uafvl=Google%20Chrome;113.0.5672.127|Chromium;113.0.5672.127|Not-A.Brand;24.0.0.0
uamb=0
uam=
uap=Windows
uapv=10.0.0
uaw=0
ngs=1
_s=1
sid=1684447375
sct=1
seg=1
dl=https://healthlibrary.osfhealthcare.org/Library/DiseasesConditions/Adult/Liver/134,178
dr=https://healthlibrary.osfhealthcare.org/Library/DiseasesConditions/Adult/Liver/
dt=Nonalcoholic Fatty Liver Disease | OSF HealthCare
en=page_view
_ee=1

149.    OSF HealthCare also operates a patient portal at www.osfmychart.org.

150.    I tested the OSF HealthCare Patient Portal and found extensive use of Google Analytics tracking
        pixels inside of the portal on authenticated Web pages.

151.    The Fiddler capture file osfmychart.org-2023-06-07 contains the results of my testing of the OSF
        HealthCare Patient Portal.

152.    Examples of Google Analytics tracking pixels found in the patient portal include:

---

Request #222

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&aip=1&a=956216227&t=pageview&_s=1&dl=https%3A%2F%2Fwww.osfmychart.org%2FOSFMyChart%2FHome%2F&ul=en-us&de=UTF-8&dt=OSF%20MyChart%20-%20Home&sd=24-bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=███████████ ██████████&tid=UA-7084042-24&_gid=███████████████&_slc=1&gtm=45He3650n81P4GX9M9&linkid=submit&z=1364918 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=956216227
t=pageview
_s=1
dl=https://www.osfmychart.org/OSFMyChart/Home/
ul=en-us
de=UTF-8
dt=OSF MyChart - Home
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=SCCAAEAjAAAAACAAI~
jid=
gjid=
cid=███████████████
tid=UA-7084042-24
_gid=███████████████
_slc=1
gtm=45He3650n81P4GX9M9
linkid=submit
z=1364918

Request #295

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&aip=1&a=980556944&t=pageview&_s=1&dl=https%3A%2F%2Fwww.osfmychart.org%2FOSFMyChart%2FClinical%2FTestResults&ul=en-us&de=UTF-8&dt=OSF%20MyChart%20-%20Test%20Results&sd=24-bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=████████████

---

███████████████     &tid=UA-7084042-
24&_gid=███████████████████████     &_slc=1&gtm=45He3650n81P4GX9M9&linkid=header_shortc
uts&z=184361646 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=980556944
t=pageview
_s=1
dl=https://www.osfmychart.org/OSFMyChart/Clinical/TestResults
ul=en-us
de=UTF-8
dt=OSF MyChart - Test Results
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=SCCAAEAjAAAAACAAI~
jid=
gjid=
cid=██████████████████
tid=UA-7084042-24
_gid=██████████████████
_slc=1
gtm=45He3650n81P4GX9M9
linkid=header_shortcuts
z=184361646

Request #436

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=1248442313&t=pageview&_s=1&dl=https%3A%2
F%2Fwww.osfmychart.org%2FOSFMyChart%2Finside.asp%3Fmode%3Dlabdetail%26eorderid%3D
WP-24pJl2p028mTtO37aqJMNybQ-3D-3D-247c2DBYd2wf3s-
2FyxNBpEmINnsqZdUpekn3Kmo3hJvLk0-3D&ul=en-us&de=UTF-8&dt=OSF%20MyChart%20-
%20Test%20Details&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=████████████
██████████     &tid=UA-7084042-
24&_gid=██████████████████████     &_slc=1&gtm=45He3650n81P4GX9M9&z=781137511
HTTP/1.1

Decoded URL Parameters

v=1
_v=j100

```
  aip=1
  a=1248442313
  t=pageview
  _s=1
  dl=https://www.osfmychart.org/OSFMyChart/inside.asp?mode=labdetail&eorderid=WP-
  24pJl2p028mTtO37aqJMNybQ-3D-3D-247c2DBYd2wf3s-2FyxNBpEmINnsqZdUpekn3Kmo3hJvLk0-
  3D
  ul=en-us
  de=UTF-8
  dt=OSF MyChart - Test Details
  sd=24-bit
  sr=1920x1080
  vp=1019x746
  je=0
  _u=SCCAAEAjAAAAACAAI~
  jid=
  gjid=
  cid=██████████████████
  tid=UA-7084042-24
  _gid=████████████████
  _slc=1
  gtm=45He3650n81P4GX9M9
  z=781137511


  Request #485

  POST https://www.google-
  analytics.com/j/collect?v=1&_v=j100&aip=1&a=1733817201&t=pageview&_s=1&dl=https%3A%2
  F%2Fwww.osfmychart.org%2FOSFMyChart%2FClinical%2FMedications&ul=en-us&de=UTF-
  8&dt=OSF%20MyChart%20-%20Medications&sd=24-
  bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=██████████
  ████████████&tid=UA-7084042-
  24&_gid=████████████████&_slc=1&gtm=45He3650n81P4GX9M9&linkid=header_shortc
  uts&z=2070317474 HTTP/1.1

  Decoded URL Parameters

  v=1
  _v=j100
  aip=1
  a=1733817201
  t=pageview
  _s=1
  dl=https://www.osfmychart.org/OSFMyChart/Clinical/Medications
  ul=en-us
  de=UTF-8
  dt=OSF MyChart - Medications
  sd=24-bit
```

```
sr=1920x1080
vp=1019x746
je=0
_u=SCCAAEAjAAAAACAAI~
jid=
gjid=
cid=███████████████
tid=UA-7084042-24
_gid=████████████████
_slc=1
gtm=45He3650n81P4GX9M9
linkid=header_shortcuts
z=2070317474
```

