**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
esantacana@willkie.com
TIFFANY LIN (SBN 321472)
tlin@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JOHN DOE I, et al., individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

GOOGLE LLC,

Defendant.

Case No. 3:23-cv-02431-VC
Consolidated with 3:23-cv-02343-VC

**DECLARATION OF STEVE GANEM IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**Date: September 21, 2023**
**Time: 10:00 a.m.**
**Ctrm.: 4**

Complaint Filed: May 17, 2023

*District Judge Vince Chhabria*
*San Francisco Courthouse, Ctrm. 4*

Table of Contents

I. Google Analytics Provides A Web And App Measurement Solution That Developers May Voluntarily Integrate Into Their Websites And Apps. .............................................. 2

II. Google Prohibits Developers From Sharing Personally Identifiable Information Or Protected Health Information With Google. ........................................................................... 4

III. Google Prohibits The Use Of Medical Information From Personalized Advertising. ............. 5

IV. Web And App Developers May Customize Their Google Analytics Accounts To Measure Non-Personally Identifiable Information Important To Their Websites And Apps. .......... 6

V. Google Implements Technological Safeguards To Pseudonymize Data And Protect Against Receiving Personally Identifiable Information. ................................................................ 8

A. Google Analytics Does Not Link Data To Users' Google Accounts Unless The User Affirmatively Consents And Enables Multiple Settings. ..................................... 10

B. Websites And Apps Cannot Save Google Analytics Data To Consenting Users' Google Accounts Unless The Developer Enables A Specific Setting. ................. 11

C. Google Ensures Google Analytics Data Is Pseudonymized Through Encryption, Technological Safeguards, And Access Restrictions. .......................................... 12

VI. Google Does Not Categorize The Millions Of Websites And Apps That Use Google Analytics. ........................................................................................................................ 14

I, Steve Ganem, declare as follows:

1. I am a Director of Product Management on Google Analytics at Google LLC ("Google").

2. Unless otherwise stated, the facts I set forth in this statement are based on my personal knowledge. If called to testify as a witness, I could and would testify competently to such facts under oath.

3. I make this declaration in support of Google LLC's Opposition to Plaintiffs' Motion for Preliminary Injunction.

## I. GOOGLE ANALYTICS PROVIDES A WEB AND APP MEASUREMENT SOLUTION THAT DEVELOPERS MAY VOLUNTARILY INTEGRATE INTO THEIR WEBSITES AND APPS.

4. Google Analytics is a web and app measurement solution. Google Analytics offers a free and a premium (paid) version of the product, called GA360. Google Analytics provides web and app developers with insights on web and app usage and user engagement, which allows them to make informed decisions on their websites and apps. The current version of Google Analytics for web and app is called Google Analytics 4. There is an older version of Google Analytics for web, called Universal Analytics, and an older version of Google Analytics for apps, called Google Analytics for Firebase ("GA4F"). Unless otherwise specified herein, there are no material differences between the versions as to the functionality described in this declaration, so I refer generally to the product as "Google Analytics."

5. With Google Analytics, web and app developers can measure various "events," or specific types of user interactions. Web and app developers can use these events to better understand how users interact with their websites and apps through various metrics, and understand where users are encountering issues.

6. In order to use Google Analytics for a website, a web developer must incorporate a Google tag, which consists of lines of code, into the code of their website. Google does not have access

to or control over the code of third-party websites, nor does Google affirmatively place Google Analytics code in third-party websites or on users' devices.

7. Developers may choose to use Google Tag Manager ("GTM"), which is a tag management system with a web-based user interface, to deploy the Google Analytics tag, as well as other Google tags, on their website or app. GTM does not collect any user data and does not send any data to Google Analytics beyond what the Google Analytics tag itself collects. GTM may collect some aggregate data about tag firing for diagnostics purposes, which does not include user IP addresses or any measurement identifiers associated with a particular individual. Attached hereto as **Exhibit 1** is a true and accurate copy of a Google Tag Manager Help page titled "Tag Manager overview," which was downloaded on August 2, 2023, at https://support.google.com/tagmanager/answer/6102821. Attached hereto as **Exhibit 2** is a true and accurate copy of a Google Tag Manager Help page titled "Data privacy and security," which was downloaded on August 2, 2023, at https://support.google.com/tagmanager/answer/9323295.

