**EXHIBIT "1"**

UNITED STATES DISTRICT COURT **CERTIFIED COPY**

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable YVONNE GONZALEZ ROGERS, Judge

| | |
|---|---|
| PATRICK CALHOUN, et al., on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | **Evidentiary Hearing**<br><br>Pages 1 - 271 and<br>    321 - 330<br><br>NO. C 20-05146 YGR<br><br>Oakland, California<br>Monday, October 24, 2022 |

**REPORTER'S TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:		Simmons Hanly Conroy LLC
			112 Madison Avenue, Seventh Floor
			New York, New York  10016
		BY:	JAY BARNES,
			JENNIFER M. PAULSON,
			AN V. TRUONG, ATTORNEYS AT LAW

			Bleichmar Fonti & Auld LLP
			555 12th Street, Suite 1600
			Oakland, California  94607
		BY:	ANGELICA M. ORNELAS,
			LESLEY E. WEAVER, ATTORNEYS AT LAW

Reported By:		Raynee H. Mercado, CSR No. 8258

Proceedings reported by electronic/mechanical stenography; transcript produced by computer-aided transcription.

```
 1                    A P P E A R A N C E S  (CONT'D.)

 2

 3     For Plaintiffs:         DiCello Levitt LLC
                               60 East 42nd Street, Suite 2400
 4                             New York, New York  10165
                          BY:  DAVID A. STRAITE, ATTORNEY AT LAW
 5
                               DiCello Levitt (IL)
 6                             DiCello Levitt LLC
                               Ten N. Dearborn Street, 6th Floor
 7                             Chicago, Illinois  60601
                          BY:  SHARON D. CRUZ, ATTORNEY AT LAW
 8

 9     For Defendant:          Quinn Emanuel Urquhart & Sullivan LLP
                               191 North Wacker Drive, Suite 2700
10                             Chicago, Illinois 60606
                          BY:  ANDREW H. SCHAPIRO,
11                             JOSEPH H. MARGOLIES, ATTORNEYS AT LAW

12                             Quinn Emanuel Urquhart & Sullivan LLP
                               865 S. Figueroa Street, Floor 10
13                             Los Angeles, California  90017
                          BY:  STEPHEN A. BROOME,
14                             ALYSSA G. OLSON,
                               VIOLA TREBICKA, ATTORNEYS AT LAW
15
                               Quinn Emanuel Urquhart & Sullivan LLP
16                             1300 I Street N.W
                               Washington, D.C.  20005
17                        BY:  JOSEF T. ANSORGE, ATTORNEY AT LAW

18                             Quinn Emanuel Urquhart & Sullivan LLP
                               711 Louisiana Streeet, Suite 500
19                             Houston, Texas  77002
                          BY:  BRETT N. WATKINS, ATTORNEY AT LAW
20
                               Quinn Emanuel Urquhart & Sullivan LLP
21                             51 Madison Avenue, 22nd Floor
                               New York, New York  10010
22                        BY:  JOMAIRE A. CRAWFORD, ATTORNEY AT LAW

23

24                                  --o0o--

25
```

**I N D E X**

|   | PAGE | VOL. |
|---|---|---|
| OPENING STATEMENT BY MR. SCHAPIRO | 14 | 1 |
| OPENING STATEMENT BY MR. BARNES | 22 | 1 |
| CLOSING ARGUMENT BY MR. SHAPIRO | 321 | 1 |
| CLOSING ARGUMENT BY MR. BARNES | 325 | 1 |

| **DEFENDANT'S WITNESSES** | PAGE | VOL. |
|---|---|---|
| ZERVAS, GEORGIOS | | |
| DIRECT EXAMINATION BY MS. TREBICKA | 27 | 1 |
| VOIR DIRE EXAMINATION BY MR. BARNES | 33 | 1 |
| DIRECT EXAMINATION (RESUMED) BY MS. TREBICKA | 35 | 1 |
| CROSS-EXAMINATION BY MR. BARNES | 87 | 1 |
| REDIRECT EXAMINATION BY MS. TREBICKA | 132 | 1 |
| | | |
| SHAFIQ, ZUBAIR | | |
| EXAMINATION BY THE COURT | 80 | 1 |
| | | |
| BERNTSON, GLENN | | |
| DIRECT EXAMINATION BY MR. BROOME | 135 | 1 |
| CROSS-EXAMINATION BY MR. BARNES | 149 | 1 |

