**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
DAVID DOAK (SBN 301319)
  ddoak@willkie.com
JOSHUA ANDERSON (SBN 312836)
  jdanderson@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
NAIARA TOKER (SBN 346145)
  ntoker@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com
ZOE PACKMAN (SBN 347453)
  zpackman@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted pro hac vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Counsel for Plaintiffs and the Proposed Class
*Additional Counsel listed on signature page.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>GOOGLE LLC,<br><br>               Defendant.<br><br>**This document applies to: All Actions** | Case No. 3:23-cv-02431-VC<br><br>**JOINT NOTICE OF WITNESS AVAILABILITY FOR PRELIMINARY INJUNCTION HEARING**<br><br>Judge:  Hon. Vince Chhabria<br>Date:   September 21, 2023<br>Time:   10:00AM PT<br>Ctrm:   4, 17th Floor |

## INTRODUCTION

The parties file this Joint Notice of Witness Available for Preliminary Injunction Hearing to apprise the Court of the availability and the parties' respective positions on witness testimony at the preliminary injunction hearing set for September 21, 2023. The parties respectfully request that, should the Court desire testimony from any witnesses on September 21, 2023, the Court notify the parties by September 14, 2023 to allow for any necessary travel and other scheduling arrangements.

## THE PARTIES' POSITIONS ON WITNESS AVAILABILITY

Plaintiffs' Position – Plaintiffs believe that the existing filed evidence carries their burden for the Court to grant a preliminary injunction. However, Plaintiffs hereby notify the Court that their expert witnesses (Richard Smith, Dr. Timothy Libert, and Dr. Zubair Shafiq) can be available on September 21, 2023 if the Court desires to ask any questions of them or believes live testimony would be beneficial in any respect. Plaintiffs' witnesses can be available to testify live or via Zoom, at the Court's desire. Additionally, Plaintiffs request that, if the Court has questions for Google's witnesses, that those witnesses also be required to be present at the hearing and for Plaintiffs to be permitted time to question them.

Google's Position – Google does not believe that Plaintiffs have carried their burden for the Court to grant a preliminary injunction and believes Plaintiffs' Motion for Preliminary Injunction may be denied on the papers. However, should the Court desire live testimony at the hearing on September 21, 2023, Google's expert and fact witnesses (Steve Ganem, Oscar Takabvirwa, Dr. Giorgos Zervas, and Mark Teehan,) can be available to testify live or via Zoom. Google also requests that, should the Court have questions for Plaintiffs' witnesses, Google also be permitted to question those witnesses during the hearing.

Dated: September 1, 2023                     Respectfully submitted,

**SIMMONS HANLY CONROY LLC**

By:     */s/ Jason 'Jay' Barnes*
            Jason 'Jay' Barnes

Jason 'Jay' Barnes (admitted pro hac vice)
jaybarnes@simmonsfirm.com
Eric Johnson (admitted pro hac vice)
ejohnson@simmonsfirm.com
An Truong (admitted pro hac vice)
atruong@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-784-6400
Fax: 212-213-5949

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted pro hac vice)
clevis@lowey.com
Amanda Fiorilla (admitted pro hac vice)
afiorilla@lowey.com
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500
Fax: (914) 997-0035

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Paul R. Kiesel, State Bar No. 119854
kiesel@kiesel.law
Nicole Ramirez, State Bar No. 279017
ramirez@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
Jallé H. Dafa (State Bar No. 290637)
jdafa@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415 956-1000
Fax: 415-956-1008

Douglas Cuthbertson (admitted pro hac vice)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212 355-9500
Fax: 212-355-9592

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (Bar No. 243048)
hcunningham@scott-scott.com
Sean Russell (Bar No. 308962)
srussell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508

Joseph P. Guglielmo (admitted pro hac vice)
jguglielmo@scott-scott.com
Ethan Binder (admitted pro hac vice)
ebinder@scott-scott.com
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Attorneys for Plaintiffs and the Proposed Class*

Dated: September 1, 2023

**WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Eduardo Santacana*
       Eduardo Santacana

Benedict Hur, State Bar No. 224018
  bhur@willkie.com
Simona Agnolucci, State Bar No. 246943
  sagnolucci@willkie.com
Eduardo Santacana, State Bar No. 281668
  esantacana@willkie.com
Tiffany Lin, State Bar No. 321472
  tlin@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant
Google LLC*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Melissa Gardner, hereby attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 1, 2023        By:   */s/ Melissa Gardner*
                                      Melissa Gardner