**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
*koncius@kiesel.law*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
*jguglielmo@scott-scott.com*

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*clevis@lowey.com*

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*mgardner@lchb.com*

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>GOOGLE LLC,<br><br>Defendant.<br><br>**This document applies to: All Actions** | Case No. 3:23-cv-02431-VC<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE THE SHAFIQ REBUTTAL DECLARATION**<br><br>Judge: Hon. Vince Chhabria |

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-11, John Doe I, John Doe II, John Doe III, John Doe IV, John Doe V, Jane Doe I, Jane Doe II, Jane Doe III, Jane Doe IV, Jane Doe V, Jane Doe VI, Jane Doe VII, and Jane Doe VIII (collectively the "Plaintiffs") hereby move for leave of this Court to file Plaintiffs' Opposition to Defendant's Motion to Strike the Shafiq Rebuttal Declaration, attached as Exhibit A.

## I. BACKGROUND

On August 3, 2023, Defendant Google LLC ("Google") filed its Opposition to Plaintiffs' Motion for Preliminary Injunction; Motion to Dismiss (the "Opposition"). ECF No. 48. On August 24, 2023, Plaintiffs filed their Reply in Support of the Motion for Preliminary Injunction & Responses in Opposition to Google's Motion to Dismiss (the "Reply"). ECF No. 60.

Plaintiffs' Reply included the Rebuttal Declaration of Dr. Zubair Shafiq in Support of Plaintiffs' Motion for Preliminary Injunction (the "Shafiq Rebuttal Declaration") to correct certain false and misleading arguments raised for the first time in Google's Opposition and supporting documents. ECF No. 61. Google then filed a Local Rule 7-3(d)(1) objection to reply evidence seeking to strike the Shafiq Rebuttal Declaration ("Motion to Strike") on August 31, 2023, incorrectly classifying it as "new arguments and evidence[.]" ECF No. 63 at 2.

## II. ARGUMENT

Google's Motion to Strike seeks to strike the Shafiq Rebuttal Declaration on the grounds that it raises "new arguments and evidence" on Reply. *Id.* at 2. This is incorrect. As the Shafiq Rebuttal Declaration itself makes clear, it is a *rebuttal* limited in scope to responding to (and correcting) the "evidence" Google claims supports its Opposition. This includes specifically the misleading testimony from Google's expert Dr. Zervas and its employee Mr. Ganem.

Because Plaintiffs submitted the Shafiq Rebuttal Declaration solely to respond to misleading testimony and to rebut claims by Google's purported expert raised for the first time in its Opposition (*see* Shafiq Rebuttal Declaration), there is no basis for an objection to reply evidence under Local Rule 7-3(d)(1). See *Huawei Technologies, Co., Ltd. v. Samsung Elec. Co., Ltd*. 340

F.Supp.3d 934, 996 (N.D. Cal. 2018) (explaining rebuttal evidence is proper when it is submitted to "contradict, impeach or defuse the impact of the evidence offered by an adverse party.").

Given that Google's objection is improper, Plaintiffs request leave to file a response to Google's Motion to Strike to address these issues, as well as Google's incorrect assertion that the Shafiq Rebuttal Declaration is based on confidential materials. Plaintiffs' proposed response is attached as Exhibit A.

### III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file Plaintiffs' Opposition to Defendant's Motion to Strike the Shafiq Rebuttal Declaration, attached as Exhibit A.

Dated: September 6, 2023

**LOWEY DANNENBERG, P.C.**

*/s/ Christian Levis*
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100 White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

**SIMMONS HANLY CONROY LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-784-6400
Fax: 212-213-5949
jaybarnes@simmonsfirm.com
ejohnson@simmonsfirm.com
atruong@simmonsfirm.com

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez, State Bar No. 279017
Mahnam Ghorbani, State Bar No. 345360
8648 Wilshire Boulevard


Beverly Hills, CA 90211-2910
Tel.: 310-854-4444
Fax: 310-854-0812
koncius@kiesel.law
ramirez@kiesel.law
ghorbani@kiesel.law

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
Melissa Gardner, State Bar No. 289096
Jallé H. Dafa, State Bar No. 290637
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415 956-1000
Fax: 415-956-1008
msobol@lchb.com
mgardner@lchb.com
jdafa@lchb.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212 355-9500
Fax: 212-355-9592
dcuthbertson@lchb.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham, State Bar No. 243048
Sean Russell, State Bar No. 308962
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
hcunningham@scott-scott.com
srussell@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
Ethan Binder (admitted *pro hac vice*)
230 Park Ave., 17th Floor New York, NY 10169 Tel.: (212) 223-6444
Fax: (212) 223-6334
jguglielmo@scottscott.com

4

ebinder@scott-scott.com

*Attorneys for Plaintiffs and the Proposed Class*