**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
*koncius@kiesel.law*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
*jguglielmo@scott-scott.com*

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*clevis@lowey.com*

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*mgardner@lchb.com*

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>GOOGLE LLC,<br><br>Defendant.<br><br>**This document applies to: All Actions** | Case No. 3:23-cv-02431-VC<br><br>**DECLARATION OF CHRISTIAN LEVIS IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE THE SHAFIQ REBUTTAL DECLARATION**<br><br>Judge: Hon. Vince Chhabria |

I, Christian Levis, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York and admitted to practice *pro hac vice* in this matter before this Court. I am a partner at the law firm of Lowey Dannenberg, P.C. and counsel of record for Plaintiffs and the proposed Class in the above-captioned action.

2. I have personal knowledge of the facts set forth herein and, if called upon as a witness, I could testify competently under oath thereto.

3. I submit this declaration in support of Plaintiffs' Administrative Motion for Leave to File Plaintiffs' Opposition to Defendant's Motion to Strike the Shafiq Rebuttal Declaration (the "Administrative Motion").

4. On September 5, 2023, Plaintiffs' counsel contacted Defendant Google LLC's ("Google") counsel via email seeking to reach a stipulation for the Administrative Motion.

5. Google's counsel responded on September 6, 2023 that they oppose Plaintiffs' Administrative Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed on September 6, 2023, in White Plains, New York.

Dated: September 6, 2023                 By: */s/ Christian Levis*
                                              Christian Levis (admitted *pro hac vice*)