**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
*jaybarnes@simmonsfirm.com*

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
*koncius@kiesel.law*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
*jguglielmo@scott-scott.com*

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*clevis@lowey.com*

**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*mgardner@lchb.com*

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE THE SHAFIQ REBUTTAL DECLARATION**<br><br>Judge:  Hon. Vince Chhabria |
| **This document applies to: All Actions** | |

1

Before the Court is Plaintiffs' Administrative Motion for Leave to File Plaintiffs' Opposition to Defendant's Motion to Strike the Shafiq Rebuttal Declaration (the "Administrative Motion"). Having considered the briefs of counsel and all other matters presented, and for good cause showing, the Court rules as follows:

The Administrative Motion is **GRANTED**, and the Court hereby grants Plaintiffs leave to file their Opposition to Defendant's Motion to Strike the Shafiq Rebuttal Declaration as attached to the Administrative Motion.

 **IT IS SO ORDERED.**

Dated: _____, 2023     _____
                                                      Honorable Vince Chhabria
                                                      United Stated District Judge
                                                      Northern District of California

2

[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO
DEFENDANT'S MOTION TO STRIKE THE SHAFIQ REBUTTAL DECLARATION
Case No. 3:23-cv-02431-VC