# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:32-cv-02343-VC)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO STRIKE THE SHAFIQ REBUTTAL DECLARATION**<br><br>Consol. Complaint Filed: July 13, 2023<br><br>*District Judge Vince Chhabria*<br>*San Francisco Courthouse, Ctrm. 4* |

- 1 -

**[PROPOSED] ORDER**

Before the Court is Defendant Google LLC's Opposition to Plaintiffs' Administrative Motion for Leave to File Plaintiffs' Opposition to Defendant's Motion to Strike the Shafiq Rebuttal Declaration. Having considered the briefs of counsel and all matters presented, Plaintiffs' Administrative Motion (ECF No. 65) is hereby **DENIED**.

    **IT IS SO ORDERED.**


Dated: _____

                                              HON. VINCE CHHABRIA
                                              United States District Judge