# EXHIBIT 66

🔒 policies.google.com/technologies/product_privacy?hl=en-US

# Google Privacy & Terms

Overview | Privacy Policy | Terms of Service | **Technologies** | FAQ

- Technologies
- Advertising
- How Google uses cookies
- How Google uses location information
- How Google uses credit card numbers for payments
- How Google Voice works
- Google Product Privacy Guide
- How Google retains data we collect

Access your files offline

Privacy and policies

Manage your maps in Google Drive

 **Google Docs (including Docs, Sheets, Slides, Forms, and Drawings)**

Sharing basics

Publish a document, spreadsheet, presentation, or drawing

 **Book Search**

Make bookshelves public or private

 **Google Payments**

About Google Payments

Verify your identity

Disable, close, or reopen your Google Payments account

Set your payment method with a site or app

**Google Groups**

Control group permissions

Edit group permissions

Configure member identity settings

Delete a post you authored

Delete, reset or disable a group

 **Google Keep**

Control sharing of notes, lists, and drawings

Delete notes and lists

Edit and delete reminders

 **Google Analytics**

Safeguarding Google Analytics data

Opt-out of Analytics for the web

**Google Nest**

Our commitment to privacy in the home

Sensors in Google Nest devices

Privacy - Google Nest connected home devices and services

**Google Assistant**

Assistant Safety Center

How Google Assistant protects your privacy

How Google Assistant works with your data

How Google Assistant is designed for your privacy

Manage audio recordings in your Web & App Activity

Teach Google Assistant to recognize your voice with Voice Match

Face Match on Google Nest Hub Max

Your data stays private while Assistant's activation technologies improve