**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
esantacana@willkie.com
DAVID DOAK (SBN 301319)
ddoak@willkie.com
JOSHUA ANDERSON (SBN 312836)
jdanderson@willkie.com
TIFFANY LIN (SBN 321472)
tlin@willkie.com
NAIARA TOKER (SBN 346145)
ntoker@willkie.com
HARRIS MATEEN (SBN 335593)
hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted pro hac vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Counsel for Plaintiffs and the Proposed Class
*Additional Counsel listed on signature page.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I et al. on behalf of themselves and all others similarly situated, | Case No. 3:23-cv-02431-VC (Consol. w/ 3:32-cv-02343-VC) |
| | **STIPULATION RE: BRIEFING ON GOOGLE LLC'S REQUEST FOR JUDICIAL NOTICE** |
| GOOGLE LLC, | District Judge Vince Chhabria |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Doe et al. ("Plaintiffs") and Defendant Google LLC ("Google," and collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint (CCAC) on July 13, 2023;

WHEREAS, on August 3, 2023, Google filed Google's Combined Opposition to Plaintiffs' Motion for Preliminary Injunction and Motion to Dismiss the CCAC (Dkt. 48). The Court heard argument on Plaintiffs' Motion for Preliminary Injunction on September 21, 2023 (Dkt. 72);

WHEREAS, Plaintiffs filed an Administrative Motion for Leave to Amend Complaint and to Set Schedule on October 20, 2023 (Dkt. 81);

WHEREAS, the Parties entered a stipulation on October 20, 2023, agreeing: (1) Plaintiffs shall file their First Amended Consolidated Class Action Complaint ("FAC") on or before November 16, 2023; (2) Google shall file any Motion to Dismiss the FAC by December 21, 2023; (3) Plaintiffs shall file any opposition to Google's Motion to Dismiss by January 25, 2024; (4) Google shall file any reply in support of its Motion to Dismiss by February 8, 2024; and (5) the hearing on Google's Motion to Dismiss shall be set for February 22, 2024 (Dkt 81-1);

WHEREAS, the Court granted Plaintiffs' request for leave to file the FAC and the Parties' proposed schedule on October 24, 2023 (Dkt. 82);

WHEREAS, Plaintiffs filed their FAC on November 16, 2023 (Dkt. 86);

WHEREAS, Google filed its Motion to Dismiss (Dkt. 88) and Request for Judicial Notice on December 21, 2023 (Dkt. 89);

WHEREAS, the Parties have conferred and agree any opposition to Google's Request for Judicial Notice should be due the same day as Plaintiffs' Opposition to Google's Motion to Dismiss, and any reply in support of Google's Request for Judicial Notice should be due the same day as Google's Reply in support of its Motion to Dismiss.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action and subject to the Court's approval, that:

1. Plaintiffs shall file any opposition to Google's Request for Judicial Notice by **January 25, 2024**; and

- 2 -

    2. Google shall file any reply in support of its Request for Judicial Notice by **February 8, 2024.**

| | |
|---|---|
| January 5, 2024 | **WILLKIE FARR & GALLAGHER LLP** |
| | By: _/s/ Benedict Hur_ |
| | Benedict Hur |
| | Simona Agnolucci |
| | Eduardo Santacana |
| | David Doak |
| | Joshua Anderson |
| | Tiffany Lin |
| | Naiara Toker |
| | Harris Mateen |
| | |
| | Attorneys for Defendant |
| | GOOGLE LLC |
| | |
| January 5, 2024 | **SIMMONS HANLY CONROY, LLC** |
| | By: _/s/ Jason 'Jay' Barnes_ |
| | Jason 'Jay' Barnes |
| | Eric Johnson |
| | An Truong |
| | Attorneys for Plaintiffs |
| | JOHN DOE et al. |
| | |
| January 5, 2024 | **LOWEY DANNENBERG, P.C.** |
| | By: _/s/ Christian Levis_ |
| | Christian Levis |
| | Amanda Fiorilla |
| | Attorneys for Plaintiffs |
| | JOHN DOE et al. |
| | |
| January 5, 2024 | **KIESEL LAW LLP** |
| | By: _/s/ Jeffrey A. Koncius_ |

        Jeffrey A. Koncius
        Paul R. Kiesel
        Nicole Ramirez
        Attorneys for Plaintiffs
        JOHN DOE et al.

January 5, 2024        **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

        By:   */s/ Michael W. Sobol*
                Michael W. Sobol
                Douglas I. Cuthbertson
                Melissa Gardner
                Jallé H. Dafa
                Attorneys for Plaintiffs
                JOHN DOE et al.

January 5, 2024        **SCOTT & SCOTT, LLP**

        By:   */s/ Hal D. Cunningham*
                Hal D. Cunningham
                Sean Russell
                Joseph P. Guglielmo
                Ethan Binder
                Attorneys for Plaintiffs
                JOHN DOE et al.

## [PROPOSED] ORDER

The Court hereby enters the following schedule:

1. Plaintiffs shall file any opposition to Google's Request for Judicial Notice by **January 25, 2024**; and

2. Google shall file any reply in support of its Request for Judicial Notice by **February 8, 2024.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January __5__, 2024    _____
  HONORABLE VINCE CHHABRIA
  United States District Judge

## CIVIL L.R. 5-1(h)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I, Christian Levis, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: January 5, 2024       By:   */s/ Christian Levis*