**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
esantacana@willkie.com
DAVID DOAK (SBN 301319)
 ddoak@willkie.com
JOSHUA ANDERSON (SBN 312836)
 jdanderson@willkie.com
TIFFANY LIN (SBN 321472)
tlin@willkie.com
NAIARA TOKER (SBN 346145)
 ntoker@willkie.com
HARRIS MATEEN (SBN 335593)
hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted pro hac vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Counsel for Plaintiffs and the Proposed Class
*Additional Counsel listed on signature page.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE I et al. on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　　　　Defendant. | Case No.  3:23-CV-02431-VC<br>*(Consol. w/ 3:23-cv-02343-VC)*<br><br>**STIPULATION RE: MOTION TO DISMISS HEARING DATE AND SET CASE MANAGEMENT CONFERENCE**<br><br>District Judge Vince Chhabria |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Google LLC ("Google") and Plaintiffs John Doe et al. ("Plaintiffs," and collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint (CCAC) on July 13, 2023;

WHEREAS, on August 3, 2023, Google filed Google's Combined Opposition to Plaintiffs' Motion for Preliminary Injunction and Motion to Dismiss the CCAC (Dkt. 48). The Court heard argument on Plaintiffs' Motion for Preliminary Injunction on September 21, 2023 (Dkt. 72);

WHEREAS, Plaintiffs filed an Administrative Motion for Leave to Amend Complaint and to Set Schedule on October 20, 2023 (Dkt. 81);

WHEREAS, the Parties entered a stipulation on October 20, 2023, agreeing: (1) Plaintiffs shall file their First Amended Consolidated Class Action Complaint ("FAC") on or before November 16, 2023; (2) Google shall file any Motion to Dismiss the FAC by December 21, 2023; (3) Plaintiffs shall file any opposition to Google's Motion to Dismiss by January 25, 2024; (4) Google shall file any reply in support of its Motion to Dismiss by February 8, 2024; and (5) the hearing on Google's Motion to Dismiss shall be set for February 22, 2024 (Dkt 81-1);

WHEREAS, the Court granted Plaintiffs' request for leave to file the FAC and the Parties' proposed schedule on October 24, 2023 (Dkt. 82);

WHEREAS, Plaintiffs filed their FAC on November 16, 2023 (Dkt. 86);

WHEREAS, Google filed its Motion to Dismiss (Dkt. 88) and Request for Judicial Notice on December 21, 2023 (Dkt. 89);

WHEREAS, the Parties entered a stipulation on January 5, 2024, agreeing: (1) Plaintiffs shall file any opposition to Google's Request for Judicial Notice by January 25, 2024; and Google shall file any reply in support of its Request for Judicial Notice by February 8, 2024 (Dkt. 90);

WHEREAS, the Parties have conferred and agree that to account for a scheduling conflict the Motion to Dismiss hearing should be continued to February 29, 2024 at 1:00 PM via Zoom;

WHEREAS, the Parties have conferred and agree to have their next case management conference take place on March 22, 2024 at 10:00 AM via Zoom.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action and subject to the Court's approval, that:

1. The hearing on Google's Motion to Dismiss the FAC shall be set for **February 29, 2024** at 1:00 PM via Zoom, or as soon thereafter as is convenient for the Court.

2. The Parties' next Case Management Conference shall be set for **March 22, 2024** at 10:00 AM via Zoom, or as soon thereafter as is convenient for the Court.

Dated:  January 18, 2024                    **WILLKIE FARR & GALLAGHER LLP**

By:    /s/ Benedict Hur
      Benedict Hur
      Simona Agnolucci
      Eduardo Santacana
      Joshua Anderson
      David Doak
      Tiffany Lin
      Naiara Toker
      Harris Mateen

      Attorneys for Defendant
      GOOGLE LLC

Dated:  January 18, 2024                    **SIMMONS HANLY CONROY, LLC**

By:    /s/ Jason 'Jay' Barnes
      Jason 'Jay' Barnes
      Eric Johnson
      An Truong

      Attorneys for Plaintiffs
      JOHN DOE et al.

Dated:  January 18, 2024                    **KIESEL LAW LLP**

By:    /s/ Jeffrey A. Koncius
      Jeffrey A. Koncius
      Paul R. Kiesel
      Nicole Ramirez

      Attorneys for Plaintiffs
      JOHN DOE et al.

Dated:  January 18, 2024                    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

                                            By:    /s/ *Michael W. Sobol*
                                                   Michael W. Sobol
                                                   Melissa Gardner
                                                   Douglas I. Cuthbertson
                                                   Jallé H. Dafa

                                                   Attorneys for Plaintiffs
                                                   JOHN DOE et al.

Dated:  January 18, 2024                    **SCOTT & SCOTT, LLP**

                                            By:    /s/ *Hal D. Cunningham*
                                                   Hal D. Cunningham
                                                   Sean Russell
                                                   Joseph P. Guglielmo
                                                   Ethan Binder

                                                   Attorneys for Plaintiffs
                                                   JANE DOE et al.

Dated:  January 18, 2024                    **LOWEY & DANENBURG, P.C.**

                                            By:    /s/ *Christian Levis*
                                                   Christian Levis
                                                   Amanda Fiorilla

                                                   Attorneys for Plaintiffs
                                                   JANE DOE et al.

## [PROPOSED] ORDER

The Court hereby enters the following schedule:

1. The hearing on Google's Motion to Dismiss the FAC shall be set for **February 29, 2024** at 1:00 PM via Zoom, or as soon thereafter as is convenient for the Court.

2. The Parties' next Case Management Conference shall be set for **March 22, 2024** at 10:00 AM via Zoom, or as soon thereafter as is convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January ___, 2024

HONORABLE VINCE CHHABRIA
United States District Judge

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 18, 2024                                    **WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Benedict Hur*
             Benedict Hur
             Simona Agnolucci
             Eduardo Santacana
             Joshua Anderson
             David Doak
             Tiffany Lin
             Naiara Toker
             Harris Mateen

             Attorneys for Defendant
             GOOGLE LLC