| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>BENEDICT HUR (SBN 224018)<br>bhur@willkie.com<br>SIMONA AGNOLUCCI (SBN 246943)<br>sagnolucci@willkie.com<br>EDUARDO SANTACANA (SBN 281668)<br>esantacana@willkie.com<br>DAVID DOAK (SBN 301319)<br>ddoak@willkie.com<br>JOSHUA ANDERSON (SBN 312836)<br>jdanderson@willkie.com<br>TIFFANY LIN (SBN 321472)<br>tlin@willkie.com<br>NAIARA TOKER (SBN 346145)<br>ntoker@willkie.com<br>HARRIS MATEEN (SBN 335593)<br>hmateen@willkie.com<br>One Front Street, 34th Floor<br>San Francisco, California 94111<br>Telephone:  (415) 858-7400<br>Facsimile:  (415) 858-7599<br><br>Attorneys for Defendant<br>**GOOGLE LLC** | **SIMMONS HANLY CONROY, LLC**<br>Jason 'Jay' Barnes (admitted *pro hac vice*)<br>An Truong (admitted *pro hac vice*)<br>Eric Johnson (admitted *pro hac vice*)<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Telephone: (212) 784-6400<br>Facsimile: (212) 213-5949<br>jaybarnes@simmonsfirm.com<br>atruong@simmonsfirm.com<br>ejohnson@simmonsfirm.com<br><br>**LOWEY DANNENBERG, P.C.**<br>Christian Levis (admitted *pro hac vice*)<br>Amanda Fiorilla (admitted pro hac vice)<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>clevis@lowey.com<br>afiorilla@lowey.com<br><br>Counsel for Plaintiffs and the Proposed Class<br>*Additional Counsel listed on signature page. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I et al. on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br> vs.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No.  3:23-CV-02431-VC<br>*(Consol. w/ 3:23-cv-02343-VC)*<br><br>**STIPULATION RE: MOTION TO DISMISS HEARING DATE AND SET CASE MANAGEMENT CONFERENCE**<br><br>District Judge Vince Chhabria |

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Google LLC ("Google") and Plaintiffs John Doe et al. ("Plaintiffs," and collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint (CCAC) on July 13, 2023;

WHEREAS, on August 3, 2023, Google filed Google's Combined Opposition to Plaintiffs' Motion for Preliminary Injunction and Motion to Dismiss the CCAC (Dkt. 48). The Court heard argument on Plaintiffs' Motion for Preliminary Injunction on September 21, 2023 (Dkt. 72);

WHEREAS, Plaintiffs filed an Administrative Motion for Leave to Amend Complaint and to Set Schedule on October 20, 2023 (Dkt. 81);

WHEREAS, the Parties entered a stipulation on October 20, 2023, agreeing: (1) Plaintiffs shall file their First Amended Consolidated Class Action Complaint ("FAC") on or before November 16, 2023; (2) Google shall file any Motion to Dismiss the FAC by December 21, 2023; (3) Plaintiffs shall file any opposition to Google's Motion to Dismiss by January 25, 2024; (4) Google shall file any reply in support of its Motion to Dismiss by February 8, 2024; and (5) the hearing on Google's Motion to Dismiss shall be set for February 22, 2024 (Dkt 81-1);

WHEREAS, the Court granted Plaintiffs' request for leave to file the FAC and the Parties' proposed schedule on October 24, 2023 (Dkt. 82);

WHEREAS, Plaintiffs filed their FAC on November 16, 2023 (Dkt. 86);

WHEREAS, Google filed its Motion to Dismiss (Dkt. 88) and Request for Judicial Notice on December 21, 2023 (Dkt. 89);

WHEREAS, the Parties entered a stipulation on January 5, 2024, agreeing: (1) Plaintiffs shall file any opposition to Google's Request for Judicial Notice by January 25, 2024; and Google shall file any reply in support of its Request for Judicial Notice by February 8, 2024 (Dkt. 90);

WHEREAS, the Parties have conferred and agree that to account for a scheduling conflict the Motion to Dismiss hearing should be continued to February 29, 2024 at 1:00 PM via Zoom;

WHEREAS, the Parties have conferred and agree to have their next case management conference take place on March 22, 2024 at 10:00 AM via Zoom.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action and subject to the Court's approval, that:

1. The hearing on Google's Motion to Dismiss the FAC shall be set for **February 29, 2024** at 1:00 PM via Zoom, or as soon thereafter as is convenient for the Court.

2. The Parties' next Case Management Conference shall be set for **March 22, 2024** at 10:00 AM via Zoom, or as soon thereafter as is convenient for the Court.

Dated: January 18, 2024                                **WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Benedict Hur*
        Benedict Hur
        Simona Agnolucci
        Eduardo Santacana
        Joshua Anderson
        David Doak
        Tiffany Lin
        Naiara Toker
        Harris Mateen

        Attorneys for Defendant
        GOOGLE LLC

Dated: January 18, 2024                                **SIMMONS HANLY CONROY, LLC**

By:   */s/ Jason 'Jay' Barnes*
        Jason 'Jay' Barnes
        Eric Johnson
        An Truong

        Attorneys for Plaintiffs
        JOHN DOE et al.

Dated: January 18, 2024                                **KIESEL LAW LLP**

By:   */s/ Jeffrey A. Koncius*
        Jeffrey A. Koncius
        Paul R. Kiesel
        Nicole Ramirez

        Attorneys for Plaintiffs
        JOHN DOE et al.

Dated:  January 18, 2024          **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

                                                             By:   */s/ Michael W. Sobol*
                                                                      Michael W. Sobol
                                                                      Melissa Gardner
                                                                      Douglas I. Cuthbertson
                                                                      Jallé H. Dafa

                                                                      Attorneys for Plaintiffs
                                                                      JOHN DOE et al.

Dated:  January 18, 2024          **SCOTT & SCOTT, LLP**

                                                             By:   */s/ Hal D. Cunningham*
                                                                      Hal D. Cunningham
                                                                      Sean Russell
                                                                      Joseph P. Guglielmo
                                                                      Ethan Binder

                                                                      Attorneys for Plaintiffs
                                                                      JANE DOE et al.

Dated:  January 18, 2024          **LOWEY & DANENBURG, P.C.**

                                                             By:   */s/ Christian Levis*
                                                                     Christian Levis
                                                                      Amanda Fiorilla

                                                                      Attorneys for Plaintiffs
                                                                      JANE DOE et al.

**[~~PROPOSED~~] ORDER**

The Court hereby enters the following schedule:

1. The hearing on Google's Motion to Dismiss the FAC shall be set for **February 29, 2024** at 10:00AM in Courtroom 4, 17th floor, or as soon thereafter as is convenient for the Court.

2. The Parties' next Case Management Conference shall be set for **March 22, 2024** at 10:00 AM via Zoom, or as soon thereafter as is convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 24, 2024



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria