**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
esantacana@willkie.com
DAVID DOAK (SBN 301319)
 ddoak@willkie.com
JOSHUA ANDERSON (SBN 312836)
 jdanderson@willkie.com
TIFFANY LIN (SBN 321472)
tlin@willkie.com
NAIARA TOKER (SBN 346145)
 ntoker@willkie.com
HARRIS MATEEN (SBN 335593)
hmateen@willkie.com
One Front Street, 34th Floor
San Francisco, California 94111
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted pro hac vice)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Counsel for Plaintiffs and the Proposed Class
*Additional Counsel listed on signature page.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE I et al. on behalf of themselves and all others similarly situated, | Case No. 3:23-cv-02431-VC (Consol. w/ 3:32-cv-02343-VC) |
| | **STIPULATION RE: MOTION TO DISMISS HEARING DATE** |
| GOOGLE LLC, | District Judge Vince Chhabria |

Pursuant to Civil Local Rules 6-2 and 7-12, and in response to the Court's Order granting the Parties' January 18, 2024 Stipulation, as modified (Dkt. 95), Plaintiffs John Doe et al.

("Plaintiffs") and Defendant Google LLC ("Google," and collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, the Parties' January 18, 2024 Stipulation set forth the procedural history of Google's pending Motion to Dismiss the First Amended Complaint ("FAC"), and the hearing on that Motion then set for February 22, 2024 (Dkt. 92);

WHEREAS, the Parties' January 18, 2024 Stipulation explained that a scheduling conflict was the basis for the Parties' request to continue the previously-stipulated hearing date to February 29, 2024 at 1:00 PM via Zoom, but failed to specify that the nature of the conflict was as follows: counsel who intend to argue for Google developed a scheduling conflict for the previously stipulated hearing date of February 22, 2024, and counsel who intend to argue for Plaintiffs are unavailable in person on February 29, 2024, but could be available via Zoom (Dkt. 92);

WHEREAS, in granting the Parties' January 18, 2024 Stipulation as modified, the Court (1) set the hearing on Google's Motion to Dismiss the FAC for February 29, 2024 at 10:00AM in Courtroom 4, 17th floor at 450 Golden Gate Avenue, San Francisco, CA 94102, and (2) set the next case management conference for March 22, 2024 at 10:00 AM via Zoom (Dkt. 95);

WHEREAS, based upon the Court's order, the Parties understand that the Court would prefer to hold the hearing on Google's Motion to Dismiss the FAC in person;

WHEREAS, the Parties have conferred and all counsel could be available in person for the hearing on Google's Motion to Dismiss the FAC on March 14, 2024;

WHEREAS, the Parties respectfully request that to account for counsel's availability for an in-person hearing, the Motion to Dismiss hearing be continued to March 14, 2024 at 10:00AM in Courtroom 4, 17th floor.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action and subject to the Court's approval, that:

1.  The hearing on Google's Motion to Dismiss the FAC shall be set for **March 14, 2024** at 10:00AM in Courtroom 4, 17th floor, or as soon thereafter as is convenient for the Court.

January 30, 2024                            **WILLKIE FARR & GALLAGHER LLP**

By:   */s/ Benedict Hur*
     Benedict Hur
     Simona Agnolucci
     Eduardo Santacana
     David Doak
     Joshua Anderson
     Tiffany Lin
     Naiara Toker
     Harris Mateen

     Attorneys for Defendant
     GOOGLE LLC

January 30, 2024                            **SIMMONS HANLY CONROY, LLC**

By:   */s/ Jason 'Jay' Barnes*
     Jason 'Jay' Barnes
     Eric Johnson
     An Truong
     Attorneys for Plaintiffs
     JOHN DOE et al.

January 30, 2024                            **LOWEY DANNENBERG, P.C.**

By:   */s/ Christian Levis*
     Christian Levis
     Amanda Fiorilla
     Attorneys for Plaintiffs
     JOHN DOE et al.

January 30, 2024                            **KIESEL LAW LLP**

By:   */s/ Jeffrey A. Koncius*
     Jeffrey A. Koncius
     Paul R. Kiesel
     Nicole Ramirez
     Attorneys for Plaintiffs

JOHN DOE et al.

January 30, 2024

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

By:   */s/ Michael W. Sobol*
     Michael W. Sobol
     Douglas I. Cuthbertson
     Melissa Gardner
     Jallé H. Dafa
     Attorneys for Plaintiffs
     JOHN DOE et al.

January 30, 2024

**SCOTT & SCOTT, LLP**

By:   */s/ Hal D. Cunningham*
     Hal D. Cunningham
     Sean Russell
     Joseph P. Guglielmo
     Ethan Binder
     Attorneys for Plaintiffs
     JOHN DOE et al.

## [~~PROPOSED~~] ORDER

The Court hereby enters the following schedule:

1. The hearing on Google's Motion to Dismiss the FAC shall be set for **March 14, 2024** at 10:00AM in Courtroom 4, 17th floor, or as soon thereafter as is convenient for the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: February 1, 2024                    _____

HONORABLE VINCE CHHABRIA
United States District Judge