# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Doe I et al | CASE No C 3:23-cv-02431 |
| **Plaintiff(s)** | |
| v. | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| Google LLC | |
| **Defendant(s)** | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/6/24

/s/ Jane Doe VI
_____
Party

Date: 3/6/24

/s/ Christian Levis
_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☑ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 3/6/24

/s/ Christian Levis
_____
Attorney

*Important!* E-file this form in ECF using event name: *"ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*