# Joint Letter Brief
# re Preservation

# FILED UNDER SEAL