# EXHIBIT A
# Google's Han Declaration iso Joint Letter Brief

# FILED UNDER SEAL