| | |
|---|---|
| 1 | **WILLKIE FARR & GALLAGHER LLP** |
| | BENEDICT Y. HUR (SBN: 224018) |
| 2 |   bhur@willkie.com |
| | SIMONA AGNOLUCCI (SBN: 246943) |
| 3 |   sagnolucci@willkie.com |
| 4 | EDUARDO E. SANTACANA (SBN: 281668) |
| |   esantacana@willkie.com |
| 5 | JOSHUA D. ANDERSON (SBN: 312836) |
| |   jdanderson@willkie.com |
| 6 | DAVID D. DOAK (SBN 301319) |
| |   ddoak@willkie.com |
| 7 | TIFFANY LIN (SBN 321472) |
| |   tlin@willkie.com |
| 8 | NAIARA TOKER (SBN 346145) |
| |   ntoker@willkie.com |
| 9 | HARRIS MATEEN (SBN 335593) |
| |   hmateen@willkie.com |
| 10 | 333 Bush Street, 34th Floor |
| | San Francisco, CA 94104 |
| 11 | Telephone:  (415) 858-7400 |

Attorneys for Defendant
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated, | Case No. 3:23-cv-02431-VC (Consol. w/ 3:23-cv-02343-VC) |
| Plaintiffs, | **[PROPOSED] ORDER RE JOINT LETTER BRIEF RE PRESERVATION** |
| vs. | |
| GOOGLE LLC, | First Amended Complaint Filed: November 16, 2023 |
| Defendant. | *District Judge Vince Chhabria*<br>*San Francisco Courthouse, Ctrm. 4* |

Having considered the Joint Letter Brief Regarding Preservation, the Court GRANTS Google's request and DENIES Plaintiffs' preservation proposal.

**IT IS SO ORDERED.**

DATED: _____     _____
                                            Honorable Vince Chhabria
                                            United States District Judge