# PLAINTIFFS' EXHIBIT 2

# FILED UNDER SEAL