# PLAINTIFFS' EXHIBIT 3

# FILED UNDER SEAL