# PLAINTIFFS' EXHIBIT 5

# FILED UNDER SEAL

**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
JOSHUA D. ANDERSON (SBN 312836)
  jdanderson@willkie.com
DAVID D. DOAK (SBN 301319)
  ddoak@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
NAIARA TOKER (SBN 346145)
  ntoker@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**MANUAL FILING NOTIFICATION**<br><br>**PLAINTIFFS' EXHIBIT 5 TO JOINT LETTER BRIEF RE: PRESERVATION**<br><br>First Amended Complaint Filed:<br>November 16, 2023<br><br>*District Judge Vince Chhabria*<br>*San Francisco Courthouse, Ctrm. 4* |

**Regarding Plaintiffs' Exhibit 5 to the Parties' Joint Letter Brief Regarding Preservation**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

    Voluminous Document (PDF file size larger than efiling system allowances)

    Unable to Scan Documents

    Physical Object (description): _____

X    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

X    Item Under Seal

    Conformance with the Judicial Conference Privacy Policy (General Order 53).

    Other (description): _____

Dated:  March 8, 2024                                           By:   */s/ Eduardo Santacana*
                                                                                 Eduardo Santacana

                                                                                 WILLKIE FARR & GALLAGHER LLP
                                                                                 Benedict Hur
                                                                                 Simona Agnolucci
                                                                                Eduardo Santacana
                                                                                Joshua Anderson
                                                                                David Doak
                                                                                Tiffany Lin
                                                                                Naiara Toker
                                                                                Harris Mateen

                                                                                Attorneys for Defendant
                                                                                 GOOGLE LLC