# PLAINTIFFS' EXHIBIT 6

# FILED UNDER SEAL