# PLAINTIFFS' EXHIBIT 8

# FILED UNDER SEAL