**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
JOSHUA D. ANDERSON (SBN 312836)
  jdanderson@willkie.com
DAVID D. DOAK (SBN 301319)
  ddoak@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
NAIARA TOKER (SBN 346145)
  ntoker@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**DECLARATION OF EDUARDO SANTACANA IN SUPPORT OF GOOGLE'S ADMINISTRATIVE MOTION TO SEAL JOINT LETTER BRIEF RE: PRESERVATION**<br><br>Complaint Filed:    May 12, 2023<br><br>*District Judge Vince Chhabria*<br>*San Francisco Courthouse, Ctrm. 4* |

I, Eduardo Santacana, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an attorney with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC in the above-captioned matter. I have knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is the Order regarding Preservation of Certain Mapping and Linking Tables issued in *Calhoun, et al. v. Google, LLC*, 4:20-cv-05146-YGR-SVK (N.D. Cal.) at Dkt. 1004-4. The highlighted portions of the Order were redacted and filed under seal.

3. Attached hereto as **Exhibit 2** are excerpts from Google's Deep Dive on Google Display Ads Identity and Infrastructure, filed under seal in *Calhoun* at Dkt. 462-40.

4. Attached hereto as **Exhibit 3** are excerpts from Google's Unified Identity Service Design Document, filed under seal in *Calhoun* at Dkt. 462-39.

5. Attached hereto as **Exhibit 4** are excerpts from the Expert Report of Zubair Shafiq in Support of Plaintiffs' Sur-Reply in Further Opposition to Google's Motion for Summary Judgment, filed under seal in *Calhoun* at Dkt. 909-10.

6. Attached hereto as **Exhibit 5** is a transcription, prepared by Plaintiffs' counsel, of a Google Internal Video Presentation filed under seal in *Calhoun* at Dkt. 462-75. The video has also been lodged with the Court.

7. Attached hereto as **Exhibit 6** is the Special Master Preservation Recommendations issued and filed under seal in *Calhoun* at Dkt. 666-2.

8. Attached hereto as **Exhibit 7** is the Declaration of Bryant Chan filed in *Calhoun* at Dkt. 713-8. The highlighted portions of the Declaration were redacted and filed under seal.

9. Attached hereto as **Exhibit 8** is the Order Adopting in Part and Modifying in Part Special Master's May 23, 2022 Report and Recommendation re Preservation Plan issued and filed under seal in *Calhoun* at Dkt. 766.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 8, 2024

By: */s/ Eduardo Santacana*

Eduardo E. Santacana

*Attorney for Google LLC*