# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO SEAL JOINT LETTER BRIEF RE: PRESERVATION**<br><br>First Am. Complaint Filed: November 16, 2023<br><br>*District Judge Vince Chhabria*<br>*San Francisco Courthouse, Ctrm. 4* |

THIS CAUSE came before the Court on Defendant Google LLC's Unopposed Administrative Motion to Seal the Joint Letter Brief Regarding Preservation ("Motion to Seal"), as well as the Declaration of Miju Han in support of the Motion to Seal. The Court, having reviewed the Motion to Seal, Declaration of Miju Han in support of the Motion to Seal, and other papers on file in this action, and good cause showing, GRANTS the Motion to Seal and orders that the Joint Letter Brief, Han Declaration, and accompanying exhibits be filed under seal.

**IT IS SO ORDERED.**

DATED: _____, 2024                    _____
                                                                    VINCE CHHABRIA
                                                                    DISTRICT JUDGE