**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
JOSHUA D. ANDERSON (SBN 312836)
  jdanderson@willkie.com
DAVID D. DOAK (SBN 301319)
  ddoak@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com
NAIARA TOKER (SBN 346145)
  ntoker@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:  (415) 858-7400

Attorneys for Defendant
**GOOGLE LLC**

**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

Counsel for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I et al. on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**JOINT ADMINISTRATIVE MOTION TO CLOSE THE COURTROOM AT THE MARCH 22, 2024 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**Date: March 22, 2024**<br>**Time: 10:00 a.m.**<br><br>District Judge Vince Chhabria<br>San Francisco Courthouse, Ctrm. 4 |

Pursuant to Civil Local Rule 7-11, Defendant Google LLC ("Google") respectfully submits this Joint Administrative Motion to close the Courtroom during the March 22, 2024 Further Case Management Conference to the extent the Court anticipates discussing the substance of the Parties' Joint Letter Brief re: Preservation ("Joint Letter Brief"). <u>Plaintiffs join in making this request for relief.</u>

Courts frequently deny public access to judicial proceedings when disclosure of confidential commercial information could "harm a litigant's competitive standing." *See Nixon v. Warner Communications, Inc*., 435 U.S. 589, 598 (1978); *see also Kamakana v. City and County of Honolulu*, 447 F. 3d 1172, 1180 (9th Cir. 2006); *New York v. Microsoft Corp*., 2002 WL 1315804 (D.D.C. 2002); *Standard & Poor's Corp., Inc. v. Commodity Exchange, In*c., 541 F. Supp. 1273, 1277 (S.D.N.Y. 1982) ("the right to attend judicial proceedings should, in appropriate circumstances, give way to the right to protect one's trade secrets"). The Court should do the same here.

The Joint Letter Brief and supporting Declaration of Miju Han were filed under seal pursuant to Civil L. R. 79-5 for the reasons stated in Google's Unopposed Administrative Motion to Seal the Joint Letter Brief and Han Declaration re: Preservation (Dkt. 117).

The Parties anticipate that these highly confidential materials filed under seal will be discussed at the March 22, 2024 Further Case Management Conference. Those materials contain non-public, highly sensitive and confidential business information, disclosure of which could affect Google's competitive standing and may expose Google to increased security risk. Moreover, the issues to be discussed at the Further Case Management Conference pertain only to preservation and are not necessary to the public's understanding of the underlying dispute in this

- 2 -

litigation. The Parties therefore respectfully request that the Court grant this joint Motion to close the Courtroom during the March 22, 2024 Further Case Management Conference.

| | |
|---|---|
| Dated:  March 20, 2024 | **WILLKIE FARR & GALLAGHER LLP**<br><br>By:  */s/ Eduardo Santacana*<br>Benedict Hur<br>Simona Agnolucci<br>Eduardo Santacana<br>Joshua Anderson<br>David Doak<br>Tiffany Lin<br>Harris Mateen<br>Naiara Toker<br><br>Attorneys for Defendant<br>GOOGLE LLC |
| Dated:  March 20, 2024 | **SIMMONS HANLY CONROY, LLC**<br><br>By:  */s/ Jason "Jay" Barnes*<br>Jason 'Jay' Barnes<br>Eric Johnson<br>An Truong<br>Attorneys for Plaintiffs<br>JOHN DOE et al. |

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 20, 2024　　　　　　　　　　**WILLKIE FARR & GALLAGHER LLP**

By:　*/s/ Eduardo Santacana*
　　　Benedict Hur
　　　Simona Agnolucci
　　　Eduardo Santacana
　　　Joshua Anderson
　　　David Doak
　　　Tiffany Lin
　　　Harris Mateen
　　　Naiara Toker

　　　Attorneys for Defendant
　　　GOOGLE LLC