**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
JOSHUA D. ANDERSON (SBN 312836)
  jdanderson@willkie.com
DAVID D. DOAK (SBN 301319)
  ddoak@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
NAIARA TOKER (SBN 346145)
  ntoker@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:  (415) 858-7400
Facsimile:  (415) 858-7599

Attorneys for Defendant
**GOOGLE LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>GOOGLE LLC,<br><br>             Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**DECLARATION OF EDUARDO SANTACANA IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO CLOSE THE COURTROOM AT THE MARCH 22, 2024 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>**Date: March 22, 2024**<br>**Time: 10:00 a.m.**<br><br>District Judge Vince Chhabria<br>San Francisco Courthouse, Ctrm. 4 |

I, Eduardo Santacana, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an attorney with the law firm of Willkie Farr & Gallagher LLP, counsel of record for Google LLC ("Google") in the above-captioned matter. I have knowledge of the facts set forth below and, if called as a witness in a court of law, could and would testify competently thereto.

2. On March 8, 2024, Google filed an Unopposed Administrative Motion to Seal the Joint Letter Brief and Han Declaration re: Preservation (Dkt. 117) ("Motion to Seal"), as well as the Han Declaration and Santacana Declaration in support.

3. For the reasons articulated in the Motion to Seal, Google moves to close the Courtroom during the March 22, 2024 Further Case Management Conference ("Motion to Close the Courtroom") to the extent the Court anticipates discussing the substance of the Parties' Joint Letter Brief re: Preservation (Dkt. 116).

4. Counsel for the Parties met and conferred via telephone and e-mail on March 20, 2024. During these conversations, Plaintiffs' counsel advised that they join in the Motion to Close the Courtroom for the March 22, 2024 Further Case Management Conference.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 20, 2024

By:    */s/ Eduardo Santacana*
       Eduardo E. Santacana
       *Attorney for Google LLC*