UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　　　Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>~~PROPOSED~~ ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CLOSE THE COURTROOM AT THE MARCH 22, 2024 FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date: March 22, 2024<br>Time: 10:00 a.m.<br><br>District Judge Vince Chhabria<br>San Francisco Courthouse, Ctrm. 4 |

THIS CAUSE came before the Court on the Parties' Joint Administrative Motion to Close the Courtroom for the March 22, 2024 Further Case Management Conference ("Motion to Close the Courtroom"), as well as the Declaration of Eduardo Santacana in support of the Motion to Close the Courtroom. The Court, having reviewed the Motion to Close the Courtroom, Declaration of Eduardo Santacana in support of the Motion to Close the Courtroom, and other papers on file in this action, and good cause showing, GRANTS the Motion to Close the Courtroom and orders that the Courtroom will be closed to third parties and the public during the March 22, 2024 Further Case Management Conference in the above-captioned case.

**IT IS SO ORDERED.**

DATED:  March 21  , 2024

VINCE CHHABRIA
DISTRICT JUDGE