AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| John Doe I, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-02431-VC |
| Google LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Google LLC.

Date: 04/01/2024

/s/ Nadim Houssain
*Attorney's signature*

Nadim Houssain - CA SBN 335556
*Printed name and bar number*

Willkie Farr & Gallagher LLP
333 Bush Street, 34th Floor
San Francisco, CA 94104
*Address*

nhoussain@willke.com
*E-mail address*

(415) 858-7400
*Telephone number*

(415) 858-7599
*FAX number*