**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
esantacana@willkie.com
JOSHUA D. ANDERSON (SBN 312836)
jdanderson@willkie.com
DAVID D. DOAK (SBN 301319)
ddoak@willkie.com
TIFFANY LIN (SBN 321472)
tlin@willkie.com
HARRIS MATEEN (SBN 335593)
hmateen@willkie.com
NAIARA TOKER (SBN 346145)
ntoker@willkie.com
NADIM HOUSSAIN (SBN 335556)
nhoussain@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 858-7400

Attorneys for Defendant
**GOOGLE LLC**

**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
jaybarnes@simmonsfirm.com
An Truong (admitted *pro hac vice*)
atruong@simmonsfirm.com
Eric Johnson (admitted *pro hac vice*)
ejohnson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400

Attorneys for
Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JOHN DOE I et al. on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 3:23-cv-02431-VC
(Consol. w/ 3:23-cv-02343-VC)

**JOINT ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF MARCH 22 FURTHER CASE MANAGEMENT CONFERENCE**

District Judge Vince Chhabria
San Francisco Courthouse, Ctrm. 4

Pursuant to Civil Local Rule 7-11, Plaintiffs John Doe et al. and Defendant Google LLC ("Google") respectfully submit this joint administrative motion to request that the Court issue an order authorizing the Court Reporter to release a transcript of the sealed Further Case Management Conference held on March 22, 2024 to Simmons Hanly Conroy, as counsel for Plaintiffs, and to Willkie Farr & Gallagher LLP, as counsel for Google. Each Party would still be required to request and pay for the transcript in the usual course.

Simmons Hanly Conroy, as counsel for Plaintiffs, and counsel for Google were present throughout the March 22 Further Case Management Conference. Accordingly, the transcript of the March 22, 2024 proceeding is not confidential as to Simmons Hanly Conroy, as counsel for Plaintiffs, and counsel for Google.

Therefore, the Parties respectfully request that the Court grant this motion and authorize the Court Reporter to issue copies of the Further Case Management Conference transcript to Simmons Hanly Conroy, as counsel for Plaintiffs, and Willkie Farr & Gallagher LLP, as counsel for Google.

Dated: April 2, 2024

Respectfully Submitted,

**SIMMONS HANLY CONROY, LLC**

By: *_/s/ Jason "Jay" Barnes_*
Jason 'Jay' Barnes
An Truong
Sona Shah

Attorneys for
Plaintiffs and Proposed Class

**WILLKIE FARR & GALLAGHER LLP**

By: *_/s/ Eduardo Santacana_*
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Joshua Anderson
David Doak
Tiffany Lin
Harris Mateen
Naiara Toker
Nadim Houssain

Attorneys for Defendant
GOOGLE LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 2, 2024

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Eduardo Santacana*
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Joshua Anderson
David Doak
Tiffany Lin
Harris Mateen
Naiara Toker
Nadim Houssain

Attorneys for Defendant
GOOGLE LLC