**WILLKIE FARR & GALLAGHER LLP**
BENEDICT HUR (SBN 224018)
  bhur@willkie.com
SIMONA AGNOLUCCI (SBN 246943)
  sagnolucci@willkie.com
EDUARDO SANTACANA (SBN 281668)
  esantacana@willkie.com
JOSHUA D. ANDERSON (SBN 312836)
  jdanderson@willkie.com
DAVID D. DOAK (SBN 301319)
  ddoak@willkie.com
TIFFANY LIN (SBN 321472)
  tlin@willkie.com
HARRIS MATEEN (SBN 335593)
  hmateen@willkie.com
NAIARA TOKER (SBN 346145)
  ntoker@willkie.com
NADIM HOUSSAIN (SBN 335556)
  nhoussain@willkie.com
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone:  (415) 858-7400

Attorneys for Defendant
**GOOGLE LLC**

**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
  jaybarnes@simmonsfirm.com
An Truong (admitted *pro hac vice*)
  atruong@simmonsfirm.com
Eric Johnson (admitted *pro hac vice*)
  ejohnson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400

Attorneys for
Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I et al. on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>         Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**JOINT STIPULATION PERMITTING PARTIES TO OBTAIN SEALED TRANSCRIPT OF MARCH 22, 2024 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>District Judge Vince Chhabria<br>San Francisco Courthouse, Ctrm. 4 |

Pursuant to the Local Rule 7-11(a), Plaintiffs John Doe et al. and Defendant Google LLC ("Google," and collectively, "the Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on March 20, 2024 the Parties filed a Joint Administrative Motion to Close the Courtroom at the March 22, 2024 Further Case Management Conference (ECF 126).

WHEREAS, on March 21, 2024 the Court granted the Parties' Joint Administrative Motion to Close the Courtroom at the March 22, 2024 Further Case Management Conference (ECF 127).

WHEREAS, Simmons Hanly Conroy, as counsel for Plaintiffs, and counsel for Google appeared for the Further Case Management Conference on March 22, 2024.

WHEREAS, Simmons Hanly Conroy, as counsel for Plaintiffs, and counsel for Google are unable to obtain a copy of the sealed transcript of the March 22 Further Case Management Conference without a Court order authorizing the release of the transcript.

WHEREAS, the Parties, by and through their respective counsel of record, have agreed that Simmons Hanly Conroy, as counsel for Plaintiffs, and counsel for Google may obtain a copy of the transcript.

NOW, THEREFORE, pursuant to Civil Local Rule 7-11, counsel for the Parties jointly request that the Court order that the sealed transcript of the March 22, 2024 Further Case Management Conference be released in electronic format to Simmons Hanly Conroy, as counsel for Plaintiffs, and counsel for Google.

**IT IS SO STIPULATED.**

Dated:  April 2, 2024                  **WILLKIE FARR & GALLAGHER LLP**

By:  */s/ Eduardo Santacana*
Benedict Hur
Simona Agnolucci
Eduardo Santacana
Joshua Anderson
David Doak
Tiffany Lin
Harris Mateen
Naiara Toker
Nadim Houssain

Attorneys for Defendant
GOOGLE LLC

Dated:  April 2, 2024                  **SIMMONS HANLY CONROY, LLC**

By:  */s/ Jason "Jay" Barnes*
Jason 'Jay' Barnes
Eric Johnson
An Truong

Attorneys for
Plaintiffs and Proposed Class

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated:  April 2, 2024 | **WILLKIE FARR & GALLAGHER LLP** |
| | By:   */s/ Eduardo Santacana*  <br>Benedict Hur <br>Simona Agnolucci <br>Eduardo Santacana <br>Joshua Anderson <br>David Doak <br>Tiffany Lin <br>Harris Mateen <br>Naiara Toker <br>Nadim Houssain <br><br>Attorneys for Defendant <br>GOOGLE LLC |