# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  vs.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF MARCH 22, 2024 FURTHER CASE MANAGEMENT CONFERENCE**<br><br>District Judge Vince Chhabria<br>San Francisco Courthouse, Ctrm. 4 |

THIS CAUSE came before the Court on the Parties' Joint Administrative Motion to Obtain Sealed Transcript of March 22, 2024 Further Case Management Conference ("Motion to Obtain Sealed Transcript"), as well as the Joint Stipulation in support of the Motion to Obtain Sealed Transcript. The Court, having reviewed the Motion to Obtain Sealed Transcript, Joint Stipulation in support of the Motion to Obtain Sealed Transcript, and other papers on file in this action, and good cause showing, GRANTS the Motion to Obtain Sealed Transcript and orders the Court Reporter to issue copies of the Further Case Management Conference transcript to Simmons Hanly Conroy, as counsel for Plaintiffs, and to Willkie Farr & Gallagher LLP, as counsel for Google.

**IT IS SO ORDERED.**

DATED: _____, 2024

_____
VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE