**SIMMONS HANLY CONROY, LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
koncius@kiesel.law

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (Bar No. 243048)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
hcunningham@scott-scott.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
mgardner@lchb.com

**LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212 355-9500
Facsimile: 212-355-9592
dcuthbertson@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE I, et al. on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>　GOOGLE LLC,<br><br>　　　　　Defendant.<br><br>**This document applies to: All Actions** | Case No.  3:23-cv-02431-VC<br>Consolidated with: 3:23-cv-02343-VC<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:　　　Hon. Vince Chhabria<br>Date:　　　　May 24, 2024, 10:00 a.m.<br>Location:　　Courtroom 4, 17th Floor |

Plaintiffs and Defendant Google LLC (collectively, "the Parties") in the above-captioned action, by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to the Court's Notice Scheduling Further Case Management Conference. ECF No. 120.

## I. STATUS OF PROCEEDINGS

This litigation commenced on May 17, 2023, and the Court consolidated all related actions on July 13, 2023. ECF Nos. 1, 41. On September 21, 2023, the Court held a hearing on Plaintiffs' motion for a preliminary injunction, and on October 18, 2023, the Court denied the motion. ECF Nos. 72, 76.

Plaintiffs filed a Consolidated Amended Complaint on November 17, 2023. ECF No. 86. On March 14, 2024, the Court heard Google's Motion to Dismiss the complaint, and scheduled a further Case Management Conference for May 24, 2024, noting that the conference may need to be delayed in order to provide time for the Court to rule on the Motion to Dismiss in advance of the conference. ECF Nos. 119, 120; Mar. 14, 2024 Tr. at 74:15-19.

## II. DISCOVERY

Discovery has been stayed pending an order on the Motion to Dismiss. *See* ECF No. 119.

Prior to the stay, the Parties held a Rule 26(f) Conference on March 4, 2024, and submitted a proposed stipulated Protective Order on March 5, 2024. *See* ECF No. 105. On March 22, 2024, the Court held a closed hearing concerning evidence preservation. ECF No. 128. On April 30, 2024, the Court referred discovery in this action to Magistrate Judge Susan Van Keulen. ECF No. 141. Judge van Keulen entered a Stipulated Protective Order on May 7, 2024. *See* ECF No. 142.

Currently, the Parties are negotiating a proposed ESI Protocol. Plaintiffs sent their most recent revisions to Google on April 3, 2024. Google sent further revisions to Plaintiffs on May 9, 2024 and are currently awaiting Plaintiffs' response. Should any disputes regarding the ESI Protocol or discovery reach impasse, the Parties will raise them with Magistrate Judge van Keulen at the appropriate time.

### III.  FURTHER PROCEEDINGS

As noted above, the Parties conducted their Rule 26(f) conference in March 2024. However, the Parties have not yet submitted a Joint Case Management Statement as contemplated by Civil Local Rule 16-9 and the Standing Order for all Judges of the Northern District of California in this action, and no case schedule beyond the initial pleadings has been set.

In light of the impact that the Court's anticipated ruling on Google's pending Motion to Dismiss may have on these issues, the Parties jointly propose that their Joint Rule 26(f) Report and proposed case schedule(s) be submitted in advance of the first Case Management Conference after the Court rules on the pending Motion to Dismiss, and jointly request that the Court schedule that Conference for a date approximately three weeks after the Court rules on the motion to dismiss, or as soon thereafter as is convenient for the Court.

Dated: May 17, 2024

**LOWEY DANNENBERG, P.C.**

*/s/ Christian Levis*
Christian Levis (admitted *pro hac vice*)
*clevis@lowey.com*
Amanda Fiorilla (admitted *pro hac vice*)
*afiorilla@lowey.com*
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
An Truong (admitted *pro hac vice*)
*atruong@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-784-6400
Fax: 212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*

Nicole Ramirez, State Bar No. 279017
*ramirez@kiesel.law*
Mahnam Ghorbani, State Bar No. 345360
*ghorbani@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.: 310-854-4444
Fax: 310-854-0812

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
*msobol@lchb.com*
Melissa Gardner, State Bar No. 289096
*mgardner@lchb.com*
Jallé H. Dafa, State Bar No. 290637
*jdafa@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415 956-1000
Fax: 415-956-1008

Douglas Cuthbertson (admitted *pro hac vice*)
*dcuthbertson@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212 355-9500
Fax: 212-355-9592

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham, State Bar No. 243048
*hcunningham@scott-scott.com*
Sean Russell, State Bar No. 308962
*srussell@scott-scott.com*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

Joseph P. Guglielmo (admitted *pro hac vice*)
*jguglielmo@scott-scott.com*
Ethan Binder (admitted *pro hac vice*)
*ebinder@scott-scott.com*
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

*Attorneys for Plaintiffs and the Proposed Class*

Dated: May 17, 2024               **WILLKIE FARR & GALLAGHER LLP**

/s/ Benedict Hur
---

  Benedict Hur, State Bar No. 224018
   *bhur@willkie.com*
Simona Agnolucci, State Bar No. 246943
  *sagnolucci@willkie.com*
Eduardo Santacana, State Bar No. 281668
  *esantacana@willkie.com*
Joshua D. Anderson, State Bar No. 312836
  *jdanderson@willkie.com*
David D. Doak, State Bar No. 301319
  *ddoak@willkie.com*
Tiffany Lin, State Bar No. 321472
  *tlin@willkie.com*
Nadim Houssain, State Bar No. 335556
  *nhoussain@willkie.com*
Harris Mateen, State Bar No. 335593
  *hmateen@willkie.com*
Naiara Toker, State Bar No. 346145
  *ntoker@willkie.com*
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 17, 2024
*/s/Christian Levis*
Christian Levis