**SIMMONS HANLY CONROY, LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
koncius@kiesel.law

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (Bar No. 243048)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
hcunningham@scott-scott.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
mgardner@lchb.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212 355-9500
Facsimile: 212-355-9592
dcuthbertson@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*
*\*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE I, et al. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant.<br><br>**This document applies to: All Actions** | Case No. 3:23-cv-02431-VC<br>Consolidated with: 3:23-cv-02343-VC<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:   Hon. Vince Chhabria<br>Date:    July 19, 2024, 10:00 a.m.<br>Location: Courtroom 4, 17th Floor |

Plaintiffs and Defendant Google LLC (collectively, "the Parties") in the above-captioned action, by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to the Court's Notice Scheduling Further Case Management Conference. ECF No. 154.

## I. STATUS OF PROCEEDINGS

On March 14, 2024, the Court heard argument on Google's Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint, and scheduled a Further Case Management Conference for May 24, 2024, noting that the conference may need to be delayed in order to provide time for the Court to rule on the Motion to Dismiss in advance of the conference. ECF Nos. 119, 120; Mar. 14, 2024 Tr. at 74:15-19.

On May 17, 2024, June 14, 2024, and July 5, 2024, the Parties filed Joint Case Management Statements explaining that the Parties had previously conducted a Rule 26(f) conference, but had not yet submitted a Joint Case Management Statement as contemplated by Civil Local Rule 16-9 and the Standing Order for all Judges of the Northern District of California. Given that an order on Google's Motion to Dismiss was pending, the Parties jointly requested that their Joint Rule 26(f) Report and proposed case schedule be submitted in advance of the first case management conference after the Court rules on Google's Motion to Dismiss, further requesting that such conference be set for a date approximately three weeks after such a ruling. ECF Nos. 143, 149, 153.

On May 20, 2024, the Court reset the May 24, 2024 Further Case Management Conference for June 21, 2024. ECF No. 144.

On May 31, 2024, the Court requested supplemental briefing from Plaintiffs concerning certain subjects at issue in Google's Motion to Dismiss, which Plaintiffs submitted on June 7, 2024. ECF Nos. 145, 146.

On June 17, 2024, the Court reset the June 21, 2024 Further Case Management Conference for July 12, 2024. ECF No. 150.

On June 19, 2024, the Court invited a response to Plaintiffs' supplemental briefing from

Google, which Google submitted on June 25, 2024. ECF Nos. 151, 152.

On July 5, 2024, the Court reset the July 12, 2024 Further Case Management Conference for July 19, 2024. ECF No. 154.

## II.     DISCOVERY

Discovery has been stayed pending an order on Google's Motion to Dismiss. ECF No. 119. Judge van Keulen entered a Stipulated Protective Order on May 7, 2024. ECF No. 142. Judge van Keulen entered a Stipulated Order re: Discovery of Electronically Stored Information and Hard Copy Documents on June 12, 2024. ECF No. 148.

## III.    FURTHER PROCEEDINGS

In light of the impact that the Court's anticipated ruling on Google's Motion to Dismiss may have on the Parties' negotiations concerning discovery and a case schedule, the Parties propose that their Joint Rule 26(f) Report be submitted in advance of the first Case Management Conference scheduled after the Court rules on Google's Motion to Dismiss, and respectfully request that said conference be scheduled at the convenience of the Court after the Court's ruling on the Motion to Dismiss.

The Parties look forward to discussing the above and any other matters that may be of interest to the Court at the upcoming Further Case Management Conference set for July 19, 2024.

| | |
|---|---|
| Dated: July 12, 2024 | **LOWEY DANNENBERG, P.C.** |
| | */s/ Christian Levis* |
| | Christian Levis (admitted *pro hac vice*) |
| | *clevis@lowey.com* |
| | Amanda Fiorilla (admitted *pro hac vice*) |
| | *afiorilla@lowey.com* |
| | 44 South Broadway, Suite 1100 |
| | White Plains, NY 10601 |
| | Tel.: (914) 997-0500 |
| | Fax: (914) 997-0035 |
| | |
| | **SIMMONS HANLY CONROY LLP** |
| | Jason 'Jay' Barnes (admitted *pro hac vice*) |
| | *jaybarnes@simmonsfirm.com* |

An Truong (admitted *pro hac vice*)
*atruong@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-784-6400
Fax: 212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
Nicole Ramirez, State Bar No. 279017
*ramirez@kiesel.law*
Mahnam Ghorbani, State Bar No. 345360
*ghorbani@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.: 310-854-4444
Fax: 310-854-0812

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
*msobol@lchb.com*
Melissa Gardner, State Bar No. 289096
*mgardner@lchb.com*
Jallé H. Dafa, State Bar No. 290637
*jdafa@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415 956-1000
Fax: 415-956-1008

Douglas Cuthbertson (admitted *pro hac vice*)
*dcuthbertson@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212 355-9500
Fax: 212-355-9592

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham, State Bar No. 243048
*hcunningham@scott-scott.com*
Sean Russell, State Bar No. 308962
*srussell@scott-scott.com*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

Joseph P. Guglielmo (admitted *pro hac vice*)
*jguglielmo@scott-scott.com*
Ethan Binder (admitted *pro hac vice*)
*ebinder@scott-scott.com*
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

*Attorneys for Plaintiffs and the Proposed Class*

Dated: July 12, 2024            **WILLKIE FARR & GALLAGHER LLP**

*/s/ Eduardo Santacana*
--- 
  Benedict Hur, State Bar No. 224018
   *bhur@willkie.com*
Simona Agnolucci, State Bar No. 246943
   *sagnolucci@willkie.com*
Eduardo Santacana, State Bar No. 281668
   *esantacana@willkie.com*
Joshua D. Anderson, State Bar No. 312836
   *jdanderson@willkie.com*
David D. Doak, State Bar No. 301319
   *ddoak@willkie.com*
Tiffany Lin, State Bar No. 321472
   tlin@willkie.com
Nadim Houssain, State Bar No. 335556
   *nhoussain@willkie.com*
Harris Mateen, State Bar No. 335593
   *hmateen@willkie.com*
Naiara Toker, State Bar No. 346145
   *ntoker@willkie.com*
**WILLKIE FARR & GALLAGHER LLP**
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

- 5 -

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 12, 2024                    */s/ Melissa Gardner*