# EXHIBIT 3

# Privacy Matter | Kaiser Permanente

healthy.kaiserpermanente.org/northern-california/alerts/p3/privacy-matter

**May 6, 2024**

## Important notice about a privacy matter

Kaiser Permanente is posting this notice to inform its members and patients about a privacy matter that may have affected them. We are contacting affected members and patients directly via email or U.S. Mail to notify them of the incident described below. If you did not receive an email notification or notification letter and have questions about whether you were affected, you can contact Kaiser Permanente at the contact information provided at the end of this notice.

## What Happened?

On October 25, 2023, Kaiser Permanente determined that certain online technologies (commonly known as cookies or pixels) installed on our websites and mobile applications may have transmitted personal information to our third-party vendors Google, Microsoft Bing, and X (Twitter) when members and patients accessed our websites or mobile applications. These technologies are sometimes used by organizations to understand how consumers interact with websites and mobile applications. We apologize that this incident occurred.

## What Information was Involved?

The information that may have been involved was limited to: IP address, name, information that could indicate you were signed into a Kaiser Permanente account or service, information showing how you interacted with and navigated through our website or mobile applications, and search terms used in the health encyclopedia. Detailed information concerning Kaiser Permanente account credentials (username and password), Social Security numbers, financial account information and credit card numbers were **not included** in the information involved.

## What We Are Doing:

We conducted a voluntary internal investigation into the use of these online technologies, and subsequently removed these online technologies from our websites and mobile applications. In addition, Kaiser Permanente has implemented additional measures with the guidance of experts to safeguard against recurrence of this type of incident.

## What You Can Do:

1/2

Kaiser Permanente is not aware of any misuse of your information. Your Kaiser Permanente account credentials (username and password), Social Security number, financial account information, and credit card number were not involved in this incident. Regardless, it is always advisable to remain vigilant against attempts at identity theft or fraud, which includes reviewing online and financial accounts, credit reports, and Explanations of Benefits for suspicious activity. This is a best practice for all individuals.

There is no evidence that your information has been misused. If you are concerned about identity theft and would like more information on ways to protect yourself, visit the Federal Trade Commission's Identity Theft website at https://www.identitytheft.gov.

## For More Information:

We assure you that safeguarding your information is one of our highest priorities. If you have any questions or concerns about this notice, please call 866-528-9259, Monday through Friday, between the hours of 7:00 a.m. to 7:00 p.m. Central Standard Time, excluding holidays.

Sincerely,

Kaiser Foundation Health Plan, Inc.