# EXHIBIT 4

# Gordon-Nguyen, Marissa (HHS/OCR)

| | |
|---|---|
| **From:** | Huo, Mingjia |
| **Sent:** | Friday, April 22, 2022 12:06 PM |
| **To:** | Levchenko, Kirill; Goldstein, Lisa (OS/OCR) |
| **Cc:** | Sanches, Linda (HHS/OCR); Gordon-Nguyen, Marissa (HHS/OCR) |
| **Subject:** | Re: Research on disclosures of health information to third parties |
| **Attachments:** | HIPAA-paper.pdf |

Hi Lisa et al.,

This is our paper draft.
Thank you.

Best,
Mingjia

---

**From:** Levchenko, Kirill
**Date:** Monday, April 18, 2022 at 6:10 PM
**To:** Goldstein, Lisa (OS/OCR) , Huo, Mingjia
**Cc:** Sanches, Linda (HHS/OCR) , Gordon-Nguyen, Marissa (HHS/OCR)

**Subject:** Re: Research on disclosures of health information to third parties

Hi Lisa et al., thanks, and I apologize again. Here is the new Zoom link:

Topic: UIUC/OCR meeting
Time: Apr 22, 2022 10:30 AM Central Time (US and Canada)

Join Zoom Meeting
https://illinois.zoom.us/j/89608185518?pwd=dTVreXJLQXFzdVNrTUp0aVpZUzdJUT09

Meeting ID: 896 0818 5518
Password: 0

**Gordon-Nguyen, Marissa (HHS/OCR)**

| | |
|---|---|
| **Subject:** | Meeting with Illinois researcher on findings of possible impermissible disclosures of IIHI |
| **Location:** | Zoom - below |
| **Start:** | Fri 4/22/2022 11:30 AM |
| **End:** | Fri 4/22/2022 12:30 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Goldstein, Lisa (OS/OCR) |
| **Required Attendees:** | Gordon-Nguyen, Marissa (HHS/OCR); Sanches, Linda (HHS/OCR); Noonan, Timothy (OS/OCR); Heesters, Nicholas (HHS/OCR) |
| **Optional Attendees:** | Mosley-Day, Serena (OS/OCR) |

Topic: UIUC/OCR meeting
Time: Apr 22, 2022 10:30 AM Central Time (US and Canada)

Join Zoom Meeting
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fillinois.zoom.us%2Fj%2F89608185518%3Fpwd%3DdTVreXJLQXFzdVNrTUp0aVpZUzdJUT09&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C0356d9ad8bbe421793f208da2190cf5d%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637859203084417538%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=ROMaanrRNpGTH5gVnmWzCvvBUb3vvyHj0cBSILjM0sY%3D&amp;reserved=0

Meeting ID: 896 0818 5518
Password: 0

To give you some background before the meeting, I am an Associate Professor in the Department of Electrical and Computer Engineering at the University of Illinois at Urbana-Champaign. My research team is studying information leaks to third parties on Web sites that display individual health information. We focused our attention on two categories of web sites: hospitals that use MyChart patient portals powered by Epic (a healthcare software company) and telehealth web sites.

We found 60 MyChart patient portals that use Google Analytics or Facebook Pixel to track visitors on their login pages (listed below). We checked the behaviors of these trackers by logging into some of those portals. We found that these trackers send the URLs and titles of the pages that patients visit, such as "Health Record: Blood Pressure", to Google and Facebook respectively. In addition, the Facebook Pixel tracker also sends the following data to Facebook: personal information, such as name, address, phone number, email, gender, and birthday; medications; plans of care, including upcoming lab tests; information about appointments, including dates, hospitals, and topics.

In addition to the information relating to medical treatment above, a user's Web browser may send Web cookies to Google and Facebook, which allow these companies to identify visitors to the hospital and telehealth web sites. For visitors who are logged in to Google and Facebook, the cookies are associated with their accounts, which include their name and email address. This makes the health information transmitted to Google and Facebook identifiable.

The following hospitals use both Facebook Pixel and Google Analytics on patient record pages. These represent the most severe case of information disclosure to third parties.

