# EXHIBIT 7

*HHS Bulletin on Tracking Technologies*

## Index to the Administrative Record

| # | Document | Page |
|---|----------|------|
| 1 | *Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights (Mar 18. 2024), https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/hipaa-online-tracking/index.html | 001-017 |
| 2 | *Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights (Dec 1. 2022), https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/hipaa-online-tracking/index.html | 018-031 |

**Documents Considered When Issuing March 18, 2024 Bulletin: Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates**

| # | Document | Page |
|---|----------|------|
| 3 | Marianne Kolbasuk McGee, *Hospital Lobbyists Press Senator on Online Tracking Limits*, Healthcare Info Sec. (October 5, 2023), https://www.healthcareinfosecurity.com/hospital-lobbyists-press-senator-on-online-tracking-limits-a-23243 | 032-034 |
| 4 | Letter from Stacey Hughes, Executive Vice President, American Hospital Association (June 14, 2023) | 035-044 |
| 5 | American Hospital Association, *Comment on Proposed HIPAA Privacy Rule to Support Reproductive Health Care Privacy* (May 24, 2023), https://www.regulations.gov/comment/HHS-OCR-2023-0006-0049[1] | 045-046 |
| 6 | Letter from Melinda Reid Hatton, General Counsel and Secretary, *Re: HIPAA Privacy Rule to Support Reproductive Health Care Privacy; 88 Fed. Reg. 23506*, American Hospital Association (May 22, 2023) | 047-054 |
| 7 | *A New Era of Engagement: HIPAA-compliant CDP and the Future of Healthcare*, Becker's Healthcare, https://go.beckershospitalreview.com/a-new-era-of-engagement-hipaa-compliant-cdp-and-the-future-of-healthcare | 055 |
| 8 | *Authorized Buyers Real-time Bidding Proto*, Google, https://developers.google.com/authorized-buyers/rtb/realtime-bidding-guide | 056-092 |
| 9 | Complaint, *Federal Trade Commission v. Avast Limited, et al.*, FTC Matter Number: 2023033, https://www.ftc.gov/system/files/ftc_gov/pdf/Complaint-Avast.pdf | 093-104 |

---

[1] Attachment is reproduced at AR047-054.

| | | |
|---|---|---|
| 10 | *Customer Data Platforms Reviews and Ratings*, Gartner Peer Insights, https://www.gartner.com/reviews/market/customer-data-platforms | 105-112 |
| 11 | *Data collection*, Google, https://support.google.com/analytics/answer/11593727 | 113-114 |
| 12 | *HIPAA Compliant Customer Data Platform Purpose Built for Healthcare*, Freshpaint, https://www.freshpaint.io/solutions/hipaa | 115-118 |
| 13 | *HIPAA Eligible Segment*¸ Segment, https://segment.com/docs/privacy/hipaa-eligible-segment/ | 119-125 |
| 14 | *Medical Symptom Checker*, Sutter Health, https://www.sutterhealth.org/health/symptom-checker | 126 |
| 15 | *Meta Pixel,* Meta, https://developers.facebook.com/docs/meta-pixel/ | 127-128 |
| 16 | *Patients & Visitors*, United Regional, https://unitedregional.org/patients-and-visitors/ | 129-130 |
| 17 | *Report from Dr. Johnny Ryan – Behavioural advertising and personal data*, Brave, https://brave.com/static-assets/files/Behavioural-advertising-and-personal-data.pdf | 131-162 |
| 18 | *Symptom Checker*, Mayo Clinic, https://www.mayoclinic.org/symptom-checker/select-symptom/itt-20009075 | 163-165 |
| 19 | *Twilio Segment: Unlock customer data for precise personalization*, Twilio, https://www.twilio.com/en-us/customer-data-platform | 166-170 |

**Documents Considered When Issuing December 1, 2022 Bulletin: Use of Online Tracking Technologies by HIPAA Covered Entities and Business Associates**

**Articles, News, and Research**

| | | |
|---|---|---|
| 20 | *Mobile Health App Interactive Tool*, Federal Trade Commission (December 2022), https://www.ftc.gov/business-guidance/resources/mobile-health-apps-interactive-tool | 171-201 |
| 21 | Jane Anderson, *Two More CEs Declare Breaches Related to Meta Pixel; Lawmakers Query Facebook*, Report on Patient Privacy: Volume 22, Number 11 (Nov. 2022) | 202-213 |

