# EXHIBIT 11

# 2017 Charter: Google Analytics (Free & Paid)

**Abstract**

Google Analytics is the most widely used marketing analytics solution in the world. It is one of the largest, most important measurement products in Google by most measures, e.g. imputed revenue impact (                              ), net new direct revenue (tracking to $135M ARR as of mid-Q3'16), number of customers (Paid: ~      , Free:          ), volume of data (                  ), penetration in market (                  ),        , etc.

Its mission is to be the source of truth for understanding & taking action on a business' customer experience, behavior, and interactions. At a high-level, it: 1) helps a business understand the entire customer journey 2) deliver intelligent insights 3) empower actionability.

In 2017 we have four major product areas: "Data", "Integrations", "Reporting & Intelligence", & "Analysis & Users". "Data" is focused on ensuring we have a best-in-class data model & product performance at enterprise scale. "Integrations" ensures that we have a comprehensive view of the customer journey & seamless way to take action on these insights inside and outside of Google. And lastly "Reporting & Intelligence" & "Analysis & Users" work together to provide ways for simple, powerful, intelligent, and actionable insights & exploration.

| Team Mission Statement | |
|---|---|
| *Be the source of truth for helping a business understand & take action on their customer experience, behavior, and interactions* | |
| **Leads**<br>• PM: jsavage<br>    ○ Data Pillar: breenbaker<br>    ○ Reporting Pillar: ajayna<br>    ○ Analysis Pillar: danstone<br>    ○ Integrations Pillar: abhiagg<br>• Eng:<br>    ○ sagnik, nmoon, thakkar, dnakos, nbenayoun, tthelin, madhuk, yzhuge, hetalt<br>• UX: jrome, hsunt | **Headcount**<br>• PM: 8<br>• Eng<br>    ○ FE: 20<br>    ○ CS: 11<br>    ○ BE: 72<br>• UX:<br>    ○ Design: 3<br>    ○ User Research 1 |
| **Annual A&C Level OKRs and KPIs**<br>• See the "KPIs" section below | |

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00124559

**Strategic Overview**

**Opportunity**

**Product Segments -** The product has the following two different major customer segments and corresponding objectives:

- **Google Analytics (Free)**
    - Focused on the needs of smaller businesses with simple marketing strategies and straight-forward analytics needs for site optimization
    - Targeted to businesses who use Google media, from startups to hosted ecommerce stores, to businesses with small, dedicated marketing teams
    - The objective is to grow Google media spend & impact

- **Analytics 360 (Paid)**
    - Focused on the needs of Fortune 1,000 marketers with complex marketing strategies and sophisticated analytics needs for holistic customer experience optimization
    - Targeted to Google's largest media-sales verticals (like Retail, Travel, Finance, and Technology), i.e. the Top 1K LCS, and with secondary focus on Classifieds & Local, Automotive, Healthcare, Education, and Media & Entertainment
    - The objective is to grow coverage of the overall media measurement of these customers, and secondarily to drive new direct revenue for Google

**Product Pillars**

Google Analytics is organized into the following 4 major product pillars (areas):

*This area is focused on technical innovations to ensure best-in-class performance at enterprise scale. The roadmap includes, but is not limited to, aligning custom client reporting needs with our aggregation pipeline (resulting in higher quality data), providing sub-minute fresh data across the product, enhancing bulk and real-time data collection features to improve the flexibility and power of our clients' data models and workflows, and scaling our infrastructure to meet client growth & needs.*

Why is the "Data" pillar important?
- GA has suffered from a still persistent negative market perception wrt sampling since launch. Many clients are now not affected - we currently serve >92% of all 360 client

264

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00124560

- queries unsampled - however our largest clients still suffer acutely from accuracy issues and in order to grow LCS we must eliminate this issue entirely.
- GA is currently as fresh as 4 hours (max), but clients in the short term require minute fresh data to react to real-time events in social/mass media (20% of 360 queries include today's date). Clients are also looking for automated real-time bidding and content optimization solutions, which requires minute fresh data.
- GA continues to grow in a multitude of ways, and we need to keep up with adoption: GA free has grown by XX% YOY and 360 has grown YY%; we now process ZZ% more hits than we did the same time last year. Additionally we seek to adopt more/larger clients, as well as enable our existing clients to grow - one of DVAA's strategic LCS clients recently requested that we support 2X our normal capacity for them going forward, we accepted.

