# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant.<br><br>**This document applies to: All Actions** | Case No.: 3:23-cv-02431-VC<br>Consolidated with: 3:23-cv-02343-VC<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge:   Hon. Vince Chhabria |

## **[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to File Information Under Seal and materials in support of that motion, I find that the proposed redactions are narrowly tailored and a compelling reason exists for the sealing of the following portions of Plaintiffs' Second Amended Consolidated Class Action Complaint ("SAC") pursuant to Local Rules 7-11 and 79-5(c):

| ECF No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 158 | SAC | Highlighted portions of paragraphs 36, 38, 44-46, 53, 54, 59, 60, 66, 67, 73, 74 | Reveals personally identifiable and protected health information about each of the Plaintiffs, including their treating doctors, conditions, symptoms, and treatment options. |
| 158 | SAC | Highlighted portions of paragraph 90 (image). | Reveals personally identifiable information, including unique personal identifiers. |
| 158 | SAC, Exhibits 1 and 2 | Entire document. | Reveals personally identifiable information, including unique personal identifiers. |

**IT IS SO ORDERED.**

Date: _____

                                                          Hon. Vince Chhabria
                                                          United States District Court Judge

2

[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
Case No. 3:23-cv-02431-VC