**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Carey Alexander (*pro hac vice*)
calexander@scott-scott.com
Ethan Binder (*pro hac vice*)
ebinder@scott-scott.com
Joseph P. Guglielmo (*pro hac vice*)
jguglielmo@scott-scott.com
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
Telephone: 212-223-6444

*Attorneys for Plaintiff*
**JANE DOE No. 23-cv-2342**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JANE DOE I, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:32-cv-02343-VC)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY CAREY ALEXANDER** |

PLEASE TAKE NOTICE that I hereby withdraw my appearance as an attorney for Plaintiff Jane Doe, from No. 23-cv-2342, ("Plaintiff") in the above-captioned action (the "Action"). I respectfully request to be removed from the Court's service list with respect to this Action Joseph P. Guglielmo, Hal Cunningham, Ethan Binder, and Sean Russell, of Scott+Scott Attorneys at Law LLP will continue to represent Plaintiff in the Action. All future correspondence and papers in the Action should continue to be directed to the aforementioned attorneys.

Respectfully submitted,

Dated:  August 26, 2024               **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ Carey Alexander*
Carey Alexander (*pro hac vice*)

Joseph P. Guglielmo (*pro hac vice*)
Ethan Binder (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-233-6444
calexander@scott-scott.com
jguglielmo@scott-scott.com
ebinder@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal Cunningham (CA 243048)
Sean Russell (CA 308962)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
hcunningham@scott-scott.com
srussell@scott-scott.com

*Counsel for Plaintiff*