UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:32-cv-02343-VC)<br><br>~~PROPOSED~~ ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITATIONS (L.R. 7-11)<br><br>District Judge Vince Chhabria<br>San Francisco Courthouse, Ctrm. 4 |

**~~PROPOSED~~ ORDER**

The parties in the above-captioned action have moved pursuant to Civil Local Rule 7-11 to extend the page limitations for briefing on Google's anticipated Motion to Dismiss Plaintiffs' Second Amended Complaint ("SAC"). In support of the Administrative Motion, the parties have submitted a Stipulation to the terms proposed. Upon due consideration of the Administrative Motion to Extend Page Limitations and Stipulation, the Court hereby ORDERS as follows:

1. Google's Motion to Dismiss the SAC may be up to 25 pages long;
2. Plaintiffs' Opposition to Google's Motion to Dismiss the SAC may be up to 25 pages long; and
3. Google's Reply may be up to 15 pages long.

**IT IS SO ORDERED.**

Dated: August 29, 2024

HON. VINCE CHHABRIA
United States District Judge