**SIMMONS HANLY CONROY, LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
jaybarnes@simmonsfirm.com
atruong@simmonsfirm.com
ejohnson@simmonsfirm.com

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
koncius@kiesel.law

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham (Bar No. 243048)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
hcunningham@scott-scott.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
mgardner@lchb.com

**LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212 355-9500
Facsimile: 212-355-9592
dcuthbertson@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*
*\*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE I, et al. on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>　GOOGLE LLC,<br><br>　　　　Defendant.<br><br>**This document applies to: All Actions** | Case No.  3:23-cv-02431-VC<br>Consolidated with: 3:23-cv-02343-VC<br><br>**CLASS ACTION**<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge:　　　Hon. Vince Chhabria<br>Date:　　　 October 25, 2024, 10:00 a.m.<br>Location:　 Courtroom 4, 17th Floor |

Plaintiffs and Defendant Google LLC (collectively, "the Parties") in the above-captioned action, by and through their respective counsel of record, hereby submit the following Joint Case Management Statement pursuant to the Court's Notice Continuing Further Case Management Conference. ECF No. 156.

## I. STATUS OF PROCEEDINGS

On July 15, 2024, the Court continued the Case Management Conference scheduled for July 19, 2024 to October 25, 2024, after the Court's ruling on Google's first Motion to Dismiss. ECF No. 156. On July 22, 2024, the Court granted Google's first Motion to Dismiss and granted Plaintiffs leave to amend their complaint. *See* ECF No. 157. Plaintiffs filed their Second Amended Consolidated Class Action Complaint ("Second Amended Complaint") on August 12, 2024. ECF No. 158. Google filed a Motion to Dismiss the Second Amended Complaint (the "Motion") on September 3, 2024. ECF No. 164. Plaintiffs oppose Google's Motion. ECF No. 168. The Motion is fully briefed and scheduled to be heard by the Court on November 7, 2024.

## II. DISCOVERY

Discovery was stayed pending an order on Google's first Motion to Dismiss. ECF No. 119. Judge van Keulen entered a Stipulated Protective Order on May 7, 2024. ECF No. 142. Judge van Keulen entered a Stipulated Order re: Discovery of Electronically Stored Information and Hard Copy Documents on June 12, 2024. ECF No. 148.

## III. FURTHER PROCEEDINGS

Given that the Court has not yet heard argument on Google's Motion and it remains pending, the Parties jointly request that the Further Case Management Conference currently scheduled for October 25, 2024 be continued to a date convenient to the Court following the Court's ruling on Google's Motion.

Dated: October 18, 2024                    **LOWEY DANNENBERG, P.C.**

*/s/ Christian Levis*
Christian Levis (admitted *pro hac vice*)
clevis@lowey.com
Amanda Fiorilla (admitted *pro hac vice*)

*afiorilla@lowey.com*
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035

**SIMMONS HANLY CONROY LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
An Truong (admitted *pro hac vice*)
*atruong@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-784-6400
Fax: 212-213-5949

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
Nicole Ramirez, State Bar No. 279017
*ramirez@kiesel.law*
Mahnam Ghorbani, State Bar No. 345360
*ghorbani@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.: 310-854-4444
Fax: 310-854-0812

**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
*msobol@lchb.com*
Melissa Gardner, State Bar No. 289096
*mgardner@lchb.com*
Jallé H. Dafa, State Bar No. 290637
*jdafa@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415 956-1000
Fax: 415-956-1008

Douglas Cuthbertson (admitted *pro hac vice*)
*dcuthbertson@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212 355-9500
Fax: 212-355-9592

- 3 -

        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham, State Bar No. 243048
*hcunningham@scott-scott.com*
Sean Russell, State Bar No. 308962
*srussell@scott-scott.com*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

Joseph P. Guglielmo (admitted *pro hac vice*)
*jguglielmo@scott-scott.com*
Ethan Binder (admitted *pro hac vice*)
*ebinder@scott-scott.com*
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

*Attorneys for Plaintiffs and the Proposed Class*

Dated: October 18, 2024

**WILLKIE FARR & GALLAGHER LLP**

*/s/ Benedict Hur*

Benedict Hur, State Bar No. 224018
 *bhur@willkie.com*
Simona Agnolucci, State Bar No. 246943
 *sagnolucci@willkie.com*
Eduardo Santacana, State Bar No. 281668
 *esantacana@willkie.com*
Joshua D. Anderson, State Bar No. 312836
 *jdanderson@willkie.com*
David D. Doak, State Bar No. 301319
 *ddoak@willkie.com*
Tiffany Lin, State Bar No. 321472
 tlin@willkie.com
Nadim Houssain, State Bar No. 335556
 *nhoussain@willkie.com*
Harris Mateen, State Bar No. 335593
 *hmateen@willkie.com*
Naiara Toker, State Bar No. 346145
 *ntoker@willkie.com*

**WILLKIE FARR & GALLAGHER LLP**
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 858-7400
Facsimile: (415) 858-7599

*Attorneys for Defendant Google LLC*

- 5 -

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 18, 2024                     */s/ Christian Levis*