**COOLEY LLP**
BENEDICT HUR (SBN 244018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (SBN 246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (SBN 281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (SBN 321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:      +1 415 693 2000
Facsimile:       +1 415 693 2222

Attorneys for Defendant

**SIMMONS HANLY CONROY, LLP**
Jason 'Jay' Barnes (admitted *pro hac vice*)
jaybarnes@simmonsfirm.com
An Truong (admitted *pro hac vice*)
atruong@simmonsfirm.com
Eric Johnson (admitted *pro hac vice*)
ejohnson@simmonsfirm.com
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Attorneys for
Plaintiffs and the Proposed Class
*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING ANSWER AND DISCOVERY DEADLINES; AND [PROPOSED] ORDER**<br><br>Consol. Compl. Filed:   July 13, 2023<br>SAC Filed:                     August 12, 2024<br><br>District Judge Vince Chhabria<br>San Francisco Courthouse, Ctrm. 4 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Doe, et al., and Defendant Google LLC (together, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following, subject to the Court's approval:

WHEREAS on March 14, 2024, the Court stayed discovery pending a ruling on a motion to dismiss (ECF 119);

WHEREAS on June 6, 2025, the Court issued an Order Granting in Part, Denying in Part, Motion to Dismiss Second Amended Complaint (ECF 198);

WHEREAS pursuant to Fed. R. Civ. P. 12(a)(4)(A) Google has 14 days after the issuance of the order to serve an answer, setting its deadline to do so on June 20, 2025;

WHEREAS the Parties agree that in the interest of the orderly and efficient conduct of this case, Google's time to file an answer, and the Parties' time to respond to initial set of written discovery responses, as well as service of Initial Disclosures, should be set to July 21, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, and subject to the Court's approval, that:

1. The deadline for Google to file an answer is extended to July 21, 2025.
2. The deadline for Google to serve written responses to Plaintiffs' first set of Requests for Production, dated December 18, 2023, is extended to July 21, 2025. For the avoidance of doubt, Plaintiffs' December 18, 2023, Requests for Production supersede those that certain Plaintiffs served prior to the consolidation of actions on June 8, 2023, to which no response will be made.
3. The deadline for Plaintiffs to serve written responses to Google's first set of Requests for Production, dated March 8, 2024, is extended to July 21, 2025.
4. The deadline for the Parties to serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is extended to July 21, 2025.

**IT IS SO STIPULATED.**

Dated: June 19, 2025

COOLEY LLP

By: *Joshua Anderson*
    Benedict Hur
    Simona Agnolucci
    Eduardo Santacana
    Joshua Anderson
    Tiffany Lin
    Harris Mateen

Attorneys for Defendant Google LLC

Dated: June 19, 2025

**SIMMONS HANLY CONROY, LLP**

By: *Jay Barnes*
Jason 'Jay' Barnes (admitted *pro hac vice*)
*jaybarnes@simmonsfirm.com*
Eric Johnson (admitted *pro hac vice*)
*ejohnson@simmonsfirm.com*
An Truong (admitted *pro hac vice*)
*atruong@simmonsfirm.com*
112 Madison Avenue, 7th Floor
New York, NY 10016
Tel.: 212-784-6400
Fax: 212-213-5949

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
*clevis@lowey.com*
Amanda Fiorilla (admitted *pro hac vice*)
*afiorilla@lowey.com*
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
Nicole Ramirez, State Bar No. 279017
*ramirez@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.: 310-854-4444
Fax: 310-854-0812

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
*msobol@lchb.com*
Melissa Gardner, State Bar No. 289096

*mgardner@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415 956-1000
Fax: 415-956-1008

Douglas Cuthbertson (admitted *pro hac vice*)
*dcuthbertson@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212 355-9500
Fax: 212-355-9592

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham, State Bar No. 243048
*hcunningham@scott-scott.com*
Sean Russell, State Bar No. 308962
*srussell@scott-scott.com*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

Joseph P. Guglielmo (admitted *pro hac vice*)
*jguglielmo@scott-scott.com*
Ethan Binder (admitted *pro hac vice*)
*ebinder@scott-scott.com*
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

Attorneys for Plaintiffs and Proposed Class

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 19, 2025

By: *Jay Barnes*
Jay Barnes

## [PROPOSED] ORDER

Pursuant to stipulation, the Court hereby ORDERS as follows:

Google's deadline to file an answer to the complaint is extended to July 21, 2025.

Google's deadline to serve written responses to Plaintiffs' first set of Requests for Production, dated December 18, 2023, is extended to July 21, 2025.

Plaintiffs' deadline to serve written responses to Google's first sets of Requests for Production, dated March 8, 2024, is extended to July 21, 2025.

The Parties' deadline to serve Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is extended to July 21, 2025.

The parties may further extend these discovery deadlines by agreement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 20, 2025            BY: _____
                                    Hon. Vince Chhabria
                                    United States District Judge