COOLEY LLP
BEN HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE I, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**JOINT ADMINISTRATIVE MOTION TO CLOSE THE COURTROOM AT THE OCTOBER 21, 2025 DISCOVERY HEARING**<br><br>Date: October 21, 2025<br>Time: 10:00 a.m.<br>Ctrm.: 6<br><br>District Judge Susan Van Keulen<br>San Francisco Courthouse, Ctrm. 6 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT ADMIN MOTION TO CLOSE THE
COURTROOM
CASE NO.3:23-CV-02431-VC

1    Pursuant to the Local Rule 7-11, Defendant Google LLC ("Google") respectfully submits

2    this Joint Administrative Motion to close the Courtroom during the October 21, 2025 hearing

3    regarding the Parties Joint Statement of Discovery Dispute re: RFP Nos. 6 and 20 ("Joint Discovery

4    Dispute"). Plaintiffs join in making this request for relief.[1]

5    Courts frequently deny public access to judicial proceedings when disclosure of confidential

6    commercial information could "harm a litigant's competitive standing." *See Nixon v. Warner*

7    *Communications, Inc.*, 435 U.S. 589, 598 (1978); *see also Kamakana v. City and County of*

8    *Honolulu*, 447 F. 3d 1172, 1180 (9th Cir. 2006); *New York v. Microsoft Corp.*, 2002 WL 1315804

9    (D.D.C. 2002); *Standard & Poor's Corp., Inc. v. Commodity Exchange, Inc.*, 541 F. Supp. 1273,

10    1277 (S.D.N.Y. 1982) ("the right to attend judicial proceedings should, in appropriate

11    circumstances, give way to the right to protect one's trade secrets"). The Court should do the same

12    here.

13    The 23 identifiers (in re RFP no. 6) and 25 sources (in re RFP no. 20) identified by Plaintiffs

14    that will be the subject of this hearing (*see* Dkt. 223) were filed under seal pursuant to the Joint

15    Stipulation and Order for Omnibus Motion to Seal for the reasons stated in the Joint Stipulation.

16    Dkt. 221.

17    The Parties anticipate that these highly confidential terms and internal system names filed

18    under seal will be discussed at the October 21, 2025 hearing. Those materials contain non-public,

19    highly sensitive and confidential business information, disclosure of which could affect Google's

20    competitive standing and may expose Google to increased security risk.

21    Moreover, the issues to be discussed at the hearing pertain only to discovery and are not

22    necessary to the public's understanding of the underlying dispute in this litigation. The Parties

23    therefore respectfully request that the Court grant this joint Motion to close the Courtroom during

24    the October 21, 2025 hearing.

25

26

---

[1] Plaintiffs join the motion because it will be nearly impossible to discuss the key issues on the underlying motion to compel without also mentioning things that Google seeks to keep under seal. Plaintiffs do not challenge any of those items at this time but reserve the right to challenge sealing of Google's identity linking systems at future points in the case.

1

Dated: October 13, 2025                    COOLEY LLP

2

3                                          By: */s/ Eduardo E. Santacana*
                                               Ben Hur
4                                              Simona Agnolucci
                                               Eduardo Santacana
5                                              Joshua Anderson
                                               Tiffany Lin
6                                              Harris Mateen

7                                              Attorneys for Defendant
                                               GOOGLE LLC
8

9

Dated: October 13, 2025                    SIMMONS HANLY CONROY, LLC

10

11

12                                         By: */s/ Jason Barnes*
                                               Jason 'Jay' Barnes
13                                             Eric Johnson
                                               An Truong
14
                                               Attorneys for Plaintiffs
15                                             JOHN DOE et al.

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys at Law
San Francisco

3

Joint Admin Motion to Close The
Courtroom
Case no.3:23-cv-02431-VC

1

## <u>ATTESTATION</u>

2

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on

3

whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

4

Dated: October 13, 2025                          COOLEY LLP

5

6

By: */s/ Eduardo E. Santacana*

7

Ben Hur

Simona Agnolucci

8

Eduardo Santacana

Joshua Anderson

9

Tiffany Lin

Harris Mateen

10

Attorneys for Defendant

11

GOOGLE LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT ADMIN MOTION TO CLOSE THE
COURTROOM
CASE NO.3:23-CV-02431-VC