United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., | Case No.  23-cv-02431-VC (SVK) |
| Plaintiffs, | |
| v. | **ORDER RE DISCOVERY DISPUTES RE PLAINTIFFS' RFP NOS. 6 AND 20** |
| GOOGLE LLC, | Re: Dkt. No. 223 |
| Defendant. | |

Before the Court is the Parties' Joint Submission regarding a dispute over Plaintiffs' Request for Production ("RFP") nos. 6 and 20, specifically whether Defendant Google LLC ("Google") must produce documents relating to 23 "Identifiers" and 25 "Sources" identified by Plaintiffs. Dkt. 223. The Court outlined its key concerns in its order setting a hearing and held the hearing on October 21, 2025. Having considered the Parties' submissions and oral arguments and the relevant law, the Court issued its ruling on the record. For the convenience of the Court and the Parties, the Court summarizes its Order herein.[1]

As an initial matter, both Parties must keep the guideposts of Rule 1 ("the just, speedy and inexpensive determination of every action") and Rule 26 ("proportional to the needs of the case") firmly in mind. *See* Fed. R. Civ. P. 1, 26(b)(1). While other litigation involving Google and Plaintiffs' counsel may in some instances provide a factual basis for certain inquiries in this action, each case presents its own limitations of efficiency, relevance and proportionality. Parties are to give due consideration to each of these limitations in reaching compromise on production disputes.

////

---

[1] In the event the Court's ruling on the record differs from this Order, this Order controls.

United States District Court
Northern District of California

With regard to RFP no. 6:

- Google shall produce documents for source identifiers 1-7.[2]

- The Parties are to meet and confer regarding the source identifiers 8-23 (except for no. 20, which is a duplicate of no. 10).  Specifically, Plaintiffs shall identify to Google where in the recently produced Google document with beginning Bates no. 2859 the additional identifiers map or link back to identifiers 1-7.  In addition to any identification provided by Plaintiffs, Google shall investigate the source identifiers and produce relevant, responsive documents.  Google's investigation and production must be diligent and on-going, with a **rolling production beginning as soon as responsive documents are identified.  The production is not to be held up until the substantial completion date of November 30, 2025.**

With regard to RFP no. 20:

- The Court adopts Google's compromise in part as offered at the hearing:  Google shall produce certain tables and architectural documents for the source nos. 1-4, 6-7, 8-10, 17, 21 and 22-25.  In determining which tables to provide, Google shall keep the Health Insurance Portability and Accountability Act's ("HIPAA") "identifiability" guidelines, as referenced in the Order Granting in Part/Dismissing in Part Second Amended Complaint (Dkt. 198), in mind.

- As to source nos. 11, 12, 14-16, 18 and 20, the Parties shall further meet and confer **within the next 10 days**.  Such a meet and confer must be robust and in good faith and conducted in accordance with the undersigned's Standing Order.

**SO ORDERED.**

Dated: October 22, 2025

_Susan van Keulen_

SUSAN VAN KEULEN
United States Magistrate Judge

---

[2] The numbers in this Order correspond to the numbers in Exhibit A to the Joint Discovery Submission, which has been provisionally sealed pending further Order from this Court.