UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., | Case No.  23-cv-02431-VC (SVK) |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANT'S OMNIBUS SEALING MOTION** |
| GOOGLE LLC, | Re: Dkt. No. 269 |
| Defendant. | |

Before the Court is Defendant Google LLC's ("Google") Omnibus Administrative Motion to Seal, (Dkt. 269 (the "Omnibus Motion")), pursuant to the Court's September 30, 2025 Order Granting the Parties' Stipulation for an Omnibus Sealing Motion and related directives, (Dkts. 221, 229, 248).  The Parties have filed interim sealing notices as required, (*see* Dkts. 222, 235, 242, 251), and Google's Omnibus Motion is supported by a declaration in accordance with Civil L.R. 79-5(c), (Dkt. 269-1).  Plaintiffs have not opposed the Omnibus Motion, and the deadline for such opposition has passed.  Having considered Google's submissions, the relevant law and the record in this action, the Court **GRANTS** Google's Omnibus Motion as follows.

| Omnibus Exhibit | Document | Text to be Sealed | Basis for Sealing / Court Ruling |
|---|---|---|---|
| A<br><br>(Dkt. 269-2) | Exhibit A to Joint Letter Brief (RFP Nos. 6 and 20) **(Dkt. 223-1)** | Highlighted portions of Omnibus Exhibit at<br><br>5-7,<br>10,<br>12-14 | **GRANTED.**  Google's proposed redactions are limited to "names of identifiers, internal systems, verticals, … data sources, and associated descriptions," which are non-public, sensitive, and proprietary. *See* Dkt. 269-1, ¶ 6.  The Court agrees that public disclosure of the highlighted information places "Google at an increased risk of cyber security threats," and also could cause competitive harm to Google. *See id.*, ¶¶ 7-8.  Accordingly, the Court finds **good cause** to seal the information as proposed. |

United States District Court
Northern District of California

| Omnibus Exhibit | Document | Text to be Sealed | Basis for Sealing / Court Ruling |
|---|---|---|---|
| B<br><br>(Dkt. 269-3) | Exhibit B to Joint Letter Brief (RFP Nos. 6 and 20) **(Dkt. 223-2)** | Highlighted portions of Omnibus Exhibit at<br><br>2 and 3 | **GRANTED** for the same reasons as set forth with regard to Ex. A, above. |
| C<br><br>(Dkt. 269-4) | Transcript of October 21, 2025 Hearing **(Dkt. 234)** | Highlighted portions of Omnibus Exhibit at<br><br>9-11,<br>37,<br>40,<br>54 | **GRANTED** for the same reasons as set forth with regard to Ex. A, above. |
| D<br><br>(Dkt. 269-5) | Joint Letter Brief (Identifier Mappings and Linkages)<br><br>**(Dkt. 236)** | Highlighted portions of Omnibus Exhibit at<br><br>5, 6, 8, 10, 11, 12 | **GRANTED as to pages 6, 8 and 12** for the same reasons as set forth with regard to Ex. A, above.<br><br>**GRANTED** as to pages 5, 10-11, which seek to redact a "retention period" in light of the potential for harm from disclosure, Plaintiffs' non-opposition and the more limited nature of the right to public access for discovery. *See, e.g.*, *Concord Music Grp., Inc. v. Anthropic PBC*, No. 24-cv-03811-EKL (SVK), 2025 WL 1665754, at *2 (N.D. Cal. May 23, 2025) ("'discovery is largely conducted in private as a matter of modern practice, so the public is not presumed to have a right of access to it.'") (quoting *Ctr. for Auto Safety v. Chrysler*, 809 F.3d 1092, 1099 (9th Cir. 2016)). |
| E<br><br>(Dkt. 269-6) | Exhibit 1 to Joint Letter Brief (Data Lineage and Architecture) **(Dkt. 243-2)**. | Sealed in its entirety | **GRANTED** for the same reasons as set forth with regard to Ex. A, above. |
| F<br><br>(Dkt. 269-7) | Exhibit 2 to Joint Letter Brief (Data Lineage and Architecture)<br><br>**(Dkt. 243-3)**. | Sealed in its entirety | **GRANTED** for the same reasons as set forth with regard to Ex. A, above. |

United States District Court
Northern District of California

| Omnibus Exhibit | Document | Text to be Sealed | Basis for Sealing / Court Ruling |
|---|---|---|---|
| G (Dkt. 269-8) | Exhibit 4 to Joint Letter Brief (Data Lineage and Architecture) **(Dkt. 243-5)**. | Sealed in its entirety | **GRANTED** for the same reasons as set forth with regard to Ex. A, above. |
| H (Dkt. 269-9) | Joint Letter Brief (Data Lineage and Architecture) **(Dkt. 244)** | Highlighted portions of Omnibus Exhibit at 6, 7, 10, 13 | **GRANTED** for the same reasons as set forth with regard to Ex. A, above. |
| I (Dkt. 269-10) | Joint Letter Brief (RFP Nos. 16 and 17) **(Dkt. 252)** | Highlighted portions of Omnibus Exhibit at 4, 5, 8, 10-12 | **GRANTED** for the same reasons as set forth with regard to Ex. A, above. |
| J (Dkt. 269-11) | Exhibit B to Joint Letter Brief (RFP Nos. 16 and 17) **(Dkt. 252-2)** | Highlighted portions of Omnibus Exhibit at 5-14 | **GRANTED** for the same reasons as set forth with regard to Ex. A, above. |
| K (Dkt. 269-12) | Transcript of February 5, 2026 hearing **(Dkt. 263)** | Highlighted portions of Omnibus Exhibit at 12-14, 17-19, 22, 25, 27, 31, 34, 49, 50, 52-54 | **GRANTED** for the same reasons as set forth with regard to Ex. D, above. |

The Clerk of Court shall maintain Dkts. 223-2, 234, 236, 243-2–243-5, 244, 252, 252-2, 263 and 269-2–269-12 **under seal** until further order of this Court. Publicly accessible, redacted copies of these filings are available at Dkts. 270–270-11.

**SO ORDERED.**

Dated:  March 4, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

3