**SIMMONS HANLY CONROY, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
An Truong (admitted *pro hac vice*)
Eric Johnson (admitted *pro hac vice*)
112 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
*jaybarnes@simmonsfirm.com*
*atruong@simmonsfirm.com*
*ejohnson@simmonsfirm.com*

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez Jones, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
*koncius@kiesel.law*
*ramirezjones@kiesel.law*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 233-6334
*jguglielmo@scott-scott.com*

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed on Signature Page*

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*clevis@lowey.com*
*afiorilla@lowey.com*

**LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
Michael W. Sobol, State. Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*msobol@lchb.com*
*mgardner@lchb.com*

**LIEFF CABRASER HEIMANN**
  **& BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-950
Facsimile: (212) 355-9592
*dcuthbertson@lchb.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE I, *et al.*, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-02431-VC |
| Plaintiffs, | **NOTICE OF PLAINTIFFS' INTENT NOT TO BRING MOTION TO CONSOLIDATE ON GROUNDS THAT *MCENTYRE* CLAIMS AGAINST GOOGLE WERE DISMISSED** |
| GOOGLE LLC, | |
| Defendant. | Judge:  Hon. Vince Chhabria |
| | Ctrm:  4, 17th Floor |
| **This document applies to: All Actions** | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD, PLEASE TAKE NOTICE:**

Plaintiffs argued at the February 27, 2026 Case Management Conference that the Court should grant the motion pending in *McEntyre v. Google LLC*, No. 25-cv-1048 ("*McEntyre*") to sever claims against Google from claims against Albany Med Health System, and consolidate the claims against Google, only, with the claims asserted in this action. Dkt. 267 at 2-3. The Court authorized Plaintiffs to bring a motion to consolidate under Federal Rule of Civil Procedure 42 by March 6, 2026, and set a hearing for April 16, 2026. Dkt. 272.

On March 2, 2026, the *McEntyre* plaintiffs voluntarily dismissed their claims against Google. *McEntyre* Dkt. 32. On March 5, 2026 the Court denied the pending motion to sever in *McEntyre* as moot. *Id.* Dkt. 35. Because Plaintiffs do not seek consolidation of the *McEntyre* Plaintiffs' claims against Albany Med Health System, and the claims against Google have been dismissed, Plaintiffs submit this Notice that they will not bring a motion to consolidate.


Dated: March 6, 2026                    **SIMMONS HANLY CONROY LLC**

                                        */s/ Jay Barnes*
                                        Jason 'Jay' Barnes (admitted *pro hac vice*)
                                        *jaybarnes@simmonsfirm.com*
                                        Eric Johnson (admitted *pro hac vice*)
                                        *ejohnson@simmonsfirm.com*
                                        An Truong (admitted *pro hac vice*)
                                        *atruong@simmonsfirm.com*
                                        112 Madison Avenue, 7th Floor
                                        New York, NY 10016
                                        Tel.: 212-784-6400
                                        Fax: 212-213-5949

                                        **LOWEY DANNENBERG, P.C.**
                                        Christian Levis (admitted *pro hac vice*)
                                        *clevis@lowey.com*
                                        Amanda Fiorilla (admitted *pro hac vice*)
                                        *afiorilla@lowey.com*
                                        44 South Broadway, Suite 1100
                                        White Plains, NY 10601
                                        Tel.: (914) 997-0500
                                        Fax: (914) 997-0035

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
Nicole Ramirez Jones, State Bar No. 279017
*ramirezjones@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.: 310-854-4444
Fax: 310-854-0812

**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
*msobol@lchb.com*
Melissa Gardner, State Bar No. 289096
*mgardner@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415 956-1000
Fax: 415-956-1008

Douglas Cuthbertson (admitted *pro hac vice*)
*dcuthbertson@lchb.com*
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212 355-9500
Fax: 212-355-9592

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham, State Bar No. 243048
*hcunningham@scott-scott.com*
Sean Russell, State Bar No. 308962
*srussell@scott-scott.com*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

Joseph P. Guglielmo (admitted *pro hac vice*)
*jguglielmo@scott-scott.com*
Ethan Binder (admitted *pro hac vice*)
*ebinder@scott-scott.com*
230 Park Ave., 24th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

*Attorneys for Plaintiffs and the Proposed Class*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: March 6, 2026

/s/    *Melissa Gardner*
Melissa Gardner