**COOLEY LLP**
BENEDICT HUR (SBN 244018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (SBN 246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (SBN 281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (SBN 312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (SBN 321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com

Attorneys for
Plaintiffs and the Proposed Class

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN DOE I, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br><br>**JOINT STIPULATION EXTENDING DEADLINES RE: DKT 256**<br><br>Ctrm: 4 – 17th Floor (San Francisco)<br>Before: District Judge Vince Chhabria<br><br>Consol. Complaint Filed: July 13, 2023<br>2nd Am. Complaint Filed: August 12, 2024 |

Pursuant to Civil Local Rule 6-1, Plaintiffs John Doe, *et al.* ("Plaintiffs"), and Defendant Google LLC ("Google," together, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

**WHEREAS**, on January 16, 2026, the parties submitted a Joint Statement concerning a discovery dispute regarding Plaintiffs' Requests for Production Nos. 1-3 and 20, which seek Google's production of data lineage and architecture documents (Dkt. 244);

**WHEREAS**, on February 5, 2026, the Court held a hearing regarding this discovery dispute;

**WHEREAS**, on February 6, 2026, the Court issued its Order re Discovery Dispute at Dkt. 244: Protocol for Production of Data Source Information (the "Discovery Order") (Dkt. 256), in which the Court directed the Parties to proceed in a three-step approach regarding this discovery dispute;

**WHEREAS**, the Court explained the first step as follows: "Within 14 days of the date of this Order, Google shall produce a list of data sources, e.g., a list of logs, tables or databases, along with any existing description of those data sources, in use with Google Ads, Google Display Ads and Google Analytics during the relevant time period" ("Step One") (*id.*);

**WHEREAS**, the Court explained the second step as follows: "Within 14 days of receipt of the list of data sources and existing descriptions, Plaintiffs shall identify a sub-set of data sources that they reasonably expect to be relevant and proportional to the litigation" ("Step Two") (*id.*);

**WHEREAS**, the Court explained the third step as follows: "Within 21 days of receipt of the list in Step 2, Google shall produce a list of all fields within the sub-set of relevant data sources and, by querying or otherwise extracting, the engineers' comments for the fields, where such comments exist" ("Step Three") (*id.*);

**WHEREAS**, 14 days from the date of the Discovery Order is February 20, 2026;

**WHEREAS**, the Discovery Order further stated: "The specific timing of each step was not addressed at the hearing, and the Parties may agree to modest adjustments to the schedule as necessary[.]" *Id.* (emphasis in original);

**WHEREAS**, on February 23, 2026, the Parties agreed to a one-week extension of Google's deadline to comply with Step One to February 27, 2026, and a reciprocal extension of Plaintiffs' 14-day deadline to comply with Step Two to March 20, 2026;

**WHEREAS**, on February 27, 2026, Google produced information pursuant to Step One. On February 28, 2026, Plaintiffs asked Google to supplement its production to provide Plaintiffs with additional information;

**WHEREAS**, on March 13, 2026, Google produced some additional information in response to Plaintiffs' request. On March 19, 2026, Plaintiffs requested additional information regarding Google's production;

**WHEREAS,** on March 19, 2026, the Parties agreed to a one week extension, to March 27, 2026, for Plaintiffs to complete Step Two and a reciprocal extension to April 24, 2026 for Google's deadline to comply with Step Three;

**WHEREAS,** on March 24, 2026, Google provided Plaintiffs with additional information regarding its production;

**WHEREAS,** Plaintiffs will provide Google with Step Two for two of the three lists of data sources (GOOG-DOEVC-000011496 and GOOG-DOEVC-000011498) on March 27, 2026, but need additional time to complete Step Two with respect to the third list (GOOG-DOEVC-000011497);

**WHEREAS**, the Parties continue to work in good faith to comply with the Steps outlined in the Court's Order;

**WHEREAS**, the Parties agree to a one week extension for Plaintiffs to complete Step Two with respect to GOOG-DOEVC-000011497 and a reciprocal one week extension for Google to complete Step Three with respect to GOOG-DOEVC-000011497;

**NOW, THEREFORE**, the parties, by and through their respective counsel, agree and stipulate as follows:

1.  Plaintiffs' deadline to comply with Step Two with respect to GOOG-DOEVC-000011497 is extended to April 3, 2026.

JOINT STIPULATION EXTENDING
DEADLINES RE: DKT 256
CASE NO. 3: 23-CV-02431-VC

2.    Google's deadline to comply with Step Three with respect to GOOG-DOEVC-000011497 is extended to May 8, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: March 27, 2026        **LOWEY DANNENBERG, P.C.**

By:    */s/ Christian Levis*
Christian Levis
Amanda Fiorilla

Attorneys for Plaintiffs and Proposed Class

DATED: March 27, 2026        **COOLEY LLP**

By:    */s/ Tiffany Lin*
Simona Agnolucci
Eduardo Santacana
Joshua Anderson
Tiffany Lin
Harris Mateen

Attorneys for Google LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 27, 2026                By: */s/ Christian Levis*
Christian Levis

**JOINT STIPULATION EXTENDING
DEADLINES RE: DKT 256
CASE NO. 3: 23-CV-02431-VC**