UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No.  23-cv-02431-VC<br><br>**ORDER REGARDING FURTHER BRIEFING ON MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER**<br><br>Re: Dkt. No. 274 |

It's difficult to imagine that the named plaintiffs, whose health information was allegedly obtained by Google from the web properties of six health care providers, will be able to obtain certification of a class of all people in the United States whose information was obtained by Google from any health provider web property. That's because, given the allegations in the complaint and the materials incorporated by reference, it seems likely that the question of whether Google is liable for receiving information from a particular web property will depend on individualized issues. For example, for at least some claims, it may depend on the extent to which the providers understood what information they were allowing Google to receive. For most or all claims, it may depend on the disclosures the web properties made to their patients. And there could be other individualized issues. If the Court's tentative view on this issue is correct, then discovery beyond what Google describes in its brief would be overbroad and disproportional. But the parties don't discuss this issue in their briefs on the motion for relief from the discovery order. Accordingly, Google is requested to file a supplemental brief within 7 days of this order, and the plaintiffs are ordered to file a response within 14 days of this order. The briefs should not exceed ten pages, double-spaced. While the motion for relief from the

discovery order is pending, Google need not participate in discovery-related activities (including meeting and conferring) that go beyond the scope of what is described in Google's brief.

**IT IS SO ORDERED.**

Dated: April 1, 2026

_____

VINCE CHHABRIA
United States District Judge