UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE I, et al.,

          Plaintiffs,

    v.

GOOGLE LLC,

          Defendant.

Case No.  23-cv-02431-VC (SVK)

**DISCOVERY ORDER AND SEALING ORDER IN RE DKT. 292**

Re: Dkt. No. 291, 292

Before the Court is the Parties Joint Submission regarding Plaintiff's motion to compel Google to respond to "Identifiability" Requests for Production ("RFPs").  Dkt. 292.  As this dispute largely revisits issues addressed in prior briefings and hearings, this dispute may be resolved without further oral argument.  Civil L.R. 7-1(b).  The Court's reasoning and rulings are set forth in **Attachment A** hereto.[1]

    **SO ORDERED.**

Dated: May 14, 2026

_Susan van Keulen_

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

---

[1] In connection with the Parties' dispute, Google also seeks to redact the names of certain internal systems reproduced in Plaintiff's RFPs.  *See* Dkts. 291, 293.  The Court has previously found good cause to seal such information.  *See* Dkt. 275 at 1.  The Court finds good cause to continue maintaining such information under seal, **GRANTS IN PART** Plaintiffs' administrative motion (granting it to the extent supported by Google's Statement in Support of Sealing, Dkt. 293), and **Attachment A** is redacted in accordance with Google's proposed redactions.  *See* Dkt. 293-4.  The Court approves the public, redacted copies of the Joint Statement, RFPs, and Joint Chart filed by Google at Dkts. 293-2–4.

# ATTACHMENT A

**EXHIBIT B (Joint Discovery Dispute Chart)**

| DISPUTED REQUEST | RESPONSE THERETO | PLAINTIFFS' PROPOSED COMPROMISE | GOOGLE'S PROPOSED COMPROMISE | COURT USE |
|---|---|---|---|---|
| **RFP 20:** Documents Sufficient to identify and describe all systems, databases, logs, or other sources where Google links, maps, associates, merges, stores together, or stores encryption or decryption keys that can be used to link, map, or associate identifiers to each other, either directly or through an intermediate linkage; and for each such source or key, a design Document, schematic and description of how the linking, mapping, association, encryption or decryption occurs and its use cases. Such systems include but may not be limited to: 1. The Unified Identity Service 2. ████ 3. ███████ 4. ██ 5. █ 6. Kansas 7. Oz 8. UDS | Google will not produce documents in response to this Request as currently presented. Google is willing to meet and confer concerning this Request. | Google should identify the fields in the data sources for Google Maps and in all Sawmill tables for Ads, Display Ads, and Analytics. | Google has already produced documents sufficient to identify and describe the systems listed in RFP 20. Google will also produce fields in certain data sources as provided by the Court's order on Dkt. 256. Google Maps is not relevant to the case. | The Parties identify two disputes.<br><br>1. <u>In re Google Maps:</u><br><br>**DENIED.** The request is not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1).<br><br>"But this lawsuit seeks to impose liability on Google only for the collection of communications that contain individually identifiable health information as defined by HIPAA (and as similarly defined by the FTC)." Dkt. 198 at 4 (J. Chhabria, on motion to dismiss). While it is possible that geo-location data alongside other identifiers may demonstrate an ability to tie data back to an identifiable person, that |

