UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE I, et al., | Case No.  23-cv-02431-VC (SVK) |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | Re: Dkt. No. 296 |

United States District Court
Northern District of California

Before the Court is Plaintiffs' administrative sealing motion in connection with the Parties' joint status report and continuing discovery dispute related to Plaintiffs' requests for data source information.  Dkt. 297;  *see also* Dkts. 244, 256.  Google has filed a statement in support of sealing pursuant to Civil L.R. 79-5(f).  Dkt. 293.  The Court determines that this matter may be resolved without oral argument.  Civil L.R. 7-1(b).  Having considered the Parties' submissions, the relevant law and the record in this action, the Court finds good cause to **GRANT** Plaintiffs' administrative motion to the extent it is supported by Google's statement and otherwise **DENIES** the Motion.

The Clerk of Court shall maintain Dkt. 296-2 under seal until further order of this Court.

**SO ORDERED.**

Dated: May 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge