**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, et al., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 3:23-cv-02431-VC<br>Consolidated with: 3:23-cv-02343-VC<br><br>**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION BY JASON 'JAY' BARNES** |

**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION**

Jason 'Jay' Barnes submits this Notice of Change of Address and Firm Affiliation to inform the Court and all interested parties and counsel of his new firm affiliation and contact information:

Jason 'Jay' Barnes, Cal. Bar No. 362776
**Barnes Law, LLC**
231 Madison Street, Third Floor
Jefferson City, MO 65101
jaybarnes@barnes.law
Ph: 573.308.7658
Fax: 573.635.7414

Dated: June 5, 2026

                                         Respectfully submitted,

By: _____
Jason "Jay" Barnes, Cal. State Bar No. 362776
**Barnes Law, LLC**
231 Madison Street, Third Floor
Jefferson City, MO 65101
jaybarnes@barnes.law
Ph: 573.308.7658
Fax: 573.635-7414

**NOTICE OF CHANGE OF ADDRESS AND FIRM AFFILIATION BY JASON 'JAY' BARNES**