COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE I, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC-SVK<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:        August 13, 2026<br>Time:        10:00 a.m.<br>Ctrm:        4 – 17th Floor (San Francisco)<br>Before:     District Judge Vince Chhabria<br><br>Consol. Complaint Filed: July 13, 2023<br>2nd Am. Complaint Filed: August 12, 2024 |

## [PROPOSED] ORDER

This matter is before the Court on Defendant Google LLC's ("Google") Motion for Judgment on the Pleadings with respect to Plaintiffs' claims under California Penal Code section 631 asserted in Count 2 of the Second Amended Consolidated Class Action Complaint. After consideration of the briefs and arguments of counsel and all other matters presented, the Court concludes that Google's Motion for Judgment on the Pleadings should be granted pursuant to Federal Rule of Civil Procedure 12(c) because Plaintiffs' allegations under California Penal Code section 631 asserted in Count 2 fail to state a claim as a matter of law.

Accordingly, IT IS HEREBY ORDERED THAT Google's Motion for Judgment on the Pleadings is GRANTED, and Plaintiffs' claims under California Penal Code section 631 asserted in Count 2 of the Second Amended Consolidated Class Action Complaint are DISMISSED WITH PREJUDICE.


**IT IS SO ORDERED.**


Dated: _____          _____
                                  HON. VINCE CHHABRIA
                                  United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANT GOOGLE LLC'S
PROPOSED ORDER
3:23-CV-02431-VC-SVK