**COOLEY LLP**
BENEDICT HUR (SBN 244018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (SBN 246943)
(sagnolucci@cooley.com)
EDUARDO SANTACANA (SBN 281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (SBN 312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (SBN 321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (SBN 335593)
hmateen@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:     +1 415 693 2000
Facsimile:     +1 415 693 2222

Attorneys for Defendant

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted pro hac vice)
clevis@lowey.com
Amanda Fiorilla (admitted pro hac vice)
afiorilla@lowey.com
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500

Attorneys for Plaintiffs and the Proposed
Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE I, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 3:23-cv-02431-VC<br><br>**JOINT STIPULATION EXTENDING DEADLINES AND HEARING DATE RE: DKT 316**<br><br>Ctrm: 4 – 17th Floor (San Francisco)<br>Before: District Judge Vince Chhabria<br><br>Consol. Complaint Filed: July 13, 2023<br>2nd Am. Complaint Filed: August 12, 2024 |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiffs John Doe, *et al.* ("Plaintiffs"), and Defendant Google LLC ("Google," together, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

**WHEREAS**, on August 12, 2024, Plaintiffs filed the Second Amended Consolidated Class Action Complaint (Dkt. 158);

**WHEREAS**, on July 21, 2025, Defendant filed the Answer to the Second Amended Consolidated Class Action Complaint (Dkt. 210);

**WHEREAS**, on August 7, 2025, the Court approved a stipulated schedule setting Plaintiffs' Deadline to file Motion for Class Certification and Supporting Expert Reports for September 17, 2026 (Dkt. 218);

**WHEREAS**, on July 2, 2026, Google filed its Motion for Judgment on the Pleadings (Dkt. 316) (the "Motion");

**WHEREAS**, on July 6, 2026, the Court set a hearing on the Motion for August 13, 2026;

**WHEREAS**, the Parties agree that the deadline for Plaintiffs' opposition brief should be extended to account for an intervening Federal Holiday after the Motion was filed and because the Court's ruling on this Motion will determine the viability of Plaintiffs' second cause of action under California Penal Code section 631;

**WHEREAS**, the Parties have met and conferred and agree that a continuance of the hearing date is warranted to accommodate extensions to the briefing schedule;

**WHEREAS**, the Court is unavailable for hearings on August 20 and August 27, 2026, and the Labor Day holiday weekend falls on September 5 through September 7, 2026, immediately following the close of briefing under the proposed schedule, making September 10, 2026 the next practicable hearing date and allowing the Court adequate time to review the fully-submitted briefing;

**WHEREAS**, the proposed stipulated extension will not alter the date of any other event or deadline already fixed by Court order;

**WHEREAS,** the Parties intend to meet and confer to propose an appropriate extension to the deadlines set on August 7, 2025 for the reasons above and based upon the time expected to complete discovery necessary to Plaintiffs' class certification motion;

**NOW, THEREFORE**, the parties, by and through their respective counsel, agree and stipulate as follows:

1.   Plaintiffs shall file their opposition to the Motion on or before August 7, 2026;

2.   Google shall file its reply in support of the Motion on or before August 27, 2026; and

3.   The hearing on the Motion, currently scheduled for August 13, 2026, shall be continued to September 10, 2026, at 10:00 a.m., before the Honorable Vince Chhabria, in Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July 15, 2026                 **COOLEY LLP**

By:    */s/ Joshua Anderson*
      Simona Agnolucci
      Eduardo Santacana
      Joshua Anderson
      Tiffany Lin
      Harris Mateen

Attorneys for Google LLC

DATED: July 15, 2026                 **LOWEY DANNENBERG, P.C.**

By: */s/ Christian Levis*
Christian Levis (admitted pro hac vice)
clevis@lowey.com
Amanda Fiorilla (admitted pro hac vice)
afiorilla@lowey.com
44 South Broadway, Suite 1100

White Plains, NY 10601
Tel: (914) 997-0500

**BARNES LAW, LLC**
Jason 'Jay' Barnes, State Bar No. 362776
jaybarnes@barnes.law
231 Madison Street, Third Floor
Jefferson City, MO 65101
Tel.: (573) 308-7658

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Nicole Ramirez Jones, State Bar No. 279017
ramirezjones@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: (310) 854-4444

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com Jallé H. Dafa (State Bar No. 290637)
jdafa@lchb.com
Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000

Douglas Cuthbertson (admitted pro hac vice)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor New York, NY 10013
Tel: (212) 355-9500

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Hal D. Cunningham (Bar No. 243048)
hcunningham@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565

Joseph P. Guglielmo (admitted pro hac vice)
 jguglielmo@scott-scott.com
Ethan S. Binder (admitted pro hac vice)
ebinder@scott-scott.com

230 Park Ave., 27th Floor
New York, NY 10169
Telephone: (212) 223-6444

Attorneys for Plaintiffs and Proposed Class

JOINT STIPULATION EXTENDING
DEADLINES AND HEARING DATE RE: DKT 316
CASE NO. 3: 23-CV-02431-VC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


DATED: July 15, 2026                          By: */s/ Christian Levis*
                                                   Christian Levis

## [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing, the Court hereby ORDERS that the following briefing schedule for Defendant's Motion for Judgment on the Pleadings shall be entered in this action:

| Case Event | Proposed Deadline |
|---|---|
| Deadline for Opposition to Motion for Judgment on the Pleadings | August 7, 2026 |
| Deadline for Reply in Support of Motion for Judgment on the Pleadings | August 27, 2026 |
| Hearing on Motion for Judgment on the Pleadings | September 10, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July ___, 2026            BY: _____

                                        Hon. Vince Chhabria
                                        United States District Judge

JOINT STIPULATION EXTENDING
DEADLINES AND HEARING DATE RE: DKT 316
CASE NO. 3: 23-CV-02431-VC