**BARNES LAW, LLC**
Jason 'Jay' Barnes, State Bar No. 362766
231 Madison Street, Third Floor
Jefferson City, MO 65101
Telephone: (573) 308-7658
Facsimile: (573) 635-7414
*jaybarnes@barnes.law*

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez Jones, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
*koncius@kiesel.law*
*ramirezjones@kiesel.law*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 233-6334
*jguglielmo@scott-scott.com*

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*clevis@lowey.com*
*afiorilla@lowey.com*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*msobol@lchb.com*
*mgardner@lchb.com*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
*dcuthbertson@lchb.com*

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,

Plaintiffs,

GOOGLE LLC,

Defendant.

**This document applies to: All Actions**

Case No. 3:23-cv-02431-VC

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT ON PLEADINGS**

Judge: Hon. Vince Chhabria
Ctrm: 4, 17th Floor

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Evidence 201, Plaintiffs hereby respectfully request that the Court take judicial notice of certain materials submitted in support of Plaintiffs' Opposition to Defendant Google LLC's Motion for Judgment on Pleadings, filed concurrently herewith.

The materials attached as Exhibits 1-3 to the accompanying Declaration of Melissa Gardner are legislative history materials concerning California Senate Bill No. 690, which addresses the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code §§ 630 *et seq.* Specifically, these materials include publicly available committee bill analyses and the current pending version of the Bill, which are well-recognized subjects of judicial notice. *See Anderson v. Holder,* 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) ("Legislative history is properly a subject of judicial notice."); *Chaker v. Crogan*, 428 F.3d 1215, 1223 & n.8 (9th Cir. 2005) (granting request for judicial notice of the legislative history of a California Penal Code provision, citing Fed. R. Evid. 201(b)); *Ass'n des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937, 945 & n.2 (9th Cir. 2013) (taking judicial notice of the legislative history of a Senate Bill, including the "accompanying Bill Analysis").

Alternatively, these materials concern "only legislative facts for which '[j]udicial notice ... is unnecessary.'" *Blumenthal Distrib., Inc. v. Herman Miller, Inc.*, 811 F. App'x 421, 422 (9th Cir. 2020) (*quoting Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010) (*citing Owino v. Holder*, 771 F.3d 527, 534 n.4 (9th Cir. 2014)); *see* Fed. R. Evid. 201 advisory committee notes (explaining that legislative facts, which are those that "have relevance to legal reasoning and the lawmaking process," do not require judicial notice to be considered by the court).

Plaintiffs therefore respectfully request that the Court take judicial notice of, and/or consult, the following Exhibits to the accompanying Gardner Declaration.:

1. Assembly Committee on Privacy and Consumer Protection, Analysis of S.B. 690, 2025–2026 Reg. Sess. (Cal. July 1, 2026) (bill version as amended May 29, 2025);

2. Senate Committee on Public Safety, Analysis of S.B. 690, 2025–2026 Reg. Sess. (Cal. Apr. 29, 2025) (bill version as amended Mar. 24, 2025);

3. Cal. S.B. 690, 2025–2026 Reg. Sess. (bill version as amended July 2, 2026).

Dated: August 7, 2026

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

*/s/ Melissa Gardner*
Michael W. Sobol, State Bar No. 194857
*msobol@lchb.com*
Melissa Gardner, State Bar No. 289096
*mgardner@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415 956-1000
Fax: 415-956-1008

Douglas Cuthbertson (admitted *pro hac vice*)
*dcuthbertson@lchb.com*
Jahi Liburd (admitted *pro hac vice*)
jliburd@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212 355-9500
Fax: 212-355-9592

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
*clevis@lowey.com*
Amanda Fiorilla (admitted *pro hac vice*)
*afiorilla@lowey.com*
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
Nicole Ramirez Jones, State Bar No. 279017
*ramirezjones@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910

Tel.: 310-854-4444
Fax: 310-854-0812

**BARNES LAW, LLC**
Jason 'Jay' Barnes, State Bar No. 362766
*jaybarnes@barnes.law*
231 Madison Street, Third Floor
Jefferson City, MO 65101
Telephone: (573) 308-7658
Facsimile: (573) 635-7414

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham, State Bar No. 243048
*hcunningham@scott-scott.com*
Sean Russell, State Bar No. 308962
*srussell@scott-scott.com*
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508

Joseph P. Guglielmo (admitted *pro hac vice*)
*jguglielmo@scott-scott.com*
Ethan Binder (admitted *pro hac vice*)
*ebinder@scott-scott.com*
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

*Attorneys for Plaintiffs and the Proposed Class*