**BARNES LAW, LLC**
Jason 'Jay' Barnes, State Bar No. 362766
231 Madison Street, Third Floor
Jefferson City, MO 65101
Telephone: (573) 308-7658
Facsimile: (573) 635-7414
*jaybarnes@barnes.law*

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez Jones, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
*koncius@kiesel.law*
*ramirezjones@kiesel.law*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 233-6334
*jguglielmo@scott-scott.com*

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*clevis@lowey.com*
*afiorilla@lowey.com*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*msobol@lchb.com*
*mgardner@lchb.com*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
*dcuthbertson@lchb.com*

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br><br>**DECLARATION OF MELISSA GARDNER IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Vince Chhabria<br>Ctrm: 4, 17th Floor |
| **This document applies to: All Actions** | |

I, Melissa Gardner, declare as follows:

1. I am a partner at Lieff Cabraser Heimann & Bernstein LLP and one of the counsel representing Plaintiffs in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Declaration in support of Plaintiffs' Opposition to Google's Motion for Judgment on the Pleadings and in connection with Plaintiffs' Request for Judicial Notice. I have personal knowledge of the following and could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is the Assembly Committee on Privacy and Consumer Protection, Analysis of S.B. 690, 2025–2026 Reg. Sess. (Cal. July 1, 2026) (bill version as amended May 29, 2025), available at https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=202520260SB690.

3. Attached hereto as **Exhibit 2** is the Senate Committee on Public Safety, Analysis of S.B. 690, 2025–2026 Reg. Sess. (Cal. Apr. 29, 2025) (bill version as amended Mar. 24, 2025), available at the same URL as Exhibit 1.

4. Attached hereto as **Exhibit 3** is Cal. S.B. 690, 2025–2026 Reg. Sess. (bill version as amended July 2, 2026), available by clicking "Bill PDF" at https://leginfo.legislature.ca.gov/faces/billCompareClient.xhtml?bill_id=202520260SB690&showamends=false.

Executed on August 7, 2026, in San Francisco, California.

Melissa Gardner