UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE I, et al.,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 23-cv-02431-VC

**ORDER GRANTING GOOGLE'S MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO THE § 631 CLAIMS**

Re: Dkt. No. 316

Google's motion for judgment on the pleadings with respect to the plaintiffs' claims under California Penal Code § 631, asserted in Count 2 of the Second Amended Consolidated Class Action Complaint, is granted. The § 631 claims are dismissed because the plaintiffs do not plausibly allege that Google read the alleged communications while they were "in transit," for the same reasons stated in *Doe v. Eating Recovery Center LLC*, 806 F. Supp. 3d 1109, 1116–19 (N.D. Cal. 2025). Dismissal is with prejudice.

**IT IS SO ORDERED.**

Dated: September 8, 2026

VINCE CHHABRIA
United States District Judge