**BARNES LAW, LLC**
Jason 'Jay' Barnes, State Bar No. 362766
231 Madison Street, Third Floor
Jefferson City, MO 65101
Telephone: (573) 308-7658
Facsimile: (573) 635-7414
*jaybarnes@barnes.law*

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez Jones, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
*koncius@kiesel.law*
*ramirezjones@kiesel.law*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
Ethan Binder (admitted *pro hac vice*)
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 233-6334
*jguglielmo@scott-scott.com*

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*clevis@lowey.com*
*afiorilla@lowey.com*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*msobol@lchb.com*
*mgardner@lchb.com*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
*dcuthbertson@lchb.com*

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:23-cv-02431-VC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Vince Chhabria |
| **This document applies to: All Actions** | |

Pursuant to Civil Local Rule 79-5(f), and the Stipulated Protective Order entered by the Court on May 7, 2024 (ECF No. 142), Plaintiffs move for consideration of whether information concerning Defendant Google LLC should be sealed, in connection with Plaintiffs' Motion for Leave to Amend Pleadings and for Reconsideration of "With Prejudice" Dismissal Based on New Evidence Contradicting Google's Prior Litigation Positions and supporting documents. Plaintiffs seek consideration of whether the following should be filed under seal based on Google's assertions of confidentiality:

| **Document** | **Portion(s) to Seal** |
|---|---|
| Plaintiffs' Motion for Leave to Amend Pleadings and for Reconsideration of "With Prejudice" Dismissal Based on New Evidence Contradicting Google's Prior Litigation Positions | Highlighted portions at:<br><br>pages 1, 4-10, 14-15 |
| Exhibit A to Plaintiffs' Motion for Leave to Amend Pleadings and for Reconsideration of "With Prejudice" Dismissal Based on New Evidence Contradicting Google's Prior Litigation Positions | Highlighted portions at:<br><br>pages 71-88 |
| Exhibit B to Plaintiffs' Motion for Leave to Amend Pleadings and for Reconsideration of "With Prejudice" Dismissal Based on New Evidence Contradicting Google's Prior Litigation Positions | Highlighted portions at:<br><br>pages 71-88 |
| Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion for Leave to Amend Pleadings and for Reconsideration of "With Prejudice" Dismissal | Highlighted portions at:<br><br>pages 1-10 |
| Exhibits 1-59 to Declaration of Jason "Jay" Barnes in Support of Plaintiffs' Motion for Leave to Amend Pleadings and for Reconsideration of "With Prejudice" | Entire document. |

Dated: October 15, 2026

**BARNES LAW, LLC**

*/s/ Jay Barnes*
Jason 'Jay' Barnes, State Bar No. 362766
*jaybarnes@barnes.law*
231 Madison Street, Third Floor
Jefferson City, MO 65101

Telephone: (573) 308-7658
Facsimile: (573) 635-7414

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
*clevis@lowey.com*
Amanda Fiorilla (admitted *pro hac vice*)
*afiorilla@lowey.com*
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
*koncius@kiesel.law*
Nicole Ramirez Jones, State Bar No. 279017
*ramirezjones@kiesel.law*
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.: 310-854-4444
Fax: 310-854-0812

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
*msobol@lchb.com*
Melissa Gardner, State Bar No. 289096
*mgardner@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: 415 956-1000
Fax: 415-956-1008

Douglas Cuthbertson (admitted *pro hac vice*)
*dcuthbertson@lchb.com*
Jahi Liburd (admitted *pro hac vice*)
jliburd@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212 355-9500
Fax: 212-355-9592

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Joseph P. Guglielmo (admitted *pro hac vice*)
*jguglielmo@scott-scott.com*
Ethan Binder (admitted *pro hac vice*)

*ebinder@scott-scott.com*
230 Park Ave., 24th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334

*Attorneys for Plaintiffs and the Proposed Class*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 15, 2026

*/s/ Jeffrey A. Koncius*
Jeffrey A. Koncius