COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
MIRANDA LI (363417)
(mjli@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
mgardner@lchb.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice)*
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212 355-9500
Facsimile: 212-355-9592
dcuthbertson@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*
**Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN DOE I, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 3:23-cv-02431-VC-SVK
(Consol. w/ 3:23-cv-02343-VC)

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR OMNIBUS MOTION TO SEAL**

Ctrm: 4 – 17th Floor (San Francisco)
Before: District Judge Vince Chhabria

Consol. Complaint Filed: July 13, 2023
2nd Am. Complaint Filed: August 12, 2024

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Doe, et al. ("Plaintiffs") and Defendant Google LLC ("Google," and collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on September 8, 2026, the Court set deadlines for Plaintiffs' Motion for Class Certification, associated expert reports, and related briefing ("Class Certification Briefing") (*see* Dkt. 334);

WHEREAS, the Parties anticipate that the Class Certification Briefing will implicate and reference common material that the Parties have deemed protected—including information designated "Confidential" and/or "Highly Confidential" by one or more Parties;

WHEREAS, pursuant to Civil Local Rule 79-5(b), the Parties would be required to "file a motion to seal a document at the same time" as each document is submitted, including administrative motions to seal, supporting evidence declarations, and proposed orders;

WHEREAS, in the interest of conserving both judicial and party resources, the Parties agree that a single combined administrative motion to seal covering all sealing requests ("Omnibus Sealing Motion") arising from the Class Certification Briefing would be the most efficient way for the Court to handle these sealing issues (*see, e.g.,* Dkts. 221 (Order Granting as Modified Stipulation re Omnibus Sealing); 275 (Order Granting Google's Omnibus Motion to Seal)), and that, upon order of this Court, such Omnibus Sealing Motion shall supersede any interim sealing motions that would ordinarily accompany the Class Certification Briefing;

WHEREAS, in light of the forthcoming Omnibus Sealing Motion, the Parties would file public, redacted versions of briefing and exhibits in connection with the Class Certification Briefing without accompanying interim motions to seal. The Parties would also file unredacted versions of briefing and exhibits provisionally under seal and serve the unredacted versions to all Parties by email at the time of the filing;

WHEREAS, this approach would permit the Parties to present all sealing questions to the Court in one filing, to meet and confer in advance of doing so to propose narrowly tailored redactions, and to identify any areas of disagreement and the basis therefore in the motion;

WHEREAS, no later than 21 days after the filing deadline for Plaintiffs' Reply and Reply Expert Reports, that is, by February 4, 2027, the Parties would file an Omnibus Sealing Motion in accordance with Civil Local Rule 79-5 encompassing all requests to seal associated with the Class Certification Briefing;

WHEREAS, the filing of an Omnibus Sealing Motion instead of interim motions to seal would not affect the case schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, subject to the approval of the Court, that the Parties shall file redacted versions of their Class Certification Briefing without accompanying motions to seal. The Parties shall file an Omnibus Sealing Motion that encompasses all requests to seal associated with the Class Certification Briefing no later than 21 days after the filing deadline for Plaintiff's Reply and Reply Expert Reports, that is, by February 4, 2027.

A Proposed Order is submitted concurrently herewith.

**IT IS SO STIPULATED.**

Dated: October 13, 2026

By: */s/ Douglas Cuthbertson*
Douglas Cuthbertson

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415 956-1000

Douglas Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
Jahi Liburd (admitted pro hac vice)
jliburd@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212 355-9500

**LOWEY DANNENBERG, P.C.**

Christian Levis (admitted *pro hac vice*)
clevis@lowey.com
Amanda Fiorilla (admitted *pro hac vice*)
afiorilla@lowey.com
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500

**BARNES LAW, LLC**

Jason 'Jay' Barnes, State Bar No. 362766
jaybarnes@barnes.law 231 Madison Street,
Third Floor Jefferson City, MO 65101
Telephone: (573) 308-7658
Facsimile: (573) 635-7414

**KIESEL LAW LLP**

Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Nicole Ramirez Jones, State Bar No. 279017
ramirezjones@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: 310-854-4444

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Hal D. Cunningham (Bar No. 243048)
hcunningham@scott-scott.com
Sean Russell (Bar No. 308962)
srussell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565

Joseph P. Guglielmo (admitted pro hac vice)
jguglielmo@scott-scott.com
Ethan Binder (admitted pro hac vice)
ebinder@scott-scott.com
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444

*Attorneys for Plaintiffs and the Proposed Class*

Dated: October 13, 2026

By: */s/ Benedict Y. Hur*
Benedict Y. Hur

**COOLEY LLP**

BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
MIRANDA LI (363417)
(mjli@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

*Attorneys for Defendant Google LLC*

## ~~[PROPOSED]~~ ORDER

**Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Doe, et al. ("Plaintiffs") and Defendant Google LLC ("Google," and collectively, the "Parties") shall file redacted versions of their Class Certification Briefing without accompanying motions to seal. The Parties shall file an Omnibus Sealing Motion that encompasses all requests to seal associated with the Class Certification Briefing no later than twenty one (21) days after the filing deadline for Plaintiff's Reply and Reply Expert Reports, that is, by February 4, 2027.

*The parties are reminded to review paragraphs 28 through 34 of the Court's Standing Order regarding motions to seal.

**IT IS SO ORDERED.**

Dated: October 19, 2026

The Honorable Vince Chhabria
United States District Judge