COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
MIRANDA LI (363417)
(mjli@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
mgardner@lchb.com

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Douglas Cuthbertson (admitted pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212 355-9500
Facsimile: 212-355-9592
dcuthbertson@lchb.com

Attorneys for Plaintiffs and the Proposed Class
*Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE I, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC-SVK<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR OMNIBUS MOTION TO SEAL**<br><br>Ctrm: 4 – 17th Floor (San Francisco)<br>Before: District Judge Vince Chhabria<br><br>Consol. Complaint Filed: July 13, 2023<br>2nd Am. Complaint Filed: August 12, 2024 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Doe, et al. ("Plaintiffs") and Defendant Google LLC ("Google," and collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on October 15, 2026, Plaintiffs filed a Motion For Leave To Amend Pleadings And For Reconsideration Of With Prejudice Dismissal ("Motion for Leave"), which is set for hearing on December 3, 2026 at 10:00 a.m.;

WHEREAS, in support of their Motion for Leave, Plaintiffs submitted 59 exhibits and a brief that contain information designated by the Parties as "Confidential" and "Highly Confidential";

WHEREAS, the forthcoming briefing on the Motion for Leave ("Motion for Leave Briefing") will implicate and reference common material that the Parties have deemed protected—including information designated "Confidential" and "Highly Confidential";

WHEREAS, on October 15, 2026, Plaintiffs filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 347) and an Administrative Motion to File Under Seal Portions of Plaintiffs' Motion for Leave to Amend the Pleadings (Dkt. 348);

WHEREAS, pursuant to Civil Local Rule 79-5(b), the Parties are required to "file a motion to seal a document at the same time" as each document is submitted, including administrative motions to seal, supporting evidence declarations, and proposed orders;

WHEREAS, concurrent with the submission of this stipulation, the Parties have submitted a separate Joint Stipulation and [Proposed] Order for Briefing Extension ("Extension Stipulation") that seeks to extend Google's deadline to file an opposition ("Opposition") to the Motion for Leave to November 5, 2026, and to extend Plaintiffs' deadline to file a reply ("Reply") in support of the Motion for Leave to November 17, 2026;

WHEREAS, in the interest of conserving both judicial and party resources, the Parties agree that a single combined administrative motion to seal covering all sealing requests ("Omnibus Sealing Motion") arising from the Motion for Leave Briefing would be the most efficient way for the Court to handle these sealing issues (see, e.g., Dkts. 221 (Order Granting as Modified

Stipulation re Omnibus Sealing); 275 (Order Granting Google's Omnibus Motion to Seal); 352 Order Granting Joint Stipulation for Omnibus Motion to Seal)), and that, upon order of this Court, such Omnibus Sealing Motion shall supersede any interim sealing motions that would ordinarily accompany the Motion for Leave Briefing;

WHEREAS, in light of the forthcoming Omnibus Sealing Motion, the Parties would file public, redacted versions of briefing and exhibits in connection with the Motion for Leave Briefing without accompanying interim motions to seal. The Parties would also file unredacted versions of briefing and exhibits provisionally under seal and serve the unredacted versions to all Parties by email at the time of the filing;

WHEREAS, this approach would permit the Parties to present all sealing questions to the Court in one filing, to meet and confer in advance of doing so to propose narrowly tailored redactions, and to identify any areas of disagreement and the basis therefore in the motion;

WHEREAS, no later than twenty-one (21) days after the November 17, 2026 filing deadline for Plaintiffs' Reply set forth in the Extension Stipulation, that is, by December 8, 2026, the Parties would file an Omnibus Sealing Motion in accordance with Civil Local Rule 79-5 and paragraphs 28 through 34 of the Court's Standing Order, encompassing all requests to seal associated with the Motion for Leave Briefing and, in doing so, would moot Dkts. 347 and 348;

WHEREAS, the filing of an Omnibus Sealing Motion instead of interim motions to seal would not affect the case schedule.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, subject to the approval of the Court, that the Parties shall file redacted versions of their Motion for Leave Briefing without accompanying motions to seal. The Parties shall file an Omnibus Sealing Motion that encompasses all requests to seal associated with the Motion for Leave Briefing no later than twenty-one (21) days after the November 17, 2026 filing deadline for Plaintiffs' Reply set forth in the Extension Stipulation, that is, by December 8, 2026.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

Dated: October 21, 2026

By: */s/ Benedict Y. Hur*
Benedict Y. Hur

BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
MIRANDA LI (363417)
(mjli@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

Dated: October 21, 2026

By: */s/ Douglas Cuthbertson*
Douglas Cuthbertson

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP

Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415 956-1000

Douglas Cuthbertson (admitted pro hac vice)
dcuthbertson@lchb.com
Jahi Liburd (admitted pro hac vice)
jliburd@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212 355-9500

LOWEY DANNENBERG, P.C.

Christian Levis (admitted pro hac vice)
clevis@lowey.com
Amanda Fiorilla (admitted pro hac vice)
afiorilla@lowey.com
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500

BARNES LAW, LLC

Jason 'Jay' Barnes, State Bar No. 362766
jaybarnes@barnes.law
231 Madison Street,
Third Floor Jefferson City, MO 65101
Telephone: (573) 308-7658
Facsimile: (573) 635-7414

KIESEL LAW LLP
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Nicole Ramirez Jones, State Bar No. 279017
ramirezjones@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: 310-854-4444

SCOTT+SCOTT ATTORNEYS AT LAW
LLP

Hal D. Cunningham (Bar No. 243048)
hcunningham@scott-scott.com
Sean Russell (Bar No. 308962)
srussell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565

Joseph P. Guglielmo (admitted pro hac vice)
jguglielmo@scott-scott.com
Ethan Binder (admitted pro hac vice)
ebinder@scott-scott.com
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444

Attorneys for Plaintiffs and the Proposed Class

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October 21, 2026

By: *\/s/ Benedict Y. Hur*
Benedict Y. Hur

Attorney for Defendant Google LLC

**PROPOSED ORDER**

Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:

This Order shall supersede Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 347) and Administrative Motion to Seal Portions of Plaintiffs' Motion for Leave to Amend the Pleadings (Dkt. 348), which will not require action from the Court.

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Google shall file redacted versions of their Motion for Leave Briefing without accompanying motions to seal. The Parties shall file an Omnibus Sealing Motion, in accordance with Civil Local Rule 79-5 and paragraphs 28 through 34 of the Court's Standing Order regarding motions to seal, that encompasses all requests to seal associated with the Motion for Leave Briefing no later than twenty-one (21) days after the November 17, 2026 filing deadline for Plaintiffs' Reply set forth in the Extension Stipulation, that is, by December 8, 2026.

IT IS SO ORDERED.

Dated: October ___, 2026

_______________________________
The Honorable Vince Chhabria
United States District Judge