COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
MIRANDA LI (363417)
(mjli@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Michael W. Sobol, State Bar. No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
msobol@lchb.com
mgardner@lchb.com

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
Douglas Cuthbertson (admitted pro hac vice)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212 355-9500
Facsimile: 212-355-9592
dcuthbertson@lchb.com

Attorneys for Plaintiffs and the Proposed Class
*Additional Counsel Listed on Signature Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN DOE I, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 3:23-cv-02431-VC-SVK
(Consol. w/ 3:23-cv-02343-VC)

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR BRIEFING EXTENSION**

Ctrm: 4 – 17th Floor (San Francisco)
Before: District Judge Vince Chhabria

Consol. Complaint Filed: July 13, 2023
2nd Am. Complaint Filed: August 12, 2024

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs John Doe, et al. ("Plaintiffs") and Defendant Google LLC ("Google," and collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree to the following:

WHEREAS, on October 15, 2026, Plaintiffs filed a Motion For Leave To Amend Pleadings And For Reconsideration Of With Prejudice Dismissal ("Motion for Leave"), which is set for hearing on December 3, 2026 at 10:00 a.m.;

WHEREAS, the deadline for Google to file an opposition ("Opposition") to the Motion for Leave is October 29, 2026, and the deadline for Plaintiffs to file a reply ("Reply") in support of the Motion for Leave is November 5, 2026;

WHEREAS, the Parties have conferred and believe a short extension of their deadlines to file their Opposition and Reply briefs is warranted, and that Google's deadline to file its Opposition brief should be extended by seven (7) days to November 5, 2026, and that Plaintiffs' deadline to file their Reply brief should be extended by five (5) days to November 17, 2026;

WHEREAS, Plaintiffs' agreement to this short extension of the Parties' deadlines is contingent upon the hearing date remaining as noticed on December 3, 2026;

WHEREAS, concurrent with the submission of this stipulation, the Parties have submitted a separate Joint Stipulation and [Proposed] Order for Omnibus Motion to Seal that seeks to utilize the omnibus sealing procedure for the briefing on the Motion for Leave.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rules 6-2 and 7-12, subject to the approval of the Court, that Google's deadline to file an Opposition to the Motion for Leave shall be extended by seven (7) days to November 5, 2026, and Plaintiffs' deadline to file a Reply in support of the Motion for Leave shall be extended by five (5) days to November 17, 2026.

A Proposed Order is submitted concurrently herewith.

IT IS SO STIPULATED.

Dated: October 21, 2026

By: */s/ Benedict Y. Hur*
Benedict Y. Hur

BENEDICT Y. HUR (224018)
(bhur@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
HARRIS MATEEN (335593)
(hmateen@cooley.com)
NAIARA TOKER (346145)
(ntoker@cooley.com)
ISABELLA MCKINLEY CORBO (346226)
(icorbo@cooley.com)
YONGBIN CHANG (347454)
(ychang@cooley.com)
MIRANDA LI (363417)
(mjli@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

Dated: October 21, 2026

By: */s/ Douglas Cuthbertson*
Douglas Cuthbertson

LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP

Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: 415 956-1000

Douglas Cuthbertson (admitted pro hac vice)
dcuthbertson@lchb.com
Jahi Liburd (admitted pro hac vice)
jliburd@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212 355-9500

LOWEY DANNENBERG, P.C.

Christian Levis (admitted pro hac vice)
clevis@lowey.com
Amanda Fiorilla (admitted pro hac vice)
afiorilla@lowey.com
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel: (914) 997-0500

BARNES LAW, LLC

Jason 'Jay' Barnes, State Bar No. 362766
jaybarnes@barnes.law
231 Madison Street,
Third Floor Jefferson City, MO 65101
Telephone: (573) 308-7658
Facsimile: (573) 635-7414

KIESEL LAW LLP
Jeffrey A. Koncius, State Bar No. 189803
koncius@kiesel.law
Nicole Ramirez Jones, State Bar No. 279017
ramirezjones@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: 310-854-4444

SCOTT+SCOTT ATTORNEYS AT LAW
LLP

Hal D. Cunningham (Bar No. 243048)
hcunningham@scott-scott.com
Sean Russell (Bar No. 308962)
srussell@scott-scott.com
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565

Joseph P. Guglielmo (admitted pro hac vice)
jguglielmo@scott-scott.com
Ethan Binder (admitted pro hac vice)
ebinder@scott-scott.com
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444

Attorneys for Plaintiffs and the Proposed Class

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1, I attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: October 21, 2026

By: */s/ Benedict Y. Hur*
Benedict Y. Hur

Attorney for Defendant Google LLC

**~~PROPOSED~~ ORDER**

Pursuant to stipulation of the Parties, the Court hereby ORDERS as follows:

Pursuant to Civil Local Rules 6-2 and 7-12, Google's deadline to file an Opposition to the Motion for Leave shall be extended by seven (7) days to November 5, 2026, and Plaintiffs' deadline to file a Reply in support of the Motion for Leave shall be extended by five (5) days to November 17, 2026.

IT IS SO ORDERED.

Dated: October 22, 2026

The Honorable Vince Chhabria
United States District Judge