COOLEY LLP
BENEDICT Y. HUR (224018)
(bhur@cooley.com)
EDUARDO E. SANTACANA (281668)
(esantacana@cooley.com)
SIMONA AGNOLUCCI (246943)
(sagnolucci@cooley.com)
JOSHUA ANDERSON (312836)
(joshua.anderson@cooley.com)
TIFFANY LIN (321472)
(tiffany.lin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE I, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC-SVK<br>(Consol. w/ 3:23-cv-02343-VC)<br><br>**PROOF OF SERVICE**<br><br>Ctrm: 4 – 17th Floor (San Francisco)<br>Before: District Judge Vince Chhabria<br><br>Consol. Complaint Filed: July 13, 2023<br>2nd Am. Complaint Filed: August 12, 2024 |

## PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. On the date set forth below I served the documents described below in the manner described below:

- **DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLEADINGS AND FOR RECONSIDERATION OF "WITH PREJUDICE" DISMISSAL (FILED UNDER SEAL)**
- **DECLARATION OF VINIT RATHIN IN SUPPORT OF DEFENDANT GOOGLE LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND PLEADINGS AND FOR RECONSIDERATION OF "WITH PREJUDICE" DISMISSAL (FILED UNDER SEAL)**
- **EXHIBIT A TO SANTACANA DECLARATION (FILED UNDER SEAL)**
- **EXHIBIT B TO SANTACANA DECLARATION (FILED UNDER SEAL)**
- **EXHIBIT 5A TO THE RATHI DECLARATION (FILED MANUALLY)**
- **EXHIBIT 7A TO THE RATHI DECLARATION (FILED MANUALLY)**
- **EXHIBIT 8A TO THE RATHI DECLARATION (FILED MANUALLY)**

☐ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☐ (BY MESSENGER SERVICE) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

☐ (BY FACSIMILE) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

☐ (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by for overnight delivery.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

**BARNES LAW, LLC**
Jason 'Jay' Barnes (admitted *pro hac vice*)
231 Madison Street, Fl. 3
Jefferson City, MO 65101
Tel.: (573) 307-7658
Fax: (573) 635-7414
Emails: jaybarnes@barnes.law

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Emails: clevis@lowey.com
afiorilla@lowey.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Hal D. Cunningham, State Bar No. 243048
Sean Russell, State Bar No. 308962
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Emails: hcunningham@scott-scott.com
srussell@scott-scott.com

Joseph P. Guglielmo (admitted *pro hac vice*)
Ethan Binder (admitted *pro hac vice*)
Erin G. Comite (admitted *pro hac vice*)
230 Park Ave., 17th Floor
New York, NY 10169
Tel.: (212) 223-6444
Fax: (212) 223-6334
Emails: jguglielmo@scott-scott.com
ebinder@scott-scott.com
ecomite@scott-scott.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
Melissa Gardner, State Bar No. 289096
Jalle H. Dafa, State Bar No. 290637
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000
Fax: (415) 956-1008
Emails: msobol@lchb.com
mgardner@lchb.com

Douglas Cuthbertson (admitted *pro hac vice*)
Jahi J. Liburd (admitted *pro hac vice)*
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: (212) 355-9500
Fax: (212) 355-9592
Email: dcuthbertson@lchb.com
jliburd@lchb.com

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez, State Bar No. 279017
Mahnam Ghorbani, State Bar No. 345360
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel.: (310) 854-4444
Fax: (310) 854-0812
Emails: koncius@kiesel.law
ramirez@kiesel.law
ghorbani@kiesel.law

**POTTER HANDY, LLP**
James M. Treglio, State Bar No. 228077
Mark D. Potter, State Bar No. 166317
100 Pine St., STE 1250
San Francisco, CA 94111
Tel: (858) 375-7385
Fax: (888) 422-5191
Emails: jimt@potterhandy.com
mark@potterhandy.com

Executed on November 6, 2026, at Manteca, California.

/s/ Suenmy Martinez
Suenmy Martinez