**BARNES LAW, LLC**
Jason 'Jay' Barnes, State Bar No. 362766
231 Madison Street, Third Floor
Jefferson City, MO 65101
Telephone: (573) 308-7658
Facsimile: (573) 635-7414
*jaybarnes@barnes.law*

**KIESEL LAW LLP**
Jeffrey A. Koncius, State Bar No. 189803
Nicole Ramirez Jones, State Bar No. 279017
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Telephone: (310) 854-4444
Facsimile: (310) 854-0812
*koncius@kiesel.law*
*ramirezjones@kiesel.law*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo (admitted *pro hac vice*)
Ethan Binder (admitted *pro hac vice*)
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
*jguglielmo@scott-scott.com*

*Attorneys for Plaintiffs and the Proposed Class*
*Additional Counsel Listed on Signature Page*

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted *pro hac vice*)
Amanda Fiorilla (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
*clevis@lowey.com*
*afiorilla@lowey.com*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Michael W. Sobol, State Bar No. 194857
Melissa Gardner, State Bar No. 289096
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
*msobol@lchb.com*
*mgardner@lchb.com*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
Douglas Cuthbertson (admitted *pro hac vice*)
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
*dcuthbertson@lchb.com*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-02431-VC<br><br>**SECOND SUPPLEMENTAL DECLARATION OF JAY BARNES ATTACHING SUPPLEMENT TO EXPERT REPORT OF DR. ZUBAIR SHAFIQ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| **This document applies to: All Actions** | Date: February 25, 2027<br>Judge: Hon. Vince Chhabria<br>Ctrm: 3, 17th Floor |

I, Jay Barnes, declare as follows:

1. I am a partner at Barnes Law, LLC and one of the counsel representing Plaintiffs in this action. I am licensed to practice law in the State of California and admitted to practice before this Court. I submit this Second Supplemental Declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify competently to them.

2. Attached hereto is a true and correct copy of the Supplement to the Expert Report of Dr. Zubair Shafiq, dated November 17, 2026.

****

I declare that the foregoing is true and correct to the best of my knowledge.

Executed on November 17, 2026, in Jefferson City, Missouri.

*/s/ Jay Barnes*
Jason "Jay" Barnes

## ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 17, 2026

*/s/ Melissa Gardner*
Melissa Gardner