Request #606

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&aip=1&a=650376146&t=pageview&_s=1&dl=https%3A%2F%2Fwww.osfmychart.org%2FOSFMyChart%2FVisits&ul=en-us&de=UTF-8&dt=OSF%20MyChart%20-%20Appointments%20and%20Visits&sd=24-bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=███████████████ &tid=UA-7084042-24&_gid=████████████████&_slc=1&gtm=45He3650n81P4GX9M9&linkid=header_shortcuts&z=606649086 HTTP/1.1

Decoded URL Parameters

```
v=1
_v=j100
aip=1
a=650376146
t=pageview
_s=1
dl=https://www.osfmychart.org/OSFMyChart/Visits
ul=en-us
de=UTF-8
dt=OSF MyChart - Appointments and Visits
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=SCCAAEAjAAAAACAAI~
jid=
gjid=
cid=███████████████
tid=UA-7084042-24
_gid=████████████████
_slc=1
```

gtm=45He3650n81P4GX9M9
linkid=header_shortcuts
z=606649086

Request #642

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=615464822&t=pageview&_s=1&dl=https%3A%2F
%2Fwww.osfmychart.org%2FOSFMyChart%2FClinical%2FMedications&ul=en-us&de=UTF-
8&dt=OSF%20MyChart%20-%20Medications&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=████████
████████&tid=UA-7084042-
24&_gid=████████████&_slc=1&gtm=45He3650n81P4GX9M9&linkid=header_shortc
uts&z=1396080591 HTTP/1.1

Decoded URL Parameters

v=1
_v=j100
aip=1
a=615464822
t=pageview
_s=1
dl=https://www.osfmychart.org/OSFMyChart/Clinical/Medications
ul=en-us
de=UTF-8
dt=OSF MyChart - Medications
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=SCCAAEAjAAAAACAAI~
jid=
gjid=
cid=████████████
tid=UA-7084042-24
_gid=████████████
_slc=1
gtm=45He3650n81P4GX9M9
linkid=header_shortcuts
z=1396080591

Request #665

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=772757040&t=pageview&_s=1&dl=https%3A%2F
%2Fwww.osfmychart.org%2FOSFMyChart%2Fapp%2Fcommunication-center%2F&ul=en-
us&de=UTF-8&dt=OSF%20MyChart%20-&sd=24-

bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=███████████
████████&tid=UA-7084042-
24&_gid=███████████████&_slc=1&gtm=45He3650n81P4GX9M9&linkid=header_shortc
uts&z=1592717673 HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  aip=1
  a=772757040
  t=pageview
  _s=1
  dl=<mark>https://www.osfmychart.org/OSFMyChart/app/communication-center/</mark>
  ul=en-us
  de=UTF-8
  dt=OSF MyChart -
  sd=24-bit
  sr=1920x1080
  vp=1019x746
  je=0
  _u=SCCAAEAjAAAAACAAI~
  jid=
  gjid=
  cid=███████████████
  tid=UA-7084042-24
  _gid=███████████████
  _slc=1
  gtm=45He3650n81P4GX9M9
  linkid=header_shortcuts
  z=1592717673

Request #715

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=255561472&t=pageview&_s=1&dl=https%3A%2F
%2Fwww.osfmychart.org%2FOSFMyChart%2FClinical%2FCareTeam&ul=en-us&de=UTF-
8&dt=OSF%20MyChart%20-%20Care%20Team%20and%20Recent%20Providers&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=███████████
████████&tid=UA-7084042-
24&_gid=███████████████&_slc=1&gtm=45He3650n81P4GX9M9&linkid=32792_2&z=21
13720913 HTTP/1.1

Decoded URL Parameters

  v=1
  _v=j100
  aip=1

a=255561472
t=pageview
_s=1
dl=https://www.osfmychart.org/OSFMyChart/Clinical/CareTeam
ul=en-us
de=UTF-8
dt=OSF MyChart - Care Team and Recent Providers
sd=24-bit
sr=1920x1080
vp=1019x746
je=0
_u=SCCAAEAjAAAAACAAI~
jid=
gjid=
cid=█████████████████
tid=UA-7084042-24
_gid=█████████████████
_slc=1
gtm=45He3650n81P4GX9M9
linkid=32792_2
z=2113720913


Request #753

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&aip=1&a=1981174721&t=pageview&_s=1&dl=https%3A%2
F%2Fwww.osfmychart.org%2FOSFMyChart%2FAuthentication%2FLogin%3Faction%3Dlogout&ul=
en-us&de=UTF-8&dt=OSF%20MyChart%20-%20Login%20Page&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=SCCAAEAjAAAAACAAI~&jid=&gjid=&cid=█████████████
█████████&tid=UA-7084042-
24&_gid=█████████████████&_slc=1&gtm=45He3650n81P4GX9M9&linkid=logout_text&z=
1516083874 HTTP/1.1


Decoded URL Parameters

v=1
_v=j100
aip=1
a=1981174721
t=pageview
_s=1
dl=https://www.osfmychart.org/OSFMyChart/Authentication/Login?action=logout
ul=en-us
de=UTF-8
dt=OSF MyChart - Login Page
sd=24-bit
sr=1920x1080
vp=1019x746

```
je=0
_u=SCCAAEAjAAAAACAAI~
jid=
gjid=
cid=█████████████████
tid=UA-7084042-24
_gid=████████████████
_slc=1
gtm=45He3650n81P4GX9M9
linkid=logout_text
z=1516083874
```

## Google Tracking Pixels on the Alton Memorial Web Property

153.    Alton Memorial Hospital operates the https://www.altonmemorialhospital.org Web Property.

154.    In my testing of the Alton Memorial Web property, I found no use of Google tracking pixels on May 18, 2023.

155.    However, the Alton Memorial Hospital Web property previously used Google Analytics tracking pixels as late as Feb. 24, 2023 based on my investigation of archived Alton Memorial Web pages at the Internet Archive (https://archive.org).