8. In order to use Google Analytics in a mobile app, an app developer must incorporate the Google Analytics Software Development Kit ("SDK") by adding specific lines of code into their app. Google does not have access to or control the code of third-party apps, nor does Google affirmatively place Google Analytics code in mobile apps or on users' devices. Other than Google Analytics, there are dozens of analytics providers.

9. Developers who use Google Analytics choose whether and which data to collect, and whether and which data to provide to Google. Developers who choose to collect data related to the behavior of users on their websites and apps own the data in their Google Analytics accounts.

## II. GOOGLE PROHIBITS DEVELOPERS FROM SHARING PERSONALLY IDENTIFIABLE INFORMATION OR PROTECTED HEALTH INFORMATION WITH GOOGLE.

10. Google does not permit developers to transmit personally identifying information ("PII") or other sensitive information, including personal health information ("PHI"), to it through the use of Google Analytics.

11. Developers who use Google Analytics are required to consent to and abide by the Google Analytics Terms of Service before using Google Analytics on their websites and apps. The Terms of Service expressly prohibit developers from sending information to Google that Google could use or recognize as PII. The Terms of Service also require developers to post a Privacy Policy that discloses the use of Google Analytics and how it collects and processes data, and to obtain consent from users where required by law. Attached hereto as **Exhibit 3** is a true and correct copy of the Google Analytics Terms of Service, which was downloaded on August 2, 2023, at https://marketingplatform.google.com/about/analytics/terms/us/.

12. Attached as **Exhibit 4** is a true and correct copy of a Google Analytics Help page titled "Privacy Disclosures Policy," which was last downloaded on August 2, 2023, at https://support.google.com/analytics/answer/7318509?hl=en.

13. Attached as **Exhibit 5** is a true and correct copy of a Google Analytics Help page titled "Best practices to avoid sending Personally Identifiable Information (PII)," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/6366371?sjid=412540438596098460-NA#zippy=%2Cin-this-article.

14. Google provides tools to delete data in cases where developers accidentally send Google PII or other prohibited information. Attached hereto as **Exhibit 6** is a true and correct copy of a Google Analytics Help page titled "[GA4] Data-deletion requests," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/9940393?hl=en#zippy=%2Cin-this-article.

15. Developers that use Google Analytics are also required to abide by Google Analytics' terms and policies, which mandate that no data collected using Google Analytics may identify or reveal sensitive information about users. Additionally, HIPAA-regulated entities using Google Analytics are required to refrain from exposing to Google any data that may be considered PHI, even if not expressly described as PII or PHI in Google's policies. Developers who use Google Analytics are responsible for determining whether their website or app is HIPAA-regulated and what their obligations are under HIPAA. HIPAA-regulated entities may only use Google Analytics on pages that are not HIPAA-covered. Attached hereto as **Exhibit 7** is a true and correct copy of a Google Analytics Help page titled "HIPAA and Google Analytics," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/13297105?hl=en.

16. Google does not offer or enter into Business Associate Agreements ("BAA") in connection with Google Analytics. Accordingly, if a HIPAA-regulated entity cannot ensure that it will avoid sending Google Analytics PHI, the entity cannot use Google Analytics. Google makes no representations that Google Analytics satisfies HIPAA requirements.

## III. GOOGLE PROHIBITS THE USE OF MEDICAL INFORMATION FROM PERSONALIZED ADVERTISING.

17. Google Ads is a separate, paid service provided by Google that enables businesses to promote their products and services. Google Ads and Google Analytics have separate policies, are programmed separately and distinctly, and may be utilized by different developers and customers.

18. If a developer also has both a Google Ads account and a Google Analytics account, they may also choose to link their Google Analytics property to their Google Ads account. Attached as **Exhibit 8** is a true and correct copy of a Google Analytics Help page titled "[GA4] Link Google Ads and Analytics," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/9379420?hl=en#zippy=%2Cin-this-article.

19. Google Analytics allows developers to exclude specific events from use in ads personalization by marking them "not for personalized advertising" ("NPA"). Attached hereto as **Exhibit 9** is a true and correct copy of a Google Analytics Help page titled "[GA4] Exclude specific events and user-scoped custom dimensions from ads personalization," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/9494752?hl=en.

20. Attached hereto as **Exhibit 10** is a true and correct copy of a Google Advertising Policies Help page titled "Personalized advertising," which was downloaded on August 2, 2023, at https://support.google.com/adspolicy/answer/143465?hl=en&ref_topic=1626336.