| | **DEFENDANT'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|---|
| 1 | | | |
| 2 | GANEM, STEVEN | | |
| 3 | DIRECT EXAMINATION BY MR. WATKINS | 155 | 1 |
| 4 | CROSS-EXAMINATION BY MS. TRUONG | 163 | 1 |
| 5 | REDIRECT EXAMINATION BY MR. WATKINS | 169 | 1 |
| 6 | | | |
| 7 | PORTER FELT, ADRIENNE | | |
| 8 | DIRECT EXAMINATION BY MS. CRAWFORD | 170 | 1 |
| 9 | CROSS-EXAMINATION BY MS. ORNELAS | 187 | 1 |
| 10 | | | |
| 11 | FAIR, GREGORY | | |
| 12 | DIRECT EXAMINATION BY MR. BROOME | 192 | 1 |
| 13 | CROSS-EXAMINATION BY MR. STRAITE | 197 | 1 |
| 14 | REDIRECT EXAMINATION BY MR. BROOME | 212 | 1 |
| 15 | | | |
| 16 | KLEBER, MICHAEL | | |
| 17 | DIRECT EXAMINATION BY MS. TREBICKA | 214 | 1 |
| 18 | CROSS-EXAMINATION BY MR. BARNES | 228 | 1 |
| 19 | REDIRECT EXAMINATION BY MS. TREBICKA | 240 | 1 |
| 20 | CROSS-EXAMINATION BY MR. BARNES | 243 | 1 |

| | | |
|---|---|---|
| **PLAINTIFFS' WITNESSES** | **PAGE** | **VOL.** |
| SMITH, RICHARD | | |
| DIRECT EXAMINATION BY MS. TRUONG | 246 | 1 |
| CROSS-EXAMINATION BY MR. SMITH | 263 | 1 |
| | | |
| SHAFIQ, ZUBAIR (UNDER SEAL) | | |
| DIRECT EXAMINATION BY MR. BARNES | 272 | 1 |
| DIRECT EXAM (RESUMED) BY MR. BARNES | 297 | 1 |
| CROSS-EXAMINATION BY MR. SCHAPIRO | 305 | 1 |
| REDIRECT EXAMINATION BY MR. BARNES | 319 | 1 |

**E X H I B I T S**

| **PLAINTIFFS' EXHIBITS** | **W/DRAWN** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|---|
| B149 | | | 248 | 1 |
| B153 | | | 97 | 1 |
| 154 | | | 111 | 1 |

--o0o--

*RAYNEE H. MERCADO, CSR, RMR, CRR, FCRR, CCRR (510) 565-7228*

1 app.
2 **Q.** And how would one of those businesses start using Google
3 Analytics?
4 **A.** A prospective Google Analytics customer might first visit
5 the marketing website, learn about the product, and at some
6 point decide to create an account.
7 When they create an account, they sign our terms of
8 service. And at some point, they're given instructions
9 that -- on how to integrate Google Analytics on their website
10 or app.
11 **Q.** And how would they go about doing that integration on
12 their website or app?
13 **A.** On the web, for example, they're given a block of
14 JavaScript code that they copy and paste onto their web pages,
15 and that's really all it takes to get started.
16 **Q.** And once that block of JavaScript code is installed on
17 their web page, what happens when a visitor goes to their web
18 page?
19 **A.** When a user visits their website, and assuming that the
20 user has not blocked Google Analytics using one of our add-ons
21 for browsers, then the JavaScript code is activated, it
22 downloads the code for Google Analytics, and it executes.
23 **Q.** And what happens when that code executes?
24 **A.** Typically at that point, assuming analytics was not
25 blocked, it will start transmitting the events that correspond

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter. I further certify that I am neither counsel for, related to, nor employed by any of the parties to the action in which this hearing was taken, and further that I am not financially nor otherwise interested in the outcome of the action.

_____

Raynee H. Mercado, CSR, RMR, CRR, FCRR, CCRR

Friday, October 28, 2022