- Community Health Network, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.ecommunity.com%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=%2Bq0Yrj5aqt4a%2F2w9j4VLSbEKr53BkTOqtVwP6lYv9u4%3D&amp;reserved=0
- FastMed, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.fastmed.com%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=e8trJ1ZPHGCdvd2ankr1APZvlBYSyfFnrkwM8xs2NLk%3D&amp;reserved=0
- Premier Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.premierhealthpartners.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=kWq1Z485D8gJfIDWjE4BX8DHZkekcpXRYKFlatKTiVY%3D&amp;reserved=0

The following hospitals use Google Analytics on patient record pages:

- Edward-Elmhurst Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.eehealth.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=YCrgQj8BDs5z73TbhIE%2Bnvab9H2PmzWxwnJ1XxJd9CQ%3D&amp;reserved=0
- Spectrum Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.spectrumhealth.org%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=xj4m3U1Yh1EwUEimJJQ1bde%2F6L1R6Tm6Fy9yI%2BPiPdM%3D&amp;reserved=0
- Lehigh Valley Health Network, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mylvhn.org%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=NJ3UdzTSgVJCfZLIN3RequKdo68Z8YBRDDFVj1n2O9M%3D&amp;reserved=0
- OSF HealthCare, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.osfmychart.org%2Fosfmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=JDJqlPN8Nke9QfSjKKT6Ia%2F3kYBlvjtXcHgosopmlU8%3D&amp;reserved=0
- SSM Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.ssmhc.com%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910

df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=X8iePjJPeJZypZBoKw4IdFOP%2BKxDbBRKjv4E9GW5WI0%3D&amp;reserved=0

- Kettering Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.ketteringhealth.org%2FMyChartPRD&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=0sflDAilMYQbeAg4%2Fej9dtRgUQS77urc%2FaiOxm%2FiUMw%3D&amp;reserved=0

- UC Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.uchealth.org%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=6jjmOLxPmXiLdmCwY6jlvtCDKSx1lUk4ZLZuLRblLSw%3D&amp;reserved=0

- Ochsner Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmy.ochsner.org%2FPRD%2FHome&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=WOZYMS%2FXle6WPv1XHCcF5OJR8fmB2UQVZVp5zIfBceU%3D&amp;reserved=0

- Advocate Aurora Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Flivewell.aah.org%2FChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=lthHMhVDMun0ByBhqvYjS6q5ylKDZOZJI9jOYHsm37w%3D&amp;reserved=0

The following Hospitals use Google Analytics on their MyChart front page. We could not confirm whether Google Analytics trackers were present after logging in because we could not create an account on these sites.

- Beaver Medical Group, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mybeaverchart.com%2FMyChart%2F&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=7L782xm5G6JoxFIDmvU4BRqQxP4Nd56O5O%2BZmv82ZIw%3D&amp;reserved=0

- Riverside Health System, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Friversidemychart.org%2FMyChart-PRD&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=ahxeW6uvJPmtwzqqHiGq6xRKUSNafu1pxYFl%2FD9Fl9Q%3D&amp;reserved=0

- Rush University Medical Center, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.rush.edu%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=9lEejXjzSEb1h7eiWG064ueQ%2B5liW0%2BCW7jgi01OnLM%3D&amp;reserved=0

- UC Davis Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.ucdavis.edu%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d94491

0df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=O%2BrveTUEhxyyO1KrQz1In2EdDnrig74j%2BdFmHwF4NoY%3D&amp;reserved=0

- UChicago Medicine,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.uchospitals.edu%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=VF%2FKdNp%2BhzY74lQ7zaUEj%2FhCt9bQ0%2BR7yRxN%2BlEm8zY%3D&amp;reserved=0

- Sarasota Memorial Health Care System,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ohnmychart.org%2Fsmh&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=59DgxjJhVGqxG%2F2cfxnn2t1a8tihqklgZz6QMjcfRT4%3D&amp;reserved=0

- Middlesex Health,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.middlesexhealth.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=TwKCF1gGqNbtHOAEC001hwZ7XRpPonplVQV6Vw7SwSA%3D&amp;reserved=0

- OrthoVirginia,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.orthovirginia.com%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=1V78ZQYy%2F4gFIPp%2Fn4GTlHz6TqF62LFPOatg4UT3I6w%3D&amp;reserved=0