| | | |
|---|---|---|
| 22 | Lindsey Ellefson, *Telehealth Sites Put Addiction Patient Data at Risk*, WIRED (Nov. 16, 2022), https://www.wired.com/story/substance-abuse-telehealth-privacy-tracking-tech/ | 214-220 |
| 23 | Mike Miliard, *New healthcare privacy challenges as online data tracking, sharing methods evolve*, Healthcare IT New (Nov. 16, 2022), https://www.healthcareitnews.com/news/new-healthcare-privacy-challenges-online-data-tracking-sharing-methods-evolve | 221-226 |
| 24 | Mingjia Huo, et al., *All Eyes on Me: Inside Third Party Trackers' Exfiltration of PHI from Healthcare Providers' Online Systems*, Workshop on Privacy and Electronic Society (Nov. 7, 2022) | 227-241 |
| 25 | Tatum Hunter and Jeremy B. Merrill, *Health apps share your concerns with advertisers. HIPAA can't stop it.*, The Washington Post (Sept. 22, 2022), https://www.washingtonpost.com/technology/2022/09/22/health-apps-privacy/ | 242-245 |
| 26 | *Tracking Tool on Hospital Websites Can Lead to HIPAA Breaches*, HIPAA Regulatory Alert (Sept. 2022) | 246-247 |
| 27 | Jane Anderson, *Meta Pixel Woes Mount: Novant Discloses Breach Involving Tracker; Three Suits Filed*, Report on Patient Privacy: Volume 22, Number 9 (Sept. 2022) | 248-259 |
| 28 | Todd Feathers and Simon Fondrie-Teitler, *Meta faces mounting questions from Congress on health data privacy as hospitals remove Facebook tracker*, The Markup (Sept. 19, 2022), https://www.statnews.com/2022/09/19/facebook-meta-pixel-congress-health-data/#:~:text=Meta%20is%20facing%20mounting,health%20conditions%20on%20hospital%20websites | 260-262 |
| 29 | Andrea Downing, et al., *Health advertising on Facebook: Privacy and policy considerations*, Cell Press: Patterns (Sept. 9, 2022), https://www.sciencedirect.com/science/article/pii/S2666389922001726 | 263-273 |
| 30 | Ari B. Friedman, et al., *Prevalence of Third-Party Tracking on Abortion Clinic Web Pages*, JAMA (Sept. 8, 2022), https://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2796236 | 274-275 |
| 31 | *Novant Health Notifies Patients of Potential Data Privacy Incident*, PR Newswire (Aug. 19, 2022), https://www.prnewswire.com/news-releases/novant-health-notifies-patients-of-potential-data-privacy-incident-301609387.html | 276-278 |

| | | |
|---|---|---|
| 32 | *FTC Explores Rules Cracking Down on Commercial Surveillance and Lax Data Security Practices*, Federal Trade Commission (Aug. 11, 2022), https://www.ftc.gov/news-events/news/press-releases/2022/08/ftc-explores-rules-cracking-down-commercial-surveillance-lax-data-security-practices?source=email | 279-282 |
| 33 | *Your Medical Privacy is Our Top Priority*, Novant Health (Aug. 2022)[2] | 283-285 |
| 34 | Marianne Kolbasuk McGee, *Facebook Slapped With Another Health Data Privacy Lawsuit*, Healthcare Info Security (July 29, 2022), https://www.bankinfosecurity.com/facebook-slapped-another-health-data-privacy-lawsuit-a-19663 | 286-289 |
| 35 | Kristin Cohen, *Location, health, and other sensitive information: FTC committed to fully enforcing the law against illegal use and sharing of highly sensitive data*, Federal Trade Commission (July 11, 2022), https://www.ftc.gov/business-guidance/blog/2022/07/location-health-and-other-sensitive-information-ftc-committed-fully-enforcing-law-against-illegal | 290-293 |
| 36 | Jane Anderson, *In the Wake of Meta Pixel Allegations, CEs, BAs May Be at Risk Under HIPAA, Experts Say*, Report on Patient Privacy: Volume 22, Number 7 (July 7, 2022), https://compliancecosmos.org/report-patient-privacy-volume-22-number-7-july-07-2022 | 294-296 |
| 37 | Tatum Hunter, *You scheduled an abortion. Planned Parenthood's website could tell Facebook.*, The Washington Post (June 29, 2022), https://www.washingtonpost.com/technology/2022/06/29/planned-parenthood-privacy/ | 297-300 |
| 38 | Steve Alder, *Meta Sued over the Scraping of Patient Data from Hospital Websites*, The HIPAA Journal (June 22, 2022), https://www.hipaajournal.com/meta-sued-over-the-scraping-of-patient-data-from-hospital-websites/ | 301-304 |
| 39 | Alfred Ng and Simon Fondrie-Teitler, *This Children's Hospital Network Was Giving Kids' Information to Facebook*, The Markup (June 21, 2022), https://themarkup.org/pixel-hunt/2022/06/21/this-childrens-hospital-network-was-giving-kids-information-to-facebook | 305-308 |
| 40 | Steve Alder, *Study Reveals One Third of Top 100 U.S. Hospitals are Sending Patient Data to Facebook*, The HIPAA Journal (June 17, 2022), https://www.hipaajournal.com/study-reveals-one-third-of-top-100-u-s-hospitals-are-sending-patient-data-to-facebook/ | 309-312 |