Top KPIs
- Improve retention rate related to scale, sampling, cardinality, or freshness for existing clients and increase the size and number of clients to be onboarded
- Cost / Efficiency
    - Processing Cost per Hit
    - Serving Cost per Query
    - Maintenance Cost

Top Initiatives
1. Scale our storage, processing, and reporting infrastructure to allow for more/larger clients while maintaining processing latency SLAs and improving resource efficiency (includes but not limited to: sharding, processing latency optimizations, ad hoc data storage rewrite, extractor rewrite, and aggregation pipeline rewrite).
2. Provide <1 minute fresh data across all standard and custom reports (currently ~1 to 4 hours fresh).
3. Eliminate sampling for all regular reporting by launching a customizable left navigation that is aligned with our aggregation pipeline.
4. Allow for automated and on-demand reprocessing of client data and eliminate Data Import barriers by enabling historical data import via reprocessing.
5. Update our processing pipeline and all our existing ad integrations to support Narnia 2.0.


*The mission of Google Analytics Reporting & Intelligence is to provide universally accessible, meaningful, actionable insights on business data. The challenge is that businesses & users vary greatly in their needs. Over the years, Google Analytics has responded by adding numerous reports & features. While each of these elements serve the needs of some users, the additional complexity alienates. We must work to build a reporting platform with a strong simple core, intelligent assistance, and extensibility that allows the reach of various use cases without complicating the core experience.*

Why is the "Reporting & Intelligence" pillar important?
- GA is too complex, causing users to churn. 70% of new users churn out of the product in their first month, and 40% of users who use the product in any given month do not return the following month. The primary causes of complexity are due to a) too much data that

users don't understand, that's hidden b) over 100 different reports (and growing) that are themselves drowning c) too many widgets and features layered in inconsistent ways.
- Core high-value features have low adoption. For example, 93% of GA properties do not have goals set up.
- Marketing tools are increasingly going to differentiate on the quality of insights and actions you can get from your tools; Intelligence helps us ensure users get to insights & actions without barriers.

Top KPIs
1. User Growth, broken down by retention and new acquisition
2. User Engagement, determined by the incidence and frequency of users conducting key activities in GA
3. Media Influence

Top Initiatives
1. Google Analytics Assistant helps users discover data & answer questions by leveraging Google Machine Intelligence.
2. Improvements in reporting UX drive up user engagement through a simplification of controls, more intuitive actionability flows, and user level "progress bars".
3. Replace dashboards in GA with Data Studio functionality (                                      ), including the ability to embed data studio dashboards in GA with CLeN (Partnership with Data Studio)
4. Increase feature adoption at the profile/property level for new and existing customers by revamping implementation flow, simplifying path to feature adoption, and property level "progress bars".
5. Increase network effects through growing GA as a platform. user-generated content can be consumed by others (dashboards, apps, Insights, etc.). GA tools & resources are promoted through the core experience.
6. Begin Customer Profiling (     ) to understand who our GA users are (Partner with Suite).

For more information, please review this

.

*The mission of Google Analytics Analysis & Users is to pivot Google Analytics from sessions to people. This means transitioning the product to a people-based data model, and providing intelligent user-based insights along with powerful user-based analysis techniques to enable businesses to predict and personalize their customers' digital experience.*

Why is the "Analysis & Users" pillar important?
- Drives $2.3B direct Google Media spend. Investments from this pillar in audience marketing integrations (fka remarketing) allow GA businesses to act on their customers' behavior throughout Google Media, driving business value for our businesses and for Google ($2.3B as of Q3'16, growing 100%+ YoY).

266

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00124562

- Retains GA's position in web analytics. Investments to shift from session-based to user-based measurement are critical to staying relevant in a world where an accurate single view of people is the                           . Both existing (Adobe) and startup (MixPanel, Kissmetrics) competitors have invested heavily in this area and promote a narrative that GA is not user-focused.
- Keeps 360 customers using (and highly engaged with) GA. Currently, 30%-40% of 360 customers are not using the product, opting to use only APIs to do their most valuable, deep analyses of customer interactions. Investments from this pillar to provide new user-based insights and                           techniques will allow our customers to return to the product for their most valuable use cases- measuring the customer journey and personalizing it for their users.

Top KPIs
1. Audience media spend driven by Google Analytics (curr. $2.3B)
2. Percentage of GA's report views that are user-centric
3. Increase total time customers spend doing                    within the product (vs. exporting data outside the product).