| | | | | |
|---|---|---|---|---|
| 9. EventFE<br>10. Mobius<br>11. Reverse Mobius<br>12. MD5<br>13. ███████<br>14. ███████<br>15. ███████<br>16. ███████<br>17. Sawmill logs<br>18. The Unified Storage Layer;<br>19. ███████<br>20. ███████<br>21. Conversion cookies;<br>22. UDS;<br>23. Orion's Belt.<br>24. Scion<br>25. Gold | | | | argument applies to any Google product and is therefore boundless. Fortunately, Federal Rule of Civil Procedure 26(b)(1) provides the necessary boundaries to enable Federal Rule of Civil Procedure 1.<br><br>2. In re Sawmill fields for all identified Sawmill tables.<br><br>**DENIED**. This dispute is raised in Dkt. 297 and addressed in this Court's forthcoming order. |
| **RFP 28:** All data stored in ███, the Unified Identity Service, ███████, ███████, or any successor or similar identity mapping or identity linking systems system where identity keys, maps, or links are stored that Google has associated with Gaia, Zweiback, Biscotti, YouTube Visitor ID, Google Analytics CID/_ga cookies, IP address plus User-Agent, fingerprint data, email | Google will not produce documents in response to this Request as currently presented. Google is willing to meet and confer regarding this Request. | Google should produce documents responsive to this request as written. | Google will produce data associated with the identifiers Named Plaintiffs have provided to Google in response to RFPs 7-13, 30-31, and 48-49. This production will include any data that is associated with those identifiers in the ordinary course. No further production is required. *See* Dkt. 139 at 4-5; Dkt. 239 at 2. | *See* **ORDER** re RFP 47, below. |

| | | | | |
|---|---|---|---|---|
| address, geo-location, phone numbers, or street addresses for the Named Plaintiffs or Test Accounts or Test Devices. | | | | |
| **RFP 46:** Documents Sufficient to show the methods by which Google collects or generates browser, device, or network fingerprints (Including TLS, JA3, Google ReCAPTCHA, and other device fingerprints), and the purposes for which such fingerprints are used in connection with Google Source Code. | Google will not produce documents in response to this Request as currently presented. However, subject to the above objections, Google is willing to meet and confer regarding this Request. | Google should produce documents responsive to this request as written. | Google will not produce documents in response to this request. | **DENIED.**  Request is not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b)(1). Plaintiffs' reference to a single field referencing "an apparent JA3 fingerprint" is not sufficient to support a sweeping document request into this tool. |
| **RFP 47:** For each Named Plaintiff, each of the following: all Gaia identifiers, Zwieback identifiers, Biscotti identifiers, Google Analytics identifiers, YouTube identifiers, IP address, User-Agent, and fingerprint information that are or can be associated with the individual's identity or device. | Google will not produce documents in response to this Request as currently presented. However, subject to the above objections, Google is willing to meet and confer regarding this Request. | Google should produce documents responsive to this request as written. | Google will produce data associated with the identifiers Named Plaintiffs have provided to Google in response to RFPs 7-13, 30-31, and 48-49. This production will include any data that is associated with those identifiers in the ordinary course. No further production is required. *See* Dkt. 139 at 4-5; Dkt. 239 at 2. | **DENIED.**  Request is not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b)(1).<br><br>Plaintiffs are entitled to the identifiers as kept in the ordinary course of business.  Plaintiffs acknowledge that this Court has previously found satisfactory support for the fact that "Google does not maintain long- |

| | | | | |
|---|---|---|---|---|
| | | | | term linkages between authenticated, GAIA-tied user data and pseudonymous identifiers in the ordinary course of business," and, as a result, declines to order Google to create such linkages.  Dkt. 292 at 7, 11;  *see also*, Dkt. 239.  Plaintiffs' request for an "evidentiary consequence" is unwarranted. |
| **RFP 48:** All data stored in ▮▮▮▮ or any successor or similar system that Google has associated with Gaia, Zwieback, Biscotti, YouTube Visitor ID, Google Analytics CID/_ga cookies, IP address plus User-Agent, fingerprint data, email address, geo-location, phone numbers, or street addresses for each Named Plaintiff. | Google will not produce documents in response to this Request as currently presented. However, subject to the above objections, Google is willing to meet and confer regarding this Request. | Google should produce documents responsive to this request as written. | Google will produce data associated with the identifiers Named Plaintiffs have provided to Google in response to RFPs 7-13, 30-31, and 48-49. This production will include any data that is associated with those identifiers in the ordinary course. No further production is required. *See* Dkt. 139 at 4-5; Dkt. 239 at 2. | *See* **ORDER** re RFP 47, above. |