156.    The following screen shot from the Internet Archive shows an example of a saved Web page for the Alton Memorial Sleep Diagnostics Center:



Source:
https://web.archive.org/web/20230224025259/https://www.altonmemorialhospital.org/Medical-Services/Sleep-Diagnostics-Center

157.    Source code in request #111 of the SAZ capture file Alton-Archive.org-Feb-24-2023.saz shows that the Web page was configured to use the Google Tag Manger as described above:

---

Request #111

GET
https://web.archive.org/web/20230224025259/https://www.altonmemorialhospital.org/Medical-Services/Sleep-Diagnostics-Center HTTP/1.1

&lt;!-- Google Tag Manager --&gt;
&lt;script&gt;(function(w,d,s,l,i){w[l]=w[l]||[];w[l].push({'gtm.start':
new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=

---

```
'https://web.archive.org/web/20230224025259/https://www.googletagmanager.com/gtm.js?id='
+i+dl;f.parentNode.insertBefore(j,f);
   })(window,document,'script','dataLayer','GTM-P4PTTZ');</script>
   <!-- End Google Tag Manager -->
   <!-- Google Tag Manager -->
        <script>
     (function(w,d,s,l,i){w[l]=w[l]||[];
     w[l].push({'gtm.start':new Date().getTime(),event:'gtm.js'});
     var f=d.getElementsByTagName(s)[0],j=d.createElement(s),dl=l='dataLayer'?'&l='+l:'';
     j.async=true;

j.src='https://web.archive.org/web/20230224025259/https://www.googletagmanager.com/gtm.j
s?id='+i+dl;
     f.parentNode.insertBefore(j,f);
     })(window,document,'script','dataLayer','GTM-KGSK9J3');
   </script>
   <!-- End Google Tag Manager -->
```

158.    The URLs for the Google Tag Manager scripts were rewritten by the Internet Archive to point to saved versions of the Google Tag Manager scripts.

159.    Request #235 shows the first Google Tag Manager script file has been configured to use Google Analytics with a tracking id of UA-109514347-1:

```
Request #235

GET
https://web.archive.org/web/20190713040750/https://www.googletagmanager.com/gtm.js?id=
GTM-KGSK9J3&l=dataLayer HTTP/1.1

           // Copyright 2012 Google Inc. All rights reserved.
           (function() {

             var data = {
               "resource": {
                 "version": "6",
                 "macros": [{
                   "function": "__e"
                 }, {
                   "function": "__gas",
                   "vtp_cookieDomain": "auto",
                   "vtp_doubleClick": false,
                   "vtp_setTrackerName": false,
                   "vtp_useDebugVersion": false,
                   "vtp_useHashAutoLink": false,
                   "vtp_decorateFormsAutoLink": false,
```

```
          "vtp_enableLinkId": false,
          "vtp_enableEcommerce": false,
          "vtp_trackingId": "UA-109514347-1",
          "vtp_enableUaRlsa": false,
          "vtp_enableUseInternalVersion": false
        }, {
          "function": "__u",
          "vtp_component": "URL"
        }, {
          "function": "__u",
          "vtp_component": "HOST"
        }, {
          "function": "__u",
          "vtp_component": "PATH"
        }, {
          "function": "__f",
          "vtp_component": "URL"
        }, {
          "function": "__e"
        }],
        "tags": [{
          "function": "__ua",
          "once_per_event": true,
          "vtp_overrideGaSettings": false,
          "vtp_trackType": "TRACK_PAGEVIEW",
          "vtp_gaSettings": ["macro", 1],
          "vtp_enableUaRlsa": false,
          "vtp_enableUseInternalVersion": false,
          "vtp_enableFirebaseCampaignData": true,
          "tag_id": 2
        }],
        "predicates": [{
          "function": "_eq",
          "arg0": ["macro", 0],
          "arg1": "gtm.js"
        }],
        "rules": [
          [
            ["if", 0],
            ["add", 0]
          ]
        ]
      },
      "runtime": [
        [],
        []
      ]
```

```
        };
```

160.    Request #242 shows the Google Analytics tracking pixel being sent with the URL of and
        information about the Alton Memorial Sleep Diagnostics Center:

---

Request #242

GET https://web.archive.org/web/20200229183022/https://www.google-
analytics.com/r/collect?v=1&_v=j81d&a=1936574020&t=pageview&_s=1&dl=https%3A%2F%2Fw
ww.altonmemorialhospital.org%2FMedical-Services%2FSleep-Diagnostics-Center&ul=en-
us&de=UTF-
8&dt=Sleep%20Diagnostics%20Center%3A%20Diagnosis%20and%20Treatment%20for%20Sleep%
20Disorders%20%7C%20Alton%20Memorial%20Hospital&sd=24-
bit&sr=1920x1080&vp=1019x746&je=0&_u=YEBAAEAB~&jid=███████&gjid=████████&cid=
███████████&tid=UA-109514347-
1&_gid=███████████&_r=1&gtm=2wg6q1KGSK9J3&z=1306404297 HTTP/1.1