21. Attached hereto as **Exhibit 11** is a true and correct copy of a Google Advertising Policies Help page titled "About the ad review process," which was downloaded on August 2, 2023, at https://support.google.com/google-ads/answer/1722120?hl=en.

22. Attached hereto as **Exhibit 12** is a true and correct copy of a Google Advertising Policies Help page titled "Healthcare and medicines," which was downloaded on August 2, 2023, at https://support.google.com/adspolicy/answer/176031?hl=en.

## IV. WEB AND APP DEVELOPERS MAY CUSTOMIZE THEIR GOOGLE ANALYTICS ACCOUNTS TO MEASURE NON-PERSONALLY IDENTIFIABLE INFORMATION IMPORTANT TO THEIR WEBSITES AND APPS.

23. Google Analytics allows developers to enable or disable the collection of granular location and device data on a per-region basis. If the feature is disabled, GA4 does not collect data such as browser User-Agent string, device brand, and device model. Google Analytics does not use User-Agent strings to associate data from multiple browsing sessions to one another. Attached hereto as **Exhibit 13** is a true and correct copy of a Google Analytics Help page titled "[GA4] Collect granular location and device data," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/12002752.

24. Google Analytics code automatically logs certain standard events and parameters, which are triggered by basic interactions with the website or app. **Exhibit 14** is a true and correct copy of a Google Analytics Help page titled "[GA4] Automatically collected events," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/9234069.

25. Standard events are defined by Google Analytics code and indicate to Google that a particular basic interaction occurred. For example, the "first_visit" event is triggered "the first time a user visits a website or launches an Android instant app with Analytics enabled," and stored with that event is the device information (e.g., AdID or IDFA, resolution, device type, etc.) and a timestamp. The way Google Analytics logs this event does not contain any information about what the user saw or did on the website or app; the fact that the event occurred indicates to Google only that the user visited the website or launched the app at the given time. None of the standard app events include personally identifying information.

26. Web developers can also choose to enable "Enhanced Event Measurement," which allows them to automatically collect additional events and parameters. For example, if a web developer enables "Enhanced Event Measurement," the event "page_view" is automatically collected each time the page loads or the browser history state is changed by the active site. The event "page_view" is automatically collected with the parameters "page_location" (the page URL), and "page_referrer" (the URL of the previous page). **Exhibit 15** is a true and correct copy of a Google Analytics Help page titled "[GA4] Enhanced event measurement," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/9216061.

27. Google Analytics also allows developers to define their own custom events to measure user interactions that uniquely matter to their businesses. Attached hereto as **Exhibit 16** is a true and

correct copy of a Google Analytics Help page titled "[GA4] Custom Events," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/12229021?hl=en.

28. Unlike standard events, which are created by Google Analytics code, custom events are created by the developer. Because the developer defines the custom event, when a custom event is logged, Google does not have insight into the particular interaction that triggered that custom event. For example, a custom event called Medstar_event indicates to Google only that a custom event called Medstar_event was logged; the name Medstar_event provides no more meaning to Google than the name custom_event_1. Google does not undertake any effort to decipher the meanings of custom event names in any way, including, for example, to determine something about the user that could be used in the future for ads personalization.

29. Google Analytics also allows developers to configure their Google Analytics accounts through certain settings. For example, enabling the "data sharing with Google" setting allows Google to use the developer's data to improve Google products and services. Attached as **Exhibit 17** is a true and correct copy of a Google Analytics Help page titled "Data sharing settings," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/1011397?hl=en#zippy=%2Cin-this-article.

30. Using Google Analytics, the developer can analyze its data and run various reports with the data it collects to gain insight into usage of its website or app.

## V. GOOGLE IMPLEMENTS TECHNOLOGICAL SAFEGUARDS TO PSEUDONYMIZE DATA AND PROTECT AGAINST RECEIVING PERSONALLY IDENTIFIABLE INFORMATION.

31. The Google Analytics SDK and tag employ identifiers, essentially a string of characters, to distinguish between users or devices. Identifiers can help web and app developers understand how

users interact with their website and app, identify patterns, improve user engagement, and enhance the overall user experience.

32. These identifiers, however, are pseudonymized. Google Analytics identifiers are, by design, pseudonymous to Google, in that they are free of personally identifiable information.