- McFarland Clinic,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mychartiowa.com%2Fmychartprd&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=LVyyfzKqKx0Cb3d6cNa885MopQ0%2FNfAoHg%2BWfwhyFPg%3D&amp;reserved=0

- UT Physicians,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmyuthealth.org%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=ikP9GK%2B86Gt%2BlfrSDzGn48%2BuZ8%2BEjs43W4FxzkH52dM%3D&amp;reserved=0

- St. Luke's Health,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.slhs.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=6IeW2SLKIXlG%2B6lYNP6C5hLSE8RFa12l3la8b5qHGS4%3D&amp;reserved=0

- University of Kansas Health System,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.kansashealthsystem.com%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=tlHFPS4hsxtQobFFcAPlj2IUf6sroQjtG1xMCBYd9Ms%3D&amp;reserved=0

- Houston Methodist, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.houstonmethodist.org%2Fmychart-prod&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=W7%2BWnjskx6Vy%2FE9phVmPdFo6iOEUia4FmFJNc19we%2FU%3D&amp;reserved=0
- Prevea Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.myprevea.com%2FMyPrevea&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=nqY%2B0lmaYfk%2B57diP%2F%2F7SACxuGm5uFhbVuWwfBxypaM%3D&amp;reserved=0
- Peace Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmy.peacehealth.org%2FMyPeaceHealth&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=pdFYH6JiYlJOU2%2FFZ2PqZfmggJFvLSpMWI1fudZ0u0s%3D&amp;reserved=0
- Mercy Medical Center (Baltimore, Maryland), https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.mdmercy.com%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=yAiS7opwF0HfzFIUeL4gJ1VNUWjIzHlUgXAvgwzOJNU%3D&amp;reserved=0
- Barton Healthcare System, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.bartonhealth.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=WN4PLK8At%2F5Xz0tcdfofxWiCCzsByc09bSz17SE%2FxR8%3D&amp;reserved=0
- Grady Health System, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.gradyhealth.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=DrhjepFjHtPyr4%2FwL1HfgJTAg%2B382Z6uJnBQ4xYYfdk%3D&amp;reserved=0
- Honor Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.honorhealth.com%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=hrpGlzfUGTrED7opJ59ZiH7hmDJpGUvnFNjtX44ihrw%3D&amp;reserved=0
- DuPage Medical Group, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.dupagemedicalgroup.com%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=8P9NtnPvJNkL1WDFKCiZnNpVfCi6rrMq77zXO9Mwx8Y%3D&amp;reserved=0
- Jefferson Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.jefferson.edu%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJ

BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=%2BDt8yYQW%2FrQBeQEeLxX6G6ex336XTnm5lpH92F6tOYs%3D&amp;reserved=0

- MultiCare Health System, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.multicare.org%2Fmymulticare&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=e%2F1BveCl1%2FMk9Zx9GhabMpmzkEwz0MA%2BrKbedw7BBmU%3D&amp;reserved=0

- Rochester Regional Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmycare.rochesterregional.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=y2l6o5uzNEc%2F4ZIagU%2F2kMGGYVfcM15e1lV33%2Fqv31U%3D&amp;reserved=0

- Renown health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.renown.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=lV%2FNMEbvIV2clta6F22Ml4lDb5wlhT%2BW13cueqinTxs%3D&amp;reserved=0

- Texas Health Resources, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.texashealth.org%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=av%2FyjsCtU6aXQKvvg9mp5qn%2FWlg%2Bt8umIavDztpTsFw%3D&amp;reserved=0

- Cone Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.conehealth.com%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=v6xeuSMc2cW9TPzjCex97st%2FrfUJTYorDqtL8l7zaMQ%3D&amp;reserved=0

- Bon Secours Mercy Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.mybonsecours.com%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=wAZv3U%2BHVe%2BIXeWMWdRQxsATKeiRPa71oKN2Ad%2FetZU%3D&amp;reserved=0

- Catholic Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.chsli.org%2Fmychartprod&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=sMhN94RS6RqCpkBflep5nrK4F0bzJIdXT33TSeRlbYc%3D&amp;reserved=0