---

[2] This notice was posted by Novant Health, but was later removed from the website. The version of this document was obtained from the Internet archival service the Wayback Machine and captures the contents of the document before the agency at the time of the issuance of the December 1, 2022 Bulletin.

| 41 | *The Meta Pixel collects sensitive health information and shares it with Facebook*, HIStalk (June 17, 2022), https://histalk2.com/2022/06/16/news-6-17-22/ | 313-317 |
|---|---|---|
| 42 | *'Deeply troubled': Security experts worry about Facebook trackers on hospital sites,* Advisory Board (June 17, 2022), https://www.advisory.com/daily-briefing/2022/06/17/data-trackers[3] | 318-319 |
| 43 | Todd Feathers, et al., *Facebook Is Receiving Sensitive Medical Information from Hospital Websites*, The Markup (June 16, 2022), https://themarkup.org/pixel-hunt/2022/06/16/facebook-is-receiving-sensitive-medical-information-from-hospital-websites[4] | 320-326 |
| 44 | Dan Goodin, *Researchers devise iPhone malware that runs even when device is turned off*, Ars Technica (May 16, 2022), https://arstechnica.com/information-technology/2022/05/researchers-devise-iphone-malware-that-runs-even-when-device-is-turned-off/ | 327-330 |
| 45 | Susan Morse, *ATA2022: Regulatory risk in the business of telehealth*, Healthcare Finance (May 2, 2022), https://www.healthcarefinancenews.com/news/ata2022-regulatory-risk-business-telehealth | 331-333 |
| 46 | Surya Mattu and Colin Lecher, *Applied for Student Aid Online? Facebook Saw You*, The Markup (April 28, 2022), https://themarkup.org/pixel-hunt/2022/04/28/applied-for-student-aid-online-facebook-saw-you | 334-340 |
| 47 | Lily Hay Newman, *Health Sites Let Ads Track Visitors Without Telling Them*, WIRED (Feb. 6, 2022), https://www.wired.com/story/health-site-ad-tracking/ | 341-346 |
| 48 | Steve Alder, *Mass General Brigham Settles 'Cookies Without Consent' Lawsuit for $18.4 Million*, The HIPAA Journal (Jan. 20, 2022), https://www.hipaajournal.com/mass-general-brigham-settles-cookies-without-consent-lawsuit-for-18-4-million/ | 347-349 |
| 49 | Lesley Fair, *A Look at What ISPs Know About You: A must-read report from the FTC*, Federal Trade Commission (Oct. 21, 2021), https://www.ftc.gov/business-guidance/blog/2021/10/look-what-isps-know-about-you-must-read-report-ftc | 350-351 |

---

[3] The version of this document was obtained from the Internet archival service the Wayback Machine and captures the contents of the document before the agency at the time of the issuance of the December 1, 2022 Bulletin.
[4] The version of this document was obtained from the Internet archival service the Wayback Machine and captures the contents of the document before the agency at the time of the issuance of the December 1, 2022 Bulletin.