Top Initiatives
1. Enhance Google Analytics' cross-device solutions, including integration of Google signed-in data (Narnia 2.0) for cross-device measurement and cross-device remarketing
2. Launch "              " to include the "Users" metric throughout key reports along with lifetime user-level attributes, and other user-based reporting upgrades
3. Launch new "              " section, providing fast, flexible, and unsampled people-centric Analysis for 360 customers
4. Upgrade Audiences to be a primary actionability currency in Google Analytics reporting as well as at a suite-level, while ensuring they are at parity with other Google remarketing features re: Narnia 2.0 and Constellation
5. Continue investments in machine learning-driven Smart Data. This includes launching new predictive metrics (like session quality, pLTV, pConversion) along with their underlying models, shipping these signals to Google media systems for optimization, and building "Discovery" and "Predict" techniques in Vero Analysis

*Our mission is to provide a comprehensive understanding of the customer's entire journey and make it insightful and actionable. We focus on providing first-class marketing analytics via turn-key integrations with both Google and third-party products.*

Why is the "Integrations" pillar important?
- Our integrations with Google media products set us apart from other measurement solutions in the industry and drive Google media spend. For example, we are currently linked to ~65% of AdWords revenue across LCS and SMB, drive ~$2.2B ARR in direct

267

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00124563

Remarketing spend across AdWords and DoubleClick, and drove between $5.4B to $7.0B in imputed AdWords revenue in 2015.[59]

Top KPIs
1. Revenue under management (RUM): Ads (Google and non-Google) revenue linked to Google Analytics
2. Media Influence: Ads (Google and non-Google) revenue using Google Analytics to drive decisions

Top Initiatives
1. Provide Online to Offline (O2O) measurement at scale, by integrating with Newfie (store visits) and other differentiating in-store capabilities (store sales, Swipe etc.).
2. Extend GA's offline measurement capabilities via a CRM integration at the Suite level.
3. Enable advertisers to measure customer journeys across "web and app" by integrating with                .
4. Provide self-serve linking support for all GA-DDM (DCM, DBM, DS) integrations, to increase the velocity of adoption and RUM and media influence.
5. Support key GA 360 suite integrations between GA and the other Suite products - for example (AW integration support for Optimize via GA, GA conversions export to Attribution 360, etc)

**Competitive Analysis**

- TBA Overall
- 

**Risks**

- Staffing / Headcount -- Remains a concern. GA's core staff have been used to fund the GA 360 Suite products (Optimize, Data Studio, etc) and Firebase Analytics (Scion). All while the scope of GA has continued to grow, i.e. we have on-going maintenance and support for many existing ad integrations (across AdWords, AdSense, DoubleClick Campaign Manager, DoubleClick Bid Manager, DoubleClick Search, Search Console, DoubleClick for Publishers & AdX etc). Some investment areas are underfunded while the existing product threatens to become unwieldy & fall behind industry state-of-the-art (e.g. user-centric functionality, cross-device, our core UI & navigation, impact of Narnia 2.0 etc).

- Cross-Team / Product / Company Coordination & Integrations -- Google Analytics sits at the heart of both the GA360 Suite and all its products, as well as being both an

---
59

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00124564

importer / exporter / and integrator with many Google and external products (across AdWords, AdSense, DoubleClick Campaign Manager, DoubleClick Bid Manager, DoubleClick Search, Search Console, DoubleClick for Publishers & AdX etc). The product continues to be challenged to stay up with all the relevant product and infrastructure changes that happen across these products on an on-going basis (including basic support, notification, and communication from these teams).

- Privacy & Legal -- As modern marketing analytics needs to continue to move toward providing a truly "single view of the customer" and move to be more cross-device, more comprehensive in the data it includes / analyzes (like PII), privacy and legal challenges continue to slow our development velocity and in some instances keep us from being competitive with outside products / businesses altogether (especially on the PII front). It is also especially challenging given many of our own internal Google products are not allowed to use / dogfood GA.

**High-level KPIs**

| Level | Goal | Metric | Comments |
|---|---|---|---|
| GA, Product Area | Drive Growth | - 7d and 30d Active Users | GA-wide, per-organization, per-property |
| GA, Product Area | Drive Loyalty | - 7d and 30d Retention | |
| GA, Product Area | Drive Customer Happiness | - HaTS<br>- # of customer-reported bugs | |
| GA, Product Area | Drive Actionability | - # of users whose data is exported (e.g. like on a remarketing list) | Covers non-media actionability (eg, email) |
| GA, Product Area | Drive Media Influence | - Media Revenue *using* GA data | - GA+RMKT Rev.<br>- Conv. Export Rev.<br>- Smart Goals |

269

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00124565

Rev.

GA　　　Drive Revenue　　-　Direct Revenue

Segment by: GA360, GA Standard, Geo, Vertical, AdWords Tier, Hits/mo Tier, User Role

270

HIGHLY CONFIDENTIAL

DOJ
GOOG-TEX-00124566