Decoded URL Parameters

 v=1
 _v=j81d
 a=1936574020
 t=pageview
 _s=1
 dl=https://www.altonmemorialhospital.org/Medical-Services/Sleep-Diagnostics-Center
 ul=en-us
 de=UTF-8
 dt=Sleep Diagnostics Center: Diagnosis and Treatment for Sleep Disorders | Alton Memorial
Hospital
 sd=24-bit
 sr=1920x1080
 vp=1019x746
 je=0
 _u=YEBAAEAB~
 jid=███████
 gjid=███████
 cid=███████████
 tid=UA-109514347-1
 _gid=███████████
 _r=1
 gtm=2wg6q1KGSK9J3
 z=1306404297

---

161.    Because the Internet Archive rewrites URLs, the Google Analytics tracking pixel is sent to an Internet Archive server rather than a Google Analytics server.  However, if the original Web page were to be viewed at the Alton Memorial Web property on Feb. 24, 2023, the tracking pixel would be sent to a Google Analytics server.

## Examples of How Communications Between a User and Health Care Provider Web Properties Are Stored

162.    The HTTP network communications between a user and health care provider Web properties are stored in multiple locations.

163.    Examples of stored communications include Web page URLs, cookies, and the contents of Web pages including page titles.

164.    These stored communications are held both by the memory of a user's Web browser and the memory of the servers of the Web properties.

165.    The stored communications are also held in the file system of a user's computer and the file systems of the servers of the Web properties.

166.    For example, a Web browser saves Web URLs in a history database, cookies in a cookie database, and Web page contents in a cache.  Portions of these databases and a cache are held both in RAM memory and in a file system and are accessed when a user is communicating with a health care provider Web property.

## IP Addresses

167.    IP addresses are used to route messages on the Internet.

168.    An IP address is a number which identifies a computer which is attached to the Internet.

169.    IP addresses come in two forms:  IPv4 or IPv6.  An IPv4 address is a 32-bit number while an IPv6 address is a 128-bit number.  There are two forms of IP addresses because there are not enough IPv4 addresses for all of the computing devices that now exist.  The larger IPv6 identifier was created to address this problem.

170.    A 32-bit IPv4 address is made human-readable by writing out four decimal numbers separated by periods.  Example:  172.217.12.164.

171.    When a Web browser makes an HTTP request to a Web server, it must send the request to the IP address of the server.  To learn the IP address of the Web server, a Web browser will first lookup

the IP address of the server based on the host name of the URL being requested.  This lookup process uses a service called the Domain Name System (DNS).  This service, typically offered by an ISP, maps host names to IP addresses.  This lookup process is automatically handled by a browser and is not visible to a user.

172.     Examples of IPv4 addresses assigned to Web properties include:

| | |
|---|---|
| healthy.kaiserpermanente.org | 104.77.234.245 |
| www.google.com | 172.217.12.164 |
| www.youtube.com | 142.251.35.174 |

173.     For large companies like Google, a single Web server cannot possibly service all the users that come to the Web property.  Therefore, these sites use multiple Web servers to service all of their users.  Each Web server is assigned its own unique IP address.  To share the load between different users, the DNS system sometimes is configured to return different IPv4 or IPv6 addresses for the same host name.

174.     For a home computer user, a public IPv4 address is typically assigned to the cable or DSL modem being used in the home.  The IP address is assigned to the home modem when it is powered on.  The public IP address of a modem is assigned by the home-owner's Internet Service Provider (ISP).  Examples of popular ISPs include Comcast, AT&T, Charter, and Verizon.

175.     The same IPv4 address might be assigned to a modem each time it is powered up or a different IPv4 address can be assigned to the modem.  How IPv4 addresses get assigned is a policy decision made by individual ISPs.

176.     When assigning an IPv4 address to a modem, an ISP typically keeps a record of the IPv4 address and which customer account the IP address has been associated with.

177.     When a Web browser makes an HTTP request, the public IPv4 address is sent as part of the request to the Web property.  The IP address is needed so that the Web property knows where the HTTP response is to be sent back to.

178.     A public IPv4 address is not typically visible to a user.  However, there are Web properties which will provide a public IP address.  Once such Web property is www.myIPaddress.com which shows the IPv4 address of ██████████ :



179.    Google will also provide a public IPv4 address when searching for "my ip address':



180.    In a typical home Internet setup, all Internet-connected devices share the public IP address of the modem of the house.  Examples of Internet-connected devices include:

    a.   Personal computers
    b.   Smartphones
    c.   Tablets such as iPads
    d.   Smart TVs
    e.   Video streaming devices
    f.   Smart speakers such as Amazon Echo

g.   Smart watches

181.   These devices typically communicate with a home WiFi access point/router either through a wireless WiFi connection or wired Ethernet connection.  The WiFi access point in turn is attached to the home-owner's cable modem in order to access the Internet outside of the home.

182.   Each device attached to a WiFi access point is assigned its own unique internal IPv4 address by the access point.  These internal IPv4 addresses are typically not seen by Web properties and are selected from reserved IPv4 addresses which are called non-routable addresses.  Examples of IPv4 address ranges which are not routable include 10.0.0.0 – 10.255.255.255, 172.16.0.0 – 172.31.255.255, and 192.168.0.0 – 192.168.255.255.