33. The Google Advertising ID ("AdID"), is a pseudonymous identifier for Android devices. It is a device-specific string of numbers and letters that is not tied to a user's identity or used to personally identify a user. In contrast to device identifiers like IMEI, users may reset their device's AdID at any time. The Identifier for Advertisers ("IDFA"), is the equivalent identifier for Apple iOS devices to AdID. Apple introduced iOS 14, an update to its iOS mobile operating system, in September 2020. With iOS 14.5, released in April 2021, Apple released a feature called App Tracking Transparency ("ATT"), which requires apps to request user permission before accessing the device's IDFA. If a user denies permission to an ATT prompt, the app will not be able to access the IDFA.

34. Client ID (stored by the first-party "_ga" cookie) is a pseudonymous, randomly generated string that gets stored in a browser's cookies but does not include personally identifying information. Client ID allows Google Analytics to determine whether two distinct visits to the same website were made by the same user. For example, if "user1" opened a browsing session, the Client ID could allow Google Analytics to determine that user1 was the same user who had opened a browsing session on the same browser earlier that day. Client ID could not, however, identify if user1 had used a different browser (e.g., private browsing window or a different browser application on the same device) or a different device, or differentiate from a different user who used the same browser to visit the same website (e.g., on a shared or public computer). A user may reset their browser's Client ID at any time, for example, by clearing the browser's cookies. Client ID is also not associated with any personally identifying information. Attached as **Exhibit 18** is a true and correct copy of a Google Analytics

Developer page titled "Cookies and User Identification," which was downloaded on August 2, 2023, at https://developers.google.com/analytics/devguides/collection/analyticsjs/cookies-user-id?sjid=1485646981972096233-NA.

35. Google Analytics uses a set of cookies to collect data and report site usage statistics without personally identifying individuals. For example, the cookie "_ga," enables websites and apps to distinguish visitors, but does not allow Google or the website or app to identify any given visitor. Each "_ga" cookie is unique to the specific website or app of a business and cannot, by themselves, be used to track an individual's activity across the websites and apps of different businesses. Attached as **Exhibit 19** is a true and correct copy of Google's Privacy & Terms page, which was downloaded on August 2, 2023, at https://policies.google.com/technologies/cookies?hl=en-US.

36. GA4 does not log or store IP addresses. The prior version of Google Analytics for websites, Universal Analytics, allows a developer to request masking of the IP addresses it is collecting. Google does not use IP addresses to associate data from multiple browsing sessions to one another. Attached hereto as **Exhibit 20** is a true and correct copy of a Google Analytics Help page titled "EU-focused data and privacy," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/12017362?sjid=412540438596098460-NA. Attached hereto as **Exhibit 21** is a true and correct copy of a Universal Analytics Help page titled "IP masking in Universal Analytics," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/2763052.

37. Google Analytics does not associate IP address or Client ID with any specific individual.

A. Google Analytics Does Not Link Data To Users' Google Accounts Unless The User Affirmatively Consents And Enables Multiple Settings.

38. Only when users of an app or website have a Google Account and have affirmatively enabled certain Google Account settings – and the web or app developer has also enabled certain

settings – can those users' Google Account IDs ("GAIA ID") be collected along with their Google Analytics data while visiting the website or app.

39. Google Account owners can enable the optional "Web & App Activity" ("WAA") control in their Google Account. Enabling this setting allows Google to save a Google Account owner's searches and other activity on Google-owned web properties such as Chrome or Google Maps to the user's Google Account for the purpose of improving and personalizing the user experience. Google Account owners who choose to enable WAA may also choose to enable a supplemental subsetting ("sWAA") which, when enabled, allows Google to save a user's activity on third-party websites and apps that use Google services to the user's Google Account. If a Google Account owner is signed into their Google Account and has enabled the WAA and sWAA settings, their web and app interactions may be saved to their GAIA ID. The WAA and sWAA functions therefore allow users to determine what data is saved to their Google Account.

40. Google Account owners may also choose to enable "Google Ads Personalization" ("GAP"), a feature which allows users to tailor the ads they see based on the web and app activity saved to their accounts. Users who have turned on GAP may also choose to turn on a supplemental setting under the GAP control ("New Ad Control," or "NAC"), which indicates a desire to combine their activity data on third party apps and websites with their activity on Google's first party apps and websites and to allow Google to use that combined data for ads personalization.

B. Websites And Apps Cannot Save Google Analytics Data To Consenting Users' Google Accounts Unless The Developer Enables A Specific Setting.