- St. Tammany Health System, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.stph.org%2Fmychartstph&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=WZYXcksUifLyn94g9UV%2B5A3o4PS7d68VkNWNImj2rss%3D&amp;reserved=0

- Children's Wisconsin, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.chw.org%2Fmychart&amp;data=04%7C

01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=g7KUVvESH3gPhzMwb6RQrYdWrKNmw2KkqGHPcQFvaYg%3D&amp;reserved=0

- Marshall Medical Center,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.marshallmedical.org%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=Vtt%2BQEPMwIYeYv5wh0KSNGNBSOxmgmwLh2%2F8sXZ3ZAA%3D&amp;reserved=0

- BronxDocs,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmy.bronxdocs.com%2FMyChartBD&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=hqc9CL6RaD6PeUHyuh4ZDh%2BIjfqtbC%2FPoIscl4OQ1jQ%3D&amp;reserved=0

- Optum Care,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fepicmychart.optum.com%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=P87jcE09xRu%2FqMV6dW2i3xkK%2FhipOa5CBL%2BPJiI%2BNUE%3D&amp;reserved=0

- Sparrow Health Systems,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.sparrow.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=OiGSwV%2BUAT1IKyzLBA2Bi5D%2B4VyJgpfd5pDnkcrRa8k%3D&amp;reserved=0

- Chesapeake Regional Healthcare,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.chesapeakeregional.com%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=VawzQeVY1kU8zCjHsdbIL87nSPQxReWUs0BT7to1T9A%3D&amp;reserved=0

- Penn Medicine,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsecure.mypennmedicine.org%2FMyPennMedicine&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=ODUTd9KvvxTc3nxUhXlEk0M1ytxsg0alunq6z0WqDxw%3D&amp;reserved=0

- The Ohio State University Wexner Medical Center,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.osu.edu%2Fosumc&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=5IrOEjM88Z3Ijks5vMNog1Bqy3Gy8ar1kRJuL8cRaUM%3D&amp;reserved=0

- Beaumont Health System,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmybeaumontchart.com%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7Cb833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=Sl55pk7ULwMv%2BZB2XLz%2F7kWNGICFTD6WXn8YzOC9VJ8%3D&amp;reserved=0

- Baptist Healthcare,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.baptisthealth.com%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=P6EpQzVhjMVMFZjU0QdZS8FGaGB8T0uZJ4uAJyvoXo4%3D&amp;reserved=0
- Central Vermont Medical Center,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.cvmchospital.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=9cpxJBAhrb%2FYhSueENEZ4wrN1K4k7vNHzlXqp3yoCTQ%3D&amp;reserved=0
- Covenant Health,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.covenanthealth.net%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=2p7CAT1xl4lu0vBYqXY8HTJ2z5biTfFR%2FHatDXjiIE0%3D&amp;reserved=0
- Terrebonne General Health System,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.ohnmychart.org%2FTGMC&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=K8gq%2FY3q%2F3d%2F8ZJGNl8sbdAJlWLczOpSP0Pul3YkC9E%3D&amp;reserved=0
- Bellin Health,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mybellin.org%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=sa4FnB2JqZQ%2BaVWv4Qf4JCe161SKKYFlOCh%2FkJMpbaw%3D&amp;reserved=0
- Kelsey-Seybold Clinic,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mykelseyonline.com%2FMyChart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=wdbDpj36Q4%2Fj3%2F2YY6LhnTJ%2FteU6A%2FW8mK2G0AzbQGs%3D&amp;reserved=0
- Duke University Health System,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.dukemychart.org%2Fhome&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=A4%2FWucxNaLKmT02ByO6BPdNwww3ONulS8NiytZ%2Fee0o%3D&amp;reserved=0
- Loyola Medicine,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmyloyola.luhs.org%2Fmychart&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=iQLhxIXGz5PFLKAPM4OPXCQ1TI%2BdJtJl%2FbiRrI9%2FqwM%3D&amp;reserved=0
- Mercer Health,
https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmychart.osu.edu%2Fmercerhealth&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJ

BTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=qCyRC0da%2FnBpUPWlze%2FGX4oIgbHxtgBVE9WuWjeJtS8%3D&amp;reserved=0

- Legacy Health, https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fmyhealth.lhs.org%2FMyHealth&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=KawLHI%2BiwoHHj2%2FvgbDqlcqF2OyID%2FLeWfKzd29fRtI%3D&amp;reserved=0

When we accessed the MyChart Web sites above, we were not asked for consent to share health information with third-party companies.