| | | |
|---|---|---|
| 50 | *A Look At What ISPs Know About You: Examining the Privacy Practices of Six Major Internet Service Providers*, Federal Trade Commission (Oct. 21, 2021), https://www.ftc.gov/system/files/documents/reports/look-what-isps-know-about-you-examining-privacy-practices-six-major-internet-service-providers/p195402_isp_6b_staff_report.pdf | 352-425 |
| 51 | *Report on Investigation of Facebook Inc. Data Privacy Concern*, New York State Department of Financial Services (Feb. 18, 2021), https://www.dfs.ny.gov/system/files/documents/2021/02/facebook_report_20210218.pdf | 426-446 |
| 52 | Felicia Alvarez, *Judge dismisses claims that Sutter Health shared patient info with social media companies*, Sacramento Business Journal (Feb. 11, 2020), https://www.bizjournals.com/sacramento/news/2020/02/11/judge-dismisses-claims-that-sutter-health-shared.html | 447-448 |
| 53 | *Cross-Device Tracking, An FTC Staff Report*, Federal Trade Commission (Jan. 2017), https://www.ftc.gov/system/files/documents/reports/cross-device-tracking-federal-trade-commission-staff-report-january-2017/ftc_cross-device_tracking_report_1-23-17.pdf | 449-471 |
| 54 | *FTC Approves Final Orders in Practice Fusion Privacy Case*, Federal Trade Commission (Aug. 16, 2016), https://www.ftc.gov/news-events/news/press-releases/2016/08/ftc-approves-final-order-practice-fusion-privacy-case | 472-473 |
| 55 | *FTC Approves Final Orders in PaymentsMD Privacy Case*, Federal Trade Commission (Feb. 6, 2015), https://www.ftc.gov/news-events/news/press-releases/2015/02/ftc-approves-final-orders-paymentsmd-privacy-case | 474-475 |
| 56 | *Business Associate Contracts*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights (Jan. 25, 2013), https://www.hhs.gov/hipaa/for-professionals/covered-entities/sample-business-associate-agreement-provisions/index.html | 476-486 |
| 57 | *2018 Model Privacy Notice*, U.S. Dep't of Health & Human Servs., Off. of the National Coordinator for Health Information Technology, https://www.healthit.gov/sites/default/files/2018modelprivacynotice.pdf | 487-491 |
| 58 | Asuman Senol, et al., *Leaky Forms: A Study of Email and Password Exfiltration Before Form Submission*, USENIX, https://www.usenix.org/conference/usenixsecurity22/presentation/senol | 492-509 |
| 59 | *Best practices to avoid sending Personally Identifiable Information (PII)*, Google, https://support.google.com/analytics/answer/6366371?hl=en#zippy=%2Cin-this-article | 510-511 |

| 60 | *Breach Notification Rule*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights, https://www.hhs.gov/hipaa/for-professionals/breach-notification/index.html | 512-517 |
| 61 | *Collecting, Using, or Sharing Consumer Health Information? Look to HIPAA, the FTC Act, and the Health Breach Notification Rule*, Federal Trade Commission, https://www.ftc.gov/business-guidance/resources/collecting-using-or-sharing-consumer-health-information-look-hipaa-ftc-act-health-breach | 518-523 |
| 62 | *Cyber Security Guidance Material*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights, https://www.hhs.gov/hipaa/for-professionals/security/guidance/cybersecurity/index.html | 524-526 |
| 63 | *Direct Liability of Business Associates*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights, https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/business-associates/factsheet/index.html | 527-530 |
| 64 | *Health Breach Notification Rule Summary,* Federal Trade Commission, https://www.ftc.gov/legal-library/browse/rules/health-breach-notification-rule | 531 |
| 65 | *HIPAA Guidance Materials*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights, https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/index.html | 532-536 |
| 66 | *How Websites and Apps Collect and Use Your Information*, Federal Trade Commission, https://consumer.ftc.gov/articles/how-websites-and-apps-collect-and-use-your-information | 537-541 |
| 67 | Mingjia Huo, et al., *All Eyes on Me: Inside Third Party Trackers' Exfiltration of PHI from Healthcare Providers' Online Systems* (pre-publication draft) | 542-559 |
| 68 | *Protecting the Privacy and Security of Your Health Information When Using Your Personal Cell Phone or Tablet*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights, https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/cell-phone-hipaa/index.html | 560-567 |
| 69 | *Resources for Mobile Health Apps Developers*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights, https://www.hhs.gov/hipaa/for-professionals/special-topics/health-apps/index.html | 568-570 |
| 70 | *Security Rule Guidance Material*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights, https://www.hhs.gov/hipaa/for-professionals/security/guidance/index.html?language=es | 571-576 |

| | | |
|---|---|---|
| 71 | *What is the difference between addressable and required implementation specifications in the Security Rule*, U.S. Dep't of Health & Hum. Servs., Office for Civil Rights, https://www.hhs.gov/hipaa/for-professionals/faq/2020/what-is-the-difference-between-addressable-and-required-implementation-specifications/index.html | 577-578 |

**Office for Civil Rights Correspondence**

| | | |
|---|---|---|
| 72 | November 9, 2022 Electronic mail regarding alert to policyholders | 579-580 |
| 73 | October 24, 2022 Electronic mail from Kirill Levchenko to OCR[5] | 581-582 |
| 74 | September 9, 2022 Electronic mail confirming webinar registration | 583-585 |
| 75 | April 22, 2022 Electronic mail from Mingjia Huo to OCR[6] | 586 |
| 76 | April 22, 2022 Zoom call with Kirill Levchenko | 587-596 |

---

[5] Attachment is reproduced at AR227-241.
[6] Attachment is reproduced at AR542-559.