183.   As explained in this 2018 blog article from Data Dynamix, an Internet marketing company, individual homes can be tracked and targeted via the public IPv4 address assigned to their home modem:

IP Targeting: The Future of Advertising?

With this development in marketing, advertisers can now send customized ads to people in specific locations matching specific demographics. Displaying an ad in this fashion – ultra-targeted to someone who most likely wants to see it, has shown to increase click-throughs by as much as 300%! The ads can also be displayed to businesses, as well. IP targeting allows for both B2B and B2C marketing. Once an IP address is assigned to a person or a business, it almost acts as a tracking number where a business can collect information about them. IP targeting gives marketers an easy and effective way to target people, all while providing them with information that is beneficial to their business.

If you are looking to mix things up and try a different method, IP targeting could very well be worth a shot. Data-Dynamix can help you with IP targeting. Please contact us for more information on this exciting new technology for digital marketing!

Source: https://www.data-dynamix.com/ip-targeting-future-advertising/

Note:  Yellow highlighting added.

184.   See also:

Using our unique technology, we have **tied an individual's household address to a unique IP address** with the purpose of delivering targeted marketing messages. This means we can deliver an ad via a mobile device, table, PC, laptop or connected television.

Source: https://www.data-dynamix.com/solutions/ip-address-targeting/

Note: Bold highlighting is original.

185.     A computing device may also be assigned an IPv6 address which it can use to communicate with Web properties that support IPv6 networking.  In order for a device to obtain an IPv6 address, its networking software, the local networking hardware being used by the device, and the ISP being used by the device must support IPv6 networking.

186.     The following screen shot from a Google search of "my IP address" shows a 128-bit IPv6 address assigned to my Windows PC being displayed by Google as a series of 8 hexadecimal numbers separated by colon characters:



    Source: https://www.google.com

187.     IPv6 addresses allow geolocation typically down to the city level as well as identification of an ISP.  See for example the following screen shot which shows that my Comcast IPv6 address is located in Boston, Massachusetts:



Source: https://tools.keycdn.com/geo

188.    In Windows 10, my IPv6 address ████████████████████████ is known as a
temporary IPv6 address as shown in the following ipconfig command output:

```
Wireless LAN adapter Wi-Fi:

   Connection-specific DNS Suffix  . :
   IPv6 Address. . . . . . . . . . . :
   Temporary IPv6 Address. . . . . . :
```

189.    A temporary IPv6 address is reassigned periodically by Windows 10 or when reconnecting to an
IPv6-capable network.  Part of the temporary IPv6 address is a random number.  Temporary IPv6
addresses are designed to provide some level of privacy protections versus a fixed IPv6 address.
However, even temporary IPv6 addresses still allow geolocation and can be associated with
personally-identifiable information such as the Google login cookies.

190.    In order for a browser to use an IPv6 address to communicate with a Web property, the Web
property must be IPv6-enabled.  Otherwise, a browser will instead use an IPv4 address to
communicate with a Web property.

191.    According to a 2018 survey of the Alexa Top 1000 Web properties, somewhat less than 30% of
the sites are reachable via IPv6 address:

➢ **Alexa Top 1,000 Websites:** 28% with working IPv6 (up from 23% in 2017)



**Figure 2** – Percentage of Alexa Top 1000 websites reachable over IPv6

Source: *State of IPv6 Deployment 2018*, Internet Society

192.    For example, in the Google Analytics, Google DoubleClick, and Google Ads tracking pixels used at the Kaiser Permanente Web property, IP addresses are included in the HTTP requests for the tracking pixels.

193.    Google, in their privacy policy, acknowledges that they collect IP addresses for at least the purpose of location tracking:





Privacy Policy – Privacy & Terms

policies.google.com/privacy#infocollect

Privacy Policy

## Information we collect as you use our services

### Your apps, browsers & devices

We collect information about the apps, browsers, and devices you use to access Google services, which helps us provide features like automatic product updates and dimming your screen if your battery runs low.

The information we collect includes unique identifiers, browser type and settings, device type and settings, operating system, mobile network information including carrier name and phone number, and application version number. We also collect information about the interaction of your apps, browsers, and devices with our services, including IP address, crash reports, system activity, and the date, time, and referrer URL of your request.

We collect this information when a Google service on your device contacts our servers — for example, when you install an app from the Play Store or when a service checks for automatic updates. If you're using an Android device with Google apps, your device periodically contacts Google servers to provide information about your device and connection to our services. This information includes things like your device type and carrier name, crash reports, which apps you've installed, and, depending on your device

Source: https://policies.google.com/privacy#infocollect

194.    Google also offers an option in Google Analytics to mask IP addresses once they are received by a Google server as explained on this Google support page:

# IP masking in Universal Analytics

In Google Analytics 4, IP masking is not necessary since IP addresses are not logged or stored.

## At a glance

When a customer of Universal Analytics requests IP-address masking, Analytics truncates the address as soon as technically feasible. The IP-masking feature in Universal Analytics sets the last octet of IPv4 user IP addresses and the last 80 bits of IPv6 addresses to zeros in memory shortly after being sent to Google Analytics. The full IP address is never written to disk in this case.

Geographic dimensions are later derived from truncated IP addresses.