41. In order for a given website or app to save Google Analytics data to a person's GAIA ID who has turned on WAA, sWAA, GAP, and NAC, the website or app developer must turn on Google Signals. Google Signals is an optional feature that allows developers to access session data associated with users who have turned on WAA, sWAA, GAP, and NAC, and are signed into their Google

Account. Therefore, a user's GAIA ID can only be collected along with their Google Analytics data for a given app or website when (1) the user has signed in to their Google account; (2) the user has turned on WAA, sWAA, GAP, and NAC; and (3) the website or app developer has enabled Google Signals. Attached as **Exhibit 22** is a true and correct copy of a Google Analytics page titled "[GA4] Activate Google signals for Google Analytics 4 properties," which was downloaded on August 2, 2023, at https://support.google.com/analytics/answer/9445345?hl=en#zippy=%2Cin-this-article.

42. If the developer has enabled Google Signals and a Google Account owner has turned on their WAA, sWAA, GAP, and NAC settings, the user's data may be connected to their Google account in what is known as "GAIA space." If any of these controls are off, only pseudonymous data is collected; the data is not joined to the user's Google account and is not stored in GAIA space.

C. Google Ensures Google Analytics Data Is Pseudonymized Through Encryption, Technological Safeguards, And Access Restrictions.

43. Google undertakes several technical steps to determine whether the user has consented to WAA, sWAA, GAP, and NAC when the user visits an app or website that has enabled Google Signals. If the app or website has not enabled Google Signals, all Google Analytics data is treated purely pseudonymously.

44. Upon receipt, Google duplicates the data packet and stores the copy in short-term memory. Next, Google checks whether the user is signed in to Google, and checks WAA, sWAA, GAP, and NAC status. If Google's consent check shows that the user is signed in and consented, then it stores one copy of the data in longer-term GAIA logs and another in non-GAIA logs. For transparency and control, users can view the activity saved to their GAIA ID in the My Activity page. Users can manage and delete the activity saved to their My Activity page by navigating to myactivity.google.com. If Google's consent check shows that the user is not consented, then the data is saved in non-GAIA logs.

45. Then, Google sends an encrypted version of the data to a server. If the user is not signed into a Google Account, an encrypted GAIA ID, called a DSID, is not collected and the user's data remains pseudonymous. If the user is signed into a Google Account, the server sends the user's DSID to a second server to perform a consent check.

46. By design, the first server cannot decrypt the data. The second server does not receive any information except for the DSID. The second server checks the user's consent status and returns either a "no consent" signal or, if the user has turned on WAA, sWAA, GAP, and NAC; a DSID. If any aspect of the consent check fails, the user data is not stored in GAIA space and the DSID is deleted.

47. After the consent check is complete, Google removes data from both of the duplicated logs to prevent "joining," or combining of the disparate data parts to identify pseudonymized users. All pseudonymized identifiers are removed from the signed-in GAIA copy of the data. Conversely, all signed-in identifiers are removed from the pseudonymous log.

48. Google then employs multiple techniques to further ensure the pseudonymous data and GAIA-tied data cannot be joined. First, Google creates "fuzziness" or slight errors in the data. For example, Google adds random error into timestamps in GAIA-linked logs so they cannot be matched with timestamps elsewhere. Second, Google encrypts certain identifiers using short-term retention keys that are deleted after a fixed period of time. After the keys are deleted, decryption is impossible. Google uses separate encryption keys for pseudonymous logs and GAIA-linked logs.

49. Additionally, Google only stores the data for a fixed period of time. AdID and IDFA, for example, are stored in an encrypted form for 60 days to allow for reprocessing at the user's request or when necessary to correct errors. The encryption keys are stored for 60 days under strict monitoring. Google personnel are barred from using these keys without authorization and Google has monitors in place to ensure unauthorized use does not occur.

50. Finally, Google uses a restricted need-based access process. Data stored in the logs is tiered. None of the tiers include personally identifiable information. The lowest level tier, which is the default access tier, includes only event data. Google employees therefore cannot see any identifiers by default. In order to query a log in a higher tier, Google employees must submit a request ticket which allows Google to audit and track the request. The employee must explain why they need that specific level of access. If granted, the access is restricted temporally. Employees must re-request access after the time period has concluded if access is still necessary.

## VI. GOOGLE DOES NOT CATEGORIZE THE MILLIONS OF WEBSITES AND APPS THAT USE GOOGLE ANALYTICS.

51. There are millions of websites and apps that use Google Analytics. Google Analytics is not aware which, if any, of its developers are "healthcare providers," and does not have a list of "healthcare provider" websites and apps.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 2, 2023 in Irvine, California.

STEVE GANEM