In addition to the MyChart pages above, we also found four telehealth web sites that use third-party trackers to track visitors to their web sites and disclose health information to third-party trackers, listed below.

- Sesame Care (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fsesamecare.com%2F&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=7jVZPWCpm9E%2BLSLvGcs9Y7mwnVncvd7hZw%2BRht5fibw%3D&amp;reserved=0) sends the following information to third parties:
(1) Patient location is sent to Google (by Google Analytics, DoubleClick) and Facebook (by Facebook Pixel).
(2) Information of individuals' telehealth visits, including dates, topics (for example, "Video metal health consult" and "Video pediatric visit"), and names of their providers are sent to Google (by Google Analytics, DoubleClick) and Facebook (by Facebook Pixel).
(3) Lab test types and test locations are sent to Google (by Google Analytics, DoubleClick), Facebook (by Facebook Pixel), and Microsoft (by Microsoft Universal Event Tracking).
(4) URLs and titles of pages visited by a patient are sent to Google (by Google Analytics, DoubleClick), Facebook (by Facebook Pixel), and Microsoft (by Microsoft Universal Event Tracking). Page titles reveal the category of information viewed by the user (e.g. skin care).

- American Well (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Famwell.com%2Fapp%2Fmem%2FmemberHome.htm&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=vQRVgjCkDHCTPoNefbLidM61cYs0Fu5h6%2B1GQnvlIqg%3D&amp;reserved=0) sends the following information to third parties:
(1) URLs and titles of pages visited by a patient are sent to Google (by Google Analytics). Page titles reveal the medical conditions for which the user sought consultation (e.g. "Health Record: Blood Pressure").

- MDLIVE (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fpatient.mdlive.com%2F&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=v4R%2BsclWBZRTLCzcBOFGbhaiSIS5wWqvldn4dD61CC0%3D&amp;reserved=0) sends the following information to third parties:
(1) Health information on health profile pages, such as allergies, is sent to Facebook (by Facebook Pixel).
(2) Health information provided by individuals when making appointments, including primary condition and symptom, is sent to Facebook (by Facebook Pixel).
(3) URLs and titles of pages visited by a patient are sent to Google (by Google Analytics, DoubleClick), Facebook (by Facebook Pixel), Reddit (by Reddit Pixel), Twitter (by Twitter Analytics), LinkedIn (by LinkedIn Ads), and Microsoft (by

Microsoft Universal Event Tracking). Page titles reveal the category of information viewed by the user (e.g. "MDLIVE Telehealth - Labs").

- PlushCare (https://gcc02.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.plushcare.com%2F&amp;data=04%7C01%7CLisa.Goldstein%40hhs.gov%7C2b833aa2f91648d30bba08da199f1eec%7Cd58addea50534a808499ba4d944910df%7C0%7C0%7C637850468940817362%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000&amp;sdata=BWVNqyZX8gmxIUEbvy%2FIYLjjx3270v2s5l3YCqqwMno%3D&amp;reserved=0) sends the following information to third parties:
(1) Personal information, including name, gender, insurance provider, and the last 4 digits of credit card, is sent to Heap (by Heap Analytics).
(2) Health history, prescriptions, and test results are sent to Heap (by Heap Analytics).
(3) Topics about appointments, such as "Anxiety", are sent to Heap (by Heap Analytics).
(4) URLs and titles of pages visited by a patient are sent to Google (by Google Analytics, DoubleClick), Facebook (by Facebook Pixel), Microsoft (by Microsoft Universal Event Tracking), and Heap (by Heap Analytics). Page titles reveal the category of information viewed by the user (e.g. test results).

When we accessed the telehealth sites above, we were not asked for explicit consent to share health information with third-party companies. (Some web sites direct visitors to accept the sites' privacy policies, but the notice itself does not make it clear that health information will be shared with the third parties mentioned above.)

Sincerely,
Kirill Levchenko
Associate Professor
Department of Electrical and Computer Engineering University of Illinois at Urbana-Champaign