In Universal Analytics, IP-address masking is opt in, and is implemented as described in the "In depth" section below.

## In depth

Analytics provides the anonymize_ip ⧉ feature (`gtag('config', '<GA_MEASUREMENT_ID>', { 'anonymize_ip': true }`) in the gtag.js library) to allow website owners to request that all of their users' IP addresses are masked within the product. This feature is designed to help site owners comply with their own privacy policies or, in some countries, recommendations from local data protection authorities, which may prevent the storage of full IP address information. The IP truncation/masking takes place as soon as data is received by Google Analytics, before any storage or processing takes place.

The process of IP masking in Analytics takes place within two steps in the collection pipeline: the JavaScript Tag and the Collection Network. These steps are explained below.



### The Analytics JavaScript Tag

When a JavaScript-enabled web browser loads a page with the Analytics tag, it does two things asynchronously: It loads and processes the Analytics function queue, and it requests the Analytics JavaScript. The function queue is a JavaScript array where the different Analytics configuration and collection functions are pushed. These functions, which are set by the site owner when implementing Analytics, can include functions like specifying the Analytics account number and actually sending page view data to Google Analytics for processing.

When the Analytics JavaScript runs a function from the function queue that triggers data to be sent to Google Analytics (this function is typically `gtag('config', '<GA_MEASUREMENT_ID>'` ⧉ in the gtag.js library), it sends the data as URL parameters attached to an HTTP request for http://www.google-analytics.com/collect. If the masking function has been called prior to the page tracking function, an additional parameter is added to the pixel request. The IP masking parameter looks like this:

**&aip=1**

### The Analytics Collection Network

The Analytics Collection Network is the set of servers that provide two main services: the serving of gtag.js (the Analytics JavaScript) and the collection of data sent via requests for /collect.

When a request for gtag.js arrives, it includes additional information in the HTTP request header (i.e. the type of browser being used) and the TCP/IP header (i.e. the IP address of the requester).

As soon as a request arrives, it is held in memory for truncation. If the **&aip=1** parameter is found in the request URL , then the last octet of the user IP address is set to zero while still in memory. For example, an IP address of 12.214.31.144 would be changed to 12.214.31.0. (If the IP address is an IPv6 address, the last 80 of the 128 bits are set to zero.) Only after this truncation process is the request written to disk for processing. If the IP truncation method is used, then at no time is the full IP address written to disk as all truncation happens in memory nearly instantaneously after the request has been received.

Source: https://support.google.com/analytics/answer/2763052?hl=en

195.    As the support page explains, a Web property must opt into IP masking when the property is using Universal Analytics.

196.    If a property opts into IP masking, an "aip=1" parameter is included in Google tracking pixel URLs.

197.    In my testing of health care provider Web sites, I found that a number of the properties are using Universal Analytics without opting into IP masking.

198.    The following are examples of Google Analytic tracking pixel requests which are missing the "aip" parameter indicating that complete IP addresses are stored by Google servers:

| Request #830 |
| --- |

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&a=131596852&t=pageview&_s=1&dl=https%3A%2F%2Fwww.gundersenhealth.org%2Fpatients-visitors%2Fscheduled-for-an-upcoming-procedure&ul=en-us&de=UTF-8&dt=Scheduled%20for%20an%20upcoming%20procedure%3F%20I%20Gundersen%20Health&sd=24-bit&sr=1920x1080&vp=1158x708&je=0&_u=AACAAEABAAAAACAAI~&jid=&gjid=&cid=██████████&tid=UA-85701388-2&_gid=████████████&_slc=1&z=216894680 HTTP/1.1

Request #567

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&a=1845372578&t=pageview&_s=1&dl=https%3A%2F%2Fproviders.gundersenhealth.org%2Fsearch%3Falias_term%3DUrology%26specialty_strict%3DUrology.%252A%26sort%3Drelevance%252Cnetworks%252Cavailability_density_best&dr=https%3A%2F%2Fwww.gundersenhealth.org%2F&ul=en-us&de=UTF-8&dt=Urology%20-%20Find%20a%20Doctor%20%7C%20Gundersen%20Health%20System&sd=24-bit&sr=1920x1080&vp=1158x708&je=0&_u=AACAAEABAAAAACAAI~&jid=██████&gjid=██████&cid=███████████&tid=UA-31344009-7&_gid=██████████&_r=1&_slc=1&z=2123524339 HTTP/1.1

Request #412

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&a=137795584&t=pageview&_s=1&dl=https%3A%2F%2Fwww.keckmedicine.org%2Ftreatments%2Fbreast-screening-and-diagnostic-imaging%2F&ul=en-us&de=UTF-8&dt=Breast%20Cancer%20Screening%20-%20%20Keck%20Medicine%20of%20USC&sd=24-bit&sr=1920x729&vp=1019x729&je=0&_utma=122545425.1899393699.1686063515.1686063515.1686063515.1&_utmz=122545425.1686063515.1.1.utmcsr%3D(direct)%7Cutmccn%3D(direct)%7Cutmcmd%3D(none)&_utmht=1686063532989&_u=QACCAEABAAAAACAAI~&jid=&gjid=&cid=█████████████&tid=UA-43469629-51&_gid=██████████████&_slc=1&gtm=45He35v0n81NG4N49F&z=1494434111 HTTP/1.1

Request #122

POST https://www.google-analytics.com/j/collect?v=1&_v=j100&a=1732952392&t=pageview&_s=1&dl=https%3A%2F%2Fwww.memorialcare.org%2Flocations%2Flong-beach-medical-center&ul=en-us&de=UTF-8&dt=Long%20Beach%20Medical%20Center%20%7C%20Hospital%20%7C%20MemorialCare&sd=24-bit&sr=1920x746&vp=1019x746&je=0&_u=YEBAAEABAAAAACAEK~&jid=███████████&gjid=█████&cid=██████████████&tid=UA-487185-4&_gid=███████████&_r=1&_slc=1&gtm=45He35v0n81W8ZDM8G&cd1=████████████&cd2=███████████████ HTTP/1.1

---

Request #103

POST https://www.google-
analytics.com/j/collect?v=1&_v=j100&a=923106525&t=pageview&_s=1&dl=https%3A%2F%2F<mark>ww
w.mercy.net</mark>%2F&dp=https%3A%2F%2Fwww.mercy.net%2F&ul=en-us&de=UTF-
8&dt=your%20life%20is%20our%20life%27s%20work&sd=24-
bit&sr=1920x1080&vp=1158x842&je=0&_u=KEBAAAABAAAAACAC~&jid=▅▅▅▅▅▅&gjid=▅▅▅▅
▅▅&cid=▅▅▅▅▅▅▅▅▅▅▅▅&tid=UA-5428947-
44&_gid=▅▅▅▅▅▅▅▅▅▅&_r=1&_slc=1&z=701004528 HTTP/1.1

---

199.     Marked in <mark>yellow</mark> are the host names of the properties which have not configured IP masking with Universal Analytics.


## Server Logs


200.     Web server software typically keeps a record of each HTTP request and response that has been processed by a Web server.  The record of HTTP request and response is held in a server log file.  A common technique is to make a one-line text entry in an access log file for each HTTP request/response pair.

201.     Entries in server access log files typically contain the following information:

     a.   The date and time of the HTTP request
     b.   The public IP address of the computer making the request
     c.   The HTTP method being performed (GET, POST, etc.)
     d.   The URL being requested
     e.   The user agent identification
     f.   The response status
     g.   Size of the response body

202.     For the Apache Web server software, documentation for access log files can be found at *Log Files* at  https://httpd.apache.org/docs/current/logs.html.

203.     For the NGINX Web server software, documentation for access log files can be found at *Setting Up the Access Log* at  https://docs.nginx.com/nginx/admin-guide/monitoring/logging/.

204.     Server access log files have many different uses.  Example uses include:

     a.   Statistical analysis of how a Web property gets used
     b.   Statistical analysis of who is using a Web property
     c.   Diagnosing server-side software errors

    d.   Investigating security breaches

    e.   Internal and external privacy and security audits

205.    Google acknowledges that it keeps server logs with full IP addresses for 9 months:

# Data that expires after a specific period of time

In some cases, rather than provide a way to delete data, we store it for a predetermined period of time. For each type of data, we set retention timeframes based on the reason for its collection. For example, to ensure that our services display properly on many different types of devices, we may retain browser width and height for up to 9 months. We also take steps to anonymize certain data within set time periods. For example, we anonymize advertising data in server logs by removing part of the IP address after 9 months and cookie information after 18 months.

Source: https://policies.google.com/technologies/retention?hl=en-US

## Tracking Pixels and HIPAA

206.    Under HIPAA privacy rules, certain kinds of identifiers are considered Protected Health Information (PHI).  See 45 C.F.R. § 164.514:

    1. Names

    2. All geographic subdivisions smaller than a State, including street address, city, county, precinct, zip code, and their equivalent geocodes, except for the initial three digits of a zip code if, according to currently publicly available data from the Bureau of the Census:

        (1) The geographic unit formed by combining all zip codes with the same three initial digits contains more than 20,000 people; and

        (2) The initial three digits of a zip code for all such geographic units containing 20,000 or fewer people is changed to 000.

    3. All elements of dates (except year) for dates directly related to an individual, including birth date, admission date, discharge date, date of death, all ages over 89 and all elements of dates (including year) indicative of such age, except that such ages and elements may be aggregated into a single category of 90 or older;

    4. Telephone numbers;

    5. Fax numbers;

    6. Electronic mail addresses;

    7. Social Security numbers;

8. Medical record numbers;

9. Health plan beneficiary numbers;

10. Account numbers;

11. Certificate/license numbers;

12. Vehicle identifiers and serial numbers, including license plate numbers;

13. Device identifiers and serial numbers;

14. Web Universal Resource Locators (URLs);

15. Internet Protocol (IP) address numbers;

16. Biometric identifiers, including finger and voice prints;

17. Full face photographic images and any comparable images; and

18. Any other unique identifying number, characteristic, or code.

207.   Of these Protected Health Information identifiers, at least five identifiers are routinely sent to Google in tracking pixels when a patient is communicating with a health care provider Web property:

    a.  Web URL

    b.  IP address

    c.  Account number in the form of cookie id numbers or in a URL query string parameter

    d.  Device identifiers and serial numbers

    e.  Any other characteristic that could uniquely identify the individual

208.   In late 2022, the U.S. Department of Health and Human Services (HHS) issued a bulletin entitled *Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates.*  The bulletin highlights the obligations of HIPAA-covered entities when using online tracking technologies such as cookies and tracking pixels.  See:



Source: https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/hipaa-online-tracking/index.html

209.    The bulletin makes the following statement about the use of tracking technologies (emphasis is original):

**Regulated entities are not permitted to use tracking technologies in a manner that would result in impermissible disclosures of PHI to tracking technology vendors or any other violations of the HIPAA Rules.**

Source: https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/hipaa-online-tracking/index.html

## Google's Position on the Use of Tracking Pixels on Health Care Provider Web Properties:

210.    On a Google support page, Google warns health care providers that they "must refrain from exposing to Google any data that may be considered Protected Health Information (PHI)" when using Google Analytics:

## Can Google Analytics be used in compliance with HIPAA?

Customers must refrain from using Google Analytics in any way that may create obligations under HIPAA for Google. HIPAA-regulated entities using Google Analytics must refrain from exposing to Google any data that may be considered Protected Health Information (PHI), even if not expressly described as PII in Google's contracts and policies. Google makes no representations that Google Analytics satisfies HIPAA requirements and does not offer Business Associate Agreements in connection with this service.

For HIPAA-regulated entities looking to determine how to configure Google Analytics on their properties, the HHS bulletin ☐ provides specific guidance on when data may and may not qualify as PHI. Here are some additional steps you should take to ensure your use of Google Analytics is permissible:

Source: https://support.google.com/analytics/answer/13297105

211.   According to the HHS web page referenced by the Google support page, Protected Health Information (PHI) means "individually identifiable health information":

Tracking technologies are used to collect and analyze information about how users interact with regulated entities' websites or mobile applications ("apps"). For example, a regulated entity may engage a technology vendor to perform such analysis as part of the regulated entity's health care operations.[5] The HIPAA Rules apply when the information that regulated entities collect through tracking technologies or disclose to tracking technology vendors includes protected health information (PHI).[6] Some regulated entities may share sensitive information with online tracking technology vendors and such sharing may be unauthorized disclosures of PHI with such vendors.[7] **Regulated entities are not permitted to use tracking technologies in a manner that would result in impermissible disclosures[8] of PHI to tracking technology vendors or any other violations of the HIPAA Rules.** For example, disclosures of PHI to tracking technology vendors for marketing purposes, without individuals' HIPAA-compliant authorizations, would constitute impermissible disclosures.[9]

[6] *See* 45 CFR 160.103 (definition of "Protected health information").

Source: https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/hipaa-online-tracking/index.html

*Protected health information* means individually identifiable health information:

(1)  Except as provided in paragraph (2) of this definition, that is:

    (i)  Transmitted by electronic media;

    (ii)  Maintained in electronic media; or

    (iii)  Transmitted or maintained in any other form or medium.

(2)  Protected health information excludes individually identifiable health information:

    (i)  In education records covered by the Family Educational Rights and Privacy Act, as amended, 20 U.S.C. 1232g;

    (ii)  In records described at 20 U.S.C. 1232g(a)(4)(B)(iv);

    (iii)  In employment records held by a covered entity in its role as employer; and

    (iv)  Regarding a person who has been deceased for more than 50 years.

Source: https://www.ecfr.gov/current/title-45/subtitle-A/subchapter-C/part-160/subpart-A/section-160.103

212.    The Google support page goes on to say that both authenticated and unauthenticated pages can be HIPAA-covered:

For HIPAA-regulated entities looking to determine how to configure Google Analytics on their properties, the HHS bulletin ⧉  provides specific guidance on when data may and may not qualify as PHI. Here are some additional steps you should take to ensure your use of Google Analytics is permissible:

• Customers who are subject to HIPAA must not use Google Analytics in any way that implicates Google's access to, or collection of, PHI, and may only use Google Analytics on pages that are not HIPAA-covered.

• Authenticated pages are likely to be HIPAA-covered and customers should not set Google Analytics tags on those pages.

• Unauthenticated pages that are related to the provision of health care services, including as described in the HHS bulletin, are more likely to be HIPAA-covered, and customers should not set Google Analytics tags on HIPAA-covered pages..

• Please work with your legal team to identify pages on your site that do not relate to the provision of health care services, so that your configuration of Google Analytics does not result in the collection of PHI.

Source: https://support.google.com/analytics/answer/13297105

213.    An example of an authenticated page is a Web page of a patient portal that can only be accessed by a patient who is logged into the portal.

214.    An example of an unauthenticated page would be a health-related Web page of a health care provider Web property which can be accessed without being logged into the Web property.

215.    As I have described in this declaration Google-supplied JavaScript code regularly transmits protected health information (PHI) to Google servers from health care provider Web properties using Google tracking pixels.  In my testing, I found that the Google servers are used to download this Google-supplied JavaScript code to a patient's browser where it is executed.

## Summary

216.    I found extensive disclosures of communications between patients and health care providers to Google using the Web technologies which I have described in this declaration.

217.    The information that is redirected to Google as I have explained in this declaration include:

    a.  File paths
    b.  Resource paths
    c.  Personally-identifiable information about patients
    d.  The date and time of the communications
    e.  The fact that communications occurred between a patient and a health care provider.

218.    Through Google-supplied JavaScript source code, Google has aided the recording by Google of communications between health care providers and patients as I have explained in this declaration. Recording of communications can be found in Google databases and server logs as a result of tracking pixels and API calls which were initiated by Google-supplied JavaScript source code.

219.    The disclosure of communications between the health care providers and patients to third parties is not necessary for the health care provider Web properties to function.

220.    The Google-supplied JavaScript source code which redirects contents of communications to third parties is simple to remove from health care provider Web properties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 12, 2023 at Truro, Massachusetts.

_____

Richard M. Smith

219